**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION <br><br> MDL No. 2311 | ) ) Case No. 12-md-02311 ) Hon. Marianne O. Battani ) ) |

## APPEARANCE OF BRITT M. MILLER

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Britt M. Miller of the law firm Mayer Brown LLP, as counsel on behalf of Lear Corporation in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  March 6, 2012

MAYER BROWN LLP

By: /s Britt M. Miller
  Britt M. Miller
  Attorney for Defendant Lear Corporation
  71 South Wacker Drive
  Chicago, IL  60606
  (312) 782-0600
  (312) 701-7711 - facsimile
  *email*:  bmiller@mayerbrown.com

## CERTIFICATE OF SERVICE

      I, Britt M. Miller, an attorney, hereby certify that on March 6, 2012, I caused a true and correct copy of the foregoing **APPEARANCE OF BRITT M. MILLER** on behalf of Lear Corporation, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated: March 6, 2012                          MAYER BROWN LLP

                                           By: /s Britt M. Miller
                                               Britt M. Miller
                                               Attorney for Defendant Lear Corporation
                                               71 South Wacker Drive
                                               Chicago, IL 60606
                                               (312) 782-0600
                                               (312) 701-7711 - facsimile
                                               *email*: bmiller@mayerbrown.com