# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br><br>MDL No. 2311<br><br><br>THIS DOCUMENT PERTAINS TO:<br>ALL ACTIONS | **Case No. 12-md-02311-MOB**<br><br><br>Assigned to the Honorable Marianne O. Battani |

## NOTICE OF APPEARANCE OF BRIAN R. STRANGE

**PLEASE TAKE NOTICE** that Brian R. Strange of Strange & Carpenter, hereby enters his appearance as counsel for Plaintiff Craig Vanhoutte in the above-captioned case.

Dated:  March 8, 2012                          **STRANGE & CARPENTER**

_____
Brian R. Strange

STRANGE & CARPENTER
BRIAN R. STRANGE
GRETCHEN CARPENTER
JOHN P. KRISTENSEN
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Telephone:  (310) 207-5055
Facsimile: (310) 826-3210
lacounsel@earthlink.net
gcarpenter@strangeandcarpenter.com
jkristensen@strangeandcarpenter.com

*Attorneys for Plaintiff Craig Vanhoutte*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed through the CM/ECF system on March 8, 2012, which automatically serves an electronic notice to all registered individuals.

Dated: March 8, 2012

STRANGE & CARPENTER

_____
Brian R. Strange

STRANGE & CARPENTER
BRIAN R. STRANGE
GRETCHEN CARPENTER
JOHN P. KRISTENSEN
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210
lacounsel@earthlink.net
gcarpenter@strangeandcarpenter.com
jkristensen@strangeandcarpenter.com