UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) | Civil Case No. 12-md-02311<br><br>Judge Marianne O. Battani<br><br>**APPEARANCE OF**<br>**JULIE E. MCEVOY** |
| MDL No. 2311 | | |

## APPEARANCE

TO:   THE CLERK OF THE COURT

     PLEASE enter the appearance of Julie E. McEvoy, of the law firm Jones Day, as counsel on behalf of Yazaki North America, Inc. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: March 9, 2012      JONES DAY


               By:  /s/ Julie E. McEvoy
               Julie E. McEvoy (Virginia Bar No. 39178)
               JONES DAY
               51 Louisiana Ave., N.W.
               Washington, D.C.  20001-2113
               202-879-3939
               202-626-1700 (facsimile)
               *Email*:  jmcevoy@jonesday.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 9, 2012, I electronically filed my Appearance on behalf of Yazaki North America, Inc. with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated: March 9, 2012            JONES DAY

                    By: /s/ Julie E. McEvoy
                    Julie E. McEvoy (Virginia Bar No. 39178)
                    JONES DAY
                    51 Louisiana Ave., N.W.
                    Washington, D.C.  20001-2113
                    202-879-3939
                    202-626-1700 (facsimile)
                    *Email*:  jmcevoy@jonesday.com