UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION** | MDL Docket No. 2311<br><br>Master Docket No. 2:12-md-2311-MOB |
| MARTINEZ MANUFACTURING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>FURUKAWA ELECTRIC CO., LTD. et al,<br><br>Defendants. | Case No. 2:11-cv-15186-MOB-MKM |
| ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, L.L.C., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>FURUKAWA ELECTRIC CO., LTD. et al.,<br><br>Defendants. | Case No. 2:11-cv-15362-MOB-MKM |
| MEXICAN INDUSTRIES IN MICHIGAN, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>FURUKAWA ELECTRIC CO., LTD. et al.,<br><br>Defendants. | Case No. 2:11-cv-15553-MOB-MKM |

2847254.1

| | |
|---|---|
| T.M. MORRIS MANUFACTURING COMPANY, INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>FURUKAWA ELECTRIC CO., LTD. et al.,<br><br>    Defendants. | Case No. 2:12-cv-10130-MOB-MKM |
| DOS MANOS TECHNOLOGIES, LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>FURUKAWA ELECTRIC CO., LTD. et al.,<br><br>    Defendants. | Case No. 2:12-cv-10155-MOB-MKM |
| CRAFT-CO ENTERPRISES, INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>FURUKAWA ELECTRIC CO., LTD. et al.,<br><br>    Defendants. | Case No. 2:12-cv-10336-MOB-MKM |
| QC ONICS VENTURES, LP., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>FURUKAWA ELECTRIC CO., LTD.  et al.,<br><br>    Defendants. | Case No. 2:12-cv-10720-MOB-MKM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory P. Hansel of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Plaintiffs Martinez

2847254.1

Manufacturing, Inc., ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, L.L.C., Mexican Industries in Michigan, Inc.,  T. M. Morris Manufacturing Company, Inc., Dos Manos Technologies, LLC, Craft-Co Enterprises, Inc.,  and QC Onics Ventures, LP,  in the above-captioned matter.

| | |
|---|---|
| Dated: March 9, 2012 | /s/ Joshua A. Carver<br>Preti Flaherty Beliveau & Pachios, LLP<br>One City Center, PO Box 9546<br>Portland, ME 04112<br>Tel. 207-791-3000<br>Fax 207-791-3111<br>jcarver@preti.com<br><br>One of the attorneys for Plaintiffs Martinez Manufacturing, Inc., ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, L.L.C., Mexican Industries in Michigan, Inc.,  T. M. Morris Manufacturing Company, Inc., Dos Manos Technologies, LLC, Craft-Co Enterprises, Inc., and QC Onics Ventures, LP |

2847254.1

CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Joshua R. Carver
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
jcarver@preti.com

One of the attorneys for Plaintiffs Martinez Manufacturing, Inc., ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, L.L.C., Mexican Industries in Michigan, Inc., T. M. Morris Manufacturing Company, Inc., Dos Manos Technologies, LLC, Craft-Co Enterprises, Inc., and QC Onics Ventures, LP