**UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IN RE: AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION            CASE NO. 12-md-02311

     MDL No. 2311                                           HON. MARIANNE O. BATTANI

_____/

## AGENDA FOR THE MARCH 16, 2012 INITIAL STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the initial status conference:

I. **INTRODUCTIONS**

II. **ATTORNEY ADMISSIONS AND APPEARANCES**

III. **ORGANIZATION OF CASES**

    A. Direct Purchasers

    B. Indirect Purchasers (Dealerships/End-Payors)

    C. Consolidation under Rule 42(a)

    D. Other Related Cases

        1. Pending MDL Motions Before the JPML

            a. Instrument Panel Cluster, MDL No. 2349
            b. Fuel Sender, MDL No. 2350
            c. Heater Control Panel, MDL No. 2351
            d. Briefing Completed on 3/5/12; Hearing Expected 5/31/12

        2. State Court Actions

    E. Other Considerations

        1. Effect of Pending Criminal Actions/Investigations

        2. Effect of Lear Bankruptcy

IV. **APPLICATIONS FOR LEAD AND LIAISON COUNSEL**

    A. Direct Purchaser Plaintiffs (1)

    B. Automobile Dealer Plaintiffs (1)

    C. End-Payor Plaintiffs (3)

V. **PROCEDURAL ISSUES**

    A. Service of Process: Domestic and Foreign Defendants

    B. Direct Filing of Additional Actions

    C. Complaint

        1. Short Form

        2. Master

        3. Amendments

    D. ECF Service List Corrections and Maintenance

VI. **DISCOVERY ISSUES**

    A. Protective Orders

    B. Preservation Orders

    C. Redaction Protocol

    D. Privilege Logs

    E. Production of Electronically Stored Information

    F. Initial Rule 30(b)(6) Depositions

    G. Status of Any Discovery Produced to Date

VII. **EXPERTS**

**VIII.**   **MOTION PRACTICE**

      A.   Identification of Any Pending Motions (Excluding Motions to Consolidate and Appoint)

      B.   Magistrate Judge / Special Master

**IX.**   **APPLICABILITY OF LOCAL RULES**

**X.**   **STATUS CONFERENCE SCHEDULE**

**XI.**   **CASE MANAGEMENT ORDER**

**XII.**   **COURT SPONSORED WEBSITE**

**XIII.**   **OTHER**

        s/Marianne O. Battani
        MARIANNE O. BATTANI
        UNITED STATES DISTRICT JUDGE

DATE:  March 12, 2012

### CERTIFICATE OF SERIVCE

I hereby certify that on the above date a copy of this Agenda was served upon all Counsel of record, via the Court's ECF System.

        s/Bernadette M . Thebolt
        Case Manager