UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION ) ) ) MDL No. 2311 ) ) ) ) | Civil Case No. 12-md-02311<br><br>Judge Marianne O. Battani<br><br>**APPEARANCE OF MICHAEL F. TUBACH** |

## APPEARANCE

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Michael F. Tubach, of the law firm O'Melveny & Myers LLP, as counsel on behalf of Leoni AG, Leoni Wire Inc., Leoni Wiring Systems Inc. and Leonische Holding Inc. in the above-captioned matter. The appearance shall not be deemed to a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: March 12, 2012                    O'MELVENY & MYERS LLP


                                           By: /s/ Michael F. Tubach
                                           Michael F. Tubach (California Bar No. 145955)
                                           O'MELVENY & MYERS LLP
                                           Two Embarcadero Center, 28th Floor
                                           San Francisco, CA 94111-3823
                                           415-984-8700
                                           415-984-8701 (facsimile)
                                           *Email*: mtubach@omm.com

## CERTIFICATE OF SERVICE

   I hereby certify that on March 12, 2012, I electronically filed my Appearance on behalf of Leoni AG, Leoni Wire Inc., Leoni Wiring Systems Inc. and Leonische Holding Inc. with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated:  March 12, 2012       O'MELVENY & MYERS LLP

                By: /s/ Michael F. Tubach
                Michael F. Tubach (California Bar No. 145955)
                O'MELVENY & MYERS LLP
                Two Embarcadero Center, 28th Floor
                San Francisco, CA 94111-3823
                415-984-8700
                415-984-8701 (facsimile)
                *Email*: mtubach@omm.com