# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 12-md-02311-MOB<br>MDL No. 2109<br><br>Judge Marianne O. Battani |

## NOTICE OF APPEARANCE OF SHELDON L. MILLER

**PLEASE TAKE NOTICE** that Sheldon L. Miller of the Law Office of Sheldon L. Miller, P.C. hereby enters his appearance on behalf of Meetesh Shah in the above-captioned matter.

Dated:  March 13, 2012          **LAW OFFICE OF SHELDON L. MILLER, P.C.**

By: */s/ Sheldon L. Miller*
    Sheldon L. Miller
    Law Office of Sheldon L. Miller, P.C.
    31731 Northwestern Hwy., Suite 280W
    Farmington Hills, Michigan 48334
    Telephone: 248-538-3400
    Fax: 248-538-5280
    ccole@sheldonmiller.com

## CERTIFICATE OF SERVICE

I, Sheldon L. Miller, hereby certify that I caused a true and correct copy of the **NOTICE OF APPEARANCE OF SHELDON L. MILLER**, to be served upon all registered counsel of record *via the Court's CM/ECF system* on March 13, 2012.

*/s/ Sheldon L. Miller*
Sheldon L. Miller
