# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MICHIGAN

### SOUTHERN DIVISION

| | |
|---|---|
| **In re Automotive Wire Harness Systems Antitrust Litigation** | **Case No. 12-md-2311** |
| | **Hon. Marianne O. Battani** |

## NOTICE OF APPEARANCE

To: Clerk of the Court and All Parties of Record

Please enter the appearance of Christopher T. Micheletti of the law firm Zelle Hofmann Voelbel & Mason LLP as counsel on behalf of Plaintiffs Craig Kelly, Tye Smith, Jennifer Chase, Curtis Gunnerson, Kelly Klosterman, David Rochon and Darrel Senior in the above-captioned matter.


Dated: March 13, 2012

Respectfully Submitted,

 _/s/Christopher T. Micheletti_
Christopher T. Micheletti
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:    (415) 693-0770
cmicheletti@zelle.com

*Counsel for Plaintiffs Craig Kelly and Tye Smith*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Appearance of Christopher T. Micheletti was served upon all counsel of record via ECF on this 13th day of March, 2012.

 */s/Christopher T. Micheletti*
Christopher T. Micheletti
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:    (415) 693-0770
cmicheletti@zelle.com

3228833v1