UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION                              Case No. 12-md-02311

          MDL NO. 2311                                                        Hon. Marianne O. Battani
_____/

## NOTICE OF APPEARANCE OF LARRY S. GANGNES FOR DEFENDANTS FURUKAWA ELECTRIC CO., LTD. and AMERICAN FURUKAWA, INC.

To the Clerk of the Court and all Counsel of Record:

Please enter the appearance of Larry S. Gangnes of the law firm Lane Powell PC on behalf of Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

DATED:  March 14, 2012

                                    s/Larry S. Gangnes
                                    Larry S. Gangnes
                                    Lane Powell PC
                                    1420 Fifth Avenue, Suite 4100
                                    Seattle, WA  98101-2338
                                    (206) 223-7000
                                    (206) 223-7107 - fax
                                    gangnesl@lanepowell.com
                                    WA Bar No. 08118
                                    Attorneys for Defendants Furukawa Electric Co.,
                                    Ltd. and American Furukawa, Inc.

## CERTIFICATE OF SERVICE

  I hereby certify that on March 14, 2012, I caused to be filed a copy of the foregoing NOTICE OF APPEARANCE OF LARRY S. GANGNES FOR DEFENDANTS FURUKAWA ELECTRIC CO., LTD. and AMERICAN FURUKAWA, INC. with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

            s/Larry S. Gangnes
            Larry S. Gangnes
            Lane Powell PC
            1420 Fifth Avenue, Suite 4100
            Seattle, WA  98101-2338
            (206) 223-7000
            (206) 223-7107 - fax
            gangnesl@lanepowell.com
            WA Bar No. 08118
            Attorneys for Defendants Furukawa Electric Co.,
            Ltd. and American Furukawa, Inc.