**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br><br>MDL No. 2311 | )<br>)<br>)<br>)<br>) Case No. 12-md-02311<br>) Hon. Marianne O. Battani<br>)<br>) |

## APPEARANCE OF HOWARD B. IWREY

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Howard B. Iwrey of the law firm Dykema Gossett PLLC, as counsel on behalf of Lear Corporation in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: March 14, 2012  DYKEMA GOSSETT PLLC

By: /s Howard B. Iwrey_____
Howard B. Iwrey (P39635)
Attorneys for Defendant Lear Corporation
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
(248) 203-0526
(248) 203-0763 - facsimile
*email*: hiwrey@dykema.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2012, I electronically filed my Appearance on behalf of Lear Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: March 14, 2012　　　　　　　　　　DYKEMA GOSSETT PLLC

　　　　　　　　　　　　　　　　　　　　By: _/s  Howard B. Iwrey_____
　　　　　　　　　　　　　　　　　　　　　　Howard B. Iwrey (P39635)
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Lear Corporation
　　　　　　　　　　　　　　　　　　　　　　39577 Woodward Avenue
　　　　　　　　　　　　　　　　　　　　　　Bloomfield Hills, Michigan 48304
　　　　　　　　　　　　　　　　　　　　　　(248) 203-0526
　　　　　　　　　　　　　　　　　　　　　　(248) 203-0763 - facsimile
　　　　　　　　　　　　　　　　　　　　　　*email*: hiwrey@dykema.com

BH01\1515028.1
ID\HBI - 097535\0004