UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION** | MDL Docket No. 2311 <br><br> Master Docket No. 2:12-md-2311-MOB |
| MARTINEZ MANUFACTURING, INC., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> FURUKAWA ELECTRIC CO., LTD. et al, <br><br> Defendants. | Case No. 2:11-cv-15186-MOB-MKM |
| ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, L.L.C., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> FURUKAWA ELECTRIC CO., LTD. et al., <br><br> Defendants. | Case No. 2:11-cv-15362-MOB-MKM |
| MEXICAN INDUSTRIES IN MICHIGAN, INC., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> FURUKAWA ELECTRIC CO., LTD. et al., <br><br> Defendants. | Case No. 2:11-cv-15553-MOB-MKM |

| | |
|---|---|
| T.M. MORRIS MANUFACTURING COMPANY, INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>FURUKAWA ELECTRIC CO., LTD. et al.,<br><br>    Defendants. | Case No. 2:12-cv-10130-MOB-MKM |
| DOS MANOS TECHNOLOGIES, LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>FURUKAWA ELECTRIC CO., LTD. et al.,<br><br>    Defendants. | Case No. 2:12-cv-10155-MOB-MKM |
| CRAFT-CO ENTERPRISES, INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>FURUKAWA ELECTRIC CO., LTD. et al.,<br><br>    Defendants. | Case No. 2:12-cv-10336-MOB-MKM |
| QC ONICS VENTURES, LP., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>FURUKAWA ELECTRIC CO., LTD.  et al.,<br><br>    Defendants. | Case No. 2:12-cv-10720-MOB-MKM |

<u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Megan A. Sanders of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters her appearance as counsel for Plaintiffs Martinez

2851031.1

Manufacturing, Inc., ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, L.L.C., Mexican Industries in Michigan, Inc., T. M. Morris Manufacturing Company, Inc., Dos Manos Technologies, LLC, Craft-Co Enterprises, Inc., and QC Onics Ventures, LP, in the above-captioned matter.

Dated: March 19, 2012             /s/ Megan A. Sanders
                                  Preti Flaherty Beliveau & Pachios, LLP
                                  One City Center, PO Box 9546
                                  Portland, ME 04112
                                  Tel. 207-791-3000
                                  Fax 207-791-3111
                                  msanders@preti.com

                                  One of the attorneys for Plaintiffs Martinez
                                  Manufacturing, Inc., ACAP, L.L.C., f/k/a Aguirre,
                                  Collins & Aikman Plastics, L.L.C., Mexican
                                  Industries in Michigan, Inc.,  T. M. Morris
                                  Manufacturing Company, Inc., Dos Manos
                                  Technologies, LLC, Craft-Co Enterprises, Inc., and
                                  QC Onics Ventures, LP

CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2012 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Megan A. Sanders
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
msanders@preti.com

One of the attorneys for Plaintiffs Martinez Manufacturing, Inc., ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, L.L.C., Mexican Industries in Michigan, Inc., T. M. Morris Manufacturing Company, Inc., Dos Manos Technologies, LLC, Craft-Co Enterprises, Inc., and QC Onics Ventures, LP