UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br><br>MDL 2311<br><br>This Document Relates To: *Nguyen et al. v. Furukawa Electric Co., Ltd. et al,* No. 12-CV-19051 | Case No. 12-md-2311<br>Hon. Marianne O. Battani |

## NOTICE OF APPEARANCE OF MARK J. SCHIRMER

PLEASE TAKE NOTICE that Mark J. Schirmer of the law firm of Straus & Boies, LLP hereby appears as counsel for Plaintiff Tuan Nguyen in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: March 28, 2012

        STRAUS & BOIES, LLP

        By: /s/ Mark J. Schirmer
           Mark J. Schirmer
           4041 University Drive, 5th Floor
           Fairfax, VA 22030
           Telephone: (703) 764-8700
           Facsimile: (703) 764-8704
           mschirmer@straus-boies.com

        *Attorney for Plaintiff Tuan Nguyen*

## **CERTIFICATE OF SERVICE**

I certify that on March 28, 2012, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to all attorneys of record.

STRAUS & BOIES, LLP

By: /s/ Mark J. Schirmer
    Mark J. Schirmer
    4041 University Drive, 5th Floor
    Fairfax, VA 22030
    Telephone: (703) 764-8700
    Facsimile: (703) 764-8704
    mschirmer@straus-boies.com