UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | ) Master File No. 12-md-02311 ) ) ) **NOTICE OF APPEARANCE** ) |
| This document relates to: JEFFREY BUDNER, et al. v. DELPHI AUTOMOTIVE LLP, et al. | ) ) Case No. 12-cv-10678 ) ) |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Sylvie K. Kern of the KAG Law Group hereby enters an appearance as counsel for Plaintiffs Jeffrey Budner, Dorine Kramer, Nicholas Mitchell, Lillian Fireside, Kelly Hopkins, Timothy Griffin, and John Hollingsworth in the above-captioned matter.

Respectfully submitted,

Dated: April 2, 2012

/s/ *Sylvie K. Kern*_____
Sylvie K. Kern
KAG LAW GROUP
P.O. Box 210135
San Francisco, CA 94121
Tel: (415) 221-5763

C*ounsel for Plaintiffs Jeffrey Budner, Dorine Kramer, Nicholas Mitchell, Lillian Fireside, Kelly Hopkins, Timothy Griffin, and John Hollingsworth*

## CERTIFICATE OF SERVICE

I certify that on April 2, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

DATED:  April 2, 2012                              /s/ *Sylvie K. Kern*_____
                                                                   Sylvie K. Kern
                                                                   KAG LAW GROUP
                                                                   P.O. Box 210135
                                                                   San Francisco, CA 94121
                                                                   Tel: (415) 221-5763