**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| This document relates to: ROBERT KOCH v. DELPHI AUTOMOTIVE LLP, *et al.* | Case No. 11-cv-15007 |

## NOTICE OF APPEARANCE OF MINDEE J. REUBEN

TO THE CLERK OF COURT:

Kindly enter the appearance of Mindee J. Reuben on behalf of Plaintiff, Robert Koch, in the above-captioned matter.

Date: April 11, 2012

By: /s/ Mindee J. Reuben
Mindee J. Reuben, Esquire
Weinstein Kitchenoff & Asher LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 545-7200 Phone
(215) 545-6535 Facsimile
reuben@wka-law.com

## CERTIFICATE OF SERVICE

I, Mindee J. Reuben, Esquire, counsel for Plaintiff, Robert Koch, hereby certify that a true and correct copy of **NOTICE OF APPEARANCE OF MINDEE J. REUBEN** was served via this Court's ECF system upon all individuals registered for ECF notice.

Date: April 11, 2012                                  By:     /s/ Mindee J. Reuben
                                                                      Mindee J. Reuben