UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION** | MDL Docket No. 2311<br><br>Master Docket No. 2:12-md-2311-MOB |
| MARTINEZ MANUFACTURING, INC., individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>  v.<br><br>FURUKAWA ELECTRIC CO., LTD. et al,<br><br>               Defendants. | Case No. 2:11-cv-15186-MOB-MKM |
| ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, L.L.C., individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>  v.<br><br>FURUKAWA ELECTRIC CO., LTD. et al.,<br><br>               Defendants. | Case No. 2:11-cv-15362-MOB-MKM |
| MEXICAN INDUSTRIES IN MICHIGAN, INC., individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>  v.<br><br>FURUKAWA ELECTRIC CO., LTD. et al.,<br><br>               Defendants. | Case No. 2:11-cv-15553-MOB-MKM |

2955319.1

| | |
|---|---|
| T.M. MORRIS MANUFACTURING COMPANY, INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>FURUKAWA ELECTRIC CO., LTD. et al.,<br><br>    Defendants. | Case No. 2:12-cv-10130-MOB-MKM |
| DOS MANOS TECHNOLOGIES, LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>FURUKAWA ELECTRIC CO., LTD. et al.,<br><br>    Defendants. | Case No. 2:12-cv-10155-MOB-MKM |
| CRAFT-CO ENTERPRISES, INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>FURUKAWA ELECTRIC CO., LTD. et al.,<br><br>    Defendants. | Case No. 2:12-cv-10336-MOB-MKM |
| QC ONICS VENTURES, LP., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>FURUKAWA ELECTRIC CO., LTD.  et al.,<br><br>    Defendants. | Case No. 2:12-cv-10720-MOB-MKM |

## NOTICE OF WITHDRAWAL
## MEGAN A. SANDERS INDIVIDUALLY AS COUNSEL FOR PLAINTIFFS MARTINEZ MANUFACTURING, INC., ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, L.L.C., MEXICAN INDUSTRIES IN MICHIGAN, INC., T.M. MORRIS MANUFACTURING COMPANY, INC., DOS MANOS TECHNOLOGIES, LLC, CRAFT-CO ENTERPRISES, INC. AND QC ONICS VENTURES, LP.

Gregory P. Hansel hereby files a Notice of Withdrawal on behalf of Megan A. Sanders, withdrawing individually as counsel of record for plaintiffs Martinez Manufacturing, Inc., ACAP, LLC, f/k/a Aguirre, Collings & Aikman Plastics, LLC, Mexican Industries in Michigan, Inc., T.M. Morris Manufacturing Company, Inc., Dos Manos Technologies, LLC, Craft-Co Enterprises, Inc. and QC Onics Ventures, LP as Megan A. Sanders is no longer with the Preti Flaherty law firm.

DATED this 11th day of May, 2012.

/s/ Gregory P. Hansel
Gregory P. Hansel
Preti Flaherty Beliveau & Pachios, LLP
One City Center
PO Box 9546
Portland, ME 04112-9546
ghansel@preti.com

2955319.1

## CERTIFICATE OF SERVICE

      I hereby certify that on the above date, I electronically filed the Notice of Withdrawal with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) electronically to the registered participants.

      */s/Gregory P. Hansel*
Gregory P. Hansel
Preti Flaherty Beliveau & Pachios, LLP
One City Center
PO Box 9546
Portland, ME 04112-9546
ghansel@preti.com

2955319.1