UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **APPEARANCE OF MICHELLE K. FISCHER** |

## APPEARANCE

TO:   THE CLERK OF THE COURT

     PLEASE enter the appearance of Michelle K. Fischer, of the law firm Jones Day, as counsel on behalf of Yazaki North America, Inc. in the above-captioned matters.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: May 17, 2012                JONES DAY

                                          By:  /s/ Michelle K. Fischer
                                          Michelle K. Fischer (Ohio Bar No. 0042298)
                                          JONES DAY
                                          North Point
                                          901 Lakeside Avenue
                                          Cleveland, OH 44114
                                          216-586-3939
                                          216-579-0212 (facsimile)
                                          *Email*:  mfischer@jonesday.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2012, I electronically filed my Appearance on behalf of Yazaki North America, Inc. with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated: May 17, 2012                        JONES DAY

                                          By: /s/ Michelle K. Fischer
                                          Michelle K. Fischer (Ohio Bar No. 0042298)
                                          JONES DAY
                                          North Point
                                          901 Lakeside Avenue
                                          Cleveland, OH 44114
                                          216-586-3939
                                          216-579-0212 (facsimile)
                                          *Email*: mfischer@jonesday.com