UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS ANTITRUST LITIGATION | : : : : : : : : : : |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

Master File No. 12-md-02311

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Scott D. Gilchrist of the law firm of Cohen & Malad, LLP hereby enters his appearance as counsel for the Direct Purchaser Plaintiffs in the above-captioned case.

Dated:  May 22, 2012

Respectfully submitted,

/s/ Scott D. Gilchrist
Scott D. Gilchrist
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN  46204
Telephone:  (317) 636-6481
Facsimile:  (317) 636-2593
sgilchrist@cohenandmalad.com

*Counsel for Direct Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2012, I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Scott D. Gilchrist
Scott D. Gilchrist
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593