UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION

MDL No. 2311

Case No.

Judge Marianne O. Battani

THIS DOCUMENT RELATES TO:

ALL ACTIONS

/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4,   FURUKAWA ELECTRIC CO., LTD.
                                    [Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1.   Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

     Yes  ☐         No  ☒

     If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship
     between it and the named party.

     Parent Corporation/Affiliate Name: _____
     Relationship with Named Party: _____

2    Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial
     interest in the outcome of the litigation?

     Yes  ☐         No  ☒

     If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

     Parent Corporation/Affiliate Name: _____
     Nature of Financial Interest: _____

Date:    5/22/12                          s/Larry S. Gangnes
                                          Signature
                                          WA Bar No. 08118
                                          Bar No.
                                          1420 Fifth Avenue, Suite 4100
                                          Street Address
                                          Seattle, WA 98101
                                          City, State, Zip Code
                                          (206) 223-7000
                                          Telephone Number
                                          gangnesl@lanepowell.com
                                          Primary Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2012, I caused to be filed a copy of the foregoing STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST RE FURUKAWA ELECTRIC CO., LTD. with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

s/Larry S. Gangnes
Larry S. Gangnes
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101-2338
(206) 223-7000
(206) 223-7107 - fax
gangnesl@lanepowell.com
WA Bar No. 08118
Attorneys for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.

709315.0013/5397741.1