UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION

Case No. MDL No. 2311

Judge Marianne O. Battani

THIS DOCUMENT RELATES TO:

ALL ACTIONS

_____/

## STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __AMERICAN FURUKAWA, INC.__
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [X]   No [ ]

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: __FURUKAWA ELECTRIC CO., LTD.__
   Relationship with Named Party: __WHOLLY-OWNED SUBSIDIARY__

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [ ]   No [X]

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: __5/22/12__

s/Larry S. Gangnes
Signature

WA Bar No. 08118
Bar No.

1420 Fifth Avenue, Suite 4100
Street Address

Seattle, WA 98101
City, State, Zip Code

(206) 223-7000
Telephone Number

gangnesl@lanepowell.com
Primary Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2012, I caused to be filed a copy of the foregoing STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST RE AMERICAN FURUKAWA, INC. with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

s/Larry S. Gangnes
Larry S. Gangnes
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101-2338
(206) 223-7000
(206) 223-7107 - fax
gangnesl@lanepowell.com
WA Bar No. 08118
Attorneys for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.