# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| In Re: Automotive Wire Harness Systems Antitrust Litigation, )<br>)<br>)<br>          *Plaintiff,* )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>          *Defendant.* ) | Civil Action No. 12-2311<br><br>Hon. Marianne O. Battani |

**SUMMONS IN A CIVIL ACTION**

To:     Tokai Rika, Ltd

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> E. Powell Miller
> The Miller Law Firm
> 950 W. University Drive
> Suite 300
> Rochester, MI 48307
> 248-841-2200

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/T McGovern
     *Signature of Clerk or Deputy Clerk*

Date of Issuance:  June 1, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-2311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Tokai Rika, Ltd

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| In Re: Automotive Wire Harness Systems Antitrust Litigation, )<br>)<br>)<br>                 *Plaintiff,* )<br>)<br>     v.                 )<br>)<br>)<br>)<br>)<br>                 *Defendant.* )| Civil Action No. 12-2311<br><br>Hon. Marianne O. Battani |

**SUMMONS IN A CIVIL ACTION**

To:   G S Electech, Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    E. Powell Miller
    The Miller Law Firm
    950 W. University Drive
    Suite 300
    Rochester, MI 48307
    248-841-2200

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/T McGovern
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 1, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-2311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: G S Electech, Inc

Date of Service: _____

## Method of Service

___ Personally served at this address:
_____
_____
_____

___ Left copies at the usual place of abode with (name of person):
_____
_____
_____

___ Other (specify):
_____
_____
_____

___ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| In Re: Automotive Wire Harness Systems Antitrust Litigation, )<br>)<br>)<br>   *Plaintiff,* )<br>)<br> v. )<br>)<br>)<br>)<br>)<br>   *Defendant.* ) | Civil Action No.  12-2311<br><br><br>Hon.  Marianne O. Battani |

**SUMMONS IN A CIVIL ACTION**

To: G S Wiring Systems, Inc

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  E. Powell Miller
  The Miller Law Firm
  950 W. University Drive
  Suite 300
  Rochester, MI 48307
  248-841-2200

 If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*  By: s/T McGovern
             *Signature of Clerk or Deputy Clerk*

             Date of Issuance:  June 1, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-2311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: G S Wiring Systems, Inc

Date of Service: _____

## Method of Service

___ Personally served at this address:
_____
_____
_____

___ Left copies at the usual place of abode with (name of person):
_____
_____
_____

___ Other (specify):
_____
_____
_____

___ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| In Re: Automotive Wire Harness Systems Antitrust Litigation, | ) ) ) | |
| *Plaintiff,* | ) ) | Civil Action No. 12-2311 |
| v. | ) ) ) | Hon. Marianne O. Battani |
| *Defendant.* | ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To:    G S W Manufacturing Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> E. Powell Miller
> The Miller Law Firm
> 950 W. University Drive
> Suite 300
> Rochester, MI 48307
> 248-841-2200

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/T McGovern
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 1, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-2311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: G S W Manufacturing Inc

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at the usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____
Signature of Server: _____
Date: _____
Server's Address: _____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| In Re: Automotive Wire Harness Systems Antitrust Litigation, | ) ) ) | |
| *Plaintiff,* | ) ) | Civil Action No. 12-2311 |
| v. | ) ) ) | Hon. Marianne O. Battani |
| *Defendant.* | ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To:   TRAM, Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    E. Powell Miller
    The Miller Law Firm
    950 W. University Drive
    Suite 300
    Rochester, MI 48307
    248-841-2200

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/T McGovern
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 1, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-2311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: TRAM, Inc

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 12/09) Summons in a Civil Action