**UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION           MASTER FILE NO. 12-md-02311

_____     HON. MARIANNE O. BATTANI

THIS DOCUMENT RELATES TO:
ALL ACTIONS
_____/

**NOTICE OF SECOND STATUS CONFERENCE
AND REQUEST FOR AGENDA ITEMS**

The second status conference for all cases in MDL No. 2311 is scheduled for **June 15, 2012, starting at 10:00 A.M. E.S.T.** and continuing until the business at hand is completed, in the courtroom of the Honorable Marianne O. Battani, at the Theodore Levin Federal Courthouse, Room 272, 231 West Lafayette, Detroit, Michigan.

To minimize costs and facilitate a manageable conference, parties are not required to attend. All Interim Liaison Counsel and at least one representative from each of the three Interim Lead Counsel groups must be present for this conference. At least one attorney for each Defendant must also attend.

Counsel are encouraged to submit to the Court discussion items to be incorporated into an Agenda for this conference. Counsel must submit proposed Agenda items via email to Case Manager, Bernadette Thebolt, at efile_battani@mied.uscourts.gov, by **5:00 P.M. E.S.T. on June 11, 2012**. The Court will finalize the Agenda and file it electronically on June 12, 2012.

                                      s/Marianne O. Battani
                                      MARIANNE O. BATTANI
                                      UNITED STATES DISTRICT JUDGE

DATE:  June 5, 2012

### CERTIFICATE OF SERVICE

    I hereby certify that on the above date a copy of this Notice was sent to all Counsel of record via the Court's ECF Filing System.

                                      s/Bernadette M. Thebolt
                                      Case Manager