UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE AUTOMOTIVE WIRE
HARNESS SYSTEMS ANTITRUST
LITIGATION

Master File No.: 12-md-02311

Hon. Marianne O. Battani
_____/   Hon. Mona Majzoub

## APPEARANCE

Irwin Alterman of Kemp Klein Law Firm appears as local counsel on behalf of defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.

Dated: June 8, 2012

s/ Irwin Alterman
Kemp Klein Law Firm
201 W. Big Beaver Road, Suite 600
Troy, MI 48084
248-528-1111
248-740-5675 (DID)
Irwin.alterman@kkue.com
P10147

## Certificate of Service

I certify that on June 8, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the EFC system which sends notification of such filing to all attorneys of record.

s/ Irwin Alterman
Kemp Klein Law Firm
201 W. Big Beaver Road, Suite 600
Troy, MI 48084
248-528-1111
Irwin.alterman@kkue.com
P10147

715371