**UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

_____

THIS DOCUMENT RELATES TO:
ALL ACTIONS
_____/

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

## AGENDA FOR THE SECOND STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the second status conference on June 15, 2012:

I. <u>JPML June 12, 2012 Transfer Order</u>

II. <u>Relationship with other Automotive Parts Price-Fixing Cases</u>: Wheel Bearings, <u>Kaufman v. JTEKT Corporation, et al.</u>, No. 12-12263 (J. Zatkoff), and Occupant Safety Restraint Systems, <u>Zirulnik v. Autoliv, Inc. et al</u>., No. 12-12472 (J. Roberts).

III. <u>Service Issues</u>: Listing of Defendants served/waived/need to be served the Consolidated Amended Complaints.

IV. <u>Motions to Dismiss</u>: Issues, formatting, and deadlines.

V. <u>Discovery Plan</u>

1. <u>Documents related to the Grand Jury proceedings</u>: Scope of Grand Jury subpoenas, search protocols and related materials/information to be produced by Defendants (if any) in connection with the DOJ documents that certain Defendants have agreed to produce to Plaintiffs.

2. <u>Document Preservation</u>: Whether the preservation dates proposed by Defendants in Section 9(b) of the Initial Discovery Plan should be entered or, alternatively, whether resolution of these issues should be deferred until no later than December 1, 2012, as Plaintiffs propose.

VI. <u>Protective Order</u>: Whether the Court should enter Plaintiffs' proposal or Defendants' proposal for Paragraphs 10(b) and 10(c) of the Protective Order relating to the pre-notification of the use of "Highly Confidential" documents.

VII. <u>Set Third Status Conference Date</u>

VIII. <u>Other</u>

                s/Marianne O. Battani
                MARIANNE O. BATTANI
                UNITED STATES DISTRICT JUDGE

DATE: <u>June 12, 2012</u>

### CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Notice was served upon All Counsel of Record, via the Court's ECF Filing System.

                s/Bernadette M. Thebolt
                Case Manager