**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 |
| | : | |
| THIS DOCUMENT RELATES TO: | : : | **NOTICE OF APPEARANCE OF SONIA KUESTER PFAFFENROTH** |
| All Actions | : | |

TO:     THE CLERK OF THE COURT

        PLEASE enter the appearance of Sonia Kuester Pfaffenroth, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendant Fujikura America, Inc. and Defendant Fujikura Ltd. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: June 13, 2012                     Respectfully submitted,

                                         ARNOLD & PORTER LLP

                                         By:  /s/ Sonia K. Pfaffenroth
                                              Sonia K. Pfaffenroth (D.C. Bar No. 467946)
                                              ARNOLD & PORTER LLP
                                              555 Twelfth Street NW
                                              Washington, DC 20004
                                              (202) 942-5094
                                              (202) 942-5999 - facsimile
                                              *email*:  sonia.pfaffenroth@aporter.com
                                              *Attorney for Defendants Fujikura America, Inc. and Fujikura Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2012, I caused the foregoing Notice of Appearance of Sonia Kuester Pfaffenroth to be served upon Direct Purchaser Interim Lead and Liaison Counsel, Automobile Dealer Interim Lead and Liaison Counsel, and End-Payor Interim Lead and Liaison Counsel by filing said document via ECF in accordance with Case Management Order No. 1.


Dated: June 13, 2012                     By:  /s/ Laura Cofer Taylor
                                              Laura Cofer Taylor