## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____
                               :     Master File No. 12:md-02311

IN RE AUTOMOTIVE WIRE        :
HARNESS SYSTEMS ANTITRUST   :
LITIGATION                     :
_____  :
                               :
THIS DOCUMENT RELATES TO:    :
                               :
All End Payor Actions            :
_____:

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the End-Payor Plaintiffs hereby give notice of their voluntary dismissal of defendants Delphi Automotive LLP and Delphi Automotive Systems, LLC (together, the "Delphi Defendants") from this action. Dismissal of this action against the Delphi Defendants is without prejudice and the End-Payor Plaintiffs and the Delphi Defendants shall bear their own attorneys' fees and costs. The Delphi Defendants have not filed answers or motions for summary judgment with respect to the End-Payor Plaintiffs' complaint.

Dated:  June 14, 2012

**THE MILLER LAW FIRM, P.C.**

By /s/ E. Powell Miller
E. Powell Miller (P39487)
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com

*Attorneys for Plaintiffs and Interim Liaison Counsel for the Proposed End-Payor Plaintiffs Classes*

Hollis Salzman
Bernard Persky
William V. Reiss
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700


Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Terrell W. Oxford
Warren T. Burns
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900


Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Gene W. Kim
Frank C. Damrell, Jr.
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

*Attorneys for Plaintiffs and Interim Co-Lead Class Counsel for the Proposed End-Payor Plaintiffs Classes*

<u>**CERIFICATE OF SERVICE**</u>

I hereby certify that on June 14, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

**THE MILLER LAW FIRM, P.C.**

Attorney for Plaintiffs

By:   <u>E. Powell Miller</u>
E. Powell Miller (P39487)
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
(248) 841-2200
epm@millerlawpc.com