UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | : Master File No. 12:md-02311 : : : : : THIS DOCUMENT RELATES TO: : : All Automobile Dealer Actions : : |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

the Automobile Dealer Plaintiffs hereby give notice of their voluntary dismissal of

defendants Delphi Automotive LLP, Delphi Automotive Systems, LLC, DPH

Holdings Corporation (f/k/a Delphi Corporation) and Delphi Furukawa Wiring

Systems LLC ( collectively the "Delphi Defendants") from this action.  Dismissal of

this action against the Delphi Defendants is without prejudice and the Automobile

Dealer Plaintiffs and the Delphi Defendants shall bear their own attorneys' fees and

costs. The Delphi Defendants have not filed answers or motions for summary

judgment with respect to the Automobile Dealer Plaintiffs' complaint.

**92608**

Dated:  June 14, 2012


Don Barrett
David McMullan
Brian Herrington
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488

   /s/Gerard V. Mantese_____
Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
Mantese Honigman Rossman
 and Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200 ext. 203

Jonathan W. Cuneo
Joel Davidow
Victoria Romanenko
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960

Shawn M. Raiter
Paul A. Sand
LARSON & KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
Telephone: (651) 312-6500

**92608**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 14, 2012 I caused the foregoing papers to be electronically filed with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

/s/Gerard V. Mantese_____
Gerard V. Mantese (P34424)
Mantese Honigman Rossman
 and Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200 ext. 203
gmantese@manteselaw.com

**92608**                                    3