# Summons and Complaint Return of Service

Case No. 12-md-02311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Kyungshin-Lear Sales and Engineering, LLC

Date of Service: June 18, 2012

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

X Other (specify): Certified Mail, Return Receipt Requested
2 North Jackson Street, Suite 605
Montgomery, AL 36104

___ Returned unexecuted (reason):

Service Fees: Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Sherri Sikorski
Signature of Server: Sherri Sikorski
Date: June 25, 2012
Server's Address: Mantese Honigman Rossman & Williamson, P.C.
1361 E. Big Beaver Rd.
Troy, MI 48083

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| In re: Automotive Wire Harness Systems Antitrust Litigation ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 12-md-02311<br><br>Hon. Marianne O. Battani |

## SUMMONS IN A CIVIL ACTION

To:    Kyungshin-Lear Sales and Engineering, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>    Gerard V. Mantese
>    Mantese Assoc.
>    1361 E. Big Beaver Road
>    Troy, MI 48083

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/ Kristen Krawczyk
        *Signature of Clerk or Deputy Clerk*

Date of Issuance:  June 13, 2012



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 6/18/12 |
| 1. Article Addressed to:<br>KyungShin-Lear Sales and Engineering, LLC<br>c/o CT Corporation System<br>2 North Jackson St, Ste 605<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 2000 0001 8669 9790 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |