# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

IN RE: Automotive Parts Antitrust Litigation  )
)
)
                *Plaintiff,*  )    Civil Action No.  12-md-02311
)
v.  )
)
)    Hon.  Marianne O. Battani
)
)
                *Defendant.*  )

**SUMMONS IN A CIVIL ACTION**

To:    Tokai Rika Company, Ltd.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    E. Powell Miller
    The Miller Law Firm
    950 W. University Drive
    Suite 300
    Rochester, MI 48307


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*    By:  s/D.Peruski
                                                                  *Signature of Clerk or Deputy Clerk*



                                                      Date of Issuance:  July 5, 2012

# Summons and Complaint Return of Service

Case No. 12-md-02311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Tokai Rika Company, Ltd.

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: