UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:
Wire Harness Systems
All Actions

Master File No. 12-md-2311
Honorable Marianne O. Battani

### NOTICE OF APPEARANCE OF ELIZABETH A. FAVARO

PLEASE TAKE NOTICE that Elizabeth A. Favaro, of the law firm of Giarmarco, Mullins & Horton, P.C., hereby enters her appearance as counsel on behalf of Defendants Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: July 10, 2012

Respectfully submitted,

GIARMARCO, MULLINS & HORTON, P.C.

By /s/ Elizabeth A. Favaro
Elizabeth A. Favaro (P69610)
Giarmarco, Mullins & Horton, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, MI 48084-5280
Phone: 248-457-7060
efavaro@gmhlaw.com

*Attorney for Defendants
Sumitomo Electric Industries, Ltd.
Sumitomo Electric Wintec America, Inc.
Sumitomo Wiring Systems, Ltd.
Sumitomo Electric Wiring Systems, Inc.
K&S Wiring Systems, Inc.
Sumitomo Wiring Systems (U.S.A.) Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2012 I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

DATED: July 10, 2012

By  /s/ Elizabeth A. Favaro
Elizabeth A. Favaro (P69610)
Giarmarco, Mullins & Horton, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, MI  48084-5280
Phone: 248-457-7060
efavaro@gmhlaw.com

*Attorney for Defendants*
*Sumitomo Electric Industries, Ltd.*
*Sumitomo Electric Wintec America, Inc.*
*Sumitomo Wiring Systems, Ltd.*
*Sumitomo Electric Wiring Systems, Inc.*
*K&S Wiring Systems, Inc.*
*Sumitomo Wiring Systems (U.S.A.) Inc.*