UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re: Automotive Parts Antitrust Litig.

            Plaintiff(s),          Case No. 12-md-2311

v.          Judge Marianne O. Battani

THIS DOCUMENT RELATES TO:          Magistrate Judge
All Actions

            Defendant(s).
_____ /

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Sumitomo Electric Wintec America, Inc. ("SEWA")

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑     No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Sumitomo Electric Industries, Ltd.
   Relationship with Named Party: SEWA is a wholly-owned subsidiary of Sumitomo Electric Industries, Ltd.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐     No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: July  , 2012          /s/ Marguerite M. Sullivan

                                                              DC Bar No. 497894
                                                              LATHAM & WATKINS LLP
                                                              555 Eleventh St. NW
                                                              Suite 1000
                                                              Washington, DC 20004-1304
                                                              202-637-2200
                                                              maggy.sullivan@lw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2012, I caused a true and correct copy of the foregoing STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

DATED: July 10, 2012

By: __/s/ Marguerite M. Sullivan__
Marguerite M. Sullivan (DC #497894)
LATHAM & WATKINS LLP
555 Eleventh St. NW
Suite 1000
Washington, DC 20004-1304
202-637-2200
maggy.sullivan@lw.com