UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE WIRE HARNESS          Case No.: 12-md-02311
SYSTEMS ANTITRUST LITIGATION             Hon. Marianne O. Battani
          MDL 2311

_____/

## NOTICE OF APPEARANCE OF DAVID F. DUMOUCHEL

TO:    THE CLERK OF THE COURT

         Please enter the appearance of David F. DuMouchel of the law firm of Butzel Long, a

professional corporation, as counsel on behalf of Defendant Tokai Rika Co., Ltd. in the above-

captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses

that may be available under common law, statutes or the Federal Rules of Civil Procedure.


                                        Respectfully submitted,

                                        BUTZEL LONG


                                        s/ David F. DuMouchel
                                        David F. DuMouchel (P25658)
                                        150 W. Jefferson, Suite 100
                                        Detroit, MI  48226
                                        (313) 225-7000
                                        E-mail: dumouchd@butzel.com

                                        Counsel for Defendants TRAM, Inc. and
                                        Tokai Rika Co., Ltd.

Dated: July 10, 2012

## <u>CERTIFICATE OF SERVICE</u>

I, David F. DuMouchel, an attorney, hereby certify that on July 10, 2012, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF DAVID F. DUMOUCHEL to be filed and served electronically via the ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Respectfully submitted,

BUTZEL LONG

s/ David F. DuMouchel
David F. DuMouchel (P25658)
150 W. Jefferson, Suite 100
Detroit, MI  48226
(313) 225-7000
E-mail: dumouchd@butzel.com

Counsel for Defendants TRAM, Inc. and
Tokai Rika Co., Ltd.

1387303v1