**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

|  |  |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : Master File No. 12:md-02311 |
| PRODUCT(S): WIRE HARNESS SYSTEMS | : : : : : |
| This Document Relates to: ALL END-PAYOR ACTIONS | : : : : : |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the End-Payor Plaintiffs hereby give notice of their voluntary dismissal of defendant S-Y Systems Technologies America LLC ("SYSTA") from this action. Dismissal of this action against SYSTA is without prejudice and the End-Payor Plaintiffs and SYSTA shall bear their own attorneys' fees and costs. SYSTA has not filed an answer or motion for summary judgment with respect to the End-Payor Plaintiffs' Corrected Consolidated Amended Class Action Complaint or any other complaint filed by the End-Payor Plaintiffs in this action.

Dated: July 11, 2012

**THE MILLER LAW FIRM, P.C.**

By /s/ E. Powell Miller
E. Powell Miller (P39487)
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com

*Attorneys for Plaintiffs and Interim Liaison Counsel for the Proposed End-Payor Plaintiffs Classes*

Hollis Salzman
Bernard Persky
William V. Reiss
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Terrell W. Oxford
Warren T. Burns
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900

Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Gene W. Kim
Frank C. Damrell, Jr.
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

*Attorneys for Plaintiffs and Interim Co-Lead Class Counsel for the Proposed End-Payor Plaintiffs Classes*

2