UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311 |
| PRODUCT(S): WIRE HARNESS SYSTEMS | |
| THIS DOCUMENT RELATES TO: Direct Purchaser Actions | |

**RESPONSE OF DIRECT PURCHASER LEAD AND LIAISON COUNSEL TO: MOTION FOR LEAVE TO FILE AN OPPOSITION TO WIRE HARNESS LITIGATION PLAINTIFFS' MOTION FOR CASE MANAGEMENT ORDER NO. 3 (DKT. NO. 184)**

Plaintiffs' Lead and Liaison counsel for the automotive wire harness direct purchaser cases do not oppose the Motion for Leave to File an Opposition to Wire Harness Litigation Plaintiffs' Motion for Case Management Order No. 3 (Dkt. No. 184), which was filed by the law firms that filed the Complaint in *McGuire Bearing Co. v. Jtekt Corporation*, C.A. No. 2:12-cv-12932-JAC-MAR (E.D. Mi.), currently before Judge Cook.

If the Court grants the Motion for Leave to File, Plaintiffs' Lead and Liaison counsel for the automotive wire harness direct purchasers intend to file a Reply in Support of Request for Entry of CMO No. 3 within 14-days after the entry of the Order granting the Motion for Leave to File, unless the Court directs otherwise.

Dated: July 11, 2012          Respectfully submitted,

Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700
jkohn@kohnswift.com
whoese@kohnswift.com
dabrahams@kohnswift.com

Michael J. Freed
Steven A. Kanner
William H. London
Michael L. Silverman
FREED KANNER LONDON
    & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
(224) 632-4500
mfreed@fklmlaw.com
skanner@fklmlaw.com
blondon@fklmlaw.com
msilverman@fklmlaw.com

/s/ David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI 48304
(248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

Gregory P. Hansel
Randall B. Weill
Joshua R. Carver
PRETI, FLAHERTY, BELIVEAU
  & PACHIOS LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
ghansel@preti.com
rweill@preti.com
jcarver@preti.com


Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF
   & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

## CERTFICATE OF SERVICE

I hereby certify that on July 11, 2012, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

FINK + ASSOCIATES LAW

By: /s/David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
Counsel for Plaintiffs
100 West Long Lake Road, Suite111
Bloomfield Hills, MI  48304
(248) 971-2500
dfink@finkandassociateslaw.com