**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

|  |  |  |
|---|---|---|
| _____/ | | |
| | : | Master File No. 12-md-02311 |
| IN RE AUTOMOTIVE PARTS | : | Honorable Marianne O. Battani |
| ANTITRUST LITIGATION | : | Honorable Mona Majzoub |
| _____/ | : | |
| | : | |
| PRODUCT(S): | : | |
| | : | |
| WIRE HARNESS SYSTEMS | : | |
| | : | |
| _____ | : | |
| | : | **NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO: | : | **OF ATLEEN KAUR** |
| | : | |
| ALL ACTIONS | : | |
| _____/ | | |

<u>**APPEARANCE**</u>

TO:   THE CLERK OF THE COURT

　　　PLEASE enter the appearance of Atleen Kaur of Yazaki North America, Inc. ("YNA"), as counsel on behalf of YNA in the above-captioned matters.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: July 12, 2012                              YAZAKI NORTH AMERICA, INC.


By: /s/ Atleen Kaur_____
Atleen Kaur (State Bar No. P66595)
Yazaki North America, Inc.
6801 N. Haggerty Road
Canton, MI 48187
734-983-4622
734-983-4623 (facsimile)
_Email_:  Atleen.kaur@us.yazaki.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 12, 2012, I electronically filed my Appearance on behalf of Yazaki North America, Inc. with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.


Dated: July 12, 2012                                     YAZAKI NORTH AMERICA, INC.


By: /s/ Atleen Kaur
Atleen Kaur (State Bar No. P66595)
Yazaki North America, Inc.
6801 N. Haggerty Road
Canton, MI 48187
734-983-4622
734-983-4623 (facsimile)
*Email:* Atleen.kaur@us.yazaki.com