UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| PRODUCT(S): <br> WIRE HARNESS SYSTEMS | CASE NO. 12-MD-02311 <br><br> HON. MARIANNE O. BATTANI |
| This Document Relates to: <br><br> *Dos Manos Technologies, LLC v. Furukawa Electric Co., Ltd., et al.* <br> *Civil Action No. 2:12-cv-10155* | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DOS MANOS TECHNOLOGIES, LLC**

PLEASE TAKE NOTICE that plaintiff Dos Manos Technologies, LLC, by and through the undersigned counsel, hereby voluntarily dismisses its individual claims without prejudice against defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Dos Manos Technologies, LLC's action has been consolidated into *In re: Automotive Parts Antitrust Litigation*, Master Docket No. 12-cv-02311. Defendants have not served an answer or motion for summary judgment to Dos Manos Technologies, LLC's complaint. Dos Manos Technologies, LLC reserves its rights as an absent class member to share in any recovery in this case to which it would otherwise be entitled. All counsel listed below have assented to the filing of this Notice. Dos Manos Technologies, LLC has filed this Notice under the individual docket number listed in the caption above**.** The following individual docket can now be closed: 2:12-cv-10155.

1

Dated:  July 12, 2012 　　　　　　　　　　/s/ David H. Fink_____
　　　　　　　　　　　　　　　　　　　　　　David H. Fink (P28235)
　　　　　　　　　　　　　　　　　　　　　　Darryl Bressack (P67820)
　　　　　　　　　　　　　　　　　　　　　　FINK + ASSOCIATES LAW
　　　　　　　　　　　　　　　　　　　　　　100 West Long Lake Road; Ste. 111
　　　　　　　　　　　　　　　　　　　　　　Bloomfield Hills, MI 48304
　　　　　　　　　　　　　　　　　　　　　　(248) 971-2500
　　　　　　　　　　　　　　　　　　　　　　dfink@finkandassociateslaw.com
　　　　　　　　　　　　　　　　　　　　　　dbressack@finkandassociateslaw.com

**Direct Purchaser Interim Liaison Counsel**

| | |
|---|---|
| Gregory P. Hansel | Joseph C. Kohn |
| Randall B. Weill | William E. Hoese |
| Joshua R. Carver | Douglas A. Abrahams |
| PRETI, FLAHERTY, BELIVEAU | KOHN, SWIFT & GRAF, P.C. |
|   & PACHIOS LLP | One South Broad Street, Suite 2100 |
| One City Center, P.O. Box 9546 | Philadelphia, PA  19107 |
| Portland, ME  04112-9546 | Telephone:  (215) 238-1700 |
| Telephone:  (207) 791-3000 | jkohn@kohnswift.com |
| ghansel@preti.com | whoese@kohnswift.com |
| rweill@preti.com | dabrahams@kohnswift.com |
| jcarver@preti.com | |
| | |
| Michael J. Freed | Eugene A. Spector |
| Steven A. Kanner | William G. Caldes |
| William H. London | Jonathan M. Jagher |
| Michael L. Silverman | Jeffrey L. Spector |
| FREED KANNER LONDON | SPECTOR ROSEMAN KODROFF |
|   & MILLEN LLC |   & WILLIS, P.C. |
| 2201 Waukegan Road, Suite 130 | 1818 Market Street, Suite 2500 |
| Bannockburn, IL  60015 | Philadelphia, PA  19103 |
| Telephone:  (224) 632-4500 | Telephone:  (215) 496-0300 |
| mfreed@fklmlaw.com | espector@srkw-law.com |
| skanner@fklmlaw.com | bcaldes@srkw-law.com |
| blondon@fklmlaw.com | jjagher@srkw-law.com |
| msilverman@fklmlaw.com | jspector@srkw-law.com |

**Direct Purchaser Interim Lead Counsel**

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2012, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

                                                FINK + ASSOCIATES LAW

                                                /s/ David H. Fink_____
                                                David H. Fink (P28235)
                                                Darryl Bressack (P67820)
                                                FINK + ASSOCIATES LAW
                                                100 West Long Lake Road; Ste. 111
                                                Bloomfield Hills, MI 48304
                                                (248) 971-2500
                                                dfink@finkandassociateslaw.com
                                                dbressack@finkandassociateslaw.com