UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re: Automotive Parts Antitrust Litigation

Plaintiff(s),

v.

ALL DIRECT PURCHASER ACTIONS and
ALL END-PAYOR ACTIONS
Defendant(s).
_____/

Case No. 2:12-md-02311

Judge Marianne O. Battani

Magistrate Judge Mona K. Majzoub

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Yazaki Corporation__
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: July 12, 2012

/s/Michelle K. Fischer
Signature
Ohio Bar No. 0042298
Bar No.
JONES DAY, North Point, 901 Lakeside Ave.
Street Address
Cleveland, OH 44114
City, State, Zip Code
216-586-3939
Telephone Number
mfischer@jonesday.com
Primary Email Address

## CERTIFICATE OF SERVICE

    I hereby certify that on July 12, 2012, I electronically filed the foregoing **STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST** with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated: July 12, 2012　　　　　　　　　　　　JONES DAY

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Michelle K. Fischer
　　　　　　　　　　　　　　　　　　　　　　Michelle K. Fischer (Ohio Bar No. 0042298)
　　　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　　　North Point
　　　　　　　　　　　　　　　　　　　　　　901 Lakeside Avenue
　　　　　　　　　　　　　　　　　　　　　　Cleveland, OH 44114
　　　　　　　　　　　　　　　　　　　　　　216-586-3939
　　　　　　　　　　　　　　　　　　　　　　216-579-0212 (facsimile)
　　　　　　　　　　　　　　　　　　　　　　*Email*: mfischer@jonesday.com