UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re: Automotive Parts Antitrust Litigation

Plaintiff(s),                         Case No. 2:12-md-02311

v.                                    Judge  Marianne O. Battani

All Direct Purchaser Actions and      Magistrate Judge  Mona K. Majzoub
All End Payor Actions

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4,  Tokai Rika Co., Ltd. _____

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1.    Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

Yes ☐        No ☑

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation/Affiliate Name:
Relationship with Named Party:

2.    Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

Yes ☐        No ☑

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name:
Nature of Financial Interest:

Date: July 13, 2012                    s/ David F. DuMouchel
                                       _____

### Certificate of Service
On July 13, 2012, I e-filed this document    P25658
with the Clerk of the Court using the CM/    BUTZEL LONG
ECF System, which notified all attorneys of  150 W. Jefferson, Suite 100
record using the CM/ECF system that this is  Detroit, MI 48226
available for viewing and downloading from   (313) 225-7000
the CM/ECF system.                           dumouchd@butzel.com
 /s/ David F. DuMouchel