UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE AUTOMOTIVE PARTS ANTITRUST
LITIGATION

        Plaintiff(s),                Case No. 12-MD-02311

v.                                    Judge Marianne O. Battani

RELATES TO: ALL DIRECT PURCHASER      Magistrate Judge
ACTIONS

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Paesano Connecting Systems, Inc.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: July 13, 2012                        /s/ David Fink

                                              FINK + ASSOCIATES LAW
                                              100 West Long Lake Road; Ste. 111
                                              Bloomfield Hills, MI 48304
                                              (248) 971-2500
                                              dfink@finkandassociateslaw.com