# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Wire Harness Cases | |
| THIS DOCUMENT RELATES TO:<br>All Direct Purchaser Actions | Child Case: W:12-cv-10001-MOB-MKM |

## DEFENDANTS' COLLECTIVE MOTION TO DISMISS
## THE DIRECT PURCHASER ACTIONS

## INDEX OF EXHIBITS

| | |
|---|---|
| EXHIBIT A | Plea Agreement, *United States v. Furukawa Electric Co., Ltd.*, No. 11-20612 (E.D. Mich. Nov. 14, 2011) |
| EXHIBIT B | Plea Agreement, *United States v. Yazaki Corp.*, No. 12-20064 (E.D. Mich. Mar. 1, 2012) |
| EXHIBIT C | Plea Agreement, *United States v. Fujikura Ltd.*, No. 12-20254 (E.D. Mich. June 21, 2012) |
| EXHIBIT D | Plea Agreement, *United States v. DENSO Corp.*, No. 12-20063 (E.D. Mich. Mar. 5, 2012) |
| EXHIBIT E | *In re Refrigerant Compressors Antitrust Litig.*, No. 2:09-md-02042, 2012 WL 2114997 (E.D. Mich. June 11, 2012) |
| EXHIBIT F | *In re Travel Agent Comm'n Antitrust Litig.*, MDL No. 1561, No. 1:03 CV 30000, 2007 WL 3171675 (N.D. Ohio Oct. 29, 2007) |
| EXHIBIT G | *In re Bath & Kitchen Fixtures Antitrust Litig.*, Master Docket No. 05-cv-00510 MOM, 2006 WL 2038605 (E.D. Pa. July 19, 2006) |
| EXHIBIT H | *In re Optical Disk Drive Antitrust Litig.*, No. 3:10-md-2143 RS, 2011 WL 3894376 (N.D. Cal. Aug. 3, 2011) |
| EXHIBIT I | *Lubic v. Fidelity Nat'l Fin., Inc.*, No. C08-0401 MJP, 2009 WL 2160777 (W.D. Wash. July 20, 2009) |
| EXHIBIT J | *In re Magnesium Oxide Antitrust Litig.*, Civ. No. 10-5943 (DRD), 2012 WL 1150123 (D.N.J. Apr. 5, 2012) |

57658192v1

| | |
|---|---|
| EXHIBIT K | *Ingram Corp. v. J. Ray McDermott & Co.*, No. 79-2575, 1980 WL 1819 (E.D. La. Jan. 10, 1980) |
| EXHIBIT L | *In re Fertilizer Antitrust Litig.*, No. MF-75-1, 1979 WL 1690 (E.D. Wash. Sept. 14, 1979) |
| EXHIBIT M | *In re Plavix Indirect Purchaser Antitrust Litig.*, No. 1:06-cv-226, 2011 WL 335034 (S.D. Ohio Jan. 31, 2011) |
| EXHIBIT N | Tr. of Guilty Plea and Sentencing Hr'g, *United States v. Yazaki Corp.*, No. 12-cr-20064-GCS (E.D. Mich. Mar. 31, 2012) |
| EXHIBIT O | Tr. of Guilty Plea & Sentencing Hr'g, *United States v. DENSO Corp.*, No. 12-cr-20063 (E.D. Mich. Mar. 5, 2012) |
| EXHIBIT P | Tr. of Guilty Plea and Sentence, *United States v. Fujikura Ltd.*, No. 12-cr-20254 (E.D. Mich. June 21, 2012) |
| EXHIBIT Q | Tr. of Plea & Sentencing, *United States v. Furukawa Elec. Co.*, No. 11-cr-20612-GCS (E.D. Mich. Nov. 14, 2011) |