# UNTIED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

_____

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

### ORDER GRANTING INTERESTED THIRD-PARTY/PLAINTIFF
### MCGUIRE BEARING COMPANY'S MOTION FOR LEAVE TO FILE AN OPPOSITION
### TO PROPOSED CASE MANAGEMENT ORDER NO. 3

### AND

### NOTICE OF HEARING
### REGARDING THE ENTRY OF PROPOSED CASE MANAGEMENT ORDER NO. 3

Before the Court is Interested third-party/Plaintiff McGuire Bearing Company's ("McGuire") Motion for Leave to File an Opposition to Wire Harness Litigation Plaintiffs' Motion for Case Management Order No. 3. (Doc. 184). Having reviewed McGuire's motion and the responses filed thereto, the Court grants McGuire leave to file an opposition to the entry of Proposed Case Management Order No. 3. Responses to McGuire's Opposition, attached as Exhibit 1 to its Motion for Leave to File an Opposition, must be filed by July 27, 2012. The Court will hold a hearing on this matter on August 2, 2012 at 10:00 A.M. All interested parties and counsel are advised to attend.

**IT IS SO ORDERED.**

s/Marianne O. Battani
MARIANNE O. BATTANI

UNITED STATES DISTRICT JUDGE

DATE: <u>July 16, 2012</u>

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the above date a copy of this Order was served upon all parties of record, electronically.

<u>s/Bernadette M. Thebolt</u>
Case Manager