MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

IN RE: AUTOMOTIVE PARTS ANTITRUST
LITIGATION (Products: Wire Harness Systems)

          Plaintiff(s),               Case No.  12-md-02311

v.                                Judge  Marianne O. Battani

THIS DOCUMENT RELATES TO:     Magistrate Judge  Mona K. Majzoub
ALL DIRECT PURCHASER ACTIONS

          Defendant(s).

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4,  Findlay Industries, Inc.

makes the following disclosure:  (NOTE: A negative report, if appropriate, is required.)

1.     Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

     Yes ☐     No ☑

     If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

     Parent Corporation/Affiliate Name:
     Relationship with Named Party:

2.     Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

     Yes ☐     No ☑

     If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

     Parent Corporation/Affiliate Name:
     Nature of Financial Interest:

Date:  July 16, 2012                 _____