UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani<br>Honorable Mona Majzoub |
| PRODUCT(S):<br>WIRE HARNESS SYSTEMS |  |
| THIS DOCUMENT RELATES TO:<br>AUTOMOBILE DEALER ACTIONS |  |

**STIPULATION AND ORDER**

Plaintiffs Martens Cars of Washington, Inc., Landers Auto Group No. 1, Inc., d/b/a Landers Toyota, Hammett Motor Company, Inc, Superstore Automotive, Inc., Lee Pontiac-Oldsmobile-GMC Truck, Inc., Westfield Dodge City, Inc., V.I.P. Motor Cars Ltd. ("Plaintiff V.I.P."), Desert European Motorcars, Ltd., Landers McLarty Fayetteville TN, LLC, Dale Martens Nissan Subaru, Inc., Green Team of Clay Center Inc., McGrath Automotive Group, Inc., Table Rock Automotive, Inc., d/b/a Todd Archer Hyundai, Archer-Perdue, Inc., d/b/a/ Archer-Perdue Suzuki, Lee's Summit Chrysler Jeep Dodge, Bonneville and Son, Inc., Holzhauer Auto and Truck Sales, Inc., Pitre, Inc., d/b/a/ Pitre Buick GMC, Patsy Lou Chevrolet, Inc., John Greene Chrysler Dodge Jeep, LLC, SLT Group II, Inc., d/b/a Planet Nissan Subaru of Flagstaff, Herb Hallman Chevrolet, Inc., d/b/a/ Champion Chevrolet, Charles Daher's Commonwealth Motors, Inc., d/b/a Commonwealth Chevrolet, Commonwealth Kia, Commonwealth Honda,

Commonwealth Volkswagen, Inc., d/b/a Commonwealth Volkswagen, Commonwealth Nissan, Inc., d/b/a Commonwealth Nissan, Ramey Motors, Inc., Thornhill Superstore, Inc., d/b/a Thornhill GM Superstore, Dave Heather Corporation, d/b/a Lakeland Toyota Honda Mazda Subaru, Central Salt Lake Valley GMC Enterprises, LLC, d/b/a Salt Lake Valley Buick GMC, Capitol Chevrolet Cadillac, Inc., Capitol Dealerships, Inc., d/b/a Capitol Toyota, Beck Motors, Inc. (collectively "Plaintiffs in the Automobile Dealer Actions") and the Undersigned Defendants in the Automobile Dealer Actions, by and through their respective counsel, stipulate and agree as follows:

Plaintiffs in the Automobile Dealer Actions will assert venue in all of the Automobile Dealer Actions only in the Eastern District of Michigan. None of the Undersigned Defendants will be precluded from contesting the applicability of any state law in any transferor district on any ground, including, without limitation, that a defendant lacks sufficient contacts with that state. The Parties to this Stipulation preserve all other applicable rights.

To the extent that any of the cases are not otherwise resolved by the conclusion of pretrial proceedings, Plaintiffs in the Automobile Dealer Actions will consent to the transfer of those cases to the Eastern District of Michigan. Undersigned Defendants in the Automobile Dealer Actions will not contest venue in the Eastern District Of Michigan.

Other defendants in the Automobile Dealer Actions may join this stipulation at a later date provided that they agree to all of its terms.

**SO ORDERED:**

s/Marianne O. Battani
United States District Judge

**IT IS SO STIPULATED.**

July 11, 2012 /s/ Gerard V. Mantese
Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
MANTESE HONIGMAN ROSSMAN
    AND WILLIAMSON, P.C.
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200 Ext. 203
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

**AUTOMOBILE DEALER INTERIM LIAISON COUNSEL**

July 11, 2012 /s/ Jonathan W. Cuneo
Jonathan W. Cuneo
Don Barrett Joel Davidow
David McMullan Victoria Romanenko
Brian Herrington CUNEO GILBERT & LADUCA, LLP
BARRETT LAW GROUP, P.A. 507 C Street, N.E.
P.O. Box 927 Washington, DC 20002
404 Court Square (202) 789-3960
Lexington, MS 39095 jonc@cuneolaw.com
(662) 834-2488 Vicky@cuneolaw.com
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
Paul A. Sand
Larson ● King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6500
sraiter@larsonking.com
psand@larsonking.com

**INTERIM LEAD COUNSEL FOR AUTOMOBILE DEALER PLAINTIFFS AND
PROPOSED CLASS**

                                                                                    LANE POWELL PC

July 11, 2012                           By:     /s/ Larry S. Gangnes
                                                              Larry S. Gangnes
                                                             LANE POWELL PC
                                                             1420 Fifth Ave., Suite 4100
                                                             Seattle, WA 98101-2338
                                                             Telephone: (206) 223-7000
                                                             Facsimile: (206) 223-7107
                                                             gangnesl@lanepowell.com

                                                            Craig D. Bachman
                                                             Kenneth R. Davis II
                                                             Masayuki Yamaguchi
                                                             Darin M. Sands
                                                            LANE POWELL PC
                                                            ODS Tower
                                                            601 SW Second Ave., Suite 2100
                                                            Portland, OR 97204-3158
                                                           Telephone: (503) 778-2100
                                                           Facsimile: (503) 778-2200
                                                           bachmanc@lanepowell.com
                                                           davisk@lanepowell.com
                                                           yamaguchim@lanepowell.com
                                                           sandsd@lanepowell.com

                                                           Irwin Alterman
                                                           KEMP KLEIN LAW FIRM
                                                           201 W. Big Beaver, Suite 600
                                                           Troy, MI 48084
                                                           248-528-1111
                                                           irwin.alterman@kkue.com

                                                           *Attorneys for Defendants American Furukawa, Inc.*
                                                           *and Furukawa Electric Co., Ltd.*

|  |  |  |
|---|---|---|
|  |  | KERR, RUSSELL AND WEBER, PLC |
| July 11, 2012 | By: | /s/ William A. Sankbeil |
|  |  | William A. Sankbeil (P19882) |
|  |  | Joanne Geha Swanson (P33594) |
|  |  | Matthew L. Powell (P69186) |
|  |  | 500 Woodward Avenue, Suite 2500 |
|  |  | Detroit, MI  48226 |
|  |  | (313) 961-0200 |
|  |  | (313) 961-0388 (facsimile) |
|  |  | wsankbeil@kerr-russell.com |
|  |  | jswanson@kerr-russell.com |
|  |  | mpowell@kerr-russel.com |

James L. Cooper
Sonia Kuester Pfaffenroth
Laura Cofer Taylor
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5014
(202) 942-5999-facsimile
Email: james.cooper@aporter.com

*Attorneys for Defendants Fujikura America, Inc., and Fujikura Ltd.*

|  |  |  |
|---|---|---|
|  |  | SMITH, GAMBRELL & RUSSELL, LLP |
| July 11, 2012 | By: | /s/ Wm. Parker Sanders |
|  |  | Wm. Parker Sanders (Georgia Bar No. 626020) |
|  |  | Promenade II, Suite 3100 |
|  |  | 1230 Peachtree Street, N.E. |
|  |  | Atlanta, Georgia 30309 |
|  |  | (404) 815-3684 |
|  |  | psanders@sgrlaw.com |

*Attorney for Defendant Kyungshin-Lear Sales and Engineering, LLC*

|  |  |  |
|---|---|---|
|  |  | DYKEMA GOSSETT PLLC |
| July 11, 2012 | By: | /s/ Howard B. Iwrey |

Howard B. Iwrey (P39635)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304
(248) 203-0526 – Telephone
hiwrey@dykema.com

Andrew S. Marovitz
Britt M. Miller
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606
(312) 782-0600 –Telephone
(312) 701-7711 – Facsimile
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Attorneys for Defendant Lear Corporation*

|  |  |  |
|---|---|---|
|  |  | GIARMARCO, MULLINS & HORTON, P.C. |
| July 11, 2012 | By: | /s/ William H. Horton |

William H. Horton (P31567)
Giarmarco, Mullins & Horton, P.C.
101 West Big Beaver Road, Tenth Floor
Troy, MI  48084-5280
Phone: 248-457-7060
bhorton@gmhlaw.com

Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel.:  202-637-2200
Fax:  202-637-2201
Maggy.sullivan@lw.com

*Attorneys for Defendants Sumitomo Electric Industries, Ltd., Sumitomo Electric Wiring Systems, Inc., Sumitomo Electric Wintec America, Inc., Sumitomo Wiring Systems (U.S.A.) Inc., Sumitomo Wiring Systems, Ltd., and K&S Wiring Systems, Inc.*

-7-

                                        BUTZEL LONG

July 11, 2012                      By:    <u>/s/ David F. DuMouchel</u>
                                             David F. DuMouchel
                                             George B. Donnini
                                             150 West Jefferson, Suite 100
                                             Detroit, MI 48226
                                             Tel: 313-225-7000
                                             dumouchd@butzel.com
                                             donnini@butzel.com

                                             W. Todd Miller
                                             BAKER & MILLER PLLC
                                             2401 Pennsylvania Ave., NW, Suite 300
                                             Washington, DC 20037
                                             Tel: 202-663-7820
                                             TMiller@bakerandmiller.com

                                             *Attorneys for Defendant TRAM, Inc.*

|  |  |  |
|---|---|---|
|  |  | JONES DAY |
| July 11, 2012 | By: | /s/ John M. Majoras |
|  |  | John M. Majoras |
|  |  | Carmen G. McLean |
|  |  | JONES DAY |
|  |  | 51 Louisiana Ave. N.W. |
|  |  | Washington, D.C. 20001-2113 |
|  |  | Tel. (202) 879-3939 |
|  |  | Fax (202) 626-1700 |
|  |  | jmmajoras@jonesday.com |
|  |  | cgmclean@jonesday.com |
|  |  | |
|  |  | Michelle K. Fischer |
|  |  | Stephen J. Squeri |
|  |  | JONES DAY |
|  |  | North Point |
|  |  | 901 Lakeside Avenue |
|  |  | Cleveland, OH 44114 |
|  |  | Tel. (216) 586-3939 |
|  |  | Fax (216) 579-0212 |
|  |  | mfischer@jonesday.com |
|  |  | sjsqueri@jonesday.com |

*Attorneys for Defendant*
*Yazaki North America, Inc.*