UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>MDL No. 2311 |
| This Document Relates to:<br><br>END-PAYOR ACTIONS | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF TERESA BALLEK |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Teresa Ballek voluntarily dismisses her claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to Teresa Ballek's rights as an absent class member.

Dated: August 9, 2012         Respectfully submitted,

By:     /s/ Benjamin F. Johns

Joseph G. Sauder
Matthew D. Schelkopf
Benjamin F. Johns
**Chimicles & Tikellis LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
Fax: (610) 649-3633
*JGS@chimicles.com*
*MDS@chimicles.com*
*BFJ@chimicles.com*

Patrick E. Cafferty
**Cafferty Faucher LLP**
101 North Main Street, Suite 565
Ann Arbor, MI 48104
Tel: (734) 769-2144
Fax: (734) 769-1207
*pcafferty@caffertyfaucher.com*

*Attorneys for Plaintiff Teresa Ballek*