**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **IN RE WIRE HARNESS SYSTEMS** | Case No. 12-cv-00103-MOB-MKM |
| **THIS RELATES TO:** | Case No. 11-cv-15445-MOB-MKM |
| **SONNY BECK, ET AL.,**<br><br>        **Plaintiffs,**<br><br>**v.**<br><br>**DELPHI AUTOMOTIVE, LLP, ET AL.,**<br><br>        **Defendants.** | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF SONNY BECK |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff SONNY BECK ("Plaintiff") voluntarily dismisses his claims without prejudice against all Defendants.  This notice of dismissal is made without prejudice to Plaintiff's rights as an absent class member.

Dated:  August 9, 2012                    Respectfully submitted,

                              By:        */s/ E. Powell Miller*

                                    E. Powell Miller (P39)
                                    Adam T. Schnatz (P72049)
                                    THE MILLER LAW FIRM, P.C.
                                    950 W. University Drive, Suite 300
                                    Rochester, MI 48307
                                    (248) 841-2200
                                    epm@millerlawpc.com
                                    ats@millerlawpc.com

                                    Hollis Salzman
                                    Bernard Persky
                                    William Reiss

Labaton Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907-0700
hsalzman@labaton.com
bpersky@labaton.com
wreiss@labaton.com

*Attorneys for Plaintiffs SONNY BECK*