UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| IN RE WIRE HARNESS SYSTEMS | Case No. 12-cv-00103-MOB-MKM |
| THIS RELATES TO:<br><br>JIMMY JUNKINS,<br><br>  Plaintiff,<br><br>v.<br><br>DELPHI AUTOMOTIVE, LLP, ET AL.,<br><br>  Defendants. | Case No. 11-cv-14556-MOB-MKM<br><br>NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF JIMMY JUNKINS |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JIMMY JUNKINS ("Plaintiff") voluntarily dismiss his claims without prejudice against all Defendants.  This notice of dismissal is made without prejudice to Plaintiff's rights as an absent class member.

Dated:  August 9, 2012   Respectfully submitted,

By:     */s/ E. Powell Miller*

E. Powell Miller (P39)
Adam T. Schnatz (P72049)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
ats@millerlawpc.com

Mark S. Goldman
Brian D. Penny
GOLDMAN SCARLATO KARON

& PENNY, P.C.
101 E. Lancaster Ave., Suite 204
Wayne, PA 19087
(484) 342-0700
goldman@gskplaw.com
penny@gskplaw.com

M. Stephen Dampier
LAW OFFICES OF M. STEPHEN DAMPIER, P.C.
55 N. Section St.
P.O. Box 161
Fairhope, AL 36533
(251) 929-0800
stevedampier@dampierlaw.com

*Attorneys for Plaintiff JIMMY JUNKINS*