UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>MDL No. 2311 |
| This Document Relates to:<br><br>*Nguyen et al. v. Furukawa Electric Co., Ltd. et al,* No. 12-CV-19051 | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFFS TUAN NGUYEN, MOSES CHOI, AND STEVEN BATTAGLINI |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Tuan Nguyen, Moses Choi, and Steven Battaglini voluntarily dismiss their claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to Tuan Nguyen, Moses Choi, and Steven Battaglini's rights as absent class members.

Dated: August 13, 2012                Respectfully submitted,

By:   */s/ Timothy D. Battin*

Timothy D. Battin
**STRAUS & BOIES, LLP**
4041 University Drive
5th Floor
Fairfax, VA 22030
Tel:   (703) 764-8700
Fax:   (703) 764-8704
tbattin@straus-boies.com

*Attorney for Plaintiffs*

Daniel E. Birkhaeuser
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2125 Oak Grove Rd., Suite 120
Walnut Creek, CA 94598
Tel:     (925) 945-0200
Fax:    (925) 945-8792
dbirkhaeueser@bramsonplutzik.com

*Counsel for Plaintiff Moses Choi*

Marc G. Reich
**REICH RADCLIFFE & KUTTLER LLP**
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Tel:     (949) 975-0512
mgr@reichradcliffe.com

*Counsel for Plaintiff Moses Choi*

James Linnan
Shawn T. May
**LINNAN & FALLON**
61 Columbia Street
Suite 300
Albany, NY 12210
Tel:     (518) 449-5400
Fax:    (518) 449-5262
jdlinnan@linnan-fallon.com
stmay@linnan-fallon.com

*Counsel for Plaintiff Steven Battaglini*

## CERTIFICATE OF SERVICE

I certify that on August 13, 2012 I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to all attorneys of record.

                                    STRAUS & BOIES, LLP

                                    */s/ Timothy D. Battin*
                                    Timothy D. Battin
                                    4041 University Drive
                                    5th Floor
                                    Fairfax, VA 22030
                                    Tel:   (703) 764-8700
                                    Fax:  (703) 764-8704
                                    tbattin@straus-boies.com