UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>MDL No. 2311 |
| This Document Relates to:<br><br>END-PAYOR ACTIONS | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF ROBERT KOCH |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Robert Koch (2:11-cv-15007) voluntarily dismisses his claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to Robert Koch's rights as an absent class member.

Dated: August 15, 2012

Respectfully submitted,

By:  */s/* Mindee J. Reuben

WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel: 215.545.7200
Fax: 215.545.6535
Reuben@wka-law.com

*Attorneys for Plaintiff Robert Koch*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice of dismissal without prejudice was filed electronically using the Court's ECF service on August 15, 2012. In addition, copies of the foregoing notice of dismissal were served via email or via first class mail upon those attorneys of record who are not registered to receive ECF notices.

Date:   August 15, 2012                    By:  /s/ Mindee J. Reuben