## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **IN RE WIRE HARNESS SYSTEMS** | Case No. 12-cv-00100-MOB-MKM |
| **THIS RELATES TO: ALL CASES** | NOTICE OF INTENTION TO PROVIDE COURT WITH STATUS REPORT ON THE WIRE HARNESS SYSTEMS ACTION AT SEPTEMBER 14, 2012 STATUS CONFERENCE |

Whereas, the Court has scheduled a Status Conference in the above-captioned Master File for September 14, 2012 at 10:00 a.m. ("Status Conference"):

The Direct Purchaser, Automobile Dealer and End-Payor Plaintiffs, through their respective Interim Co-Lead Class Counsel and Interim Liaison Counsel, hereby give notice of their intention to provide the Court with a status report on the Wire Harness Systems action in addition to each of the other five automotive parts actions that are presently being coordinated as part of the above-captioned Master File at the Status Conference. The parties will provide the Court with a proposed agenda for the Status Conference on or before September 7, 2012.

Dated: August 16, 2012                                  Respectfully Submitted,

| | |
|---|---|
| */s/ William E. Hoese* <br> Joseph C. Kohn <br> William E. Hoese <br> Douglas A. Abrahams <br> KOHN, SWIFT & GRAF, P.C. <br> One South Broad Street, Suite 2100 <br> Philadelphia, PA 19107 <br> (215) 238-1700 <br> jkohn@kohnswift.com <br> whoese@kohnswift.com <br> dabrahams@kohnswift.com | Gregory P. Hansel <br> Randall B. Weill <br> Joshua R. Carver <br> PRETI, FLAHERTY, BELIVEAU <br>     & PACHIOS LLP <br> One City Center <br> P.O. Box 9546 <br> Portland, ME 04112-9546 <br> (207) 791-3000 <br> ghansel@preti.com <br> rweill@preti.com <br> jcarver@preti.com |
| Michael J. Freed <br> Steven A. Kanner <br> William H. London <br> Michael L. Silverman <br> FREED KANNER LONDON <br>     & MILLEN LLC <br> 2201 Waukegan Road, Suite 130 <br> Bannockburn, IL 60015 <br> (224) 632-4500 <br> mfreed@fklmlaw.com <br> skanner@fklmlaw.com <br> blondon@fklmlaw.com <br> msilverman@fklmlaw.com | Eugene A. Spector <br> William G. Caldes <br> Jonathan M. Jagher <br> Jeffrey L. Spector <br> SPECTOR ROSEMAN KODROFF <br>     & WILLIS, P.C. <br> 1818 Market Street, Suite 2500 <br> Philadelphia, PA 19103 <br> (215) 496-0300 <br> espector@srkw-law.com <br> bcaldes@srkw-law.com <br> jjagher@srkw-law.com <br> jspector@srkw-law.com |

**INTERIM LEAD COUNSEL FOR DIRECT PURCHASER PLAINTIFFS AND THE PROPOSED CLASSES**

                                                David H. Fink (P28235)
                                                Darryl Bressack (P67820)
                                                FINK + ASSOCIATES LAW
                                                100 West Long Lake Road, Suite 111
                                                Bloomfield Hills, MI 48304
                                                (248) 971-2500
                                                dfink@finkandassociateslaw.com
                                                dbressack@finkandassociateslaw.com

**INTERIM LIAISON COUNSEL FOR DIRECT PURCHASER PLAINTIFFS AND THE PROPOSED CLASSES**

| | |
|---|---|
| Jonathan W. Cuneo<br>Joel Davidow<br>Victoria Romanenko<br>CUNEO GILBERT & LADUCA, LLP<br>507 C Street, N.E.<br>Washington, DC 20002<br>(202) 789-3960<br>jonc@cuneolaw.com<br>Joel@cuneolaw.com<br>Vicky@cuneolaw.com | Don Barrett<br>David McMullan<br>Brian Herrington<br>BARRETT LAW GROUP, P.A.<br>P.O. Box 927<br>404 Court Square<br>Lexington, MS 39095<br>(662) 834-2488<br>dbarrett@barrettlawgroup.com<br>bherrington@barrettlawgroup.com<br>dmcmullan@barrettlawgroup.com |
| | Shawn M. Raiter<br>Paul A. Sand<br>LARSON ● KING, LLP<br>2800 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>(651) 312-6500<br>sraiter@larsonking.com<br>psand@larsonking.com |

**INTERIM LEAD COUNSEL FOR AUTOMOBILE DEALER PLAINTIFFS AND THE PROPOSED CLASSES**

*/s/ Gerald V. Mantese*
Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
MANTESE HONIGMAN ROSSMAN
    AND WILLIAMSON, P.C.
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200 Ext. 203
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

**INTERIM LIAISON COUNSEL FOR AUTOMOBILE DEALER PLAINTIFFS AND THE PROPOSED CLASSES**

| | |
|---|---|
| */s/ Hollis Salzman* <br> Hollis Salzman <br> Bernard Persky <br> William V. Reiss <br> LABATON SUCHAROW LLP <br> 140 Broadway <br> New York, NY 10005 <br> (212) 907-0700 <br> hsalzman@labaton.com <br> bpersky@labaton.com <br> wreiss@labaton.com | Joseph W. Cotchett <br> Steven N. Williams <br> Adam J. Zapala <br> Gene W. Kim <br> COTCHETT, PITRE & <br>          McCARTHY, LLP <br> San Francisco Airport Office Center <br> 840 Malcolm Road, Suite 200 <br> Burlingame, CA 94010 <br> (650) 697-6000 <br> jcotchett@cpmlegal.com <br> swilliams@cpmlegal.com <br> azapala@cpmlegal.com <br> gkim@cpmlegal.com |
| Marc M. Seltzer <br> Steven G. Sklaver <br> SUSMAN GODFREY L.L.P. <br> 1901 Avenue of the Stars, Suite 950 <br> Los Angeles, CA 90067-6029 <br> (310) 789-3100 <br> mseltzer@susmangodfrey.com <br> ssklaver@susmangodfrey.com | Terrell W. Oxford <br> Warren T. Burns <br> SUSMAN GODFREY L.L.P. <br> 901 Main Street, Suite 5100 <br> Dallas, Texas 75202 <br> (214) 754-1900 <br> toxford@susmangodfrey.com <br> wburns@susmangodfrey.com |

**INTERIM LEAD COUNSEL FOR END-PAYOR PLAINTIFFS AND THE PROPOSED CLASSES**

> */s/ E. Powell Miller*
> E. Powell Miller (P39487)
> Adam T. Schnatz (P72049)
> THE MILLER LAW FIRM, P.C.
> 950 W. University Dr., Suite 300
> Rochester, MI 48307
> (248) 841-2200
> epm@millerlawpc.com
> ats@millerlawpc.com

**INTERIM LIAISON COUNSEL FOR END-PAYOR PLAINTIFFS AND THE PROPOSED CLASSES**