UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| IN RE: OCCUPANT SAFETY RESTRAINT CASES | MASTER FILE NO. 12-MD-02311 |
| This Document Relates To: BEAM'S INDUSTRIES, INC., et al. v. AUTOLIV, INC., AUTOLIV ASP, INC., et al. Case No. 2:12-cv-13214 | HON. MARIANNE O. BATTANI |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Jonathan M. Jagher of the law firm Spector Roseman Kodroff & Willis, P.C. hereby enters his appearance as counsel for Plaintiff Beam's Industries, Inc.

DATED: August 23, 2012

/s/ Jonathan M. Jagher
Spector Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel:   215-496-0300
Fax:   215-496-6611
Email: espector@srkw-law.com

One of the attorneys for Beam's Industries, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Jonathan M. Jagher
Spector Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel:    215-496-0300
Fax:    215-496-6611
Email:  espector@srkw-law.com

One of the attorneys for Beam's Industries, Inc.