# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| IN RE: INSTRUMENT PANEL CLUSTER CASES | MASTER FILE NO. 12-MD-02311 |
| This Document Relates To: | HON. MARIANNE O. BATTANI |
| ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, LLC, et al. v. YAZAKI CORPORATION and YAZAKI NORTH AMERICA, INC., Case No. 2:12-cv-10567 | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan M. Jagher of the law firm Spector Roseman Kodroff & Willis, P.C. hereby enters his appearance as counsel for Plaintiff ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, LLC.

DATED:  August 23, 2012

/s/ Jonathan M. Jagher
Spector Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel:    215-496-0300
Fax:    215-496-6611
Email:  espector@srkw-law.com

One of the attorneys for ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Jonathan M. Jagher
Spector Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel:    215-496-0300
Fax:    215-496-6611
Email:  espector@srkw-law.com

One of the attorneys for ACAP, L.L.C., f/k/a
Aguirre, Collins & Aikman Plastics, LLC