UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| IN RE: INSTRUMENT PANEL CLUSTERS CASES | MASTER FILE NO. 2:12-MD-02311<br><br>HON. MARIANNE O. BATTANI |
| THIS DOCUMENT RELATED TO:<br><br>ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, LLC, v.<br>YAZAKI CORPORATION and YAZAKI NORTH AMERICA, INC.,<br><br>Case No. 2:12-CV-10567 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven A. Kanner of Freed Kanner London & Millen LLC, 2201 Waukegan Road, Suite 130, Bannockburn, Illinois 60015 shall appear as Counsel of record on behalf of Plaintiff ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, LLC in the above-captioned matter.

August 23, 2012                            **FREED KANNER LONDON & MILLEN LLC**

/s/ Steven A. Kanner
Steven A. Kanner
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: skanner@fklmlaw.com

*Counsel for Plaintiff ACAP, L.L.C.,
f/k/a Aguirre, Collins & Aikman Plastics, LLC*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Appearance on Behalf of Plaintiff ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, LLC was filed on August 23, 2012. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

      /s/ Steven A. Kanner
Steven A. Kanner
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: skanner@fklmlaw.com

*Counsel for Plaintiff ACAP, L.L.C.,*
*f/k/a Aguirre, Collins & Aikman Plastics, LLC*