# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| |
|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION |
| IN RE: OCCUPANT SAFETY RESTRAINT SYSTEMS CASES |
| THIS DOCUMENT RELATED TO:<br><br>BEAM'S INDUSTRIES, INC., v. AUTOLIV, INC., AUTOLIV ASP, INC., AUTOLIV B.V. & CO. KG, AUTOLIV JAPAN LTD., TAKATA CORP., TK HOLDINGS, INC., TOKAI RIKA CO., LTD., TRAM, INC. d/b/a TOKAI RIKA U.S.A INC., TRW AUTOMOTIVE HOLDINGS CORP., and TRW DEUTSCHLAND HOLDING GMBH,<br>Case No. 2:12-CV-13214 |

MASTER FILE NO. 2:12-MD-02311

HON. MARIANNE O. BATTANI

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William H. London of Freed Kanner London & Millen LLC, 2201 Waukegan Road, Suite 130, Bannockburn, Illinois 60015 shall appear as Counsel of record on behalf of Plaintiff Beam's Industries, Inc., in the above-captioned matter.

August 23, 2012

**FREED KANNER LONDON & MILLEN LLC**

/s/ William H. London
William H. London
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: wlondon@fklmlaw.com

*Counsel for Plaintiff Beam's Industries, Inc.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance on Behalf of Plaintiff Beam's Industries, Inc., was filed on August 23, 2012. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

/s/ William H. London
William H. London
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: wlondon@fklmlaw.com

*Counsel for Plaintiff Beam's Industries, Inc.*