UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| IN RE WIRE HARNESS SYSTEMS | |
| THIS RELATES TO: ALL CASES | |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF KAREN D. STRINGER

**PLEASE TAKE NOTICE THAT** Karen D. Stringer hereby withdraws the appearance she filed as counsel of record for Defendants Denso International America, Inc. and Denso Corporation in Case No. 12-md-02311. This notice is not intended to affect the appearances of any other attorneys from the law firm of Wilmer Cutler Pickering Hale and Dorr LLP already on record as counsel in the above-captioned matter, who will continue to serve as counsel for the aforementioned defendants.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated August 23, 2012 | /s/ Karen D. Stringer<br>Karen D. Stringer<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>Phone: (617) 526-6406<br>Fax: (617) 526-5000<br>Email: karen.stringer@wilmerhale.com |

- 2 -

**CERTIFICATE OF SERVICE**

      I, Karen D. Stringer, an attorney, hereby certify that on August 23, 2012, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE OF KAREN D. STRINGER to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Panel's electronic filing system or by first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

      /s/   Karen D. Stringer
      Karen D. Stringer
      Wilmer Cutler Pickering Hale and Dorr LLP
      60 State Street
      Boston, MA 02109
      Phone: (617) 526-6406
      Fax: (617) 526-5000
      Email: karen.stringer@wilmerhale.com

Dated: August 23, 2012