**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-MD-2311<br><br>HON. MARIANNE O. BATTANI |
| IN RE: OCCUPANT SAFETY RESTRAINT CASES | |
| This Document Relates To:<br><br>BEAM'S INDUSTRIES, INC., et al. v. AUTOLIV, INC., AUTOLIV ASP, INC., et al. Case No. 2:12-cv-13214 | |

## NOTICE OF APPEARANCE

Please enter the appearance of W. Joseph Bruckner of Lockridge Grindal Nauen P.L.L.P. as counsel on behalf of Plaintiff Beam's Industries, Inc. in the above-captioned matter.

Dated: August 24, 2012           Respectfully submitted,

                                 LOCKRIDGE GRINDAL NAUEN P.L.L.P.


                                 __s/W. Joseph Bruckner_____
                                 W. Joseph Bruckner
                                 100 Washington Avenue South, Suite 2200
                                 Minneapolis, MN 55401
                                 Tel:   (612) 339-6900
                                 Fax:   (612) 339-0981
                                 Email: wjbruckner@locklaw.com


                                 *Attorney for Plaintiff Beam's Industries, Inc.*

455194.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 24, 2012, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filings to all attorneys of record.

Dated: August 24, 2012                    __s/W. Joseph Bruckner_____
                                              W. Joseph Bruckner