UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION

IN RE: HEATER CONTROL PANELS CASES

THIS DOCUMENT RELATES TO:

TIFFIN MOTOR HOMES, INC. v. DENSO CORPORATION and DENSO INTERNATIONAL AMERICA, INC.,

Case No. 2:12-cv-12866

CASE NO. 2:12-md-02311

HON. MARIANNE O. BATTANI

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jason J. Thompson, of Sommers Schwartz, P.C., hereby enters his appearance as counsel of record on behalf of Plaintiff, Tiffin Motor Homes, Inc., in the above-captioned matter.

Dated: August 27, 2012

s/ Jason J. Thompson (P47184)
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI  48075-1100
248-355-0300
ljthompson@sommerspc.com

*Counsel for Plaintiff Tiffin Motor Homes, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2012, I electronically filed copy of the foregoing Notice of Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to ECF registered counsel.

                                                         s/ Jason J. Thompson (P47184)
                                                         Sommers Schwartz, P.C.
                                                         2000 Town Center, Suite 900
                                                         Southfield, MI  48075-1100
                                                         248-355-0300
                                                         ljthompson@sommerspc.com