# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-MD-02311 |
|  | HON. MARIANNE O. BATTANI |
| IN RE: HEATER CONTROL PANELS CASES |  |
| THIS DOCUMENT RELATES TO: |  |
| TIFFIN MOTOR HOMES, INC. v. DENSO CORPORATION and DENSO INTERNATIONAL AMERICA, INC. Case No. 2:12-cv-12866 |  |

## NOTICE OF APPEARANCE

TO THE CLERK:

PLEASE TAKE NOTICE that Lee Albert of Murray Frank LLP hereby enters his appearance in this matter on behalf of Plaintiff Tiffin Motor Homes, Inc. in the above matter. Please serve copies of all pleadings, notices and other documents upon the undersigned.

DATED:  August 27, 2012           Respectfully submitted,

/s/ Lee Albert
Lee Albert
MURRAY FRANK LLP
275 Madison Avenue, 8th Floor
New York, NY 10016
Tel:    (212) 682-1818
Fax:    (212) 682-1892
lalbert@murrayfrank.com

CERTIFICATE OF SERVICE

Lee Albert, hereby certifies that on this 27th day of August 2012, I filed with the Clerk of Court the foregoing Notice of Appearance to be filed via the Court's ECF system which will send notification of such filing to all attorneys of record.

/s/ Lee Albert_____
Lee Albert