REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
Post Office Box 13315, PMB #148
Oakland, California 94661
Telephone: (510) 237-9700
Facsimile: (510) 237-4616
Email: Reggiet2@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION IN

| | | |
|---|---|---|
| RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION IN RE: WIRE HARNESS CASES | : : : : : : : | 12-md-02311 Honorable Marianne O. Battani [--]:12-cv-00[xxx]-MOB-MKM 1. Case No. 12-cv-[-------------]-MOB-MKM |
| This Document Relates to: ESTABAN MARAVILLE v. DELPHIA AUTOMOTIVE LLP, et al. | : : : : : : : | **NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFFS ESTABAN MARAVILLA, TONY MARAVILLA & GRETHA WILKERSON** |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiffs Estaban Maravilla, Tony Maravilla and Gretha Wilkerson voluntarily

dismiss their claims without prejudice against all Defendants. This notice of dismissal is made

without prejudice to their rights as an absent class member.

Dated: 9-5-2012                                              Respectfully submitted,


By: *[signature]*
REGINALD TERRELL
REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
Post Office Box 13315, PMB #148
Oakland, California 94661
Telephone: (510) 237-9700
Facsimile: (510) 237-4616

*Attorneys for Plaintiffs*
*ESTABAN MARAVILLA*
*TONY MARAVILLE &*
*GRETHA WILKERSON*

I, Reginald Terrell, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the State of California, where the mailing occurs, and my business address is The Terrell Law Group, 1736 Franklin Street, Suite 10th Floor, Oakland, California 94612.

On September 5, 2012 I served a true and correct copy of the following document(s):

Notice of Voluntary Dismissal of Claims by Plaintiffs Estaban Maravilla, Tony Maravilla and Gretha Wilkerson by email to all interested parties registered to receive service of process via the court's electronic case filing and pacer system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 5, 2012 at Oakland, California.

REGINALD TERRELL