# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **In Re: AUTOMOTIVE PARTS** | : | 12-md-02311 |
| **ANTITRUST LITIGATION** | : | Honorable Marianne O. Battani |
| | : | |
| **In Re: WIRE HARNESS CASES** | : | |
| | : | |
| **THIS RELATES TO:** | : | W:12-cv-00102-MOB-MKM |
| | : | |
| **All Dealership Actions** | : | |
| | : | |

## NOTICE OF APPEARANCE OF MICHELLE K. FISCHER

TO:    THE CLERK OF THE COURT

PLEASE enter the appearance of Michelle K. Fischer, of the law firm Jones Day, as counsel on behalf of Yazaki Corporation in the above-captioned matters.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: September 5, 2012                    JONES DAY

By:  /s/ Michelle K. Fischer
Michelle K. Fischer (Ohio Bar No. 0042298)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
216-586-3939
216-579-0212 (facsimile)
*Email*:  mfischer@jonesday.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 5, 2012, I electronically filed my Appearance on behalf of Yazaki Corporation with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 5, 2012                    JONES DAY

By:  /s/ Michelle K. Fischer _____
Michelle K. Fischer (Ohio Bar No. 0042298)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
216-586-3939
216-579-0212 (facsimile)
*Email*:  mfischer@jonesday.com