UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____/
                                                    :        Master File No. 12-md-02311
IN RE AUTOMOTIVE PARTS                :        Honorable Marianne O. Battani
ANTITRUST LITIGATION                     :        Honorable Mona Majzoub
_____/ :
                                                    :
PRODUCT(S):                                    :
                                                    :
WIRE HARNESS SYSTEMS                 :
                                                    :
_____:
                                                    :
THIS DOCUMENT RELATES TO:       :
                                                    :
ALL END PAYOR ACTIONS           :
_____/

## STIPULATION AND ORDER

Plaintiffs Melissa Barron; John Hollingsworth; Jane Taylor; Janne Rice; Robert Rice, Jr.;

and Stacey Nickell (collectively, "California and West Virginia Plaintiffs in the End Payor

Actions") and the Undersigned Defendants in the End Payor Actions, by and through their

respective counsel, stipulate and agree as follows:

To the extent that any of the cases are not otherwise resolved by the conclusion of pretrial

proceedings and such cases remain in or have the right to return to any jurisdiction other than the

Eastern District of Michigan, California and West Virginia Plaintiffs in the End Payor Actions

will consent to the transfer of those cases to the Eastern District of Michigan.  Undersigned

Defendants in the End Payor Actions will not contest venue in the Eastern District Of Michigan.

The Parties to this Stipulation preserve all other applicable rights.  None of the

Undersigned Defendants will be precluded from contesting the applicability of any state law in

any transferor district on any ground, including, without limitation, that a defendant lacks

sufficient contacts with that state, and nothing herein shall be deemed to preclude plaintiffs from opposing the same.

Other defendants in the End Payor Actions may join this stipulation at a later date provided that they agree to all of its terms.

**SO ORDERED:**

|  |  |
|---|---|
|  | **s/Marianne O. Battani** |
| **Dated: September 10, 2012** | United States District Judge |

**IT IS SO STIPULATED.**

**THE MILLER LAW FIRM, P.C**

September 7, 2012

By   <u>s/ E. Powell Miller</u>
E. Powell Miller (P39487)
Adam T. Schnatz
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com

*Attorneys for Plaintiffs and Interim Liaison Counsel for the Proposed End-Payor Plaintiffs Classes*

Hollis Salzman
Bernard Persky
William V. Reiss
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 883-7058
hsalzman@labaton.com
bpersky@labaton.com
wreiss@labaton.com

Mark M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Warren T. Burns
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
Facsimile: (214)754-1933
toxford@susmangodfrey.com
wburns@susmangodfrey.com

Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Gene W. Kim
**COTCHETT, PITRE &
McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com

*Attorneys for Plaintiffs and Interim Co-
Lead Class Counsel for the Proposed
End-Payor Plaintiffs Classes*

LANE POWELL PC

September 7, 2012          By:     /s/ Larry S. Ganges
                                   Larry S. Gangnes
                                   LANE POWELL PC
                                   1420 Fifth Ave., Suite 4100
                                   Seattle, WA  98101-2338
                                   Telephone:  (206) 223-7000
                                   Facsimile:  (206) 223-7107
                                    gangnesl@lanepowell.com

                                   Craig D. Bachman
                                   Kenneth R. Davis II
                                   Masayuki Yamaguchi
                                   Darin M. Sands
                                   LANE POWELL PC
                                   ODS Tower
                                   601 SW Second Ave., Suite 2100
                                   Portland, OR  97204-3158
                                   Telephone:  (503) 778-2100
                                   Facsimile:  (503) 778-2200
                                   bachmanc@lanepowell.com
                                   davisk@lanepowell.com
                                   yamaguchim@lanepowell.com
                                   sandsd@lanepowell.com

                                   Irwin Alterman
                                   KEMP KLEIN LAW FIRM
                                   201 W. Big Beaver, Suite 600
                                   Troy, MI  48084
                                   248-528-1111
                                   irwin.alterman@kkue.com

                                   *Attorneys for Defendants American Furukawa, Inc.
                                   and Furukawa Electric Co., Ltd.*

WILMER CUTLER PICKERING HALE AND DORR LLP

September 7, 2012    By:    /s/ Steven F. Cherry
                                     Steven F. Cherry
David P. Donovan
Stephanie K. Wood
Elizabeth Martin
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
stephanie.wood@wilmerhale.com
ellie.martin@wilmerhale.com

Karen D. Stringer
Heather Price
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6406
Fax: (617) 526-5000
karen.stringer@wilmerhale.com
heather.price@wilmerhale.com

*Attorneys for Defendants DENSO International America, Inc. and DENSO Corporation*

Steven M. Zarowny (P33362)
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Telephone: (248) 372-8252
Fax: (248) 213-2551
steve_zarowny@denso-diam.com

*Attorney for Defendant DENSO International America, Inc.*

KERR, RUSSELL AND WEBER, PLC

September 7, 2012    By:    /s/ William A. Sankbeil
William A. Sankbeil (P19882)
Joanne Geha Swanson (P33594)
Matthew L. Powell (P69186)
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
(313) 961-0388 (facsimile)
wsankbeil@kerr-russell.com
jswanson@kerr-russell.com
mpowell@kerr-russel.com

James L. Cooper
Sonia Kuester Pfaffenroth
Laura Cofer Taylor
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5014
(202) 942-5999-facsimile
Email: james.cooper@aporter.com

*Attorneys for Defendants Fujikura America, Inc.,
and Fujikura Ltd.*

SMITH, GAMBRELL & RUSSELL, LLP

September 7, 2012    By:    /s/ Wm. Parker Sanders
Wm. Parker Sanders (Georgia Bar No. 626020)
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 815-3684
psanders@sgrlaw.com

*Attorney for Defendant Kyungshin-Lear Sales and
Engineering, LLC*

DYKEMA GOSSETT PLLC

September 7, 2012          By:      /s/ Howard B. Iwrey
                                   Howard B. Iwrey (P39635)
                                   DYKEMA GOSSETT PLLC
                                   39577 Woodward Avenue, Suite 300
                                   Bloomfield Hills, MI  48304
                                   (248) 203-0526 – Telephone
                                   hiwrey@dykema.com

                                   Andrew S. Marovitz
                                   Britt M. Miller
                                   MAYER BROWN LLP
                                   71 S. Wacker Drive
                                   Chicago, IL  60606
                                   (312) 782-0600 –Telephone
                                   (312) 701-7711 – Facsimile
                                   amarovitz@mayerbrown.com
                                   bmiller@mayerbrown.com

                                   *Attorneys for Defendant Lear Corporation*

GIARMARCO, MULLINS & HORTON, P.C.

September 7, 2012        By:        /s/ William H. Horton
                                    William H. Horton (P31567)
                                    Giarmarco, Mullins & Horton, P.C.
                                    101 West Big Beaver Road, Tenth Floor
                                    Troy, MI  48084-5280
                                    Phone: 248-457-7060
                                    bhorton@gmhlaw.com

                                    Marguerite M. Sullivan
                                    LATHAM & WATKINS LLP
                                    555 Eleventh Street NW, Suite 1000
                                    Washington, DC 20004
                                    Tel.:  202-637-2200
                                    Fax:  202-637-2201
                                    Maggy.sullivan@lw.com

                                    *Attorneys for Defendants Sumitomo Electric
                                    Industries, Ltd., Sumitomo Electric Wiring Systems,
                                    Inc., Sumitomo Electric Wintec America, Inc.,
                                    Sumitomo Wiring Systems (U.S.A.) Inc., Sumitomo
                                    Wiring Systems, Ltd., and K&S Wiring Systems, Inc.*

                                    BUTZEL LONG

September 7, 2012        By:        /s/ David F. DuMouchel
                                    David F. DuMouchel
                                    George B. Donnini
                                    150 West Jefferson, Suite 100
                                    Detroit, MI 48226
                                    Tel: 313-225-7000
                                    dumouchd@butzel.com
                                    donnini@butzel.com

                                    W. Todd Miller
                                    BAKER & MILLER PLLC
                                    2401 Pennsylvania Ave., NW, Suite 300
                                    Washington, DC 20037
                                    Tel:  202-663-7820
                                    TMiller@bakerandmiller.com

                                    *Attorneys for Defendants Tokai Rika Co., Ltd.
                                    and TRAM, Inc.*

JONES DAY

September 7, 2012          By:     /s/ John M. Majoras
                                   John M. Majoras
                                   Carmen G. McLean
                                   JONES DAY
                                   51 Louisiana Ave. N.W.
                                   Washington, D.C. 20001-2113
                                   Tel. (202) 879-3939
                                   Fax (202) 626-1700
                                   jmmajoras@jonesday.com
                                   cgmclean@jonesday.com

                                   Michelle K. Fischer
                                   Stephen J. Squeri
                                   JONES DAY
                                   North Point
                                   901 Lakeside Avenue
                                   Cleveland, OH 44114
                                   Tel. (216) 586-3939
                                   Fax (216) 579-0212
                                   mfischer@jonesday.com
                                   sjsqueri@jonesday.com

                                   *Attorneys for Defendant*
                                   *Yazaki Corporation and*
                                   *Yazaki North America, Inc.*