# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE OF JOSEPH W. COTCHETT

**PLEASE TAKE NOTICE** that Joseph W. Cotchett of Cotchett, Pitre & McCarthy LLP hereby enters his appearance on behalf of End-Payors in the above-captioned matter.

Dated:   September 10, 2012              **COTCHETT, PITRE & McCARTHY, LLP**

By:   */s/ Joseph W. Cotchett*
          Joseph W. Cotchett
          COTCHETT, PITRE & McCARTHY, LLP
          840 Malcolm Road, Suite 200
          Burlingame, CA 94010
          Telephone: (650) 697-6000
          Facsimile:  (650) 697-0577
          E-mail: jcotchett@cpmlegal.com

## CERTIFICATE OF SERVICE

I, Joseph W. Cotchett, hereby certify that I caused a true and correct copy of the **NOTICE OF APPEARANCE OF JOSEPH W. COTCHETT**, to be served upon all registered counsel of record via the Court's CM/ECF system on September 10, 2012.

                                                 /s/ *Joseph W. Cotchett*
                                                      Joseph W. Cotchett