# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO ALL CASES** | |

## APPEARANCE OF MICHAEL F. TUBACH

TO:   THE CLERK OF THE COURT

　　　PLEASE enter the appearance of Michael F. Tubach, of the law firm O'Melveny & Myers LLP, as counsel on behalf of Leoni AG, Leoni Kabel GmbH, Leoni Wire Inc., Leoni Wiring Systems, Inc. and Leonische Holding Inc. in the above-captioned matters. The appearance shall not be deemed to a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated:  September 11, 2012　　　　　　　　O'MELVENY & MYERS LLP

　　　　　　　　　　　　　　　　　　　　By:  /s/ Michael F. Tubach
　　　　　　　　　　　　　　　　　　　　Michael F. Tubach (California Bar No. 145955)
　　　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　　　Two Embarcadero Center, 28th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111-3823
　　　　　　　　　　　　　　　　　　　　415-984-8700
　　　　　　　　　　　　　　　　　　　　415-984-8701 (facsimile)
　　　　　　　　　　　　　　　　　　　　*Email*: mtubach@omm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2012, I electronically filed this Appearance on behalf of Leoni AG, Leoni Kabel GmbH, Leoni Wire Inc., Leoni Wiring Systems, Inc. and Leonische Holding Inc. with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated:  September 11, 2012                O'MELVENY & MYERS LLP

                                            By:  /s/ Michael F. Tubach
                                            Michael F. Tubach (California Bar No. 145955)
                                            O'MELVENY & MYERS LLP
                                            Two Embarcadero Center, 28th Floor
                                            San Francisco, CA 94111-3823
                                            415-984-8700
                                            415-984-8701 (facsimile)
                                            *Email*: mtubach@omm.com