UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE OF BRITT M. MILLER

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Britt M. Miller of the law firm Mayer Brown LLP, as counsel on behalf of Lear Corporation in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  September 11, 2012                     MAYER BROWN LLP

                                    By: s/ Britt M. Miller
                                        Britt M. Miller
                                        Attorneys for Defendant Lear Corporation
                                        71 South Wacker Drive
                                        Chicago, IL  60606
                                        (312) 782-0600
                                        (312) 701-7711 - facsimile
                                        *email*:  bmiller@mayerbrown.com

# CERTIFICATE OF SERVICE

I, Britt M. Miller, hereby certify that on September 11, 2012, I caused to be electronically filed my Appearance on behalf of Lear Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: September 11, 2012

MAYER BROWN LLP

By: s/ Britt M. Miller
Britt M. Miller
Attorneys for Defendant Lear Corporation
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
(312) 701-7711 - facsimile
*email*: bmiller@mayerbrown.com

703170180