# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## APPEARANCE OF WARREN T. BURNS

PLEASE TAKE NOTICE that Warren T. Burns of Susman Godfrey, LLP hereby enters an appearance on behalf of all End-Payor Plaintiffs in the above-captioned Master Case in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated: September 11, 2012

                                          Respectfully submitted,

                                        */s/ Warren T. Burns*
                                        Warren T. Burns
                                        Susman Godfrey, LLP
                                        901 Main Street, Suite 5100
                                        Dallas, Texas 75202
                                        Phone: (214) 754-1900
                                        wburns@susmangodfrey.com

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311 Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.  I also certify that I will serve copies via First Class U.S. Mail upon all other parties indicated on the Manual Notice List.

Respectfully submitted,

*/s/ Warren T. Burns*
Warren T. Burns
Susman Godfrey, LLP
901 Main Street, Suite 5100
Dallas, Texas 75202
Phone: (214) 754-1900
wburns@susmangodfrey.com

2402189v1/012878