**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| | * | |
| **IN RE: AUTOMOTIVE PARTS** | * | **12-md-02311** |
| **ANTITRUST LITIGATION** | * | **Honorable Marianne O. Battani** |
| | * | |
| | * | **W:12-cv-00103-MOB-MKM** |
| **IN RE: WIRE HARNESS CASES** | * | |
| | * | **Case No. 12-cv-10675-MOB-MKM** |
| | * | |
| **THIS RELATES TO:** | * | **NOTICE OF VOLUNTARY DISMISSAL** |
| **Margaret A. Sirmon, et al.** | * | **OF CLAIMS BY PLAINTIFF** |
| **v.** | * | **SCOTT M. QUINN** |
| **Delphi Automotive Systems, LLC, et al.** | * | |
| | * | |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, SCOTT M. QUINN, voluntarily dismisses her claims without prejudice against all Defendants.  This notice of dismissal is made without prejudice to Plaintiff's rights as an absent class member.

Dated:      September 13, 2012      Respectfully submitted,

 /s/Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (MI Bar #P23567)
CANDICE C. SIRMON, ESQ.
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com

*Attorneys for Plaintiff, Scott M. Quinn*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2012, I electronically filed the foregoing

pleading  with the Clerk of Court using the ECF system which will send notification of such

filing to ECF-registered counsel.

*/s/Hugh P. Lambert*     
HUGH P. LAMBERT, ESQ. (MI Bar #P23567)