**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

**NOTICE OF APPEARANCE OF VICTORIA ROMANENKO**

PLEASE TAKE NOTICE that Victoria Romanenko of Cuneo Gilbert& LaDuca, LLP, hereby enters her appearance as counsel for all Automobile Dealer Plaintiffs in the above-captioned case in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated: September 17, 2012          Respectfully submitted,

/s/ Victoria Romanenko
Victoria Romanenko
Cuneo Gilbert & LaDuca, LLP
507 C Street NE
Washington, DC 20002
Tel: (202) 789 3960
Fax: (202) 789 1813
vicky@cuneolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification ofsuch filing to ECF-registered counsel.

/s/ Victoria Romanenko
Victoria Romanenko