UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### NOTICE OF APPEARANCE OF SHELDON L. MILLER

**PLEASE TAKE NOTICE** that Sheldon L. Miller of the Law Office of Sheldon L. Miller, P.C.

hereby enters his appearance on behalf of End-Payors in the above-captioned matter.

Dated:   September 21, 2012          **LAW OFFICE OF SHELDON L. MILLER, P.C.**

By:   */s/ Sheldon L. Miller*
   Sheldon L. Miller
   Law Office of Sheldon L. Miller, P.C.
   31731 Northwestern Hwy., Suite 280W
   Farmington Hills, Michigan 48334
   Telephone: 248-538-3400
   Fax: 248-538-5280
   ccole@sheldonmiller.com

**CERTIFICATE OF SERVICE**

I, Sheldon L. Miller, hereby certify that I caused a true and correct copy of the **NOTICE OF APPEARANCE OF SHELDON L. MILLER**, to be served upon all registered counsel of record via the Court's CM/ECF system on September 21, 2012.

                                                 */s/ Sheldon L. Miller*
                                                 Sheldon L. Miller