# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE OF WILLIAM A. SANKBEIL

PLEASE enter the appearance of William A. Sankbeil of the law firm Kerr, Russell and Weber, PLC, as counsel on behalf of NTN Corporation and NTN USA Corporation in the above captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure. This is in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

        KERR, RUSSELL AND WEBER, PLC,

        By: */s/ William A. Sankbeil*
            William A. Sankbeil (P19882)
        500 Woodward Avenue, Suite 2500
        Detroit, MI 48226-3427
        Tel: (313) 961-0200
        Fax: (313) 961-0388
        wsankbeil@kerr-russell.com

        *Attorneys for NTN Corporation and NTN USA Corporation*

Dated: September 26, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

By: */s/ William A. Sankbeil*
William A. Sankbeil (P19882)

{36045/1/DT709158.DOCX;1}