UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>IN RE: WIRE HARNESS CASES<br><br>This Document Relates to:<br><br>*Craig Kelly and Tye Smith*<br>    *v.*<br>*Delphi Automotive LLP, et al.* | 12-md-02311<br>Honorable Marianne O. Battani<br><br>W:12-cv-00103-MOB-MKM<br><br>Case No. 12-cv-10680-MOB-MKM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF CRAIG KELLY** |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Craig Kelly voluntarily dismisses his claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to Craig Kelly's rights as an absent class member.

Dated:  September 27, 2012         Respectfully submitted,

   */s/ Christopher T. Micheletti*

Francis O. Scarpulla
Craig C. Corbitt
Christopher T. Micheletti
Judith A. Zahid
Demetrius X. Lambrinos
Heather T. Rankie
**ZELLE HOFMANN VOELBEL & MASON LLP**
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:     (415) 693-0770
*fscarpulla@zelle.com*
*ccorbitt@zelle.com*
*cmicheletti@zelle.com*
*jzahid@zelle.com*
*dlambrinos@zelle.com*
*hrankie@zelle.com*

Attorneys for Plaintiff Craig Kelly

3236513v1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all interested parties who are ECF participants.

Signed: */s/ Christopher T. Micheletti*

Christopher T. Micheletti
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
*cmicheletti@zelle.com*

#3238247v1