UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### NOTICE OF APPEARANCE OF SOLOMON B. CERA

PLEASE TAKE NOTICE that Solomon B. Cera of Gold Bennett Cera & Sidener LLP hereby enters his appearance as counsel for McGuire Bearing Company in the above-captioned Master Case in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated: September 28, 2012              GOLD BENNETT CERA & SIDENER LLP

By: /s/Solomon B. Cera
Solomon B. Cera
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
scera@gbcslaw.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF- registered counsel.

                                                    /s/Solomon B. Cera
                                                    Solomon B. Cera