UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

|  |  |  |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 |
| IN RE WIRE HARNESS CASES | : : : : : | W:12-cv-00100-MOB-MKM |
| THIS DOCUMENT RELATES TO: | : : : | |
| ALL WIRE HARNESS CASES | : : | |

**STIPULATED ORDER REGARDING NUMBER OF PAGES FOR A
SINGLE REPLY IN SUPPORT OF DEFENDANT LEAR CORPORATION'S
RULE 12(b)(6) MOTION TO DISMISS**

This matter having come before the Court upon the stipulation of the parties as evidenced

by the signatures of their counsel below; the Court being advised that:

The parties agree that Defendant Lear Corporation ("Lear") may file one (1) combined

15-page Reply in Support of its Rule 12(b)(6) Motion To Dismiss dated July 13, 2012 (12-md-

2311 Dockt. No. 237), addressing the two separate Responses dated September 11, 2012 filed by

Direct Purchaser Plaintiffs (12-md-2311 Dockt. No. 380) and End-Payor and Dealership

Plaintiffs (12-md-2311 Dockt. No. 385).

IT IS HEREBY ORDERED Lear may file one (1) combined 15-page Reply in Support of

its Rule 12(b)(6) Motion To Dismiss dated July 13, 2012 (12-md-2311 Dockt. No. 237),

addressing the two separate Responses dated September 11, 2012 filed by Direct Purchaser

Plaintiffs (12-md-2311 Dockt. No. 380) and End-Payor and Dealership Plaintiffs (12-md-2311

Dockt. No. 385).

SO ORDERED:

s/Marianne O. Battani

United States District Judge

Dated: October 11, 2012

**STIPULATED TO AND APPROVED BY:**

Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107 (215) 238-1700
jkohn@kohnswift.com
whoese@kohnswift.com
dabrahams@kohnswift.com

/s/ Randall B. Weill   (w/ permission)
Gregory P. Hansel
Randall B. Weill
PRETI, FLAHERTY, BELIVEAU
    & PACHIOS LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
ghansel@preti.com
rweill@preti.com

Michael J. Freed
Steven A. Kanner
William H. London
Michael L. Silverman
FREED KANNER LONDON
& MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
(224) 632-4500
mfreed@fklmlaw.com
skanner@fklmlaw.com
blondon@fklmlaw.com
msilverman@fklmlaw.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF
  & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

**INTERIM LEAD COUNSEL FOR DIRECT PURCHASER PLAINTIFFS
AND PROPOSED CLASS**

David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI 48304
(248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

**DIRECT PURCHASER INTERIM LIAISON COUNSEL**

/s/ Gerard V. Mantese          (w/ permission)
Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
MANTESE HONIGMAN ROSSMAN
  AND WILLIAMSON, P.C.
1361 E. Big Beaver Road
Troy, MI  48083
(248) 457-9200 Ext. 203
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

**AUTOMOTIVE DEALER INTERIM LIAISON COUNSEL**

Don Barrett
David McMullan
Brian Herrington
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
(662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
Paul A. Sand
Larson ● King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com
psand@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Victoria Romanenko
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
(202) 789-3960
jonc@cuneolaw.com
Vicky@cuneolaw.com

**INTERIM LEAD COUNSEL FOR AUTOMOBILE DEALER PLAINTIFFS
AND PROPOSED CLASS**

E. Powell Miller (P39487)
950 W. University Drive, Suite 300
Rochester, MI  48307
(248) 841-2200
epm@millerlawpc.com

**INTERIM LIAISON COUNSEL FOR END-PAYOR PLAINTIFFS
AND PROPOSED CLASS**

4

/s/ Bernard Persky      (w/ permission)
Hollis Salzman
Bernard Persky
William V. Reiss
LABATON SUCHAROW LLP
140 Broadway
New York, NY  10005
(212) 907-0700
hsalzman@labaton.com
bpersky@labaton.com
wreiss@labaton.com


Terrell W. Oxford
Warren T. Burns
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, TX  75202
(214) 754-1900
toxford@susmangodfrey.com
wburns@susmangodfrey.com

Marc M. Seltzer
Steven G. Sklaver
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
(310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com


Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Gene W. Kim
COTCHETT, PITRE & MCCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
(650) 697-6000
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
gkim@cpmlegal.com


**INTERIM LEAD COUNSEL FOR END-PAYOR PLAINTIFFS
AND PROPOSED CLASS**

DYKEMA GOSSETT PLLC

/s/ Howard B. Iwrey
Howard B. Iwrey (P39635)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304
T:  (248) 203-0526
F:  (248) 203-0763
hiwrey@dykema.com


Andrew S. Marovitz
Britt M. Miller
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606
T:  (312) 782-0600
F:  (312) 701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com


**ATTORNEYS FOR DEFENDANT LEAR CORPORATION**


BH01\1663752.3
ID\HBI - 017575\0054

6