1

2

3

REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
Post Office Box 13315, PMB #148
Oakland, California 94661
Telephone:  (510) 237-9700
Facsimile:   (510) 237-4616

4

Email:  Reggiet2@aol.com

5

6

Attorneys for Plaintiff and the class

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF MICHIGAN**

10

**SOUTHERN DIVISION**

11

12

13

In re:  AUTOMOTIVE PARTS
ANTITRUST LITIGATION
_____

CASE NO.: 12-02311
W:  12-cv-00100-MOB-MKM

14

15

In re:  WIRE HARNESS CASES
_____

NOTICE OF ASSOCIATION

16

17

THIS NOTICE RELATES TO:
ALL WIRE HARNESS CASES

18

_____

19

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS:

20

NOTICE IS HEREBY GIVEN associating Sydney J. Hall of the

21

22

23

24

25

Law Offices of Sydney Hall
1308 Bayshore Hwy, Suite 220
Burlingame, California 94010
Telephone:  650-342-1830
Facsimile:  650-342-6344
Email:  sydneyhalllaw@ymail.com

26

27

28

_____

1

2   as counsel of record for Plaintiffs Estaban Maravilla, Tony Maravilla and Gretha Wilkerson.

3                                                              Respectfully submitted,

4   Dated: October 12 2012                                    THE TERRELL LAW GROUP

5
                                                              /s/
6                                                             _____
                                                              REGINALD TERRELL, ESQ.
7

8

9                                                             REGINALD TERRELL, ESQ.
                                                              THE TERRELL LAW GROUP
10                                                            Post Office Box 13315, PMB #148
                                                              Oakland, California 94661
11                                                            Telephone:  (510) 237-9700
                                                              Facsimile:   (510) 237-4616
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the email addresses registered.

Dated: October 12, 2012

/s/

_____
REGINALD TERRELL, ESQ.