**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br><br>Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO:<br>Wire Harness Systems<br>All Actions | |

**NOTICE OF APPEARANCE OF DANIEL M. WALL**

PLEASE TAKE NOTICE that Daniel M. Wall of the law firm Latham & Watkins LLP, hereby enters his appearance as counsel on behalf of Defendants Sumitomo Electric Wintec America, Inc.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) in the above-captioned matter. The appearance shall not be deemed a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated:  October 24, 2012             Respectfully submitted,

                                     LATHAM & WATKINS LLP


                                     By   /s/ Daniel M. Wall
                                         Daniel M. Wall
                                         LATHAM & WATKINS LLP
                                         505 Montgomery Street, Suite 2000
                                         San Francisco, California  94111-6538
                                         (415).391.0600
                                         dan.wall@lw.com
                                         CA Bar No. 102580

                                         *Attorneys for Defendants
                                         Sumitomo Electric Wintec America, Inc.;
                                         Sumitomo Wiring Systems, Ltd.; Sumitomo
                                         Electric Wiring Systems, Inc.; K&S Wiring
                                         Systems, Inc.; and Sumitomo Wiring Systems
                                         (U.S.A.)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2012, I caused a true and correct copy of the foregoing ***NOTICE OF APPEARANCE OF DANIEL M. WALL*** to be filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.

On the same day, I served a true and correct copy of the above-described document by U.S. Mail to the attorneys on the attached service list.

Dated October 24, 20012

By  /s/ Daniel M. Wall
Daniel M. Wall
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
(415).391.0600
dan.wall@lw.com
CA Bar No. 102580

*Attorneys for Defendants*
*Sumitomo Electric Wintec America, Inc.;*
*Sumitomo Wiring Systems, Ltd.; Sumitomo*
*Electric Wiring Systems, Inc.; K&S Wiring*
*Systems, Inc.; and Sumitomo Wiring Systems*
*(U.S.A.)*

**SERVICE LIST**

In Re:  Automotive Parts Antitrust Litigation
This Document Relates To:  Wire Harness Systems All Actions
U.S. District Court for the Eastern District of Michigan, Southern Division
Master File No. 12-md-2311-MOB-MKM

| | |
|---|---|
| Kristine G. Baker<br>Quattlebaum Grooms Tull & Burrow<br>111 Center Street, Suite 1900<br>Little Rock, AR 72201 | Joseph M. Barton<br>Slancy Binkow & Goldberg<br>One Embarcadero Center, Suite 760<br>San Francisco, CA 94111 |
| Adam C. Belsky<br>Gross Belsky Alonso<br>One Sansome Street, Suite 3670<br>San Francisco, CA 94104 | Howard N. Cayne<br>Arnold & Porter<br>555 12th Street NW<br>Washington, DC 20004 |
| Sarah Crowley<br>Gross Belsky Alonso<br>One Sansome Street, Suite 3670<br>San Francisco, CA 94104 | J. Bruce Cross<br>Cross Gunter Witherspoon & Galchus<br>P.O. Box 3178<br>Little Rock, AR 72203 |
| David M. Donovan<br>Watts Donovan & Tilley<br>200 River Market Ave, Suite 200<br>Little Rock, AR 72201 | Mary G. Cooper<br>Cross Gunter Witherspoon & Galchus<br>P.O. Box 3178<br>Little Rock, AR 72203 |
| Jeff D. Friedman<br>Hagens Bernam Sobol Shapiro<br>715 Hearst Ave, Suite 202<br>Berkeley, CA 94710 | Greg Hanthorn<br>Jones Day<br>1420 Peachtree St NE, Suite 800<br>Atlanta, GA 30309 |
| Soren E. Gisleson<br>Herman Herman Katz & Cotlar<br>820 O'Keefe Ave<br>New Orleans, LA 70113 | Shelley R. Hebert<br>Jones Day<br>77 W. Wacker<br>Chicago, IL 60601 |
| Russ M. Herman<br>Herman Herman Katz & Cotlar<br>820 O'Keefe Ave<br>New Orleans, LA 70113 | Stephen J. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 |
| Gregory J. Johnson<br>6688 145th St W<br>Apple Valley, MN 55124 | Randall E. Kahnke<br>Faegre Baker Daniels<br>90 S 7th St, Suite 2200<br>Minneapolis, MN 55402 |

| | |
|---|---|
| Andrew D. King<br>WILMER CUTLER PICKERING HALE<br>  & DORR LLP<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006 | Kevin P. Klibert<br>106 W Seventh St<br>P.O. Drawer H<br>Reserve, LA 70084 |
| Demetrius X. Lambrinos<br>Zelle Hofmann Voelbel Mason & Gette<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 | Alan S. Miller<br>Jones Day<br>2727 North Harwood St<br>Dallas, TX 75201 |
| Matthew B. Moreland<br>106 W Seventh St<br>P.O. Drawer H<br>Reserve, LA 70084 | Andrea M. Price<br>Barrasso Usdin Kupperman Freeman & Sarer<br>LL&E Tower<br>909 Poydras St, Suite 2400<br>New Orleans, LA 70112 |
| Heather T. Rankie<br>Zelle Hofmann Voelbel & Mason<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 | Curtis D. Ripley<br>150 S 5th St, Suite 2300<br>Minneapolis, MN 55402 |
| Aaron E. Robinson<br>Bailey & Glasser<br>209 Capitol Street<br>Charleston, WV 25301 | Shana E. Scarlett<br>Hagens Berman Sobol Shapiro<br>715 Hearst Ave, Suite 202<br>Berkeley, CA 94710 |
| Francis O. Scarpulla<br>Zelle Hofmann Voelbel & Mason<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 | Candice C. Sirmon<br>701 Magazine Street<br>New Orleans, LA 70130 |
| Eric B. Snyder<br>Bailey & Glasser<br>209 Capitol Street<br>Charleston, WV 25301 | Stephen J. Squeri<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190 |
| Lloyd J. Tabary, II<br>8560 Anselmo Lane<br>Baton Rouge, LA 70817 | Thomas P. Thrash<br>Thrash Law Firm, P.A.<br>1101 Garland Street<br>Little Rock, AR 72201-1214 |
| Reginald Von Terrell<br>P.O. Box 13315. PMB#148<br>Oakland, CA 94661 | Lin Wang<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104 |

Patrick S. Williams  
Briggs & Morgan  
80 S 8th St, Suite 2200  
Minneapolis, MN 55402  

Judith A. Zahid  
Zelle Hofmann Voelbel Mason & Gette  
44 Montgomery Street, Suite 3400  
San Francisco, CA 94104