## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### APPEARANCE OF BRIAN M. MOORE

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Brian M. Moore of the law firm Dykema Gossett PLLC, as counsel on behalf of AB SKF and SKF USA Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  October 29, 2012           DYKEMA GOSSETT PLLC

                                   By:  s/ Brian M. Moore
                                        Brian M. Moore (P58584)
                                        Attorneys for Defendants AB SKF and SKF USA Inc.
                                        39577 Woodward Avenue
                                        Bloomfield Hills, Michigan 48304
                                        (248) 203-0772
                                        (248) 203-0763 - facsimile
                                        *email*:  bmoore@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2012, I electronically filed my Appearance on behalf of AB SKF and SKF USA Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  October 29, 2012               DYKEMA GOSSETT PLLC

By: _s/  Brian M. Moore_____
   Brian M. Moore (P58584)
   Attorneys for Defendants AB SKF and SKF USA Inc.
   39577 Woodward Avenue
   Bloomfield Hills, Michigan 48304
   (248) 203-0772
   (248) 203-0763 - facsimile
   *email*:  bmoore@dykema.com

BH01\1684187.1
ID\BMM

2