# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| In Re: Wire Harness Cases | W:12-cv-00100-MOB-MKM |
| THIS RELATES TO:<br>All End-Payor Actions | W:12-cv-00103-MOB-MKM |

## NOTICE OF CHANGE OF FIRM AFFILIATION
## AND WITHDRAWAL OF FORMER FIRM

TO:   Clerk of Court and All Counsel of Record

PLEASE TAKE NOTICE of the following new firm affiliations and contact information for attorneys Dianne M. Nast and Erin C. Burns:

>Dianne M. Nast
>NastLaw LLC
>1101 Market Street, Suite 2801
>Philadelphia, PA 19107
>Tele: (215) 923-9300
>Fax: (215) 923-9302
>dnast@nastlaw.com
>
>Erin C. Burns
>NastLaw LLC
>1101 Market Street, Suite 2801
>Philadelphia, PA 19107
>Tele: (215) 923-9300
>Fax: (215) 923-9302
>eburns@nastlaw.com
>
>*Counsel for Plaintiff Gary T. Brock*
>*and End Payor Plaintiffs*

All notices, filings and written communication regarding this action should be sent to the above firm and address.

Please withdraw the appearance of RodaNast, P.C.

Dated: November 30, 2012    Respectfully submitted,

/s/ Dianne M. Nast    /s/ Dianne M. Nast
Dianne M. Nast    Dianne M. Nast
RodaNast, P.C.    NastLaw LLC
801 Estelle Drive    1101 Market Street, Suite 2801
Lancaster, PA 17601    Philadelphia, PA 19107
Tele: (717) 892-3000    Tele: (215) 923-9300
Fax: (717) 892-1200    Fax: (215) 923-9302
dnast@rodanast.com    dnast@nastlaw.com

*Counsel for Plaintiff Gary T. Brock
and End Payor Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2012, I electronically filed the foregoing Notice of Change of Firm Affiliation and Withdrawal of Former Firm with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of the filing to all counsel of record.

/s/ Dianne M. Nast
Dianne M. Nast