UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br><br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO:  ALL CASES | |

ORDER SUBSTITUTING END-PAYOR PLAINTIFFS INTERIM
CO-LEAD CLASS COUNSEL

Upon consent of Labaton Sucharow LLP, Interim Co-Lead Class Counsel for End-Payor Plaintiffs, and Interim Liaison Class Counsel for End-Payor Plaintiffs:

(1) Paragraph 1 of the Court's March 23, 2012 Order Granting End-Payor Plaintiffs' Application for Appointment of Interim Co-Lead Class Counsel and Liaison Counsel (Dkt. No. 65) is amended as follows:

Pursuant to Fed. R. Civ. P. 23(g), the Court hereby appoints Robins, Kaplan, Miller & Ciresi L.L.P., Susman Godfrey LLP and Cotchett, Pitre & McCarthy LLP to serve as Interim Co-Lead Counsel for end-payor purchasers of wire harnesses and related products ("End-Payor Interim Class Counsel") in this antitrust class action.

(2) Paragraph 1 of Case Management Order No. 3 dated August 7, 2012 (Dkt. No. 271) is amended as follows:

The Court finds good cause that Interim Lead Counsel and Interim Liaison Counsel, previously appointed (Docket Nos. 60, 64, 65, as amended herein), shall continue as Interim Lead Counsel and Interim Liaison Counsel for all cases related to, filed in or transferred to this Court in MDL No. 2311.

Dated:  February 12, 2013

SO ORDERED:                                      s/Marianne O. Battani
                                                 MARIANNE O. BATTANI
                                                 UNITED STATES DISTRICT JUDGE