UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | § § | MASTER FILE NO. 12-md-02311 |
| _____ | § | HONORABLE MARIANNE O. |
| ALL PARTS | § | BATTANI |
| Defendants. | § | |
| _____ | § | |
| THIS RELATES TO: ALL CASES | § | |
| _____ | § | |

## NOTICE OF APPEARANCE

TO THE CLERK:

        PLEASE TAKE NOTICE that Elaine A. Ryan, of Bonnett, Fairbourn, Friedman & Balint, P.C. hereby enters her appearance on behalf of End Payor Plaintiffs in the above-captioned Master Case.  Please serve copies of all pleadings, notices and other documents upon the undersigned

Dated:  February 15, 2013            Respectfully Submitted,


                            /s/Elaine A. Ryan
                            Elaine A. Ryan
                            BONNETT, FAIRBOURN, FRIEDMAN
                              & BALINT, P.C.
                            2325 E. Camelback Road, Suite 300
                            Phoenix, Arizona 85016
                            Tel: 602-274-1100
                            Fax: 602-274-1199
                            eryan@bffb.com

<u>CERTIFICATE OF SERVICE</u>

I, Elaine A. Ryan, hereby certify that on this 15th day of February, 2013, I filed

with the Clerk of Court the foregoing Notice of Appearance to be filed via the Court's

ECF system which will send notification of such filing to all attorneys of record.


<u>/s/Elaine A. Ryan</u>