# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE OF BENJAMIN W. JEFFERS

TO:  THE CLERK OF THE COURT

PLEASE enter the appearance of Benjamin W. Jeffers of the law firm Dykema Gossett PLLC, as counsel on behalf of TRW Deutschland Holding GmbH in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  March 11, 2013                          DYKEMA GOSSETT PLLC

                                         By:  s/ Benjamin W. Jeffers
                                            Benjamin W. Jeffers (P57161)
                                            Howard B. Iwrey (P39635)
                                            Attorneys for Defendants TRW Automotive
                                            Holdings Corp. and TRW Deutschland
                                            Holding GmbH
                                            400 Renaissance Center
                                            Detroit, MI  48243
                                            (313) 568-5340
                                            (313) 568-6691 - facsimile
                                            bjeffers@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2013, I electronically filed my Appearance on behalf of TRW Deutschland Holding GmbH with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  March 11, 2013

DYKEMA GOSSETT PLLC

By:  s/ Benjamin W. Jeffers_____
Benjamin W. Jeffers (P57161)
Howard B. Iwrey (P39635)
Attorneys for Defendants TRW Automotive Holdings Corp. and TRW Deutschland Holding GmbH
400 Renaissance Center
Detroit, MI  48243
(313) 568-5340
(313) 568-6691 - facsimile
bjeffers@dykema.com

DET01\1202820.1
ID\BWJ - 087911\0010