**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS** **ANTITRUST LITIGATION** | 12-md-2311 Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

<u>**APPEARANCE OF JAMES P. FEENEY**</u>

TO:    THE CLERK OF THE COURT

PLEASE enter the appearance of James P. Feeney of the law firm Dykema Gossett PLLC, as counsel on behalf of TRW Deutschland Holding GmbH in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  March 12, 2013                    DYKEMA GOSSETT PLLC

                                By: /s/  James P. Feeney
                                James P. Feeney   (P13335)
                                Attorneys for Defendants TRW Automotive
                                Holdings Corp. and TRW Deutschland
                                Holding GmbH
                                39577 Woodward Avenue, Suite 300
                                Bloomfield Hills, Michigan 48304
                                (248) 203-0841
                                (248) 203-0763 - facsimile
                                *email*:  jfeeney@dykema.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2013, I electronically filed my Appearance on behalf of TRW Deutschland Holding GmbH with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  March 12, 2013                    DYKEMA GOSSETT PLLC

                                        By: /s/  James P. Feeney_____
                                            James P. Feeney  (P13335)
                                            Attorneys for Defendants TRW Automotive
                                            Holdings Corp. and TRW Deutschland
                                            Holding GmbH
                                            39577 Woodward Avenue, Suite 300
                                            Bloomfield Hills, Michigan 48304
                                            (248) 203-0841
                                            (248) 203-0763 - facsimile
                                            *email*: jfeeney@dykema.com

BH01\1780296.1
ID\JPF - 087911\0010