# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS<br>ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |

ALL PARTS

THIS RELATES TO: ALL CASES

## NOTICE OF APPEARANCE OF DANIELLE M. GARTEN

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Danielle M. Garten, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendants Yamashita Rubber Co. Ltd. and YUSA Corporation in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: April 23, 2013                           Respectfully submitted,

                                                By:  /s Danielle M. Garten

                                                Danielle M. Garten
                                                ARNOLD & PORTER LLP
                                                555 Twelfth Street NW
                                                Washington, DC 20004
                                                (202) 942-5072
                                                (202) 942-5999 - facsimile
                                                danielle.garten@aporter.com
                                                DC Bar: 976591

*Attorney for Defendants
Yamashita Rubber Co. Ltd. and YUSA
Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2013 I electronically filed my NOTICE OF APPEARANCE on behalf of Yamashita Rubber Co. Ltd. and YUSA Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: April 23, 2013

By: /s Danielle M. Garten
Danielle M. Garten
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5072
(202) 942-5999 - facsimile
danielle.garten@aporter.com
DC Bar: 976591

*Attorney for Defendants*
*Yamashita Rubber Co. Ltd. and YUSA*
*Corporation*