UNITED STATES DISTRICT COURT
FOR THE EASTEN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | W:12-cv-00100 MOB-MKM |
| THIS RELATES TO: ALL CASES | |

NOTICE OF APPEARANCE OF R. ALEXANDER SAVERI

PLEASE TAKE NOTICE that R. Alexander Saveri of the law firm Saveri & Saveri, Inc. hereby enters his appearance as counsel for Direct Purchaser Plaintiffs in the above-captioned matter.

Dated: May 2, 2013

s/ R. Alexander Saveri
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
Telephone: 415-217-6810
Facsimile: 415-217-6813
Email: rick@saveri.com

## CERTIFICATE OF SERVICE

  I hereby certify that on May 2, 2013 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send out notification of such filing to ECF-registered counsel.

                     <u>s/ R. Alexander Saveri</u>
                      R. Alexander Saveri