# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## ORDER ALLOWING WITHDRAWAL OF ATTORNEY

Upon the Court's consideration of the Notice of Withdrawal of Attorney filed by Peter E. Boivin;

IT IS HEREBY ORDERED that Peter E. Boivin is allowed to withdraw from representation of Defendant NSK Ltd.

Dated this 14th day of May, 2013.

s/Marianne O. Battani<br>
Honorable Marianne O. Battani<br>
United States District Court Judge

12521968.1