UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311 |
| | Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE OF DWAYNE D. STRESMAN

Please enter the Appearance of Dwayne D. Stresman of Kerr, Russell and Weber, PLC as counsel for Defendants Nippon Seiki Co., Ltd., N.S. International, LTD., and New Sabina Industries, Inc. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

By: /s/ Dwayne D. Stresman
    Dwayne D. Stresman (P73283)
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388
dstresman@kerr-russell.com

Dated: May 29, 2013      *Attorneys for Defendants*

{35222/2/DT766420.DOCX;1}

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2013, I electronically filed the foregoing Appearance of Dwayne D. Stresman with the Clerk of the Court using the ECF system which will send notification of such filing by electronic Mail to all ECF participants.

By: /s/ Dwayne D. Stresman
      Dwayne D. Stresman (P73283)

{35222/2/DT766420.DOCX;1}