UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

**DEFENDANT AUTOLIV, INC.'S STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E.D. Mich. LR 83.4, Defendant Autoliv, Inc. files this statement of disclosure of corporate affiliations and interest.

Autoliv, Inc. makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of publicly owned corporation?

    Yes _____     No ___X___

    If the answer is "Yes", list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

    **N/A**

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes_____     No ___X___

    If the answer is "Yes", list the identity of such corporation and the nature of the financial interest:

    **N/A**

2

                    Respectfully submitted,

                    /s/ Peter Kontio
                    Peter Kontio
                    Ga. Bar No. 428050
                    ALSTON & BIRD LLP
                    One Atlantic Center
                    1201 West Peachtree Street
                    Atlanta, GA 30309-3424
                    Tel:  404-881-7000
                    Fax:  404-881-7777
                    E-mail:  peter.kontio@alston.com

                    *Attorney for Autoliv Defendants*

Dated:  May 31, 2013

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 31, 2013 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

                                                                                  Respectfully submitted,

                                                                                 /s/ Peter Kontio
                                                                                 Peter Kontio
                                                                                 Ga. Bar No. 428050
                                                                                 ALSTON & BIRD LLP
                                                                                 One Atlantic Center
                                                                                 1201 West Peachtree Street
                                                                                 Atlanta, GA 30309-3424
                                                                                 Tel:  404-881-7000
                                                                                 E-mail:  peter.kontio@alston.com

                                                                                 *Attorney for Autoliv Defendants*