UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

**DEFENDANT AUTOLIV B.V. & CO. KG'S STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E.D. Mich. LR 83.4, Defendant Autoliv B.V. & CO. KG files this statement of disclosure of corporate affiliations and interest.

Autoliv B.V. & CO. KG makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of publicly owned corporation?

    Yes __X__          No_____

    If the answer is "Yes", list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

    Parent Corporation/Affiliate Name: **Autoliv, Inc.**

    Relationship with Named Party: **Autoliv B.V. & Co. KG, Inc. is a wholly-owned subsidiary of Autoliv, Inc.**

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes_____          No __X__

    If the answer is "Yes", list the identity of such corporation and the nature of the financial interest:

    **N/A**

Respectfully submitted,

/s/ Peter Kontio
Peter Kontio
Ga. Bar No. 428050
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel:  404-881-7000
Fax:  404-881-7777
E-mail:  peter.kontio@alston.com

*Attorney for Autoliv Defendants*

Dated:  May 31, 2013

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2013 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

Respectfully submitted,

/s/ Peter Kontio
Peter Kontio
Ga. Bar No. 428050
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel:  404-881-7000
E-mail:  peter.kontio@alston.com

*Attorney for Autoliv Defendants*
