# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE ENTER the withdrawal of attorney Sonia K. Pfaffenroth as counsel for Defendant Fujikura Ltd.  Ms. Pfaffenroth will no longer be associated with the law firm of ARNOLD & PORTER LLP.  Other attorneys have appeared as counsel for this Defendant and their representation continues.

        Respectfully submitted,

        By: /s/Sonia K. Pfaffenroth

        ARNOLD & PORTER LLP
        555 Twelfth Street, NW
        Washington, DC 20004-1206
        (202) 942-5000
        (202) 942-5999 fax
        Sonia.Pfaffenroth@aporter.com
        *Attorney for Defendant Fujikura Ltd*.

Dated:  July 5, 2013

## CERTIFICATE OF SERVICE

    I hereby certify that on July 5, 2013, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

                                                                                            By: /s/ Sonia K. Pfaffenroth