**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, <br><br>      Plaintiff, <br> v. <br><br> NIPPON SEIKI CO. LTD., N.S. INTERNATIONAL LTD., NEW SABINA INDUSTRIES, INC., <br><br>      Defendants. | MASTER FILE NO. 12-md-02311 <br><br> HON. MARIANNE O. BATTANI <br><br><br><br> Case No. 13-cv-12061-TGB-DRG |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Gregory S. Slemp, Assistant Attorney General for the Office of the Attorney General, State of Florida, enters his appearance in the above-captioned action as counsel of record for the State of Florida.

Dated: July 8, 2013                Respectfully submitted,

                                                        s/ Gregory S. Slemp
                                                        Gregory S. Slemp
                                                        Assistant Attorney General
                                                        Florida Bar No. 478865
                                                        Office of the Attorney General
                                                        State of Florida
                                                        PL-01, The Capitol
                                                        Tallahassee, FL 32399-1050
                                                        Tel: (850) 414-3300
                                                        Fax: (850) 488-9134
                                                        Email: Greg.Slemp@myfloridalegal.com
                                                        Attorney for Plaintiff State of Florida