# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS  
ANTITRUST LITIGATION

Master File No. 12-md-2311  
Hon. Marianne O. Battani  
Mag. Judge Majzoub

_____

THIS DOCUMENT RELATES TO  
ALL ACTIONS

_____

## ORDER

Before the Court is Motion and Brief of the United States to File Under Seal and *Ex Parte* Declaration of Mark Grundvig.

The Motion is hereby **GRANTED**. The Declaration of Mark Grundvig is accepted for filing *ex parte* and will remain under seal.

**IT IS SO ORDERED**.

s/Marianne O. Battani  
MARIANNE O. BATTANI  
UNITED STATES DISTRICT JUDGE

Dated: July 9, 2013