UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION

_____

IN RE: ALL PARTS

_____

THIS RELATES TO: ALL CASES

_____/

Case No. 12-MD-02311

Judge Marianne O. Battani

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Sherman Bearings, Inc.

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: September 3, 2013

s/Thomas C. Bright

Ca. Bar 169713
Gold Bennett Cera & Sidener LLP
595 Market Street, Suite 2300
San Francisco, CA 94105
(415) 977-2229
tbright@gbcslaw.com