# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311<br>HON. MARIANNE O. BATTANI |
| In Re: BEARING CASES | 2:12-CV-00500-MOB-MKM |
| THIS RELATES TO: DIRECT PURCHASER ACTIONS | 2:12-CV-00501-MOB-MKM |

## NOTICE OF APPEARANCE OF JAYNE A. GOLDSTEIN

TO THE CLERK OF THE COURT:

PLEASE enter the appearance of Jayne A. Goldstein of the law firm Pomerantz Grossman Hufford Dahlstrom and Gross, LLP, as counsel for Direct Purchaser Plaintiffs in the above-entitled matter in accordance with the Corrected Electronic Case Management Protocol Order (ECF NO. 518).

Dated: September 10, 2013

    Respectfully Submitted,

    /s/ Jayne A. Goldstein
    Jayne A. Goldstein
    **POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
    1792 Bell Tower Lane
    Suite 203
    Weston, FL 33326
    954-315-3454
    212-661-3455 (fax)

    *Counsel for Direct Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of September, 2013, the foregoing was electronically filed and served on the parties via the ECF system, and is available for viewing and downloading the ECF system.

/s/ Ariana Barbosa
Ariana Barbosa