UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
:
In Re: AUTOMOTIVE PARTS  :
ANTITRUST LITIGATION  :  Master File No. 12-md-02311
:  Hon. Marianne O. Battani
_____ :
:
THIS DOCUMENT RELATES TO:  :
:
ALL CASES  :
_____:

**NOTICE BY PLAINTIFFS OF THEIR REQUEST FOR ORAL ARGUMENT REGARDING THE MOTION TO INTERVENE BY THE UNITED STATES OF AMERICA**

On July 8, 2013, the Antitrust Division of the United States Department of Justice ("the Antitrust Division") filed a Motion and Brief of the United States to Intervene and for a Temporary and Limited Stay of Certain Discovery. ("Antitrust Division's Motion," Doc. No. 556).

The parties were able to agree to most aspects of the Antitrust Division's Motion, but filed briefs with this Court describing the unresolved differences.

Plaintiffs hereby request Oral Argument—at the next Status Conference or at any date or time as may be convenient for the Court—with respect to the Antitrust Division's Motion.

1

Dated: October 21, 2013

FINK + ASSOCIATES LAW

/s/ David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI 48304
(248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

**DIRECT PURCHASER INTERIM LIAISON COUNSEL**

| | |
|---|---|
| PRETI, FLAHERTY, BELIVEAU & PACHIOS LLP<br>Gregory P. Hansel<br>Randall B. Weill<br>Michael Smith<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112-9546<br>(207) 791-3000<br>ghansel@preti.com<br>rweill@preti.com<br>msmith@preti.com | KOHN, SWIFT & GRAF, P.C.<br>Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>(215) 238-1700<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com |
| FREED KANNER LONDON & MILLEN LLC<br>Michael J. Freed<br>Steven A. Kanner<br>William H. London<br>Michael L. Silverman<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>(224) 632-4500<br>mfreed@fklmlaw.com<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br>msilverman@fklmlaw.com | SPECTOR ROSEMAN KODROFF & WILLIS, P.C.<br>Eugene A. Spector<br>William G. Caldes<br>Jonathan M. Jagher<br>Jeffrey L. Spector<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>(215) 496-0300<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com |

**INTERIM LEAD COUNSEL FOR DIRECT PURCHASER PLAINTIFFS AND PROPOSED CLASS**

MANTESE HONIGMAN ROSSMAN
AND WILLIAMSON, P.C.

/s/ Gerard V. Mantese (w/ consent)
Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200 Ext. 203
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

**AUTOMOBILE DEALER INTERIM LIAISON COUNSEL**

BARRETT LAW GROUP, P.A.
Don Barrett
David McMullan
Brian Herrington
P.O. Box 927
404 Court Square
Lexington, MS 39095
(662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

CUNEO GILBERT & LADUCA, LLP
Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
507 C Street, N.E.
Washington, DC 20002
(202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
Danielc@cuneolaw.com
Vicky@cuneolaw.com


Larson ● King, LLP
Shawn M. Raiter
Paul A. Sand
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6500
sraiter@larsonking.com
psand@larsonking.com

**INTERIM LEAD COUNSEL FOR AUTOMOBILE DEALER PLAINTIFFS AND PROPOSED CLASS**

      THE MILLER LAW FIRM, P.C.

      /s/ E. Powell Miller (w/ consent)
      E. Powell Miller (P39487)
      950 W. University Dr., Suite 300
      Rochester, MI 48307
      (248) 841-2200
      epm@millerlawpc.com

      **INTERIM LIAISON COUNSEL FOR END-PAYOR PLAINTIFFS**

ROBINS, KAPLAN, MILLER &
   CIRESI LLP
Hollis L. Salzman
Bernard Persky
William V. Reiss
601 Lexington Avenue
Suite 3400
New York, NY 10022
212-980-7400
Fax: 212-980-7499
hsalzman@rkmc.com
bpersky@rkmc.com
wreiss@rkmc.com

      SUSMAN GODFREY L.L.P.
      Marc M. Seltzer
      Steven G. Sklaver
      1901 Avenue of the Stars, Suite 950
      Los Angeles, CA 90067-6029
      (310) 789-3100
      mseltzer@susmangodfrey.com
      ssklaver@susmangodfrey.com

SUSMAN GODFREY L.L.P.
Terrell W. Oxford
Warren T. Burns
901 Main Street, Suite 5100
Dallas, TX 75202
(214) 754-1900
toxford@susmangodfrey.com
wburns@susmangodfrey.com

      COTCHETT, PITRE & MCCARTHY, LLP
      Joseph W. Cotchett
      Steven N. Williams
      Adam J. Zapala
      Gene W. Kim
      San Francisco Airport Office Center
      840 Malcolm Road, Suite 200
      Burlingame, CA 94010
      (650) 697-6000
      jcotchett@cpmlegal.com
      swilliams@cpmlegal.com
      azapala@cpmlegal.com
      gkim@cpmlegal.com

**INTERIM LEAD COUNSEL FOR END-PAYOR PLAINTIFFS AND PROPOSED CLASS**

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

/s/ Edward McNally (w/ consent)
Hector Torres
Harold G. Levison
Edward E. McNally
Sarah Gibbs Leivick
Robert W. Bosslet
Attorneys for Plaintiff
1633 Broadway
New York, NY 10019
(212) 506-1700
htorres@kasowitz.com
hlevison@kasowitz.com
emcnally@kasowitz.com
sleivick@kasowitz.com
rbosslet@kasowitz.com

KIENBAUM OPPERWALL HARDY
& PELTON, P.L.C.
Eric J. Pelton (P-40635)
Theodore R. Opperwall (P-31374)
Ryan D. Bohannon (P-73394)
Attorneys for Plaintiff
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 48009
(248) 645-0000
epelton@kohp.com
topperwall@kohp.com
rbohannon@kohp.com

**COUNSEL FOR PLAINTIFF FORD MOTOR COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2013, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

        FINK + ASSOCIATES LAW

        By: /s/David H. Fink
        David H. Fink (P28235)
        100 West Long Lake Road, Ste. 111
        Bloomfield Hills, MI 48304
        Tel: (248) 971-2500
        dfink@finkandassociateslaw.com