UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## ORDER GRANTING WITHDRAWAL

Notice has been filed advising of the withdrawal of Sonia K. Pfaffenroth as counsel in the Master File No. 12-md-2311 and Wire Harness cases on behalf of Defendants Fujikura America, Inc. and Fujikura Ltd.

Other attorneys of the same firm have appeared as local counsel on behalf of the above listed defendants and their representation continues.

**IT IS ORDERED** that Ms. Pfaffenroth shall be removed as an attorney of record in the following cases:

12-md-2311

2:12-cv-00100-MOB-MKM

2:12-cv-00101-MOB-MKM

{35842/1/DT809816.DOC;1}

      2:12-cv-00102-MOB-MKM

      2:12-cv-00103-MOB-MKM

                                                        <u>s/Marianne O. Battani</u>
                                                        Marianne O. Battani
                                                        United States District Judge

Dated:<u> November 6, 2013</u>