UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) |
| THIS RELATES TO: ALL CASES | ) ) ) |

### NOTICE OF APPEARANCE OF MARK S. POPOFSKY

Please take notice that Mark S. Popofsky of Ropes & Gray LLP hereby enters his appearance as counsel for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation in accordance with the Corrected Electronic Case Management Protocol (ECF No. 518, ¶ 10).

Dated:  November 6, 2013

Respectfully submitted,

/s/ Mark S. Popofsky
Mark S. Popofsky
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 905-3419
Facsimile: (202) 383-9377
mark.popofsky@ropesgray.com

*Counsel for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation*

-2-

## CERTIFICATE OF SERVICE

I certify that on November 6, 2013, I electronically filed the foregoing Notice of Appearance of Mark S. Popofsky with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ Mark S. Popofsky
Mark S. Popofsky
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 905-3419
Facsimile: (202) 383-9377
mark.popofsky@ropesgray.com