# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE OF KELSEY A. MCPHERSON

PLEASE TAKE NOTICE that Kelsey A. McPherson, of the law firm Latham & Watkins LLP, hereby enters her appearance as counsel on behalf of Defendants Sumitomo Electric Industries, Ltd., Sumitomo Electric Wintec America, Inc., Sumitomo Wiring Systems, Ltd., Sumitomo Electric Wiring Systems, Inc., K&S Wiring Systems, Inc., and Sumitomo Wiring Systems (U.S.A.), Inc. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: November 8, 2013          Respectfully submitted,

         */s/ Kelsey A. McPherson*
         Kelsey A. McPherson (DC Bar #1001619)
         LATHAM & WATKINS LLP
         555 Eleventh Street NW, Suite 1000
         Washington, DC 20004-1304
         Tel.: (202) 637-2200
         Fax: (202) 637-2201
         kelsey.mcpherson@lw.com

         *Attorney for Defendants*
         *Sumitomo Electric Industries, Ltd.;*
         *Sumitomo Electric Wintec America, Inc.;*
         *Sumitomo Wiring Systems, Ltd.;*
         *Sumitomo Electric Wiring Systems, Inc.;*
         *K&S Wiring Systems, Inc.; and*
         *Sumitomo Wiring Systems (U.S.A.), Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of November, 2013 I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served upon the parties and counsel listed on the attached service list via e-mail or electronically through the CM/ECF system which will send notification of such filing to all counsel of record.  The remaining parties and counsel were served via U.S. Mail.

    */s/ Kelsey A. McPherson*
Kelsey A. McPherson (DC Bar #1001619)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201
kelsey.mcpherson@lw.com

*Attorney for Defendants*
*Sumitomo Electric Industries, Ltd.;*
*Sumitomo Electric Wintec America, Inc.;*
*Sumitomo Wiring Systems, Ltd.;*
*Sumitomo Electric Wiring Systems, Inc.;*
*K&S Wiring Systems, Inc.; and*
*Sumitomo Wiring Systems (U.S.A.), Inc.*