**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re: AUTOMOTIVE PARTS                      12-md-02311
ANTIRUST LITIGATION                          Honorable Marianne O. Battani

_____ )

ALL PARTS                                                    )

_____ )

                                                                    )

THIS RELATES TO: ALL CASES              )

_____ )

**<u>NOTICE OF APPEARANCE OF ABRAM J. ELLIS</u>**

Please take notice that Abram J. Ellis of Simpson Thacher & Bartlett LLP hereby enters

his appearance as counsel for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric

Mfg. Corporation in accordance with the Corrected Electronic Case Management Protocol (ECF

No. 518, ¶ 10).

Dated:  November 14, 2013                    Respectfully submitted,

                                                                  /s/ Abram J. Ellis_____
                                                                  Abram J. Ellis
                                                                  Simpson Thacher & Bartlett LLP
                                                                  1155 F Street, NW, 12th Floor
                                                                  Washington, DC 20004
                                                                  Telephone: (202) 636-5579
                                                                  Facsimile: (202) 636-5502
                                                                  aellis@stblaw.com

                                                                  *Counsel for Defendants Diamond Electric Mfg.*
                                                                  *Co., Ltd. and Diamond Electric Mfg. Corporation*

## **CERTIFICATE OF SERVICE**

I certify that on November 14, 2013, I electronically filed the foregoing Notice of

Appearance of Abram J. Ellis with the Clerk of the Court via CM/ECF, which will send

notification of such filing to all counsel registered with CM/ECF.

/s/ Abram J. Ellis
Abram J. Ellis
Simpson Thacher & Bartlett LLP
1155 F Street, NW, 12th Floor
Washington, DC 20004
Telephone: (202) 636-5579
Facsimile: (202) 636-5502
aellis@stblaw.com