UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS  ) ) ) ) THIS RELATES TO: ALL CASES  ) ) | |

## NOTICE OF APPEARANCE OF ABRAM J. ELLIS

Please take notice that Abram J. Ellis of Simpson Thacher & Bartlett LLP hereby enters his appearance as counsel for Defendant Stanley Electric Co., Ltd. in accordance with the Corrected Electronic Case Management Protocol (ECF No. 518, ¶ 10).

Dated:  November 20, 2013            Respectfully submitted,

/s/ Abram J. Ellis
Abram J. Ellis
Simpson Thacher & Bartlett LLP
1155 F Street, NW, 12th Floor
Washington, DC 20004
Telephone: (202) 636-5579
Facsimile: (202) 636-5502
aellis@stblaw.com

*Counsel for Defendant Stanley Electric Co., Ltd.*

-2-

## CERTIFICATE OF SERVICE

      I certify that on November 20, 2013, I electronically filed the foregoing Notice of Appearance of Abram J. Ellis with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

      /s/ Abram J. Ellis
Abram J. Ellis
Simpson Thacher & Bartlett LLP
1155 F Street, NW, 12th Floor
Washington, DC 20004
Telephone: (202) 636-5579
Facsimile: (202) 636-5502
aellis@stblaw.com

-2-