**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 <br> Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

**NOTICE OF APPEARANCE OF PETER S. GURYAN**

PLEASE TAKE NOTICE that Peter S. Guryan hereby appears as counsel of record for

Defendant T. RAD Co., Ltd., and should be served with copies of all papers in this action.

Dated:  January 29, 2014

Thomas J. Tallerico
BODMAN PLC
201 West Big Beaver Road, Suite 500
Troy, Michigan 48084
Telephone: (248) 743-6073
Facsimile: (248) 743-6002
ttallerico@bodmanlaw.com

 /s/ Peter S. Guryan
Peter L. Simmons
Steven M. Witzel
Peter S. Guryan
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
peter.simmons@friedfrank.com
steven.witzel@friedfrank.com
peter.guryan@friedfrank.com

*Attorneys for Defendant T.RAD Co., Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

       I, Peter S. Guryan, hereby certify that on January 29, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel in this matter.

<div align="right" style="width:55%; margin-left:45%;">

/s/Peter S. Guryan
_____

Peter S. Guryan

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP

One New York Plaza

New York, New York 10004

Telephone: (212) 859-8000

Facsimile: (212) 859-4000

peter.guryan@friedfrank.com

</div>

9070112