# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE enter the appearance of Cindy Caranella Kelly of the law firm of Kasowitz, Benson, Torres & Friedman LLP, as counsel on behalf of Plaintiff Ford Motor Company in the above-captioned matter.

Dated:  February 5, 2014

Respectfully submitted,

s/ Cindy Caranella Kelly
Cindy Caranella Kelly
KASOWITZ, BENSON, TORRES
   & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700
ckelly@kasowitz.com

*Attorney for Plaintiff Ford Motor Company*

## CERTIFICATE OF SERVICE

I, Cindy Caranella Kelly, hereby certify that on the 5th day of February, 2014, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Panel's ECF system, which sends electronic notice to all counsel of record.

Dated: February 5, 2014

s/ Cindy Caranella Kelly
Cindy Caranella Kelly
KASOWITZ, BENSON, TORRES
   & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700
ckelly@kasowitz.com

*Attorney for Plaintiff Ford Motor Company*
