# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS<br>ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |

In Re: AUTOMOTIVE LAMPS CASES

THIS RELATES TO:
ALL CASES

## NOTICE OF APPEARANCE OF TIANA RUSSELL

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Tiana Russell, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendant Koito Manufacturing Co., LTD in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: March 18, 2014

Respectfully submitted,

By: /s Tiana Russell
Tiana Russell
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-6807
(202) 942-5999 - facsimile
Tiana.russell@aporter.com
DC Bar: 975463

*Attorney for Defendant Koito Manufacturing Co., LTD.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2014 I caused to be electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court via the ECF system which will send notification of such filing to the ECF participants.

Dated:  March 18, 2014

                By: /s Tiana Russell

                Tiana Russell
                ARNOLD & PORTER LLP
                555 Twelfth Street NW
                Washington, DC 20004
                (202) 942-6807
                (202) 942-5999 - facsimile
                Tiana.russell@aporter.com
                DC Bar: 975463

                *Attorney for Defendant Koito Manufacturing Co., LTD.*