UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION : : : | 2:12-md-02311-MOB-MKM |
| ALL PARTS : : | Honorable Marianne O. Battani |
| THIS RELATES TO: :    Direct Purchaser, End Payor, :    and Dealership Plaintiff Actions : : | |

### NOTICE OF APPEARANCE OF TIFFANY D. LIPSCOMB-JACKSON ON BEHALF OF YAZAKI NORTH AMERICA, INC. AND YAZAKI CORPORATION

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Tiffany D. Lipscomb-Jackson, of the law firm Jones Day, as counsel on behalf of Yazaki North America, Inc. and Yazaki Corporation in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: May 13, 2014            JONES DAY

                                                        By:  /s/ Tiffany D. Lipscomb-Jackson
                                                        Tiffany D. Lipscomb-Jackson
                                                        D.C. Bar No. 991379
                                                        JONES DAY
                                                        51 Louisiana Ave., N.W.
                                                        Washington, D.C.  20001-2113
                                                        202-879-3939
                                                         202-626-1700 (facsimile)
                                                        *Email*:  tdlipscombjackson@jonesday.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 13, 2014, I electronically filed my Appearance on behalf of Yazaki North America, Inc. and Yazaki Corporation with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: May 13, 2014           JONES DAY

                   By: /s/ Tiffany D. Lipscomb-Jackson
                   Tiffany D. Lipscomb-Jackson
                   D.C. Bar No. 991379
                   JONES DAY
                   51 Louisiana Ave., N.W.
                   Washington, D.C.  20001-2113
                   202-879-3939
                   202-626-1700 (facsimile)
                   *Email*:  tdlipscombjackson@jonesday.com