# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION

12-md-02311
Honorable Marianne O. Battani

ALL PARTS )

THIS RELATES TO: ALL CASES )

## NOTICE OF APPEARANCE OF GEORGE S. WANG

Please take notice that George S. Wang of Simpson Thacher & Bartlett LLP hereby enters his appearance as counsel for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation in accordance with the Corrected Electronic Case Management Protocol (ECF No. 518, ¶ 10).

Dated: May 27, 2014

Respectfully submitted,

/s/ George S. Wang
George S. Wang
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2228
Facsimile: (212) 455-2502
gwang@stblaw.com

*Counsel for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation*

-2-

## CERTIFICATE OF SERVICE

I certify that on May 27, 2014, I electronically filed the foregoing Notice of Appearance of George S. Wang with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ George S. Wang
George S. Wang
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2228
Facsimile: (212) 455-2502
gwang@stblaw.com
