# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE NO. 12-md-02311 |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | HON. MARIANNE O. BATTANI |

## AGENDA FOR JUNE 4, 2014 STATUS CONFERENCE AND HEARING ON PENDING MOTIONS

The Court intends to discuss the following list of agenda items at the status conference:

**I.    ALL ACTIONS IN MDL 2311**

    A.    Status of Temporary Stay of certain discovery in MDL 2311:  DOJ statement regarding status of stay due June 23, 2014.

    B.    Discussion and Scheduling of End-Payor Plaintiffs', Auto Dealer Plaintiffs', the State of Florida's, and the City of Richmond's Motion to Coordinate All Actions in MDL 2311.

        1.    Responses due May 27, 2014.

        2.    Moving Plaintiffs intend to file their Reply by June 2, 2014.

    C.    Status of Settlements (*See also* Status Report, Section I)

II.   **WIRE HARNESS (2:12-cv-00100)**

    A.   Discovery

        1.   Completion of First Supplemental Discovery Plan.

        2.   Status of Deposition Protocol.

        3.   Coordination of Wire Harness with other cases.

        4.   Parties are continuing negotiations on production of documents and continue to produce documents on a rolling basis.

    B.   Ford-Related Matters

        1.   Proposed supplemental discovery provisions concerning coordination of the Ford Action with the Wire Harness MDL.

    C.   City of Richmond case (14-10795)

        1.   Classification in Protocol

        2.   Status of service on named Defendants

        3.   Discussion of schedule for filing motions to dismiss

    D.   Discussion and Scheduling of Direct Purchaser Plaintiffs' Motion For An Order Directing Defendants In The Direct Purchaser Class Action Wire Harness Cases To Identify Settlement Class Members For The Purpose Of Disseminating Notice Of The Proposed Settlement With Defendant Lear Corporation was filed May 16, 2014 (Doc. 149).

    1.    Responses are due June 2.

    2.    Direct Purchasers waive their Reply.

### III. BEARINGS (2:12-cv-0500)

A. Oral argument on Defendants' motion to dismiss as may be required by the Court. Defendants rest on their briefs on Defendants' Collective Motions to Dismiss and Plaintiffs agree that oral argument is not necessary on those motions. Defendants have requested oral argument on Motions to Dismiss filed by individual Defendants, except that AB SKF and SKF USA wish to rest on their briefs on their individual motions to dismiss.

B. Motions Pending:

    1.    Defendants' Collective Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint. Motion fully briefed (Doc. Nos. 106, 110, 115).

    2.    Defendants' Collective Motion to Dismiss End-Payor and Automobile Dealers' Consolidated Amended Class Action Complaints. Motion fully briefed (Doc. Nos. 82, 86, 92).

    3.    NTN Corporation and NTN USA Corporation's Motion to Dismiss All Class Action Plaintiffs' Consolidated Amended Class Action Complaints. Motions fully briefed (Doc. Nos. 117, 124, 130).

    4.    Schaeffler AG and Schaeffler Group USA, Inc.'s Motion to Dismiss All Class Action Plaintiffs' Consolidated Amended Class Action Complaints. Motion fully briefed (Doc. Nos. 114, 119, 128).

    5.    Schaeffler AG's Motion to Dismiss All Class Action Plaintiffs' Consolidated Amended Class Action Complaints. Motion fully briefed (Doc. Nos. 113, 120, 129).

    6.    NSK Americas, Inc.'s Motion to Dismiss All Class Action Plaintiffs' Consolidated Amended Class Action Complaints. Motion fully briefed (Doc. Nos. 113, 123, 131).

    7.    AB SKF's Motion to Dismiss All Class Action Plaintiffs' Consolidated Amended Class Action Complaints. Motion fully briefed (Doc. Nos. 112, 121, 126).

    8.    SKF USA, Inc.'s Motion to Dismiss End-Payor and Automobile Dealer Plaintiffs' Consolidated Amended Class Action Complaints. Motion fully briefed (Doc. Nos. 81, 87, 91).

## V.    OCCUPANT SAFETY SYSTEMS (2:12-cv-00600)

    A.    Oral argument on Defendants' motion to dismiss as may be required by the Court. Defendants do not believe argument is necessary on the joint motions to dismiss and the Parties agree to submit these motions for decision by the Court based on their papers. On issues that have been decided before, Plaintiffs do not believe oral argument is necessary.

    B.    Motions Pending:

        1.    Defendants' Collective Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint.  Motion fully briefed (Doc. Nos. 75, 77, 80).

        2.    Defendants' Collective Motion to Dismiss End-Payor and Automobile Dealers' Consolidated Amended Class Action Complaints.  Motion fully briefed (Doc. Nos. 65, 67, 69).

        3.    TRW Automotive Holdings Corp.'s Motion To Dismiss All Consolidated Amended Complaints.  Motion fully briefed.  (Doc. Nos. 74, 76 and 79).

## VI. SCHEDULING SUBSEQUENT STATUS CONFERENCES

The next status conference is scheduled for **October 8, 2014 at 10:00 a.m**.

## VII. ADMINISTRATIVE MATTERS

1. Scheduling of Subsequent Status Conferences.

2. Schedule for Motions on Parts Where Service has been Completed.

3. Request for Judicial Notice in 12-500, Doc. No. 136.

## VIII. Other Matters

Any party interested in any part should appear.

6715604.8

                                            s/ Marianne O. Battani
                                            MARIANNE O. BATTANI
                                            UNITED STATES DISTRICT JUDGE

Dated: May 28, 2014

## CERTIFICATE OF SERVICE

       I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

                                            s/Bernadette M. Thebolt
                                            Case Manager

6715604.8