# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: RADIATOR CASES | |
| THIS RELATES TO:<br><br>ALL DEALERSHIP ACTIONS | 2:13-cv-01002-MOB-MKM |

## NOTICE OF APPEARANCE OF JASON M. GOURLEY

PLEASE TAKE NOTICE that Jason M. Gourley hereby appears as counsel of record for Defendant T. RAD Co., Ltd., and should be served with copies of all papers in this action.

| | |
|---|---|
| Peter L. Simmons<br>FRIED, FRANK, HARRIS, SHRIVER<br>  & JACOBSON LLP<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br>peter.simmons@friedfrank.com | /s/ Jason M. Gourley<br>Jason M. Gourley (P69065)<br>BODMAN PLC<br>6th Floor at Ford Field<br>1901 St. Antoine Street<br>Detroit, Michigan 48226<br>Telephone: (313) 259-7777<br>Facsimile: (313) 393-7579<br>jgourley@bodmanlaw.com<br>*Attorneys for Defendant T. RAD Co., Ltd.* |

Dated:       May 30, 2014

Detroit_3679703_2

## **CERTIFICATE OF SERVICE**

  I, Jason M. Gourley, hereby certify that on May 30, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel in this matter.

        /s/ Jason M. Gourley
        Jason M. Gourley (P69065)
        BODMAN PLC
        6th Floor at Ford Field
        1901 St. Antoine Street
        Detroit, Michigan 48226
        Telephone: (313) 259-7777
        Facsimile: (313) 393-7579
        jgourley@bodmanlaw.com
        *Attorneys for Defendant T. RAD Co., Ltd.*

9068238