UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## ORDER GRANTING WITHDRAWAL

Notice has been filed advising of the withdrawal of Amy P. Purcell as counsel in the following actions:

Master File No. 12-md-02311;

Radiator cases on behalf of Defendant T. RAD Co., Ltd.; and

Automatic Transmission Fluid Warmers Cases on behalf of Defendant T. RAD Co., Ltd.

Other attorneys of the same firm have appeared as local counsel on behalf of T. RAD Co., Ltd. and their representation continues.

IT IS ORDERED that

Ms. Purcell shall be removed as an attorney of record for T. RAD Co., Ltd. in the following cases:

Detroit_3679123_2

2

12-md-02311

2:13-cv-01000-MOB-MKM

2:13-cv-10803-MOB-MKM

2:13-cv-02403-MOB-MKM

2:13-cv-14225-MOB-MKM

                                        s/Marianne O. Battani
                                        Marianne O. Battani
                                        United States District Judge

Dated: May 30, 2014

2