# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that attorney Austin Schwing of Gibson, Dunn & Crutcher LLP hereby enters his appearance as counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation.  Appearing counsel requests that all papers in this action be served upon the undersigned at the address below.

Dated: May 30, 2014	Respectfully submitted,

    /s/ Austin Schwing
Austin Schwing
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393-8210
Facsimile: (415) 374-8458
Aschwing@gibsondunn.com
SBN 211696

*Counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation*

101742665.1

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2014, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all CM/ECF registrants by operation of the Court's electronic filing systems. I hereby certify that I have mailed the paper by United States Postal Service to the following non-ECF participants:

**Kristine G. Baker**
Quattlebaum Grooms Tull & Burrow
111 Center Street, Suite 1900
Little Rock, AR 72201

**Joseph M. Barton**
Slancy Binkow & Goldberg
One Embarcadero Center, Suite 760
San Francisco, CA 94111

**Adam C. Belsky**
**Sarah Crowley**
Gross Belsky Alonso
One Sansome Street, Suite 3670
San Francisco, CA 94104

**Mary G. Cooper**
**J. Bruce Cross**
Cross Gunter Witherspoon & Galchus
PO Box 3178
Little Rock, AR 72203

**Curtis D. Ripley**
150 S 5th St, Suite 2300
Minneapolis, MN 55402

**Matthew B. Moreland**
106 W Seventh St
PO Drawer H
Reserve, LA 70084

**R. Scott Palmer**
Berman, DeValerio,
222 Lakeview Avenue, Suite 900
West Palm Beach, FL 33401

**Andrea M. Price**
Barrasso Usdin Kupperman Freeman & Sarver
909 Poydras St, Suite 2400
New Orleans, LA 70112

**Aaron E. Robinson**
**Eric B. Snyder**
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

**David M. Donovan**
Watts Donovan & Tilley
200 River Market Ave, Suite 200
Little Rock, AR 72201

**Jeff D. Friedman**
**Shana E. Scarlett**
Hagens Bernam Sobol Shapiro
715 Hearst Ave, Suite 202
Berkely, CA 94710

**Greg Hanthorn**
Jones Day
1420 Peachtree St NE, Suite 800
Atlanta, GA 30309

**Shelley R. Hebert**
Jones Day
77 W Wacker
Chicago, IL 60601

**Russ M. Herman**
**Stephen J. Herman**
**Soren E. Gisleson**
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

**Gregory J Johnson**
6688 145th St W
Apple Valley, MN 55124

**Randall E. Kahnke**
Faegre Baker Daniels
90 S 7th St, Suite 2200
Minneapolis, MN 55402

**Andrew D. King**
Wilmer Cutler Pickering Hale
 & Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

**Francis O. Scarpulla**
**Judith A. Zahid**
**Heather T. Rankie**
Zelle Hofmann Voelbel & Mason
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

**Candice C. Sirmon**
701 Magazine Street
New Orleans, LA 70130

**Stephen J. Squeri**
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**Lloyd J. Tabary, II**
8560 Anselmo Lane
Baton Rouge, LA 70817

**Thomas P. Thrash**
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201-1214

**Reginald Von Terrell**
PO Box 13315. PMB#148
Oakland, CA 94661

**Lin Wang**
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

| | |
|---|---|
| **Kevin P. Klibert**<br>106 W Seventh St<br>PO Drawer H<br>Reserve, LA 70084 | **Patrick S. Williams**<br>Briggs & Morgan<br>80 S 8th St, Suite 2200<br>Minneapolis, MN 55402 |
| **Alan S. Miller**<br>Jones Day<br>2727 North Harwood St<br>Dallas, TX 75201 | **Lingel Hart Winters**<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111 |

    /s/ Austin Schwing
Austin Schwing
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
(415) 393-8210
Aschwing@gibsondunn.com
SBN 211696

5