**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) | 12-md-02311 Honorable Marianne O. Battani |
| ) ) ALL PARTS ) ) ) | |
| THIS RELATES TO: ALL CASES ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lindsey R. Vaala of the law firm Vinson & Elkins LLP hereby enters an appearance on behalf of Defendants Hitachi, Ltd., Hitachi Automotive Systems, Ltd. and Hitachi Automotive Systems Americas, Inc. in the above-captioned case, in accordance with the December 23, 2013 Electronic Case Management Protocol Order (MDL Dkt No. 665). This appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: June 2, 2014         VINSON & ELKINS LLP

                            By:   /s/ Lindsey R. Vaala
                                  Lindsey R. Vaala
                                  2200 Pennsylvania Ave. N.W.
                                  Suite 500 West
                                  Washington, D.C. 20037
                                  Telephone: (202) 639-6523
                                  Fax: (202) 879-8853
                                  Email: lvaala@velaw.com

                            *Attorney for Hitachi, Ltd., Hitachi Automotive Systems, Ltd. and Hitachi Automotive Systems Americas, Inc.*

-2-

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: June 2, 2014                      VINSON & ELKINS LLP

                                            By:   /s/ Lindsey R. Vaala
                                                         Lindsey R. Vaala