**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In Re:  AUTOMOTIVE PARTS | ) | 12-md-02311 |
| ANTITRUST LITIGATION | ) | Honorable Marianne O. Battani |
| | ) | |
| | ) | |
| ALL PARTS | ) | |
| | ) | |
| | ) | |
| THIS RELATES TO: ALL CASES | ) | |
| | ) | |

<u>**NOTICE OF APPEARANCE**</u>

PLEASE TAKE NOTICE that Craig P. Seebald of the law firm Vinson & Elkins LLP

hereby enters an appearance on behalf of Defendants Hitachi, Ltd., Hitachi Automotive Systems,

Ltd. and Hitachi Automotive Systems Americas, Inc. in the above-captioned case, in accordance

with the December 23, 2013 Electronic Case Management Protocol Order (MDL Dkt No. 665).

This appearance shall not be deemed to be a waiver of any rights or defenses that may be

available under common law, statutes, or the Federal Rules of Civil Procedure.


Dated: June 2, 2014

VINSON & ELKINS LLP

By:   /s/ Craig P. Seebald
Craig P. Seebald
2200 Pennsylvania Ave. N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6585
Fax: (202) 879-8995
Email: cseebald@velaw.com

*Attorney for Hitachi, Ltd., Hitachi Automotive*
*Systems, Ltd. and Hitachi Automotive Systems*
*Americas, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: June 2, 2014                VINSON & ELKINS LLP

By:   /s/ Craig P. Seebald
        Craig P. Seebald