# EXHIBIT 32



# Auto parts price-fixing probe has expanded -DOJ official

DETROIT Fri Feb 15, 2013 1:50pm EST

0 COMMENTS | Tweet 3 | Share | Share this 8+1 0 | Email | Print

**RELATED NEWS**
High stakes if Apple e-books antitrust case goes to trial

**ANALYSIS & OPINION**
The SEC's weird new swire investigation

When banks face criminal charges

**RELATED TOPICS**
Stocks »
Regulatory News »
Markets »
Technology »

Login or register

Feb 15 (Reuters) - A wide-ranging probe of price fixing in a variety of car parts has expanded to product segments not yet disclosed, a top U.S. Department of Justice official said on Friday.

"The investigation is broader than what we've announced so far," Scott Hammond, deputy assistant attorney general in the antitrust division, told reporters in Detroit. He declined to provide further detail or predict when the probe would close.

Nine auto parts makers - Tokai Rika, Autoliv , TRW Deutschland Holding GmbH, Nippon Seiki Co Ltd, Fujikura Ltd, Furukawa Electric Co Ltd, Denso Corp, Yazaki Corp and G.S. Electech - have pleaded guilty.



Latest from My Wire

The U.S. Justice Department is working with antitrust officials in Japan and Europe on the probe. It initially confirmed it was conducting a price-fixing investigation in February 2010 and has imposed $809 million in fines to date, including $470 million against Yazaki, Hammond said during a speech to the State Bar of Michigan.

Twelve people have pleaded guilty and 10, all from Japan, have surrendered to U.S. jurisdiction and are serving jail terms of one to two years, he said.

"It's still very much ongoing, but it already appears to be the biggest criminal antitrust investigation that we've ever encountered," Hammond said. "I say (it is) the biggest with respect to the impact on U.S. business and consumers, and the number of companies and executives that are subject to the investigation."

Hammond also said the investigation, which involves billions of dollars in commerce, could



**Follow Reuters**
Facebook | Twitter | RSS | YouTube

RECOMMENDED VIDEO



Armed separatists gather outside home ...
Battle at Donetsk airport
Breakingviews: China spying spat may see ...
A different shoe for each and everyday

expand to new companies. "The investigation has grown in terms of the discovery of additional wrongdoing affecting additional products," he told reporters.

Automakers have cooperated in the probe, but he declined to provide further detail, Hammond said.

FILED UNDER: STOCKS REGULATORY NEWS MARKETS TECHNOLOGY

Recommend One person recommends this.

Tweet this  Link this  Share this  Digg this  Email  Print  Reprints

## More From Reuters

- Father blames government 'idiots' as California town mourns killings | 26 May
- Police officer for Arizona American Indian community killed on duty | 25 May
- China's state-owned sector told to cut ties with U.S. consulting firms | 25 May
- Breakingviews: Siemens likely to beat GE to Alstom | 26 May
- Breakingviews: China spying spat may see U.S. firms miss out | 27 May

## Sponsored Financial Content

- Your Core Portfolio: The Case for ETFs *BlackRock Blog*
- Download Our 2014 eBook to Learn How To Generate Yield on Investments *Covestor*
- Hong Kong Country Guide, brought to you by HSBC *HSBC Global Connections*
- Don't buy a stock unless Zacks says it's a Strong Buy *Zacks*
- FREE Guide - Intro to Technical Analysis! *RJO Futures*

## FINANCIAL COMMENTARIES AND GUIDES

- Free Guide on Top Performing Portfolio Managers & Strategies *(Covestor)*
- Germany Country Guide, brought to you by HSBC *(HSBC Global Connections)*
- Use Our Tool to Get a Customized Investment Portfolio w/iShares ETFs. *(ishares)*
- Don't buy a stock unless Zacks says it's a Strong Buy *(Zacks)*
- Over 130 currency pairs including exotics with CitiFX Pro Free Trial *(CitiFX Pro)*

Content from sponsors

## KEY RATES

MORTGAGE  HOME EQUITY  SAVINGS  AUTO  CREDIT CARDS

See today's average mortgage rates across the country

| TYPE | TODAY | 1 MO |
|---|---|---|
| 30-Year Fixed | 4.15% | 4.40% |
| 15-Year Fixed | 3.17% | 3.36% |
| 10-Year Fixed | 3.14% | 3.23% |
| 5/1-Year ARM | 3.26% | 3.26% |
| 30-Year Fixed Refi | 4.11% | 4.37% |
| 15-Year Fixed Refi | 3.16% | 3.33% |
| 5/1 ARM Refi | 3.24% | 3.25% |
| 30-Year Fixed Jumbo | 4.50% | 4.61% |

Rates may include points

SOURCE: BANKRATE.COM

[ SEE MORE KEY RATE DATA ]

## From The Web

Sponsored Content by Taboola


Little Known Way to Pay Off Mortgage
*Lifestyle Journal*


Old Cars Still Being Produced
*Auto Notebook*


20 Things That Show Everything In Australia...
*Answers*


Stunning Photos Of Jessica Simpson's 8 ...
*LonnyMag*


Malaysia Airlines Rules Out Bankruptcy
*Businessweek*


The Top Credit Card Deals of 2014
*Next Advisor*


10 Dogs Most Often Blacklisted By Insurers
*Bankrate*


18 Best Mileage 2014 AWD & 4WD Vehicles
*MPGomatic*

Ads by Adblade


See some of pro golf's most stunning beauties, including Natalie Gulbis' 2012 body paint photos!

Have a $500K portfolio? Ken Fisher, a 27-year Forbes columnist, has a retirement guide for you!


The 10 most amazing cruises in the world are absurdly cheap.

## Comments (0)

This discussion is now closed. We welcome comments on our articles for a limited period after their publication.

## Related Ad Topics

1. 2014 Car of the Year
2. Mutual Funds to Invest in
3. Best Gold Investments
4. Curing Toenail Fungus
5. Type 2 Diabetes Medications
6. 10 Best Smartphones
7. Top 5 Stocks to Buy
8. Take a Depression Test
9. Home Business Ideas
10. Most Reliable Cars



Back to top

| | |
|---|---|
| Reuters.com | Business \| Markets \| World \| Politics \| Technology \| Opinion \| Money \| Pictures \| Videos \| Site Index |
| Legal | Bankruptcy Law \| California Legal \| New York Legal \| Securities Law |
| Support & Contact | Support \| Corrections |
| Account Information | Register \| Sign In |
| Connect with Reuters | Twitter   Facebook   LinkedIn   RSS   Podcast   Newsletters   Mobile |
| About | Privacy Policy \| Terms of Use \| Advertise With Us \| AdChoices \| Copyright |

Thomson Reuters is the world's leading source of intelligent information for businesses and professionals.

| | | | | | |
|---|---|---|---|---|---|
| Our Flagship financial information platform incorporating Reuters Insider | An ultra-low latency infrastructure for electronic trading and data distribution | A connected approach to governance, risk and compliance | Our next generation legal research platform | Our global tax workstation | Thomsonreuters.com  About Thomson Reuters  Investor Relations  Careers  Contact Us |

Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please click here.