# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-02311-MOB-MKM |
| ALL PARTS | Honorable Marianne O. Battani |
| THIS RELATES TO:<br>    Air Conditioning Systems: Direct Purchaser, End Payor, and Dealership Plaintiff Actions | |

## NOTICE OF APPEARANCE OF COREY W. ROUSH

PLEASE TAKE NOTICE that the undersigned attorney, Corey W. Roush, of the firm Hogan Lovells US LLP, enters his appearance in the above-captioned matters as counsel for Defendants Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control, Inc.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated:  June 3, 2014                              Respectfully submitted,

                                                  HOGAN LOVELLS US LLP

                                                  By:    /s/ Corey W. Roush
                                                         D.C. Bar No. 466337
                                                         Hogan Lovells US LLP
                                                         555 Thirteenth Street, N.W.
                                                         Washington, D.C. 20004-1109
                                                         Tel: (202) 637-5600
                                                         Fax: (202) 637-5910
                                                         Email: corey.roush@hoganlovells.com
                                                         *Counsel for Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control, Inc.*

\\DC - 025482/000026 - 5686564 v1

## CERTIFICATE OF SERVICE

     I hereby certify that on June 3, 2014, I electronically filed my appearance on behalf of Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control, Inc. with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: June 3, 2014                         Respectfully submitted,

                                                 HOGAN LOVELLS US LLP

                                                 By:    /s/ Corey W. Roush
                                                             D.C. Bar No. 466337
                                                             Hogan Lovells US LLP
                                                             555 Thirteenth Street, N.W.
                                                             Washington, D.C. 20004-1109
                                                             Tel: (202) 637-5600
                                                             Fax: (202) 637-5910
                                                            Email: corey.roush@hoganlovells.com
                                                            *Counsel for Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control, Inc.*