# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-md-02311<br>: Honorable Marianne O. Battani<br>: |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | : **ORDER GRANTING END-PAYOR**<br>: **PLAINTIFFS, AUTO DEALER**<br>: **PLAINTIFFS, THE STATE OF**<br>: **FLORIDA, AND THE CITY OF**<br>: **RICHMOND'S *EX PARTE***<br>: **MOTION FOR EXTENSION OF**<br>: **PAGES**<br>: |

This matter having come before the Court on End-Payor Plaintiffs, Auto Dealer Plaintiffs, the State of Florida, and the City of Richmond's (the "Moving Plaintiffs") *Ex Parte* Motion for Extension of Pages, the matter having been reviewed, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Moving Plaintiffs' Motion is **GRANTED**. The Moving Plaintiffs may file a single reply not to exceed twenty pages to the five responses identified in the Moving Plaintiffs' *ex parte* motion.

**IT IS SO ORDERED.**

Date: ___June 3, 2014___                    s/Marianne O. Battani_____
                                            MARIANNE O. BATTANI
                                            United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on June 3, 2014.

s/ Kay Doaks
Case Manager