# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

FILED 2014 JUN -4 A 9:33

U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

## NOTICE OF APPEARANCE OF MEREDITH JONES KINGSLEY

PLEASE enter the appearance of Meredith Jones Kingsley of the law firm Alston & Bird LLP, as counsel on behalf of the Autoliv Defendants named in the above captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Respectfully submitted,

/ s/ Meredith Jones Kingsley
Meredith Jones Kingsley
Ga. Bar No. 793726
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404-881-7000
Fax: 404-881-7777
E-mail: meredith.kingsley@alston.com

Dated: June 4, 2014

*Attorney for Autoliv Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2014, I filed the foregoing document in hard copy with the

Clerk of Court, having not yet been assigned a username and password to use the ECF system

which will send notification of such filing to all filing users indicated on the Electronic Notice

List through the Court's electronic filing system.

/ s/ Meredith Jones Kingsley
Meredith Jones Kingsley
Ga. Bar No. 793726
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel:  404-881-7000
Fax:  404-881-7777
E-mail:  meredith.kingsley@alston.com

*Attorney for Autoliv Defendants*