UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-MD-02311 |
| In Re: WIRE HARNESS CASES | : |
| THIS RELATES TO: ALL DIRECT PURCHASER CASES | : 12-cv-00101-MOB- MKM |

**ORDER DIRECTING DEFENDANTS TO PROVIDE SETTLEMENT CLASS MEMBER INFORMATION FOR THE PURPOSE OF PROVIDING NOTICE OF THE LEAR SETTLEMENT**

Defendants[1] are hereby directed to provide Plaintiffs' Interim Co-Lead Counsel, within thirty days of the entry of this Order, the names and addresses of direct purchasers of Wire Harness Products[2] from them during the period from and including January 1, 2000 to and including May 5, 2014. To the extent possible the purchaser information should be provided in an electronic format. Plaintiffs' Interim Co-Lead Counsel shall treat the Wire Harness Products purchaser information as confidential, and shall not disclose it to anyone outside of Plaintiffs' Interim Co-Lead Counsel and Interim Liaison

---

[1] Lear Corporation, Denso Corporation, Denso International America, Inc., Fujikura Ltd., Fujikura Automotive America LLC; Furukawa Electric Co., Ltd., American Furukawa, Inc., Furukawa Wiring Systems America, Inc., G.S. Electech, Inc., G.S. Wiring Systems Inc., G.S.W. Manufacturing, Inc., Sumitomo Electric Industries, Ltd., Sumitomo Wiring Systems, Ltd., Sumitomo Electric Wiring Systems, Inc., K&S Wiring Systems, Inc., Sumitomo Wiring Systems (U.S.A.), Yazaki Corporation, Yazaki North America, Inc., Tokai Rika Co., Ltd., and TRAM, Inc.

[2] Wire Harness Products include wire harnesses and the following related products: automotive electrical wiring, lead wire assemblies, cable bond, automotive wiring connectors, automotive wiring terminals, high voltage wiring, electronic control units, fuse boxes, relay boxes, junction blocks, power distributors and speed sensor wire assemblies used in motor vehicles.

Counsel's law firms, except to the Court *in camera* or under seal or to vendors selected to assist in the preparation and dissemination of the Notice.

**IT IS SO ORDERED.**

Date: June 9, 2014                                     <u>Marianne O. Battani</u>
                                                                       MARIANNE O. BATTANI
                                                                       United States District Judge

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on June 9, 2014.

                                                                       <u>s/ Kay Doaks</u>
                                                                       Case Manager