# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| THIS DOCUMENT RELATES TO: | Judge Marianne O. Battani<br>Magistrate Mona K. Majzoub |
| All Actions | |

## SUPPLEMENTAL JOINT STATUS REPORT REGARDING APPOINTMENT OF A FACILITATOR

On June 27, 2014, pursuant to the direction of the Court, the parties filed a Joint Status Report Regarding Appointment of a Facilitator (ECF No. 751), identifying two candidates as potential facilitators. The parties notified the Court that they are discussing a proposed order appointing a facilitator and identifying the scope of the facilitator's role and responsibilities. The parties have exchanged draft proposals and continue to confer. The parties are hopeful that they will be able to submit a joint proposed order by Monday, July 14, 2014.

Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

July 7, 2014

By: */s/ Steven F. Cherry*
Steven F. Cherry
David P. Donovan
Brian C. Smith
Kurt G. Kastorf
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, NW

1

                          Washington, DC 20006
                          Telephone:  (202) 663-6000
                          Facsimile:  (202) 663-6363
                          steven.cherry@wilmerhale.com
                          david.donovan@wilmerhale.com
                          brian.smith@wilmerhale.com
                          kurt.kastorf@wilmerhale.com

                          Steven M. Zarowny (P33362)
                          General Counsel
                          DENSO International America, Inc.
                          24777 Denso Drive
                          Southfield, MI 48033
                          Telephone:  (248) 372-8252
                          Facsimile:  (248) 213-2551
                          steve_zarowny@denso-diam.com
                          *Attorney for Defendant DENSO*
                          *International America, Inc.*

                          *Attorneys for Defendants DENSO*
                          *International America, Inc. and DENSO*
                          *Corporation*


                          **KOHN, SWIFT & GRAF, P.C.**

                          */s/ Joseph C. Kohn* (with consent)
July 7, 2014                  By:   Joseph C. Kohn
                                  William E. Hoese
                                  Douglas A. Abrahams
                                  KOHN, SWIFT & GRAF, P.C.
                                  One South Broad Street, Suite 2100
                                  Philadelphia, PA 19107
                                  Telephone:  (215) 238-1700
                                  Facsimile:  (215) 238-1968
                                  jkohn@kohnswift.com
                                  whoese@kohnswift.com
                                  dabrahams@kohnswift.com


                          **PRETI, FLAHERTY, BELIVEAU**
                             **& PACHIOS LLP**

                          Gregory P. Hansel
                          Randall B. Weill
                          Michael S. Smith

**PRETI, FLAHERTY, BELIVEAU
  & PACHIOS LLP**
One City Center, P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111
ghansel@preti.com
rweill@preti.com
msmith@preti.com


**FREED KANNER LONDON
  & MILLEN LLC**

Steven A. Kanner
William H. London
Michael L. Silverman
FREED KANNER LONDON
  & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521
skanner@fklmlaw.com
blondon@fklmlaw.com
msilverman@fklmlaw.com


**SPECTOR ROSEMAN KODROFF
  & WILLIS, P.C.**

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF
  & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496 6611
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

**FINK + ASSOCIATES LAW**

David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
100 West Long Lake Road; Suite 111
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

*Interim Liaison Counsel for the Direct Purchaser Plaintiffs*

**BARRETT LAW GROUP, P.A.**

|  |  |
|---|---|
|  | */s/ Don Barrett* (with consent) |
| July 7, 2014    By: | Don Barrett |
|  | David McMullan |
|  | Brian Herrington |

BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

**CUNEO GILBERT & LADUCA, L.L.P.**

Jonathan W. Cuneo
Victoria Romanenko
CUNEO GILBERT & LADUCA, L.L.P.
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
jonc@cuneolaw.com
Vicky@cuneolaw.com

Joel Davidow
Daniel Cohen
Michael J. Flannery
CUNEO GILBERT & LADUCA, L.L.P.
300 North Tucker Blvd., Suite 801
St. Louis, MO 63101
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
mflannery@cuneolaw.com

**LARSON • KING, L.L.P.**

Shawn M. Raiter
Paul A. Sand
LARSON • KING, L.L.P.
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
sraiter@larsonking.com
psand@larsonking.com

*Attorneys for Automobile Dealer Plaintiffs*

**MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.**

Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
MANTESE HONIGMAN ROSSMAN
AND WILLIAMSON, P.C.
1361 E. Big Beaver Road
Troy, MI 48083
Telephone:  (248) 457-9200 Ext. 203
Facsimile:   (248) 457-9201
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

*Interim Liaison Counsel for the Automobile Dealer Plaintiffs*

5

                                      **SUSMAN GODFREY L.L.P.**

                                      */s/ Marc M. Seltzer* (with consent)

July 7, 2014                           By:   Marc M. Seltzer
                                        Steven G. Sklaver
                                        SUSMAN GODFREY L.L.P.
                                        1901 Avenue of the Stars, Suite 950
                                        Los Angeles, CA 90067-6029
                                        Telephone: (310) 789-3100
                                        Facsimile: (310) 789-3150
                                        mseltzer@susmangodfrey.com
                                        ssklaver@susmangodfrey.com

                                        Terrell W. Oxford
                                        Warren T. Burns
                                        SUSMAN GODFREY L.L.P.
                                        901 Main Street, Suite 5100
                                        Dallas, Texas 75202
                                        Telephone: (214) 754-1900
                                        Facsimile: (214)754-1933
                                        toxford@susmangodfrey.com
                                        wburns@susmangodfrey.com


                                      **COTCHETT, PITRE &**
                                           **McCARTHY, LLP**

                                        Frank C. Damrell
                                        Steven N. Williams
                                        Adam J. Zapala
                                        Elizabeth Tran
                                        COTCHETT, PITRE & McCARTHY, LLP
                                        San Francisco Airport Office Center
                                        840 Malcolm Road, Suite 200
                                        Burlingame, CA 94010
                                        Telephone: (650) 697-6000
                                        Facsimile: (650) 697-0577
                                        fdamrell@cpmlegal.com
                                        swilliams@cpmlegal.com
                                        azapala@cpmlegal.com
                                        etran@cpmlegal.com


                                      **ROBINS, KAPLAN, MILLER &**
                                           **CIRESI L.L.P.**

Hollis Salzman
Bernard Persky
William V. Reiss
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
hsalzman@rkmc.com
bpersky@rkmc.com
wvreiss@rkmc.com

*Interim Co-Lead Class Counsel for the Proposed End-Payor Plaintiffs Classes*

**THE MILLER LAW FIRM, P.C.**

E. Powell Miller (P39487)
Adam T. Schnatz (72049)
THE MILLER LAW FIRM, P.C.
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com

*Interim Liaison Counsel for End-Payor Plaintiffs*

7