UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS  ) ) ) | |
| THIS RELATES TO: ALL CASES  ) ) ) | |

## NOTICE OF APPEARANCE OF GEORGE S. WANG

Please take notice that George S. Wang of Simpson Thacher & Bartlett LLP hereby enters his appearance as counsel for Defendants Stanley Electric U.S. Co., Inc. and II Stanley Co., Inc. in accordance with the Corrected Electronic Case Management Protocol (ECF No. 518, ¶ 10).

Dated:  July 24, 2014

Respectfully submitted,

/s/ George S. Wang
George S. Wang
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2228
Facsimile: (212) 455-2502
gwang@stblaw.com

*Counsel for Defendants Stanley Electric Co., Ltd., Stanley Electric U.S. Co., Inc., and II Stanley Co., Inc.*

-2-

## CERTIFICATE OF SERVICE

   I certify that on July 24, 2014, I electronically filed the foregoing Notice of Appearance of George S. Wang with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ George S. Wang
George S. Wang
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2228
Facsimile: (212) 455-2502
gwang@stblaw.com
