# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Civil No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| | Honorable Mona K. Majzoub |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Brian Byrne of the law firm of Cleary Gottlieb Steen & Hamilton LLP as counsel on behalf of Valeo Japan Co., Ltd. and Valeo S.A. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Howard B. Iwrey of the law firm Dykema Gossett PLLC is a member of the Michigan bar with an office in this district and is hereby specified as local counsel.

Dated: August 22, 2014                CLEARY GOTTLIEB STEEN &
                                      HAMILTON LLP

                                      By: */s/ Brian Byrne*
                                      Brian Byrne (DC Bar #449881)

2

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 974-1850
Facsimile: (202) 974-1999
Email: bbyrne@cgsh.com

*Counsel for Valeo Japan Co., Ltd. and Valeo S.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2014, I caused my Appearance on behalf of Defendants Valeo Japan Co., Ltd. and Valeo S.A. to be filed electronically with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  August 22, 2014

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Brian Byrne
Brian Byrne (DC Bar #449881)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 974-1850
Facsimile: (202) 974-1999
Email: bbyrne@cgsh.com

*Counsel for Valeo Japan Co., Ltd. and Valeo S.A.*