UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS<br>ANTIRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) ) |
| THIS RELATES TO: ALL CASES | ) ) ) |

**NOTICE OF APPEARANCE OF JAMIE J. JANISCH**

Please take notice that Jamie J. Janisch of Zausmer, Kaufman, August & Caldwell, P.C., hereby enters his appearance as counsel for Defendant Mitsubishi Electric Corporation.

Dated: September 3, 2014

Respectfully submitted,

 /s/ Jamie J. Janisch
Jamie J. Janisch
ZAUSMER, KAUFMAN, AUGUST & CALDWELL, P.C.
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334
Telephone: (248) 851-4111
jjanisch@zkac.com
Mich. Bar: P72516

*Counsel for Mitsubishi Electric Corporation*

{00337811}                                    1

## CERTIFICATE OF SERVICE

I certify that on September 3, 2014, I electronically filed the foregoing Notice of Appearance of Jamie J. Janisch with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ Jamie J. Janisch
Jamie J. Janisch
ZAUSMER, KAUFMAN,
AUGUST & CALDWELL, P.C.
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334
Telephone: (248) 851-4111
jjanisch@zkac.com
Mich. Bar: P72516