UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 |
| | Honorable Marianne O. Battani |
| **ALL PARTS** | |
| THIS RELATES TO: ALL CASES | |

**APPEARANCE OF FRANK LISS**

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Frank Liss of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendant North American Lighting, Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: September 4, 2014                    Respectfully submitted,

By:  /s Frank Liss
Frank Liss
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5969
(202) 942-5999 - facsimile
frank.liss@aporter.com
DC Bar: 440-289

*Attorney for Defendant North American Lighting, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2014, I electronically filed my Appearance on behalf of Defendant North American Lighting, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: September 4, 2014

By: /s Frank Liss
Frank Liss
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5969
(202) 942-5999 - facsimile
frank.liss@aporter.com
DC Bar: 440-289

*Attorney for Defendant North American Lighting, Inc.*