UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 <br> Hon. Marianne O. Battani |
| THIS DOCUMENT RELATES TO: <br><br> All Actions | |

# ORDER OF REFERENCE

The Court **REFERS** the matters set forth below to the Master for resolution as set forth in the Court's Order Appointing the Master:

Motion to Coordinate All Actions in MDL 2311 (Doc. No. 703 in 12-2311);

Motion to Compel Downstream Discovery from Direct Purchaser and Auto Dealer Plaintiffs (Doc. Nos. 171 in 12-101, 186 in 12-102);

Certain Defendants' Motion to Compel Discovery from Direct Purchaser and Auto Dealer Plaintiffs (Doc. No. 183 in 12-102);

Plaintiffs' Motion to Extend Time to Seek Leave to Amend Pleadings (Doc. No. 16 in 14-106); and

Motion to Modify Stipulated Order of Discovery (Doc. No. 783 in 12-2311)

**IT IS SO ORDERED**.

Date:  September 8, 2014

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

### CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on September 8, 2014.

                                      s/ Kay Doaks
                                      Case Manager