UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

**NOTICE OF WITHDRAWAL OF ATTORNEY PHILLIP D. W. MILLER**

PLEASE TAKE NOTICE of the withdrawal of Philip Miller of Gibson, Dunn & Crutcher, LLP as counsel for defendants Mitsuba Corporation and American Mitsuba Corporation. Mr. Miller no longer works for Gibson, Dunn & Crutcher LLP. His appearance should be withdrawn from the following cases:

**On Behalf of Mitsbua Corporation**

2:13-cv-01103-MOB-MKM
2:13-cv-01200-MOB-MKM
2:13-cv-01203-MOB-MKM

**On Behalf of Mitsbua Corporation and American Mitsuba Corporation**

> 2:12-md-02311-MOB-MKM
> 2:13-cv-00900-MOB-MKM
> 2:13-cv-00901-MOB-MKM
> 2:13-cv-00903-MOB-MKM
> 2:13-cv-15125-MOB-MKM
> 2:14-cv-10774-MOB-MKM
> 2:13-cv-01000-MOB-MKM
> 2:13-cv-01002-MOB-MKM
> 2:13-cv-01003-MOB-MKM
> 2:13-cv-01100-MOB-MKM
> 2:13-cv-01101-MOB-MKM
> 2:13-cv-10674-MOB-MKM
> 2:13-cv-01300-MOB-MKM
> 2:13-cv-01302-MOB-MKM
> 2:13-cv-01303-MOB-MKM
> 2:13-cv-01900-MOB-MKM
> 2:13-cv-01902-MOB-MKM
> 2:13-cv-01903-MOB-MKM
> 2:13-cv-02100-MOB-MKM
> 2:13-cv-02102-MOB-MKM
> 2:13-cv-02103-MOB-MKM
> 2:13-cv-02300-MOB-MKM
> 2:13-cv-02302-MOB-MKM
> 2:13-cv-02303-MOB-MKM
> 2:13-cv-02800-MOB-MKM
> 2:13-cv-02801-MOB-MKM
> 2:13-cv-02802-MOB-MKM
> 2:13-cv-02803-MOB-MKM

2:14-cv-10673-MOB-MKM

2:14-cv-10762-MOB-MKM

Other attorneys of the same firm have appeared as counsel on behalf of the above listed defendants and their representation continues.

Dated: September 11, 2014                                              Respectfully submitted,

      /s/ Leslie Wulff
Leslie Wulff
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
lwulff@gibsondunn.com
CABN 277979

*Counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2014, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all CM/ECF registrants by operation of the Court's electronic filing systems.

        /s/ Leslie Wulff
Leslie Wulff
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
lwulff@gibsondunn.com
CABN 277979