UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| _____ ) ALL PARTS ) _____ ) ) THIS RELATES TO: ALL CASES ) _____ ) | |

### NOTICE OF APPEARANCE OF TERRENCE J. TRUAX

Please take notice that Terrence J. Truax of Jenner & Block LLP, in accordance with the Corrected Electronic Case Management Protocol (ECF No. 753, ¶ 9), hereby enters his appearance as counsel for Defendant Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.

Dated:  September 17, 2014

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ Terrence J. Truax

Terrence J. Truax
(ttruax@jenner.com)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Phone:  (312) 923-2738
Fax:  (312) 840-7738

*Counsel for Defendant Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; and Mitsubishi Electric Automotive America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the September 17, 2014, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record via electronic mail.

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ Terrence J. Truax

Terrence J. Truax
(ttruax@jenner.com)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Phone: (312) 923-2738
Fax: (312) 840-7738

*Counsel for Defendant Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; and Mitsubishi Electric Automotive America, Inc.*