UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| IN RE:  RADIATORS CASES | |
| THIS RELATES TO :<br>DEALERSHIP ACTIONS | 2:13-cv-01002-MOB-MKM |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Steven A. Reiss, an attorney with the law firm of Weil, Gotshal & Manges LLP, duly admitted to the Bar of this Court, hereby appears as counsel of record for Calsonic Kansei North America, Inc. in the above-captioned action.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure. This is in accordance with the July 3, 2014 Electronic Case Management Protocol (MDL Docket #753).

Dated: September 19, 2014

Respectfully Submitted,

/s/     Steven A. Reiss_____
Steven A. Reiss
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com
*Attorneys for Calsonic Kansei North America, Inc.*

WEIL:\95097627\1\32861.0003

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all Counsel of Record via the CM/ECF system.

>
> /s/     Steven A. Reiss_____
> Steven A. Reiss
> WEIL, GOTSHAL & MANGES LLP
> 767 Fifth Avenue
> New York, NY 10153-0119
> Telephone: (212) 310-8000
> Facsimile: (212) 310-8007
> steven.reiss@weil.com

WEIL:\95097627\1\32861.0003