UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

## NOTICE OF APPEARANCE

Please enter the appearance of Matthew L. Powell of the law firm Kerr, Russell and Weber, PLC, as counsel on behalf of the Defendant Calsonic Kansei North America, Inc., named in the above captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.  This is in accordance with the Corrected Electronic Case Management Protocol Order (MDL Docket No. 518).

Dated:  September 22, 2014        KERR, RUSSELL AND WEBER, PLC

By:  /s/*Matthew L. Powell*
    Matthew L. Powell (P69186)
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
(313) 961-0388 - facsimile
mpowell@kerr-russell.com

*Attorneys for Defendant Calsonic Kansei North America, Inc.*

{36340/1/DT889551.DOCX;1}

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all Counsel of Record via the CM/ECF system.

Dated:  September 22, 2014			KERR, RUSSELL AND WEBER, PLC

							By:  /s/*Matthew L. Powell*
							      Matthew L. Powell (P69186)
							500 Woodward Avenue, Suite 2500
							Detroit, MI 48226
							(313) 961-0200
							(313) 961-0388 - facsimile
							mpowell@kerr-russell.com