**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |

ALL PARTS )
)
THIS RELATES TO: ALL CASES )
)

**NOTICE OF APPEARANCE OF SHANNON K. MCGOVERN**

Please take notice that Shannon K. McGovern of Simpson Thacher & Bartlett LLP

hereby enters her appearance as counsel for Defendants Diamond Electric Mfg. Co., Ltd. and

Diamond Electric Mfg. Corporation in accordance with the Corrected Electronic Case

Management Protocol (12-md-2311, ECF No. 518, ¶ 10).

Dated:  September 29, 2014          Respectfully submitted,

                                   /s/ Shannon K. McGovern
                                   Shannon K. McGovern
                                   Simpson Thacher & Bartlett LLP
                                   425 Lexington Avenue
                                   New York, NY 10017
                                   Telephone: (212) 455-2000
                                   Facsimile: (212) 455-2502
                                   smcgovern@stblaw.com

                                   *Counsel for Defendants Diamond Electric Mfg.*
                                   *Co., Ltd. and Diamond Electric Mfg. Corporation*

## CERTIFICATE OF SERVICE

I certify that on September 29, 2014, I electronically filed the foregoing Notice of

Appearance of Shannon K. McGovern with the Clerk of the Court via CM/ECF, which will send

notification of such filing to all counsel registered with CM/ECF.

/s/ Shannon K. McGovern
Shannon K. McGovern
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
smcgovern@stblaw.com