MIED (Rev. 6/07) Notice of Correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:  AUTOMOTOVE PARTS ANTITRUST
LITIGATION

                           Plaintiff(s),                              Case No.  12-MD-02311

v.                                                    Judge  Marianne O. Battani

                                                    Magistrate Judge

                           Defendant(s).

_____/

NOTICE OF CORRECTION

Docket entry number __824__, filed ___October 1, 2014___, has been modified.  The explanation for the correction is stated below.

☐ The docket entry was made on the wrong case.

☐ The corresponding document image was missing or incomplete.

☐ The wrong document image was associated.

☐ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed to include the Partial Payment Order.

☑ Other:  Formatting error in document

If you need further clarification or assistance, please contact _____Kay Doaks_____ at __(313) 234-2627__.

DAVID J. WEAVER, CLERK OF COURT

Dated:  _October 1, 2014_____        _s/Kay Doaks_____
                                                     Deputy Clerk