# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In Re: AUTOMOTIVE PARTS**         12-md-02311
**ANTITRUST LITIGATION**         Honorable Marianne O. Battani

**ALL PARTS**

**THIS RELATES TO: ALL CASES**

## ORDER GRANTING ATTORNEY WITHDRAWAL

Notice has been filed regarding the withdrawal of Philip Miller of Gibson, Dunn & Crutcher LLP as counsel for defendants Mitsuba Corporation and American Mitsuba Corporation.  Other attorneys of the same firm have appeared as local counsel on behalf of these defendants and their representation continues.

IT IS ORDERED that

Mr. Miller shall be removed as attorney of record in the following cases:

      **On Behalf of Mitsbua Corporation**

      2:13-cv-01103-MOB-MKM

      2:13-cv-01200-MOB-MKM

      2:13-cv-01203-MOB-MKM

## On Behalf of Mitsbua Corporation and American Mitsuba Corporation

2:12-md-02311-MOB-MKM

2:13-cv-00900-MOB-MKM

2:13-cv-00901-MOB-MKM

2:13-cv-00903-MOB-MKM

2:13-cv-15125-MOB-MKM

2:14-cv-10774-MOB-MKM

2:13-cv-01000-MOB-MKM

2:13-cv-01002-MOB-MKM

2:13-cv-01003-MOB-MKM

2:13-cv-01100-MOB-MKM

2:13-cv-01101-MOB-MKM

2:13-cv-10674-MOB-MKM

2:13-cv-01300-MOB-MKM

2:13-cv-01302-MOB-MKM

2:13-cv-01303-MOB-MKM

2:13-cv-01900-MOB-MKM

2:13-cv-01902-MOB-MKM

2:13-cv-01903-MOB-MKM

2:13-cv-02100-MOB-MKM

2:13-cv-02102-MOB-MKM

2:13-cv-02103-MOB-MKM

2:13-cv-02300-MOB-MKM

2:13-cv-02302-MOB-MKM

2:13-cv-02303-MOB-MKM

2:13-cv-02800-MOB-MKM

2:13-cv-02801-MOB-MKM

        2:13-cv-02802-MOB-MKM

        2:13-cv-02803-MOB-MKM

        2:14-cv-10673-MOB-MKM

        2:14-cv-10762-MOB-MKM

Date:   October 2, 2014                           s/Marianne O. Battani
                                                 MARIANNE O. BATTANI
                                                 United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on October 2, 2014.

                                                   s/ Kay Doaks
                                                 Case Manager