UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) MASTER FILE NO. 12-MD-02311 )<br>) HON. MARIANNE O. BATTANI |
| THIS DOCUMENT RELATES TO:<br><br>PUBLIC ENTITIES | )<br>)<br>) Case No. 14-cv-00106-MOB-MKM<br>)<br>) |

## NOTICE OF APPEARANCE

Jaye Quadrozzi of Young & Associates appears as counsel for Plaintiff City of Richmond in the above captioned matter.

                                                Respectfully submitted,

                                                **YOUNG & ASSOCIATES**
                                                /s/ Jaye Quadrozzi
                                                Rodger D. Young (P22652)
                                                Jaye Quadrozzi (P71646)
                                                Counsel for City of Richmond/Public Entity Plaintiffs
                                                27725 Stansbury Blvd., Suite 125
                                                Farmington Hills, MI 48334
                                                (248) 353-8620
                                                efiling@youngpc.com
                                                P71646

Date: October 24, 2014

## PROOF OF SERVICE

I certify that on October 24, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

**YOUNG & ASSOCIATES**
  /s/ Jaye Quadrozzi
Rodger D. Young (P22652)
Jaye Quadrozzi (P71646)
Counsel for City of Richmond/Public Entity Plaintiffs
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
(248) 353-8620
efiling@youngpc.com
P71646