# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) ) MASTER FILE NO. 12-MD-02311  HON. MARIANNE O. BATTANI |
| THIS DOCUMENT RELATES TO: PUBLIC ENTITIES | ) ) ) ) Case No. 14-cv-00106-MOB-MKM ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Lesley E. Weaver of Green & Noblin, PC as counsel for Plaintiff City of Richmond in the above captioned matter.

                                **GREEN & NOBLIN, PC**

                                /s/ Lesley E. Weaver
                              Counsel for Plaintiff
                              700 Larkspur Landing Circle, Suite 275
                              Larkspur, CA 94393
                              415.477.6700
                              lew@classcounsel.com

Date: October 24, 2014

## PROOF OF SERVICE

      I certify that on October 24, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

                                        **GREEN & NOBLIN, PC**

                                          /s/ Lesley E. Weaver
                                        Counsel for Plaintiff
                                        700 Larkspur Landing Circle, Suite 275
                                        Larkspur, CA 94393
                                        415.477.6700
                                        lew@classcounsel.com