# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br><br>Honorable Marianne O. Battani |
| In Re: ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE OF DANIELLE M. GARTEN

TO:     THE CLERK OF THE COURT

PLEASE enter the appearance of Danielle M. Garten of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendants Koito Manufacturing Co., Ltd and North American Lighting, Inc. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: October 24, 2014

Respectfully submitted,

By: /s Danielle M. Garten
Danielle M. Garten
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5072
(202) 942-5999 - facsimile
Danielle.Garten@aporter.com
DC Bar: 976591

*Attorney for Defendants Koito Manufacturing Co., LTD. and North American Lighting, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2014, I caused to be electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court via the ECF system which will send notification of such filing to the ECF participants.

Dated:  October 24, 2014

By: /s Danielle M. Garten
Danielle M. Garten
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5072
(202) 942-5999 - facsimile
Danielle.Garten@aporter.com
DC Bar: 976591

*Attorney for Defendants Koito Manufacturing Co., LTD. and North American Lighting, Inc.*