# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |
|---|---|
| In re: AUTOMOTIVE PARTS<br>ANTITRUST LITIGATION<br>_____ | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: ALL PARTS<br>_____ |  |
| THIS RELATES TO:<br>ALL CASES<br>_____ |  |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael G. Brady of Warner Norcross &

Judd LLP, hereby enters his appearance for and on behalf of Robert Bosch LLC,

Robert Bosch GmbH and Bosch Electrical Drives Co., Ltd. in the above-captioned

matter.  The appearance shall not be deemed to be a waiver of any rights or

defenses that may be available under common law, statutes or the Federal Rules of

Civil Procedure.

Dated:  November 4, 2014

_____/s/ Michael G. Brady_____
Michael G. Brady (P57331)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
248-784-5000
mbrady@wnj.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2014, I electronically filed the

Appearance of Michael G. Brady with the Clerk of the Court using the ECF system

which will send notification of such filing to all attorneys of record via the Court's

ECF system.

Respectfully submitted,

/s/ Michael G. Brady
Michael G. Brady (P57331)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
248-784-5000
mbrady@wnj.com