# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br><br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE OF JOSHUA S. PRESS

PLEASE TAKE NOTICE that Joshua S. Press of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of DENSO Corporation and DENSO International America, Inc. **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: November 04, 2014

WILMER CUTLER PICKERING
   HALE AND DORR LLP

By:    /s/ Joshua S. Press
         Joshua S. Press
         WILMER CUTLER PICKERING
           HALE AND DORR LLP
         1875 Pennsylvania Avenue, NW
         Washington, DC  20006
         Telephone: (202) 663-6000
         Facsimile:  (202) 663-6363
         joshua.press@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 04, 2014, I caused the foregoing Notice of Appearance of Joshua S. Press to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

|  |  |
|---|---|
| By: | /s/ Joshua S. Press |
|  | Joshua S. Press |
|  | WILMER CUTLER PICKERING HALE AND DORR LLP |
|  | 1875 Pennsylvania Avenue, NW |
|  | Washington, DC  20006 |
|  | Telephone:  (202) 663-6000 |
|  | Facsimile:   (202) 663-6363 |
|  | joshua.press@wilmerhale.com |