# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 |
| | Honorable Marianne O. Battani |
| In re: ALL PARTS | |
| THIS RELATES TO: | |
| ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William R. Jansen of Warner Norcross & Judd LLP, hereby enters his appearance for and on behalf of Robert Bosch LLC, Robert Bosch GmbH and Bosch Electrical Drives Co., Ltd. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: November 5, 2014

/s/ William R. Jansen
William R. Jansen (P36688)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
248-784-5000
wjansen@wnj.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2014, I electronically filed the Appearance of William R. Jansen with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record via the Court's ECF system.

Respectfully submitted,

/s/ William R. Jansen
William R. Jansen (P36688)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
248-784-5000
wjansen@wnj.com