**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

_____

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

**NOTICE OF JANUARY 28, 2015 STATUS**
**CONFERENCE AND REQUEST FOR AGENDA ITEMS**

A status conference for all Lead cases in MDL No. 12-02311 is scheduled for

**10:00 a.m., January 28, 2015,** in Room 272.  All Interim Liaison Counsel and at least

one representative from each of the four Interim Lead Counsel groups must be present

as well as counsel for Ford Motor Company, the State of Florida, and the City of

Richmond.  Each Defendant should be represented.

Counsel should confer and submit to the Court discussion items to be

incorporated into an Agenda for this status conference.  Counsel must submit proposed

Agenda items via email to Case Manager, Ka Myra Doaks, at

efile_battani@mied.uscourts.gov, by **5:00 p.m., January 14, 2015**.  The Court will

finalize the Agenda and file it electronically by January 21, 2015.

Date:   January 7, 2015

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on January 7, 2015.

s/ Kay Doaks
Case Manager