# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br>_____ | )<br>)<br>)<br>) | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: ALL PARTS<br>_____ | )<br>)<br>)<br>) | |
| THIS RELATES TO:<br>ALL PARTS<br>_____ | )<br>)<br>)<br>)<br>) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven M. Kowal of K&L Gates, LLP, hereby enters his appearance for and on behalf of Defendants Chiyoda Manufacturing Corporation and Chiyoda USA in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: January 29, 2015           /s/ Steven M. Kowal
                                  Steven M. Kowal
                                  K&L GATES LLP
                                  70 W. Madison, Suite 3100
                                  Chicago, IL 60602
                                  312-807-4430
                                  steven.kowal@klgates.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2015, I electronically filed the Appearance of Steven M. Kowal with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record via the Court's ECF system.

                                                /s/ Steven M. Kowal
                                                Steven M. Kowal
                                                K&L GATES LLP
                                                70 W. Madison, Suite 3100
                                                Chicago, IL 60602
                                                312-807-4430
                                                steven.kowal@klgates.com