# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## APPEARANCE

Please enter the appearance of Jeffrey Amato of Winston & Strawn LLP as counsel for Defendants NTN Corporation and NTN USA Corporation.

| | |
|---|---|
| Dated: February 9, 2015 | Respectfully submitted, |
| | WINSTON & STRAWN LLP |
| | By: /s/ Jeffrey J. Amato<br>    Jeffrey J. Amato<br>    200 Park Avenue<br>    New York, NY 10166<br>    Telephone: (212) 294-6700<br>    Facsimile: (212) 294-4700<br>    jamato@winston.com |
| | *Attorney for Defendants NTN Corporation and NTN USA Corporation* |