UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: FUEL INJECTION SYSTEMS | 2:13-cv-02200 |
| THIS RELATES TO:<br><br>END-PAYOR ACTIONS | 2:13-cv-02203 |

### NOTICE OF APPEARANCE BY MAUREEN T. TAYLOR

PLEASE TAKE NOTICE that Maureen T. Taylor of the law firm of Brooks Wilkins Sharkey & Turco PLLC hereby enters her appearance as counsel on behalf of Defendant Keihin North America, Inc., in the above-captioned matters. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: February 12, 2015

Respectfully submitted,

Brooks Wilkins Sharkey & Turco PLLC

By: /s/ Maureen T. Taylor
Maureen T. Taylor (P63547)
401 South Old Woodward, Suite 400
Birmingham, MI 48009
Tel: (248) 971-1721
Fax: (248) 971-1801
Email: taylor@bwst-law.com

*Attorneys for Defendant Keihin North America, Inc.*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 12, 2015, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY MAUREEN T. TAYLOR to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

      Respectfully submitted,

By: /s/ Maureen T. Taylor
Maureen T. Taylor (P63547)
Brooks Wilkins Sharkey & Turco PLLC
401 South Old Woodward, Suite 400
Birmingham, MI  48009
Tel: (248) 971-1721
Fax: (248) 971-1801
Email: taylor@bwst-law.com

*Attorneys for Defendant Keihin North America, Inc.*