**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311<br>HON. MARIANNE O. BATTANI |
| IN RE: HEATER CONTROL PANELS LEAD CASE | 2:12-cv-00400-MOB-MKM |
| THIS RELATES TO: DIRECT PURCHASER ACTIONS | 2:12-cv-00401-MOB-MKM |

**NOTICE OF APPEARANCE**

TO: The Clerk

    PLEASE TAKE NOTICE that Daniel R. Karon, of the law firm Karon LLC, hereby files his appearance as counsel on behalf of SLTNTRST LLC in the above-captioned matters.

    Please direct all future pleadings and correspondence to the undersigned counsel.

Dated: February 24, 2015                    Respectfully submitted,

                                                             */s/ Daniel R. Karon*
                                                              Daniel R. Karon
                                                              Karon LLC
                                                              700 W. St. Clair Avenue
                                                              Suite 200
                                                              Cleveland, OH 44113

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 24, 2015, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

                                                      */s/ Daniel R. Karon*
                                                    Daniel R. Karon