UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In RE  AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:  ALL CASES** | |

### APPEARANCE

Please enter the appearance of Elizabeth Cate of Winston & Strawn LLP as counsel for Defendants NTN Corporation and NTN USA Corporation.

| | |
|---|---|
| Dated:  March 4, 2015 | Respectfully submitted,<br><br>WINSTON & STRAWN LLP<br><br>By: /s/ Elizabeth Cate<br>    Elizabeth Cate<br>    200 Park Avenue<br>    New York, NY 10166<br>    Telephone:  (212) 294-6700<br>    Facsimile:  (212) 294-4700<br>    ecate@winston.com<br><br>    *Attorney for Defendants NTN*<br>    *Corporation and NTN USA Corporation* |