# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In re:  Wire Harness Cases In re: All Auto Parts Cases | |
| THIS DOCUMENT RELATES TO:  All Wire Harness Cases All Auto Parts Cases | 2:12-cv-00100-MOB-MKM 2:12-md-02311-MOB-MKM |

## ORDER REGARDING SUBPOENA TO OEM

The request for an extension to March 30, 2015 to agree upon a uniform subpoena to the OEM's is hereby granted. Additionally, the OEM's will have 7 days to review and respond to such uniform subpoena

IT IS SO ORDERED.


Date: March 19, 2015                    /s/ Gene J. Esshaki
                                        Gene J. Esshaki
                                        Special Master

4848-7068-9058, v.  1