**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>IN RE: WIRE HARNESS CASES<br><br>THIS DOCUMENT RELATES TO:<br>ALL WIRE HARNESS CASES | Master File No.12-md-2311<br>Honorable Marianne O. Battani |

## MOTION FOR WITHDRAWAL OF COUNSEL

Elizabeth A. Favaro respectfully requests that the Court enter an order to allow her to withdraw her appearance as counsel for Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc. in the following actions:

Master File No. 12-md-02311

Wire Harness cases on behalf of Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc. Case Nos.:

2:12-cv-00100-MOB-MKM

2:12-cv-00101-MOB-MKM

2:12-cv-00102-MOB-MKM

2:12-cv-00103-MOB-MKM.

Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc. will continue to be represented by other counsel of record and no delay in the progress of this action will result from my withdrawal.

2

Dated:  March 31, 2015                    Respectfully submitted,

                GIARMARCO, MULLINS & HORTON, P.C.


                By  */s/ Elizabeth A. Favaro*
                  Elizabeth A. Favaro (P69610)
                  Giarmarco, Mullins & Horton, P.C.
                  Tenth Floor Columbia Center
                  101 West Big Beaver Road
                  Troy, MI  48084-5280
                  Phone: 248-457-7181
                  efavaro@gmhlaw.com

*Attorney for Defendants
Sumitomo Electric Industries, Ltd.
Sumitomo Electric Wintec America, Inc.
Sumitomo Wiring Systems, Ltd.
Sumitomo Electric Wiring Systems, Inc.
K&S Wiring Systems, Inc.
Sumitomo Wiring Systems (U.S.A.) Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 31, 2015, I caused a true and correct copy of the foregoing MOTION FOR WITHDRAWAL OF COUNSEL to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

DATED: March 31, 2015

    By  */s/ Elizabeth A. Favaro*
      Elizabeth A. Favaro (P69610)
      Giarmarco, Mullins & Horton, P.C.
      Tenth Floor Columbia Center
      101 West Big Beaver Road
      Troy, MI  48084-5280
      Phone: 248-457-7060
      efavaro@gmhlaw.com

*Attorney for Defendants
Sumitomo Electric Industries, Ltd.
Sumitomo Electric Wintec America, Inc.
Sumitomo Wiring Systems, Ltd.
Sumitomo Electric Wiring Systems, Inc.
K&S Wiring Systems, Inc.
Sumitomo Wiring Systems (U.S.A.) Inc.*