UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO: | |
| DEALERSHIP ACTIONS END-PAYOR ACTIONS | |

**<u>STIPULATION AND ORDER REGARDING OEM SUBPOENAS</u>**

This matter having come before the Master by stipulation of the undersigned parties (the "Parties"), through their respective counsel; The Parties having worked and continue to work diligently to coordinate subpoenas to be issued to various Original Equipment Manufacturers ("OEMs"); The Parties having previously agreed to finalize the coordination of the OEM subpoenas on or before March 31, 2015; and the Parties requesting an additional fourteen (14) days to coordinate the OEM subpoenas, given the nature and complexity of the issues involved:

**IT IS HEREBY ORDERED** that the Parties shall finalize the coordination of the OEM subpoenas on or before April 14, 2015.

**IT IS SO ORDERED.**

Date:  April 2, 2015

/s/ Gene J. Esshaki_____
GENE J. ESSHAKI, MASTER

**STIPULATED TO AND APPROVED BY:**

April 1, 2015                          */s/ E. Powell Miller*
E. Powell Miller (P39487)
Adam T. Schnatz (P72049)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com
ats@millerlawpc.com

*Interim Liaison Counsel for the
End-Payor Plaintiffs Classes*

April 1, 2015                          */s/ Steven N. Williams (w/ consent)*
Steven N. Williams
Frank C. Damrell
Adam J. Zapala
Elizabeth Tran
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
fdamrell@cpmlegal.com
swilliams@cpmlegal.com
azapala@cmplegal.com
etran@cpmlegal.com

Hollis Salzman
Bernard Persky
William V. Reiss
**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
hsalzman@RobinsKaplan.com
bpersky@RobinsKaplan.com
wvreiss@RobinsKaplan.com

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, TX 75202
Telephone: (214) 754-1900
Facsimile: (214) 754-1933
toxford@susmangodfrey.com

*Interim Co-Lead Class Counsel for*
*End-Payor Plaintiffs*

April 1, 2015

*/s/ Gerard V. Mantese (w/ consent)*
Gerard V. Mantese (P34424)
Joshua Lushnat (P75319)
**MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.**
1361 E. Big Beaver Road
Troy, MI 48083
Telephone: (248) 457-9200 ext. 203
Facsimile: (248) 457-9201
gmantese@manteselaw.com
jlushnat@manteselaw.com

*Interim Liaison Counsel for the*
*Automobile Dealer Plaintiff Classes*

|  |  |
|---|---|
| April 1, 2015 | */s/ Victoria Romanenko (w/ consent)* |

Jonathan W. Cuneo
Joel Davidow
Victoria Romanenko
Evelyn Li
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
jonc@cuneolaw.com
joel@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com

Don Barrett
David McMullan
Brian Herrington
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834.2628
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
**LARSON • KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618
sraiter@larsonking.com

*Interim Co-Lead Counsel for the Automobile Dealer Plaintiff Classes*

| | |
|---|---|
| April 1, 2015 | */s/ J. Manly Parks (w/ consent)* <br> J. Manly Parks <br> **DUANE MORRIS LLP** <br> 30 S. 17th Street <br> Philadelphia, PA 19103-4001 <br> Telephone: (215) 979-1342 <br> Facsimile: (215) 979-1020 <br> jmparks@duanemorris.com <br><br> *Attorney for Rush Truck Center Plaintiffs* |
| April 1, 2015 | */s/ Lesley E. Weaver (w/ consent)* <br> Lesley E. Weaver <br> **BLOCK & LEVITON LLP** <br> 155 Federal Street, Suite 400 <br> Boston, MA 02110 <br> Telephone: (617) 398-5600 <br> Facsimile: (617) 507-6020 <br> lesley@blockesq.com <br><br> *Attorney for Plaintiff City of Richmond and the Proposed Public Entity Plaintiff Class* |
| April 1, 2015 | */s/ Timothy Fraser (w/ consent)* <br> Timothy Fraser <br> **OFFICE OF THE ATTORNEY GENERAL STATE OF FLORIDA ANTITRUST DIVISION** <br> PL-01 The Capitol <br> Tallahassee, FL 32399-1050 <br> Telephone: (850) 414-3300 <br> Facsimile: (850) 488-9134 <br> timothy.fraser@myfloridalegal.com <br><br> *Florida Attorney General* |

| | |
|---|---|
| April 1, 2015 | */s/ Steven F. Cherry (w/ consent)*<br>Steven F. Cherry<br>David P. Donovan<br>Brian C. Smith<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>steven.cherry@wilmerhale.com<br>david.donovan@wilmerhale.com<br>brian.smith@wilmerhale.com<br><br>*Counsel for Defendants DENSO Corporation, DENSO International America, Inc., ASMO Co., Ltd., ASMO North America, LLC, ASMO Greenville of North Carolina, Inc. and on behalf of Defendants* |
| April 1, 2015 | */s/ Larry S. Gangnes (w/ consent)*<br>Larry S. Gangnes<br>**LANE POWELL PC**<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box. 91302<br>Seattle, WA 98111<br>Telephone:  (206) 223-7000<br>Facsimile:  (206) 223-7107<br>gangnesl@lanepowell.com<br><br>*On behalf of Defendants* |

4836-7894-0194, v.  1