# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311<br><br>Honorable Marianne O. Battani |
| In re: Wire Harness Cases<br>In re: All Auto Parts Cases | : : : : : | |
| THIS DOCUMENT RELATES TO:<br><br>All Wire Harness Cases<br>All Auto Parts Cases | : : : : : : | <br><br>2:12-cv-00100-MOB-MKM<br>2:12-md-02311-MOB-MKM |

**NOTICE OF ERRATA REGARDING FILING OF REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR CLARIFICATION OF THE COURT'S RULING REGARDING DEPOSITIONS OF PLAINTIFFS IN MULTIPLE AUTO PARTS CASES**

On Thursday, April 2, 2015, certain defendants electronically filed their Reply in Support of Defendants' Motion for Clarification of the Court's Ruling Regarding Depositions of Plaintiffs in Multiple Auto Parts Cases (2:12-md-02311-MOB-MKM, ECF No. 927; 2:12-cv-00100-MOB-MKM, ECF No. 282) (the "Reply").  The Reply and the "Docket Text" associated with the electronic filing of the Reply incorrectly identified Yazaki Corporation and Yazaki North America, Incorporated as two of the filing parties.  That was done in error.  Neither Yazaki Corporation nor Yazaki North America, Incorporated were filing parties to the Reply.

Undersigned Defendants will file a Corrected Reply in Support of Defendants' Motion for Clarification of the Court's Ruling Regarding Depositions of Plaintiffs in Multiple Auto Parts Cases in 2:12-md-02311-MOB-MKM  and 2:12-cv-00100-MOB-MKM.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| Date:  April 3, 2015 | By: | LATHAM & WATKINS LLP |
|  |  | */s/ Marguerite M. Sullivan*<br>Marguerite M. Sullivan<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004<br>Telephone: (202) 637-2200<br>Fax: (202) 637-2201<br>Marguerite.Sullivan@lw.com |
|  |  | Daniel M. Wall<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 395-0600<br>Fax: (415) 395-8095<br>dan.wall@lw.com |
|  |  | David D. Cross<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004<br>Tel:  202-624-2500<br>Fax:  202-628-5116 |

        dcross@crowell.com

        William H. Horton (P31567)
        GIARMARCO, MULLINS & HORTON, P.C.
        101 West Big Beaver Road, Tenth Floor
        Troy, MI 48084-5280
        Telephone: 248-457-7060
        bhorton@gmhlaw.com

        *Attorneys for Defendants Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc.*

        LANE POWELL PC

Date:  April 3, 2015    By:   */s/Larry S. Gangnes*  (w/consent)
        Larry S. Gangnes
        LANE POWELL PC
        1420 Fifth Ave., Suite 4200
        P.O. Box 91302
        Seattle, WA 98111-9402
        Telephone: (206) 223-7000
        Facsimile: (206) 223-7107
        gangnesl@lanepowell.com

        Craig D. Bachman
        Kenneth R. Davis II
        Darin M. Sands
        Tanya Durkee Urbach
        Peter D. Hawkes
        Masayuki Yamaguchi
        LANE POWELL PC
        ODS Tower
        601 SW Second Ave., Suite 2100
        Portland, OR 97204-3158
        Telephone: (503) 778-2100
        Facsimile: (503) 778-2200
        bachmanc@lanepowell.com
        davisk@lanepowell.com
        sandsd@lanepowell.com
        urbacht@lanepowell.com
        hawkesp@lanepowell.com
        yamaguchim@lanepowell.com

        Richard D. Bisio (P30246)
        Ronald S. Nixon (P57117)
        KEMP KLEIN LAW FIRM
        201 W. Big Beaver, Suite 600
        Troy, MI 48084

|  |  |  |
|---|---|---|
|  |  | Telephone:  (248) 528-1111<br>Facsimile:  (248) 528-5129<br>richard.bisio@kkue.com<br>ron.nixon@kkue.com |
|  |  | *Attorneys for Defendants Furukawa Electric Co., Ltd.; and American Furukawa, Inc.* |
| Date:  April 3, 2015 |  | WILMER CUTLER PICKERING HALE AND DORR LLP |
|  | By: | */s/Steven F. Cherry*  (w/consent)<br>Steven F. Cherry<br>David P. Donovan<br>Brian C. Smith<br>Kurt G. Kastorf<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>Fax: (202) 663-6363<br>steven.cherry@wilmerhale.com<br>david.donovan@wilmerhale.com<br>brian.smith@wilmerhale.com<br>kurt.kastorf@wilmerhale.com |
|  |  | *Attorneys for Defendants DENSO International America, Inc. and DENSO Corporation* |
|  |  | Steven M. Zarowny (P33362)<br>General Counsel<br>DENSO International America, Inc.<br>24777 Denso Drive<br>Southfield, MI 48033<br>Telephone: (248) 372-8252<br>Fax:   (248) 213-2551<br>steve_zarowny@denso-diam.com |
|  |  | *Attorney for Defendant DENSO International America, Inc.*<br>ARNOLD & PORTER LLP |
| Date:  April 3, 2015 | By: | */s/James L. Cooper*  (w/consent)<br>James L. Cooper<br>Michael A. Rubin<br>Laura Cofer Taylor<br>Katherine Clemons<br>ARNOLD & PORTER LLP<br>555 Twelfth Street NW<br>Washington, DC 20004<br>(202) 942-5000<br>(202) 942-5999 (facsimile)<br>james.cooper@aporter.com |

4

                    michael.rubin@aporter.com
                    laura.taylor@aporter.com
                    katherine.clemons@aporter.com

Joanne Geha Swanson (P33594)
Fred Herrmann (P49519)
Matthew L. Powell (P69186)
KERR, RUSSELL AND WEBER, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
(313) 961-0200
(313) 961-0388 (facsimile)
jswanson@kerr-russell.com
fherrmann@kerr-russell.com
mpowell@kerr-russell.com

*Attorneys for Defendants Fujikura Ltd. and Fujikura Automotive America LLC*
O'MELVENY & MYERS LLP

Date:  April 3, 2015    By:  */s/Michael F. Tubach*  (w/consent)
                                      Michael F. Tubach
                                      O'MELVENY & MYERS LLP
                                      Two Embarcadero Center, 28th Floor
                                      San Francisco, CA 94111
                                      Telephone: (415) 984-8700
                                      Fax: (415) 984-8701
                                      Mtubach@omm.com

Michael R. Turco (P48705)
BROOKS WILKINS SHARKEY & TURCO PLLC
401 South Old Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1713
Fax: (248) 971-1801
turco@bwst-law.com

*Attorneys for Defendants Leoni Wiring Systems, Inc.  and Leonische Holding Inc.*

5

|  |  |  |
|---|---|---|
|  |  | BUTZEL LONG |
| Date: April 3, 2015 | By: | */s/David F. DuMouchel*  (w/consent)<br>David F. DuMouchel (P25658)<br>George B. Donnini (P66793)<br>BUTZEL LONG<br>150 West Jefferson, Suite 100<br>Detroit, MI 48226<br>Telephone: (313)225-7000<br>dumouchd@butzel.com<br>donnini@butzel.com |
|  |  | W. Todd Miller<br>BAKER & MILLER PLLC<br>2401 Pennsylvania Ave., NW, Suite 300<br>Washington, DC 20037<br>Telephone: (202)663-7820<br>TMiller@bakerandmiller.com |
|  |  | *Attorneys for Defendants Tokai Rika Co., Ltd. and  TRAM, Inc.* |
| Date: April 3, 2015 |  | PORTER WRIGHT MORRIS & ARTHUR LLP |
|  | By: | */s/ Donald M. Barnes* (w/consent)<br>Donald M. Barnes<br>Jay L. Levine<br>Salvatore A. Romano<br>John C. Monica<br>Molly S. Crabtree<br>Karri N. Allen<br>PORTER WRIGHT MORRIS & ARTHUR LLP<br>1919 Pennsylvania Ave., NW, Ste 500<br>Washington, DC 20006<br>Telephone: (202) 778-3054<br>Facsimile: (202) 778-3063<br>dbarnes@porterwright.com<br>sromano@porterwright.com<br>jmonica@porterwright.com<br>mcrabtree@porterwright.com<br>kallen@porterwright.com |
|  |  | *Attorneys for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*<br>B |

|  |  |  |
|---|---|---|
| Date: April 3, 2015 | By: | JENNER & BLOCK LLP<br><br>*/s/ Terrence J. Truax*<br>Charles B. Sklarsky<br>Michael T. Brody<br>Gabriel A. Fuentes<br>Daniel T. Fenske<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>ttruax@jenner.com<br>csklarsky@jenner.com<br>mbrody@jenner.com<br>gfuentes@jenner.com<br>dfenske@jenner.com<br><br>Gary K. August<br>ZAUSMER, KAUFMAN, AUGUST & CALDWELL, P.C.<br>31700 Middlebelt Road<br>Suite 150<br>Farmington Hills, Michigan 48334-2374<br>Telephone (248) 851-4111<br>gaugust@zkac.com<br><br>*Counsel for Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.* |

7

|  |  |
|---|---|
| Date: April 3, 2015 | K&L GATES LLP<br><br>By: /s/ Michael E. Martinez<br>Steven M. Kowal<br>Lauren N. Norris<br>Lauren B. Salins<br>K&L GATES LLP<br>70 W. Madison St.<br>Suite 3100<br>Chicago, IL 60602<br>Telephone: (312) 807-4404<br>Fax: (312) 827-8116<br>michael.martinez@klgates.com<br>steven.kowal@klgates.com<br>lauren.norris@klgates.com<br>lauren.salins@klgates.com<br><br>William P. Jansen (P36688)<br>Michael G. Brady (P57331)<br>Amanda Fielder (P70180)<br>WARNER NORCROSS & JUDD LLP<br>2000 Town Center, Suite 2700<br>Southfield, MI 48075-1318<br>Telephone: (248) 784-5000<br>wjansen@wnj.com<br>mbrady@wnj.com<br>afielder@wnj.com<br><br>*Counsel for Defendant Chiyoda USA Corporation* |

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 3, 2015, I caused the foregoing NOTICE OF ERRATA REGARDING REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR CLARIFICATION OF THE COURT'S RULING REGARDING DEPOSITIONS OF PLAINTIFFS IN MULTIPLE AUTO PARTS CASES to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

              By: */s/ Marguerite M. Sullivan*
                 Marguerite M. Sullivan
                 LATHAM & WATKINS LLP
                 555 Eleventh Street NW, Suite 1000
                 Washington, DC 20004
                 +1.202.637.2200
                 maggy.sullivan@lw.com