## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re:  **AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re:  **All Auto Parts Cases** | |
| **THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES** | 2:12-MD-02311-MOB-MKM |

### DEFENDANTS' OPPOSITION TO MOTION TO INTERVENE

The undersigned Defendants hereby submit this opposition to the Motion to Intervene ("Motion") submitted by Timmy A. Curtis, Amber Lambert, and Jonathon Rich ("Movants").  Because Movants fail to provide any basis for their Motion, the Motion should be denied.  Further, at least one of the Movants has a long and litigious history of filing frivolous intervention motions that have been denied repeatedly by courts across the country.

Movants seek intervention as of right under Federal Rule of Civil Procedure 24(a) as well as permissive intervention under Rule 24(b).  *See* Dkt No. 930 (hereinafter, "Mot.").  In the Motion, Movants argue that they "have a common vested interest in this litigation" and state that they will provide "questions of laws and Facts that are common in this Litigation in support of plaintiffs [*sic*] claims." Mot. at 1.  Even applying the principle that *pro se* complaints are to be held to less

stringent standards than formal pleadings drafted by lawyers, and should therefore be liberally construed, *see Williams v. Curtin*, 631 F.3d 380, 383 (6th Cir. 2011), the statements in the Motion are entirely conclusory and insufficient to satisfy the requirements of Rule 24.

As an initial matter, under Rule 24(c), a motion to intervene, whether as of right or for permissive intervention, "must state the grounds for intervention and be accompanied by a pleading that sets out the claim or defense for which intervention is sought."  The movant must describe the basis for intervention with "sufficient specificity to allow the district court to rule."  *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 475 (9th Cir. 1992).  Here, in addition to not being accompanied by a pleading, the Motion provides only a conclusory recitation of one element of permissive intervention without specifying for which claim or defense intervention is sought.  *See* Mot. at 1 ("Intervenors will provide questions of laws and Facts that are common in this Litigation.").  On this basis alone, the Motion should be denied.

In addition, even construing the Motion liberally, Movants have not provided any basis for intervention under either Rule 24(a)(2) or Rule 24(b).  The Sixth Circuit has held that, "to intervene as of right under Rule 24(a)(2), a proposed intervenor must establish the following four elements: (1) the motion to intervene is timely; (2) the proposed intervenor has a substantial legal interest in

2

the subject matter of the case; (3) the proposed intervenor's ability to protect that interest may be impaired in the absence of intervention; and (4) the parties already before the court may not adequately represent the proposed intervenor's interest." *United States v. Michigan*, 424 F.3d 438, 443 (6th Cir. 2005).  Further, "failure to meet one of the criteria will require that the motion to intervene be denied." *Id.* (quoting *Grubbs v. Norris*, 870 F.2d 343, 345 (6th Cir.1989)).  Movants here fail to establish even one of these four requirements.  They have not alleged any facts supporting a legitimate connection to the underlying litigation, much less a substantial legal interest in the subject matter of the case.  *See Am. Special Risk Ins. Co. ex rel. S. Macomb Disposal Auth. v. City of Centerline*, 69 F. Supp. 2d 944, 955 (E.D. Mich. 1999) (denying motion to intervene as of right because, among other things, proposed intervenor failed to illustrate how its interests would be impaired if it was not allowed to intervene).  Moreover, the Motion fails to articulate why Movants believe that Co-Lead Class Counsel may not adequately protect their interests.  *Id.*

Movants similarly fail to make a case for permissive intervention. Permissive intervention requires that the proposed intervenor have (1) "a conditional right to intervene by a federal statute," or (2) "a claim or defense that shares with the main action a common question of law or fact."  Fed. R. Civ. P. 24(b)(1).  In the Motion, Movants fail to identify the specific "claim or defense"

they purport to assert.  Nor do Movants identify any federal statute under which they have a conditional right to intervene.

As demonstrated, there is no basis on which to allow intervention by Movants under Rule 24(a)(2) or Rule 24(b), and the Motion should be denied.

It is not surprising that Movants have entirely failed to construct a request for intervention satisfying even the most basic requirements for that relief.  The Movants have a history of filing frivolous motions.  *See, e.g.*, *Order Denying Mot. to Intervene* at 2 n.4, *Oracle Am., Inc. v. Tetrix Computer Co.*, Case No. 5:13-cv-03385-PSG (N.D. Ca. Mar. 25, 2015), ECF No. 571 (denying motion by Movants to intervene and noting that Movant Jonathan Riches has a "long and litigious history filing frivolous lawsuits in courts across the country.")  The results of an ECF/Pacer USParty/Case Index Search conducted on April 9, 2015, for "Riches, Jonathan Lee" indicated that Mr. Riches has been a party to 3,670 cases.  *See* http://pacer.psc.uscourts.gov (follow "Case Search Sign In" hyperlink); *see also Report and Recommendation of United States Magistrate Judge* at 3, *Solliday v. Dir. of Bureau of Prisons*, Case No. 0:11-cv-02350-MJD-JJG (D. Minn. Oct. 8, 2014), ECF No. 56 (providing results of an ECF/Pacer USParty/Case Index Search for "Riches, Jonathan Lee" as of October 8, 2014), *adopted in Amended Order on Report and Recommendation* (D. Minn. Nov. 17, 2014), ECF No. 59.  In fact, Movant "Jonathon Rich" has been restricted by several courts, including Judge

4

Ludington of this Court, from filing future documents in those courts unless he first obtains permission of the court or unless any such filing is signed by a licensed attorney:

> Accordingly, IT IS HEREBY RECOMMENDED that . . . An order be issued further restricting the proposed filings of Jonathan Lee Riches (a.k.a. Jonathan Rich, Rich Jonny Lee, Gordon Gekko, Ryan Howard, Mats Sundin, Trevor Wikre, or anyone signing with Inmate Identification Number KX9662) by directing the Clerk of Court for the District of Minnesota to refuse **any type of filings** submitted by Mr. Riches unless he receives permission to file the proposed document from a United States Magistrate Judge or unless the document is signed by a licensed attorney . . . .

*Id.* at 2-4, 8 (emphasis added); *see also Order Adopting Magistrate Judge's Report and Recommendation, Dismissing Plaintiff's Complaint with Prejudice and Enjoining Plaintiff From Filing Future Actions Without Leave of the Court, Riches v. Aguilera*, Case No. 1:07-cv-14460-TLL-CEB (E.D. Mich. Feb. 5, 2008), ECF No. 4.

Accordingly, for the reasons set forth above, the undersigned Defendants respectfully submit that Movants' Motion should be denied.

Dated:  April 20, 2015                    Respectfully submitted,


                                          By:   */s/ Steven A. Reiss*
                                                Steven A. Reiss
                                                Adam C. Hemlock
                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153-0119
                                                Telephone:  (212) 310-8000
                                                Facsimile:  (212) 310-8007
                                                steven.reiss@weil.com
                                                adam.hemlock@weil.com

                                                Frederick R. Juckniess
                                                SCHIFF HARDIN LLP
                                                350 South Main Street, Suite 210
                                                Ann Arbor, MI 48104
                                                (734) 222-1504
                                                fjuckniess@schiffhardin.com

                                                ***Attorneys for Bridgestone Corporation and
                                                Bridgestone APM Company***

Dated:  April 20, 2015                    By: */s/ Steven A. Reiss*
                                             Steven A. Reiss
        Adam C. Hemlock
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153-0119
        Telephone:  (212) 310-8000
        Facsimile:  (212) 310-8007
        steven.reiss@weil.com
        adam.hemlock@weil.com

        Fred K. Herrmann
        Joanne G. Swanson
        Matthew L. Powell
        KERR RUSSELL & WEBER PLC
        500 Woodward Avenue
        Suite 2500
        Detroit, MI 48226
        Tel. (313) 961-0200
        Fax (313) 961-0388
        fherrmann@kerr-russell.com
        jswanson@kerr-russell.com
        mpowell@kerr-russell.com

        ***Attorneys for Calsonic Kansei Corporation
and CalsonicKansei North America, Inc.***

        BUTZEL LONG

Dated:  April 20, 2015                    By: */s/ Sheldon H. Klein*
        Sheldon H. Klein
        David F. DuMouchel
        George B. Donnini
        BUTZEL LONG
        150 West Jefferson, Suite 100
        Detroit, MI 48226
        (313) 225-7000
        (313) 225-7080 (facsimile)
        klein@butzel.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Telephone: (202)663-7820
TMiller@bakerandmiller.com

**Attorneys for Defendants Tokai Rika Co.,
Ltd. and TRAM, Inc.**

ARNOLD & PORTER LLP

Dated: April 20, 2015      By: */s/ James L. Cooper*_____
James L. Cooper
Michael A. Rubin
Laura Cofer Taylor
Katherine Clemons
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5000
(202) 942-5999 (facsimile)
james.cooper@aporter.com
michael.rubin@aporter.com
laura.taylor@aporter.com
katherine.clemons@aporter.com

Joanne Geha Swanson
Fred K. Herrmann
Matthew L. Powell
KERR, RUSSELL AND WEBER, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
(313) 961-0388 (facsimile)
jswanson@kerr-russell.com
fherrmann@kerr-russell.com
mpowell@kerr-russell.com

*Attorneys for Defendants Fujikura Ltd.
and Fujikura Automotive America LLC*

SQUIRE PATTON BOGGS

Dated: April 20, 2015        By: /s/ Barry A. Pupkin
                                  Barry A. Pupkin
                                  SQUIRE PATTON BOGGS
                                  2550 M Street Northwest
                                  Washington, D.C. 20037
                                  United States of America
                                  (202) 626-6662
                                  (202) 457-6315 (facsimile)
                                  barry.pupkin@squirepb.com

*Attorney for Defendants Aisan Corporation
of America and Franklin Precision
Industry*

ARNOLD & PORTER LLP

Dated: April 20, 2015        By: /s/ Franklin R. Liss
                                  Franklin R. Liss
                                  Barbara H. Wootton
                                  Tiana Russell
                                  Lauren K. Peay
                                  ARNOLD & PORTER LLP
                                  555 Twelfth Street NW
                                  Washington, DC 20004
                                  Tel: (202) 942-5969
                                  Fax: (202) 942-5999
                                  frank.liss@aporter.com
                                  barbara.wootton@aporter.com
                                  tiana.russell@aporter.com
                                  lauren.peay@aporter.com

                                  Howard B. Iwrey
                                  Brian M. Moore
                                  DYKEMA GOSSETT PLLC

39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700
(248) 203-0763 (facsimile)
hiwrey@dykema.com
bmoore@dykema.com

***Attorneys for Defendants Koito
Manufacturing Co., Ltd., and North
American Lighting, Inc.***

WINSTON & STRAWN LLP

Dated:  April 20, 2015              By:*/s/ A. Paul Victor*
                                     A. Paul Victor
                                     Jeffrey L. Kessler
                                     Jeffrey J. Amato
                                     James F. Lerner
                                     Molly M. Donovan
                                     Elizabeth A. Cate
                                     WINSTON & STRAWN LLP
                                     200 Park Avenue
                                     New York, NY 10166
                                     (212) 294-6700
                                     (212) 294-4700 (facsimile)
                                     pvictor@winston.com
                                     jkessler@winston.com
                                     jamato@winston.com
                                     jlerner@winston.com
                                     mmdonovan@winston.com
                                     ecate@winston.com

                                     Fred K. Hermann
                                     Joanne G. Swanson
                                     Dwayne D. Stresman
                                     KERR, RUSSELL AND WEBER
                                     500 Woodward, Suite 2500
                                     Detroit, MI 48226-3427
                                     (313) 961-0200
                                     (313) 961-0388 (facsimile)

fherrmann@kerr-russell.com
jswanson@kerr-russell.com
dstreman@kerr-russell.com

*Attorneys for Defendants NTN*
*Corporation and NTN USA Corporation*

ARNOLD & PORTER LLP

Dated:  April 20, 2015      By: */s/ James L. Cooper*
                            James L. Cooper
                            Danielle Garten
                            Adam Pergament
                            ARNOLD & PORTER LLP
                            555 Twelfth Street NW
                            Washington, DC 20004
                            (202) 942-5000
                            (202) 942-5999 (facsimile)
                            james.cooper@aporter.com
                            danielle.garten@aporter.com
                            adam.pergament@aporter.com

                            Joanne Geha Swanson
                            Fred K. Herrmann
                            KERR, RUSSELL AND WEBER, PLC
                            500 Woodward Avenue, Suite 2500
                            Detroit, MI 48226
                            (313) 961-0200
                            (313) 961-0388 (facsimile)
                            jswanson@kerr-russell.com
                            fherrmann@kerr-russell.com

*Attorneys for Defendants Yamashita*
*Rubber Co., Ltd., and YUSA Corporation*

SHEARMAN & STERLING LLP

Dated:  April 20, 2015      By: */s/ Heather Lamberg Kafele*

Heather Lamberg Kafele
Keith Palfin
Alison R. Welcher
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20004
(202) 508-8000
(202) 508-8100 (facsimile)
hkafele@shearman.com
keith.palfin@shearman.com
alison.welcher@shearman.com

Brian M. Akkashian
PAESANO AKKASHIAN, PC
132 North Old Woodward Avenue
Birmingham, MI 48009
(248) 792-6886
(248) 792-6885 (facsimile)
bakkashian@paesanoakkashian.com

*Attorneys for Defendants JTEKT Corporation, JTEKT North America Corporation, and JTEKT Automotive North America, Inc.*

REED SMITH LLP

Dated:  April 20, 2015          By: */s/ Debra H. Dermody*
                                    Debra H. Dermody
                                    Michelle A. Mantine
                                    REED SMITH LLP
                                    225 Fifth Avenue
                                    Pittsburgh, PA 15222
                                    (412) 288-3302
                                    (412) 288-3063 (facsimile)
                                    ddermody@reedsmith.com
                                    mmantine@reedsmith.com

DYKEMA GOSSETT PLLC

Dated: April 20, 2015

By: */s/* Howard B. Iwrey
    Howard B. Iwrey (P39635)
    Brian M. Moore (P58584)
    39577 Woodward Avenue
    Bloomfield Hills, Michigan 48304
    Telephone: (248) 203-0526
    Fax:   (248) 203-0763
    hiwrey@dykema.com
    bmoore@dykema.com

**Attorneys for Defendant for SKF USA Inc.**

O'MELVENY & MYERS LLP

Dated: April 20, 2015

By: */s/ Michael Tubach*
    Michael F. Tubach
    O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
    San Francisco, CA 94111
    (415) 984-8700
    (415) 984-8701 (facsimile)
    mtubach@omm.com

    Michael R. Turco
    BROOKS WILKINS SHARKEY &
    TURCO PLLC
    401 South Old Woodward, Suite 400
    Birmingham, MI 48009
    (248) 971-1713
    (248) 971-1801 (facsimile)
    turco@bwst-law.com

**Attorneys for Defendants LEONI Wiring Systems, Inc. and Leonische Holding Inc.**

COVINGTON & BURLING LLP

Dated:  April 20, 2015      By: */s/ Anita F. Stork*
         Anita F. Stork
         Gretchen Hoff Varner
         Cortlin H. Lannin
         COVINGTON & BURLING LLP
         One Front Street, 35th Floor
         San Francisco, CA 94111
         Telephone: (415) 591-6000
         Fax: (415) 955-6550
         astork@cov.com

         Michael J. Fanelli
         COVINGTON & BURLING LLP
         One City Center
         850 Tenth Street, NW
         Washington, D.C. 20001
         Telephone: (202) 662-6000
         Fax: (202) 662-5383
         Mfanelli@cov.com

         ***Attorneys for Defendants Alps Electric Co., Ltd.; Alps Electric (North America), Inc.; and Alps Automotive, Inc.***

         BROOKS WILKINS SHARKEY & TURCO PLLC

Dated:  April 20, 2015      By: */s/ Maureen T. Taylor*
         Herbert C. Donovan (P51939)
         Maureen T. Taylor (P63547)
         BROOKS WILKINS SHARKEY & TURCO PLLC
         401 Old South Woodward, Suite 400
         Birmingham, MI  48009
         Telephone: (248) 971-1721
         Fax: (248) 971-1801
         taylor@bwst-law.com
         donovan@bwst-law.com

*Attorneys for Defendants Alps Electric Co., Ltd.; Alps Electric (North America), Inc.; and Alps Automotive, Inc.*


CLEARY GOTTLIEB STEEN & HAMILTON LLP

Dated: April 20, 2015      By: */s/ Teale Toweill*
       Teale Toweill
       Mark Leddy
       Jeremy Calsyn
       CLEARY GOTTLIEB STEEN & HAMILTON LLP
       2000 Pennsylvania Ave., NW, Suite 9000
       Washington, DC 20006
       (202) 974-1500
       (202) 974-1999 (facsimile)
       ttoweill@cgsh.com
       mleddy@cgsh.com
       jcalsyn@cgsh.com

*Attorneys for Defendant NSK, Ltd.*

GIBSON, DUNN & CRUTCHER LLP

Dated:  April 20, 2015          By: */s/ George A. Nicoud III*
                                          George A. Nicoud III
                                          Austin Schwing
                                          Stuart McPhail
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393-8200
(415) 393-8306 (facsimile)
tnicoud@gibsondunn.com
aschwing@gibsondunn.com
smcphail@gibsondunn.com

**Attorneys for Defendants American Mitsuba Corporation and Mitsuba Corporation**

WILMER CUTLER PICKERING HALE AND DORR LLP

Dated:  April 20, 2015          By: */s/ Steven F. Cherry*
Steven F. Cherry
Patrick J. Carome
David P. Donovan
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
patrick.carome@wilmerhale.com
david.donovan@wilmerhale.com

**Attorneys for Defendants DENSO International America, Inc. and DENSO Corporation**

WILMER CUTLER PICKERING HALE
AND DORR LLP

Dated:  April 20, 2015          By: */s/ Eric J. Mahr*
    Eric J. Mahr
    Stacy E. Frazier
    WILMER CUTLER PICKERING
    HALE AND
    DORR LLP
    1875 Pennsylvania Avenue, NW
    Washington, DC 20006
    (202) 663-6000
    (202) 663-6363 (facsimile)
    eric.mahr@wilmerhale.com
    stacy.frazier@wilmerhale.com

**Attorneys for Defendant Schaeffler USA**

PORTER WRIGHT MORRIS & ARTHUR
LLP

Dated:  April 20, 2015          By: */s/ Donald M. Barnes*
    Donald M. Barnes
    Jay L. Levine
    John C. Monica
    Molly S. Crabtree
    Jason E. Starling
    PORTER, WRIGHT, MORRIS, &
    ARTHUR, LLP
    1900 K Street, NW, Suite 1110
    Washington, D.C. 20006
    Telephone: (202) 778-3000
    Facsimile: (202) 778-3063
    dbarnes@porterwright.com
    jlevine@porterwright.com
    jmonica@porterwright.com
    mcrabtree@porterwright.com
    jstarling@porterwright.com

*Attorneys for Defendants G.S. Electech,
Inc., G.S. Wiring Systems, Inc., and G.S.W.
Manufacturing, Inc.*

SIDLEY AUSTIN LLP

Dated:  April 20, 2015                 By: */s/ David C. Giardina*
                                            David C. Giardina
                                            Courtney A. Rosen
                                            SIDLEY AUSTIN LLP
                                            One S. Dearborn St.
                                            Chicago, IL 60603
                                            Tel.: (312) 853-7000
                                            Fax: (312) 853-7036
                                            dgiardina@sidley.com
                                            crosen@sidley.com

                                            Bradley J. Schram
                                            HERTZ SCHRAM PC
                                            1760 S. Telegraph Rd., Suite 300
                                            Bloomfiled Hills, MI 48302
                                            Tel.: (248) 335-5000
                                            Fax: (248) 335-3346
                                            bschram@hertzschram.com

*Counsel for Defendants Toyo Tire &
Rubber Co., Ltd., Toyo Automotive Parts
(USA), Inc., Toyo Tire North America OE
Sales LLC, and Toyo Tire North America
Manufacturing Inc.*

LATHAM & WATKINS

Dated:  April 20, 2015                 By: */s/ Marguerite M. Sullivan*
                                            Marguerite M. Sullivan
                                            Kelsey A. McPherson
                                            LATHAM & WATKINS LLP
                                            555 Eleventh Street NW, Suite 1000
                                            Washington, DC 20004
                                            (202) 637-2200

(202) 637-2201 (facsimile)
marguerite.sullivan@lw.com

Daniel M. Wall
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 395-0600
(415) 395-8095 (facsimile)
dan.wall@lw.com

David D. Cross
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500
(202) 628-5116 (facsimile)
dcross@crowell.com

William H. Horton
GIARMARCO, MULLINS &
HORTON, P.C.
101 West Big Beaver Road, Tenth Floor
Troy, MI 48084-5280
(248) 457-7060
bhorton@gmhlaw.com

*Attorneys for Defendants Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc.*

MORGAN, LEWIS & BOCKIUS LLP

Dated:  April 20, 2015          By: */s/ J. Clayton Everett*
                                     J. Clayton Everett
                                     Eyitayo O. St. Matthew-Daniel
                                     MORGAN, LEWIS & BOCKIUS LLP
                                     101 Park Avenue

New York, NY 10178
212-309-7156
Fax: 212-309-6001
jeverett@morganlewis.com
tstmatthew-daniel@morganlewis.com

**Attorneys for Defendants Sumitomo Riko Co., Ltd. and DTR Industries, Inc.**

SCHIFF HARDIN LLP

Dated: April 20, 2015                By: /s/ Robert J. Wierenga
                                     Robert J. Wierenga
                                     Suzanne L. Wahl
                                     SCHIFF HARDIN LLP
                                     340 South Main Street, Suite 210
                                     Ann Arbor, MI 48104
                                     (734) 222-1500
                                     (734) 222-1501 (facsimile)
                                     rwierenga@schiffhardin.com
                                     swahl@schiffhardin.com

                                     David M. Zinn
                                     John E. Schmidtlein
                                     Samuel Bryant Davidoff
                                     William Vigen
                                     WILLIAMS & CONNOLLY LLP
                                     725 Twelfth Street, N.W.
                                     Washington, DC 20005
                                     (202) 434-5648
                                     (202) 434-5029 (facsimile)
                                     dzinn@wc.com
                                     jschmidtlein@wc.com
                                     sdavidoff@wc.com
                                     wvigen@wc.com

**Attorneys for Defendants Takata Corporation and TK Holdings, Inc.**

                                   JENNER & BLOCK LLP

Dated:  April 20, 2015             By:*/s/ Terrence J. Truax*
                                       Terrence J. Truax
                                       Charles B. Sklarsky
                                       Michael T. Brody
                                       Gabriel A. Fuentes
                                       Daniel T. Fenske
                                       JENNER & BLOCK LLP
                                       353 N. Clark Street
                                       Chicago, IL 60654-3456
                                       (312) 222-9350
                                       (312) 527-0484 (facsimile)
                                       ttruax@jenner.com
                                       csklarsky@jenner.com
                                       mbrody@jenner.com
                                       gfuentes@jenner.com
                                       dfenske@jenner.com

                                       Gary K. August
                                       ZAUSMER, AUGUST & CALDWELL,
                                       P.C.
                                       31700 Middlebelt Road
                                       Suite 150
                                       Farmington Hills, Michigan 48334-2374
                                       (248) 851-4111
                                       gaugust@zacfirm.com

                                       ***Attorneys for Defendants Mitsubishi
                                       Electric US Holdings, Inc. and Mitsubishi
                                       Electric Automotive America, Inc.***

                                   JONES DAY

Dated:  April 20, 2015             By:*/s/ John M. Majoras*
                                       John M. Majoras
                                       Carmen G. McLean
                                       JONES DAY
                                       51 Louisiana Avenue, NW
                                       Washington, DC 20001-2113

(202) 879-3939
(202) 626-1700 (facsimile)
jmmajoras@jonesday.com
cgmclean@jonesday.com

Michelle K. Fischer
Stephen J. Squeri
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
(216) 579-0212 (facsimile)
mfischer@jonesday.com
sjsqueri@jonesday.com

**Attorneys for Defendants Yazaki
Corporation and Yazaki North America,
Inc.**

CALFEE, HALTER & GRISWOLD LLP

Dated: April 20, 2015           By: */s/ Maura Hughes*
                                Maura Hughes
                                Alexander B. Reich
                                Ronald M. McMillan
                                CALFEE, HALTER & GRISWOLD
                                LLP
                                800 Superior Avenue
                                Suite 1400
                                Cleveland, OH 44114
                                (216) 622-8200
                                (216) 241-0816 (facsimile)
                                mhughes@calfee.com
                                areich@calfee.com
                                rmcmillan@calfee.com

*Attorneys for Defendants Continental Automotive Systems, Inc. & Continental Automotive Electronics, LLC*

MAYER BROWN LLP

Dated:  April 20, 2015      By: */s/ Andrew S. Marovitz*
         Andrew S. Marovitz
         Britt M. Miller
         MAYER BROWN LLP
         71 S. Wacker Drive
         Chicago, IL 60606
         (312) 782-0600
         (312) 701-7711 (facsimile)
         amarovitz@mayerbrown.com
         bmiller@mayerbrown.com

*Attorneys for Defendant Lear Corporation*

SIMPSON THACHER & BARTLETT LLP

Dated:  April 20, 2015      By: */s/ Matthew J. Reilly*
         Matthew J. Reilly
         Abram J. Ellis
         David T. Shogren
         SIMPSON THACHER & BARTLETT LLP
         1155 F Street, N.W.
         Washington, DC 20004
         (202) 636-5500
         (202) 636-5502 (facsimile)
         matt.reilly@stblaw.com
         aellis@stblaw.com
         dshogren@stblaw.com

         George S. Wang
         Shannon K. McGovern

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000
(212) 455-2502 (facsimile)
gwang@stblaw.com
smcgovern@stblaw.com

*Attorneys for Defendants Stanley Electric Co., Ltd., Stanley Electric U.S. Co., Inc. and II Stanley Co., Inc.*

SIMPSON THACHER & BARTLETT LLP

Dated: April 20, 2015        By: */s/ Matthew J. Reilly*
                                  Matthew J. Reilly
                                  Abram J. Ellis
                                  David T. Shogren
                                  SIMPSON THACHER & BARTLETT LLP
                                  1155 F Street, N.W.
                                  Washington, DC 20004
                                  (202) 636-5500
                                  (202) 636-5502 (facsimile)
                                  matt.reilly@stblaw.com
                                  aellis@stblaw.com
                                  dshogren@stblaw.com

                                  George S. Wang
                                  Shannon K. McGovern
                                  SIMPSON THACHER & BARTLETT LLP
                                  425 Lexington Avenue
                                  New York, New York 10017
                                  (212) 455-2000
                                  (212) 455-2502 (facsimile)
                                  gwang@stblaw.com
                                  smcgovern@stblaw.com

Timothy J. Lowe
McDONALD HOPKINS PLC
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
(248) 220-1359
tlowe@mcdonaldhopkins.com

*Attorneys for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Dated:  April 20, 2015        By: */s/ Jeremy Calsyn*
Jeremy Calsyn
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1552
(202) 974-1999 (facsimile)
jcalsyn@cgsh.com

DYKEMA GOSSETT PLLC

Dated:  April 20, 2015        By: */s/ Howard Iwrey*
Howard Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
(248) 203-0526
(248) 203-0763 (facsimile)
hiwrey@dykema.com

*Attorneys for Defendants Aisin Seiki Co., Ltd. and Aisin Automotive Casting, LLC*

LANE POWELL PC

Dated:  April 20, 2015                    By:*/s/ Larry S. Gangnes*
                                   Larry S. Gangnes
                                   LANE POWELL PC
                                   1420 Fifth Ave., Suite 4200
                                   P.O. Box 91302
                                   Seattle, WA 98111-9402
                                   Telephone: (206) 223-7000
                                   Facsimile: (206) 223-7107
                                   gangnesl@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
Peter D. Hawkes
LANE POWELL PC
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone:  (248) 528-1111
Facsimile:  (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.*

LANE POWELL PC

Dated: April 20, 2015                    By: */s/ Kenneth R. Davis II*
                                               Craig D. Bachman
                                               Kenneth R. Davis II
                                               Darin M. Sands
                                               Masayuki Yamaguchi
                                               Peter D. Hawkes
601 SW Second Avenue, Suite 2100
Portland, OR  97204-3158
Telephone:  503.778.2100
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com

Larry S. Gangnes
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
P.O. Box 91302
Seattle, WA  98111-9402
Telephone:  206.223.7000
gangnesl@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone:  248.528.1111
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Nachi-Fujikoshi Corp. and Nachi America, Inc.*

DYKEMA GOSSETT PLLC

Dated:  April 20, 2015        By:*/s/ Howard B. Iwrey*
      James P. Feeney (P13335)
      Howard B. Iwrey (P39635)
      DYKEMA GOSSETT PLLC
      39577 Woodward Avenue, Suite 300
      Bloomfield Hills, MI 48304
      248 203-0526
      Fax: 248-203-0763
      jfeeney@dykema.com
      hiwrey@dykema.com

*Attorneys for Defendants TRW Deutschland Holding GmbH and TRW Automotive Holdings Corp.*

WINSTON & STRAWN LLP

Dated:  April 20, 2015        By:*/s/ Jeffrey L. Kessler*
      Jeffrey L. Kessler
      Eva W. Cole
      A. Paul Victor
      WINSTON & STRAWN LLP
      200 Park Ave.
      New York, NY 10166-4193
      (212) 294-6700
      (212) 294-4700 (facsimile)
      jkessler@winston.com
      ewcole@winston.com
      pvictor@winston.com

*Attorneys for Defendants Panasonic Corporation and Panasonic Corporation of North America*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2015, I electronically filed the foregoing

Opposition to Motion to Intervene with the Clerk of the Court using the ECF

system which will send notification of such filing to the ECF participants.

Dated: April 20, 2015                    By:  */s/ Steven A. Reiss*
                                              Steven A. Reiss
                                              Adam C. Hemlock
                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York 10153-0119
                                              Telephone:  (212) 310-8000
                                              Facsimile:  (212) 310-8007
                                              steven.reiss@weil.com
                                              adam.hemlock@weil.com

                                              *Attorneys for Bridgestone Corporation and*
                                              *Bridgestone APM Company*