UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| | : | |
| In Re:  AUTOMOTIVE PARTS | : | 12-md-02311 |
| ANTITRUST LITIGATION | : | Honorable Marianne O. Battani |
| | : | |
| | : | |
| In Re: ALL PARTS | : | |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| All Cases | : | |
| | : | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the Bloomfield Hills, Michigan, office of Fink +

Associates Law has relocated. Attorneys associated with this office who have appeared in this

matter are David H. Fink and Darryl Bressack. The new office address is as follows:

> Fink + Associates Law
>
> 38500 Woodward Avenue
>
> Suite 350
>
> Bloomfield Hills, MI 48304

There are no changes to the remaining contact information for each attorney.

FINK + ASSOCIATES LAW

By: /s/ David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
38500 Woodward Avenue; Suite 350
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
Fax: (248) 971-2600
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed on May 1, 2015 Notice of this filing was sent to all parties registered for electronic filing by operation of the Court's electronic filing system.

FINK + ASSOCIATES LAW

By: /s/ David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
38500 Woodward Avenue; Suite 350
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
Fax: (248) 971-2600
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com