# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311 <br> Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## APPEARANCE OF HEATHER SOUDER CHOI

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Heather Souder Choi of the law firm Baker Botts L.L.P., as counsel on behalf of Toyoda Gosei Co. Ltd., Toyoda Gosei North America, and TG Missouri Corp. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: May 4, 2015

Respectfully submitted,

By: /s/ Heather Souder Choi
Heather Souder Choi
**Baker Botts L.L.P.**
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

1

Phone: 202.639.7859
Fax: 202.639.9305
heather.choi@bakerbotts.com

*Counsel for Defendants*
*Toyoda Gosei Co., Ltd., Toyoda Gosei*
*North America Corp., and TG*
*Missouri Corp.*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 4th day of May, 2015, a copy of the foregoing was filed with the Court using the ECF system which will send notification of such filing to all attorneys of record.

By: /s/ Heather Souder Choi
Heather Souder Choi
**Baker Botts L.L.P.**

3