# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | No. 2:12-md-02311<br>Honorable Marianne O. Battani |
| IN RE: WIRE HARNESS CASES | No. 2:12-cv-00100-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br>DIRECT PURCHASER ACTIONS | No. 2:12-cv-00101-MOB-MKM |

## NOTICE OF APPEARANCE OF ROBERT G. EISLER

PLEASE TAKE NOTICE that Robert G. Eisler of the law firm of Grant & Eisenhofer P.A., 123 Justison Street, Wilmington, Delaware 19801, hereby enters his appearance as counsel on behalf of Direct Purchaser Plaintiffs in the above-captioned matter.

Dated: May 5, 2015

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

By:  /s/ Robert G. Eisler
Robert G. Eisler
123 Justison Street
Wilmington, Delaware 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
Email: reisler@gelaw.com

*Counsel for Direct Purchaser Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2015, I caused the foregoing Notice of Appearance of Robert G. Eisler to be electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record registered with the ECF system

Dated: May 5, 2015

By: */s/ Robert G. Eisler*
Robert G. Eisler