**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO: | |
| ALL CASES | |

## MOTION FOR WITHDRAWAL OF COUNSEL

End-Payor Plaintiffs, by and through their undersigned counsel, hereby move the Court for an order withdrawing the appearance of Adam T. Schnatz, Esq., as counsel for the End-Payor Plaintiffs in all actions, including all lead and class cases. This Motion is precipitated by Mr. Schnatz's departure from The Miller Law Firm, P.C. The End-Payor Plaintiffs will continue to be represented by other counsel of record, including counsel at The Miller Law Firm, P.C., and no delay in the progress of this action will result from Mr. Schnatz's withdrawal.

WHEREFORE, End-Payor Plaintiffs respectfully request that the Court enter an order withdrawing the appearance of Adam T. Schnatz, Esq. as counsel for the End-Payor Plaintiffs in all actions, including all lead and class cases.

|  |  |
|---|---|
| Dated:  June 10, 2015 | Respectfully submitted, |
|  | /*s/ Adam T. Schnatz*_____<br>Adam T. Schnatz (P72049)<br>The Miller Law Firm, P.C.<br>950 W. University Drive, Ste. 300<br>Rochester, MI 48307<br>(248) 841-2200<br>ats@millerlawpc.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2015, I electronically filed the attached document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

                                    Respectfully submitted,

                                    */s/ Adam T. Schnatz*  
                                    Adam T. Schnatz (P72049)  
                                    The Miller Law Firm, P.C.  
                                    950 W. University Drive, Ste. 300  
                                    Rochester, MI 48307  
                                    (248) 841-2200  
                                    ats@millerlawpc.com