UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 |
| ALL PARTS | Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that Strange & Carpenter has changed its name to Strange & Butler effective immediately. The firm address and telephone number shall remain the same.

    Brian R. Strange: bstrange@strangeandbutler.com
    Keith L. Butler: kbutler@strangeandbutler.com
    STRANGE & BUTLER
    12100 Wilshire Blvd., Suite 1900
    Los Angeles, California 90025
    Telephone: (310) 207-5055
    Facsimile: (310) 826-3210

The attorneys of record in this litigation will also update their contact information on the Attorney Registration form with the ECF clerk.

June 17, 2015        Respectfully submitted,

        /s/ Brian R. Strange
        Brian R. Strange
        STRANGE & BUTLER
        12100 Wilshire Blvd., Suite 1900
        Los Angeles, California 90025
        Telephone: (310) 207-5055
        Facsimile: (310) 826-3210
        Email: bstrange@strangeandbutler.com

## CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the ECF system, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 17, 2015.

                                                           /s/ *Brian R. Strange*
                                                          Brian R. Strange