# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311<br>HON. MARIANNE O. BATTANI |
| IN RE: AIR CONDITIONING SYSTEMS LEAD CASE | 2:13-cv-02700-MOB |
| THIS RELATES TO:  DIRECT PURCHASER ACTIONS | 2:13-cv-02701-MOB |
| IN RE: HEATER CONTROL PANELS LEAD CASE | 2:12-cv-00400-MOB-MKM |
| THIS RELATES TO:  DIRECT PURCHASER ACTIONS | 2:12-cv-00401-MOB-MKM |
| IIN RE: WINDSHIELD WASHER SYSTEMS CASES | 2:13-cv-02800-MOB |
| THIS RELATES TO:  DIRECT PURCHASER ACTIONS | 2:13-cv-02801-MOB-MKM |
| IN RE: WINDSHIELD WIPERS LEAD CASE | 2:13-cv-00900-MOB-MKM |
| THIS RELATES TO:  DIRECT PURCHASER ACTIONS | 2:13-cv-00901-MOB-MKM |

**NOTICE OF APPEARANCE**

TO: The Clerk

PLEASE TAKE NOTICE that Jason S. Hartley, of the law firm Stueve Siegel Hanson LLP, hereby files his appearance as counsel on behalf of SLTNTRST LLC in the above-captioned matters.

Please direct all future pleadings and correspondence to the undersigned counsel.

Dated: July 2, 2015                             Respectfully submitted,


                                                */s/ Jason S. Hartley*
                                                Jason S. Hartley
                                                Stueve Siegel Hanson LLP
                                                550 West C Street
                                                Suite 1750
                                                San Diego, CA 92101
                                                PH: (619) 400-5822
                                                FX: (619) 400-5832
                                                Email: hartley@stuevesiegel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2015, I electronically filed the foregoing paper with the

Clerk of the court using the ECF system which will send notification of such filing to all counsel

of record registered for electronic filing.

*/s/ Jason S. Hartley*
Jason S. Hartley
