# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In re:  Wire Harness Cases In re: All Auto Parts Cases | |
| THIS DOCUMENT RELATES TO: All Wire Harness Cases All Auto Parts Cases | 2:12-cv-00100-MOB-MKM 2:12-md-02311-MOB-MKM |

## NOTICE OF OBJECTIONS TO END PAYOR PLAINTIFF AND AUTO DEALER PLAINTIFF DEPOSITION PROTOCOL ORDER

The wire harness defendants[1] hereby give notice that they object to Paragraphs III.B, III.D.3, and IV.B of the End Payor Plaintiff and Auto Dealer Plaintiff Deposition Protocol Order (MDL ECF No. 1021), for the reasons stated in Wire Harness Defendants' Objections to, and Motion to Modify, Master Esshaki's June 18, 2015 Order ("June 18 Order"), filed in the above cases on June 19, 2015 (MDL ECF No. 1010) ("Motion to Modify") and the corresponding Reply brief (MDL ECF No. 1025), filed in the above cases on July 6, 2015.  *See* Motion to

---

[1] "Wire harness defendants" refers to Chiyoda Manufacturing Corporation; Chiyoda USA Corporation; American Furukawa, Inc.; Furukawa Electric Co., Ltd.; DENSO Corporation; DENSO International America, Inc.; Fujikura Automotive America LLC; Fujikura Ltd.; G.S. Electech, Inc.; G.S.W. Manufacturing, Inc.; G.S. Wiring Systems, Inc.; Leoni Wiring Systems, Inc.; Leonische Holding Inc.; Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; Mitsubishi Electric Automotive America, Inc.; Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; Sumitomo Wiring Systems (U.S.A.) Inc.; Tokai Rika Co., Ltd.; and TRAM, Inc.

Modify at ¶¶ 6-7. A hearing has been set for September 9, 2015 to resolve the wire harness defendants' motion. *See* Scheduling Order on Objection to And Motions to Modify Master Esshaki's June 19, 2015 Order (MDL ECF. No. 1022).

Date: July 17, 2015

LATHAM & WATKINS LLP

By: */s/ Marguerite M. Sullivan*
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
Marguerite.Sullivan@lw.com

Daniel M. Wall
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-0600
Fax: (415) 395-8095
dan.wall@lw.com

David D. Cross
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-624-2500
Fax: 202-628-5116
dcross@crowell.com

William H. Horton (P31567)
GIARMARCO, MULLINS & HORTON, P.C.
101 West Big Beaver Road, Tenth Floor
Troy, MI 48084-5280
Telephone: 248-457-7060
bhorton@gmhlaw.com

*Attorneys for Defendants Sumitomo Electric
Industries, Ltd.; Sumitomo Wiring Systems,
Ltd.; Sumitomo Electric Wiring Systems, Inc.;
and Sumitomo Wiring Systems (U.S.A.) Inc.*

LANE POWELL PC

By: */s/Larry S. Gangnes*  (w/consent)
Larry S. Gangnes
LANE POWELL PC

U.S. Bank Centre
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Peter D. Hawkes
Masayuki Yamaguchi
LANE POWELL PC
MODA Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
hawkesp@lanepowell.com
yamaguchim@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone:  (248) 528-1111
Facsimile:  (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Furukawa Electric
Co., Ltd.; and American Furukawa, Inc.*

WILMER CUTLER PICKERING HALE AND
DORR LLP

By:     /s/Steven F. Cherry  (w/consent)
        Steven F. Cherry
        Patrick J. Carome
        David P. Donovan
        Brian C. Smith
        Kurt G. Kastorf
        WILMER CUTLER PICKERING HALE AND
        DORR LLP
        1875 Pennsylvania Avenue, N.W.
        Washington, D.C. 20006
        Telephone: (202) 663-6000
        Fax: (202) 663-6363
        steven.cherry@wilmerhale.com

3

patrick.carome@wilmerhale.com
david.donovan@wilmerhale.com
brian.smith@wilmerhale.com
kurt.kastorf@wilmerhale.com

*Attorneys for Defendants DENSO International
America, Inc. and DENSO Corporation*

Steven M. Zarowny (P33362)
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Telephone: (248) 372-8252
Fax:   (248) 213-2551
steve_zarowny@denso-diam.com

*Attorney for Defendant DENSO International
America, Inc.*

ARNOLD & PORTER LLP

By:   */s/James L. Cooper*  (w/consent)
James L. Cooper
Michael A. Rubin
Laura Cofer Taylor
Katherine Clemons
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5000
(202) 942-5999 (facsimile)
james.cooper@aporter.com
michael.rubin@aporter.com
laura.taylor@aporter.com
katherine.clemons@aporter.com

Joanne Geha Swanson (P33594)
Fred Herrmann (P49519)
Matthew L. Powell (P69186)
KERR, RUSSELL AND WEBER, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
(313) 961-0200
(313) 961-0388 (facsimile)
jswanson@kerr-russell.com
fherrmann@kerr-russell.com
mpowell@kerr-russell.com

*Attorneys for Defendants Fujikura Ltd. and
Fujikura Automotive America LLC*

4

O'MELVENY & MYERS LLP

By:    */s/Michael F. Tubach*  (w/consent)
Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Fax: (415) 984-8701
Mtubach@omm.com

Michael R. Turco (P48705)
BROOKS WILKINS SHARKEY & TURCO
PLLC
401 South Old Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1713
Fax: (248) 971-1801
turco@bwst-law.com

*Attorneys for Defendants Leoni Wiring Systems, Inc.  and Leonische Holding Inc.*

BUTZEL LONG

By:    */s/David F. DuMouchel*  (w/consent)
David F. DuMouchel (P25658)
George B. Donnini (P66793)
BUTZEL LONG
150 West Jefferson, Suite 100
Detroit, MI 48226
Telephone: (313)225-7000
dumouchd@butzel.com
donnini@butzel.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Telephone: (202)663-7820
TMiller@bakerandmiller.com

*Attorneys for Defendants Tokai Rika Co., Ltd. and  TRAM, Inc.*

PORTER WRIGHT MORRIS & ARTHUR LLP

By: */s/ Donald M. Barnes* (w/consent)
Donald M. Barnes
Jay L. Levine
John C. Monica
Molly S. Crabtree
Jason E. Starling
PORTER WRIGHT MORRIS & ARTHUR LLP
1919 Pennsylvania Ave., NW, Ste 500
Washington, DC 20006
Telephone: (202) 778-3054
Facsimile: (202) 778-3063
dbarnes@porterwright.com
jmonica@porterwright.com
mcrabtree@porterwright.com
jstarling@porterwright.com

*Attorneys for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*

JENNER & BLOCK LLP

By: /s/ Terrence J. Truax
Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

Gary K. August
Jamie J. Janisch
ZAUSMER, AUGUST & CALDWELL, P.C.
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334-2374
gaugust@zacfirm.com
jjanisch@zacfirm.com

*Attorneys for Mitsubishi Electric Corporation,*
*Mitsubishi Electric US Holdings, Inc., and*
*Mitsubishi Electric Automotive America, Inc.*


K&L GATES LLP

By:   <u>/s/  Michael E. Martinez</u>
      Steven M. Kowal
      Lauren N. Norris
      Lauren B. Salins
      K&L GATES LLP
      70 W. Madison St.
      Suite 3100
      Chicago, IL 60602
      Telephone: (312) 807-4404
      Fax: (312) 827-8116
      michael.martinez@klgates.com
      steven.kowal@klgates.com
      lauren.norris@klgates.com
      lauren.salins@klgates.com

      William P. Jansen (P36688)
      Michael G. Brady (P57331)
      Amanda Fielder (P70180)
      WARNER NORCROSS & JUDD LLP
      2000 Town Center, Suite 2700
      Southfield, MI 48075-1318
      Telephone: (248) 784-5000
      wjansen@wnj.com
      mbrady@wnj.com
      afielder@wnj.com

      *Attorneys for Defendants Chiyoda Manufacturing*
      *Corporation and Chiyoda USA Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2015, I caused the foregoing NOTICE OF OBJECTIONS TO END PAYOR PLAINTIFF AND AUTO DEALER PLAINTIFF DEPOSITION PROTOCOL ORDER to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/ Marguerite M. Sullivan*
    Marguerite M. Sullivan
    LATHAM & WATKINS LLP
    555 Eleventh Street NW, Suite 1000
    Washington, DC 20004
    +1.202.637.2200
    maggy.sullivan@lw.com