**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST | : | |
| LITIGATION | : | Master File No. 2:12-md-02311 |
| ———————————————— | : | |
| | : | HONORABLE MARIANNE O. BATTANI |
| PRODUCT(S): | : | |
| | : | MAGISTRATE MONA K. MAJZOUB |
| INSTRUMENT PANEL CLUSTERS | : | |
| ———————————————— | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| ALL DIRECT PURCHASER ACTIONS | : | 2:12-cv-00201-MOB-MKM |
| ALL DEALERSHIP ACTIONS | : | 2:12-cv-00202-MOB-MKM |
| ALL END-PAYOR ACTIONS | : | 2:12-cv-00203-MOB-MKM |
| ———————————————— | : | |

**NOTICE OF APPEARANCE OF ALEXANDER B. REICH AS COUNSEL FOR**
**DEFENDANT CONTINENTAL AUTOMOTIVE SYSTEMS, INC.**

Please take notice that Alexander B. Reich of Calfee, Halter & Griswold LLP, The Calfee

Building, 1405 East Sixth Street, Cleveland, Ohio 44114, hereby enters his appearance in Master

File No. 2:12-md-02311 on behalf of Defendant Continental Automotive Systems, Inc. ("CAS"),

only, by virtue of CAS's appearance in the captioned Actions.  The appearance shall not be

deemed to be a waiver of any rights or defenses that may be available to CAS under applicable

common law, statutes, or the Federal Rules of Civil Procedure.

Respectfully submitted,

July 24, 2015                              By:  /s/ Alexander B. Reich
                                          JOHN J. EKLUND (OH 0010895)
                                          MAURA L. HUGHES (OH 0061929)
                                          ALEXANDER B. REICH (OH 0084869)
                                          CALFEE, HALTER & GRISWOLD LLP
                                          The Calfee Building
                                          1405 East Sixth Street
                                          Cleveland, OH 44114-1607
                                          (216) 622-8200 (Phone)
                                          (216) 241-0816 (Fax)
                                          jeklund@calfee.com
                                          mhughes@calfee.com
                                          areich@calfee.com

                                                  -and-

                                          MAUREEN T. TAYLOR
                                          HERBERT C. DONOVAN
                                          BROOKS, WILKINS, SHARKEY & TURCO
                                          PLLC
                                          401 South Old Woodward, Suite 400
                                          Birmingham, MI 48009
                                          (248) 971-1800 (Phone)
                                          (248) 971-1801 (Fax)
                                          taylor@bwst-law.com
                                          donovan@bwst-law.com

                                          *Attorneys for Defendant Continental*
                                          *Automotive Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2015, I caused the foregoing *Notice of Appearance of Alexander B. Reich as Counsel for Defendant Continental Automotive Systems, Inc.* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record. Notice of this filing will be sent by First Class United States Mail, postage prepaid, to any party unable to accept electronic service as indicated on the Notice of Electronic Filing.

/s/ Alexander B. Reich
One of the Attorneys for Defendant
Continental Automotive Systems, Inc.