# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Heater Control Panels | 2:12-cv-00400 |
| In Re: Alternators | 2:13-cv-00700 |
| In Re: Windshield Wipers | 2:13-cv-00900 |
| In Re: Radiators | 2:13-cv-01000 |
| In Re: Starters | 2:13-cv-01100 |
| In Re: Ignition Coils | 2:13-cv-01400 |
| In Re: Motor Generators | 2:13-cv-01500 |
| In Re: HID Ballasts | 2:13-cv-01700 |
| In Re: Inverters | 2:13-cv-01800 |
| In Re: Fuel Injection Systems | 2:13-cv-02200 |
| In Re: Power Window Motors | 2:13-cv-02300 |
| In Re: Valve Timing Control Devices | 2:13-cv-02500 |
| In Re: Air Conditioning Systems | 2:13-cv-02700 |
| In Re: Windshield Washer Systems | 2:13-cv-02800 |

This Document Relates to:
All Actions

## DENSO DEFENDANTS' OPPOSITION TO CERTAIN PLAINTIFFS' MOTION FOR UNIFORM DEPOSITION PROTOCOL ORDER

For the reasons set forth in Instrument Panel Clusters and Fuel Senders Defendants' Opposition to Direct Purchaser Plaintiffs' and End-Payor Plaintiffs' Notice of Motion and Motion for Uniform Deposition Protocol Order, the following Defendants in the following Actions respectfully request that the Special Master deny Direct Purchaser Plaintiffs' and End-Payor Plaintiffs' Motion for Uniform Deposition Protocol Order:

1. <u>Heater Control Panels</u>, 2:12-cv-00400

   DENSO Corporation, DENSO International America, Inc.

2. <u>Alternators</u>, 2:13-cv-00700

   DENSO Corporation, DENSO International America, Inc., DENSO Products & Services Americas

3. <u>Windshield Wipers</u>, 2:13-cv-00900

   DENSO Corporation, DENSO International America, Inc., ASMO Co., Ltd., ASMO North America, LLC, ASMO Greenville of North Carolina, Inc.

4. <u>Radiators</u>, 2:13-cv-01000

   DENSO Corporation, DENSO International America, Inc.

5. <u>Starters</u>, 2:13-cv-01100

   DENSO Corporation, DENSO International America, Inc.

6. <u>Ignition Coils</u>, 2:13-cv-01400

   DENSO Corporation, DENSO International America, Inc., DENSO Products & Services Americas

7. <u>Motor Generators</u>, 2:13-cv-01500

   DENSO Corporation, DENSO International America, Inc.

8. <u>HID Ballasts</u>, 2:13-cv-01700

   DENSO Corporation, DENSO International America, Inc.

9. <u>Inverters</u>, 2:13-cv-01800

    DENSO Corporation, DENSO International America, Inc.

10. <u>Fuel Injection Systems</u>, 2:13-cv-02200

    DENSO Corporation, DENSO International America, Inc.

11. <u>Power Window Motors</u>, 2:13-cv-02300

    DENSO Corporation, DENSO International America, Inc.

12. <u>Valve Timing Control Devices</u>, 2:13-cv-02500

    DENSO Corporation, DENSO International America, Inc.

13. <u>Air Conditioning Systems</u>, 2:13-cv-02700

    DENSO Corporation, DENSO International America, Inc.

14. <u>Windshield Washer Systems</u>, 2:13-cv-02800

    DENSO Corporation, DENSO International America, Inc., ASMO Co., Ltd., ASMO North America, LLC, ASMO Manufacturing, Inc.

Dated: July 24, 2015                              Respectfully submitted,

                                                  */s/  Steven F. Cherry*
                                                  Steven F. Cherry
                                                  David P. Donovan
                                                  Patrick J. Carome
                                                  Brian C. Smith
                                                  Kurt G. Kastorf
                                                  **WILMER CUTLER PICKERING HALE AND DORR LLP**
                                                  1875 Pennsylvania Avenue, NW
                                                  Washington, DC 20006
                                                  Telephone: (202) 663-6000
                                                  Facsimile: (202) 663-6363
                                                  steven.cherry@wilmerhale.com
                                                  david.donovan@wilmerhale.com
                                                  patrick.carome@wilmerhale.com
                                                  brian.smith@wilmerhale.com
                                                  kurt.kastorf@wilmerhale.com

                                                  *Counsel for Defendants DENSO Corporation, DENSO International America, Inc., DENSO Products & Services Americas, ASMO Co., Ltd., ASMO North America, LLC, ASMO Greenville of North Carolina, Inc., and ASMO Manufacturing, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2015, I caused the foregoing DENSO Defendants' Opposition to Certain Plaintiffs' Motion for Uniform Deposition Protocol Order to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

By: /s/ *Steven F. Cherry*
Steven F. Cherry
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
steven.cherry@wilmerhale.com