# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| In re: WIRE HARNESS CASES | |
| THIS DOCUMENT RELATES TO:<br>Public Entities | 2:14-cv-00106 MOB-MKM |

## NOTICE OF CHANGE OF ADDRESS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that effective July 31, 2015, the new address for Green & Noblin, P.C. is as follows:

Green & Noblin, P.C.
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA  94939

The Firm's telephone and facsimile numbers have not changed.

DATED:  July 31, 2015        **GREEN & NOBLIN, P.C.**


By:   /s/ Robert S. Green
        Robert S. Green (SBN 136183)

        2200 Larkspur Landing Circle, Suite 101
        Larkspur, CA  94939
        Telephone: (415) 477-6700
        Facsimile: (415) 477-6710
        Email: gnecf@classcounsel.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2015, I caused the foregoing NOTICE OF CHANGE OF ADDRESS to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Robert S. Green*
Robert S. Green
