# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master Case No. 2:12-md-02311 |
| | HONORABLE MARIANNE O. BATTANI |
| PRODUCT(S): | |
| | MAGISTRATE MONA K. MAJZOUB |
| INSTRUMENT PANEL CLUSTERS | |
| | |
| THIS DOCUMENT RELATES TO: | |
| | |
| ALL DIRECT PURCHASER ACTIONS | 2:12-cv-00201-MOB-MKM |
| ALL DEALERSHIP ACTIONS | 2:12-cv-00202-MOB-MKM |
| ALL END-PAYOR ACTIONS | 2:12-cv-00203-MOB-MKM |

## NOTICE OF APPEARANCE OF MAURA L. HUGHES AS COUNSEL FOR DEFENDANTS CONTINENTAL AUTOMOTIVE SYSTEMS, INC., CONTINENTAL AUTOMOTIVE KOREA LTD. AND CONTINENTAL AUTOMOTIVE ELECTRONICS LLC

Please take notice that Maura L. Hughes of Calfee, Halter & Griswold LLP, The Calfee Building, 1405 East Sixth Street, Cleveland, Ohio 44114, hereby enters her appearance in Master Case No. 2:12-cv-02311 on behalf of the following defendants by virtue of their appearance in the following Actions:

Continental Automotive Systems, Inc., Case Nos. 2:12-cv-00201-MOB-MKM, 2:12-cv-00202-MOB-MKM and 2:12-cv-00203-MOB-MKM

Continental Automotive Korea Ltd., Case No. 2:12-cv-00201-MOB-MKM

Continental Automotive Electronics LLC, Case No. 2:12-cv-00203-MOB-MKM

The appearance shall not be deemed to be a waiver of any rights or defenses that may be available to the above defendants under applicable common law, statutes, or the Federal Rules of Civil Procedure.

                                                   Respectfully submitted,

August 18, 2015                 By:  /s/ Maura L. Hughes
                                                 JOHN J. EKLUND (OH 0010895)
                                                 MAURA L. HUGHES (OH 0061929)
                                                 RONALD M. McMILLAN (OH 0072437)
                                                 ALEXANDER B. REICH (OH 0084869)
                                                 CALFEE, HALTER & GRISWOLD LLP
                                                 The Calfee Building
                                                 1405 East Sixth Street
                                                 Cleveland, OH 44114-1607
                                                 (216) 622-8200 (Phone)
                                                 (216) 241-0816 (Fax)
                                                 jeklund@calfee.com
                                                 mhughes@calfee.com
                                                 rmcmillan@calfee.com
                                                 areich@calfee.com

                                                      -and-

                                                 MAUREEN T. TAYLOR
                                                 HERBERT C. DONOVAN
                                                 BROOKS, WILKINS, SHARKEY & TURCO PLLC
                                                 401 South Old Woodward, Suite 400
                                                 Birmingham, MI 48009
                                                 (248) 971-1800 (Phone)
                                                 (248) 971-1801 (Fax)
                                                 taylor@bwst-law.com
                                                 donovan@bwst-law.com

                                                 *Attorneys for Defendants Continental Automotive Systems, Inc., Continental Automotive Korea Ltd. and Continental Automotive Electronics LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2015, I caused the foregoing *Notice of Appearance of Maura L. Hughes as Counsel for Defendants Continental Automotive Systems, Inc., Continental Automotive Korea Ltd. and Continental Automotive Electronics LLC* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  Notice of this filing will be sent by First Class United States Mail, postage prepaid, to any party unable to accept electronic service as indicated on the Notice of Electronic Filing.

          /s/ Maura L. Hughes
          One of the Attorneys for Defendants
          Continental Automotive Systems, Inc.,
          Continental Automotive Korea Ltd. and
          Continental Automotive Electronics LLC