**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION                              MASTER FILE NO. 12-md-02311

                                                  HON. MARIANNE O. BATTANI

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

**NOTICE OF SEPTEMBER 9, 2015 STATUS**
**CONFERENCE AND REQUEST FOR AGENDA ITEMS**

A status conference for all Lead cases in MDL No. 12-02311 is scheduled for **10:00 a.m., September 9, 2015,** in Room 272. All Interim Liaison Counsel and at least one representative from each of the Interim Lead Counsel groups must be present as well as counsel for Ford Motor Company, State of Florida, and State of Indiana. Each Defendant should be represented.

Counsel should confer and submit to the Court discussion items to be incorporated into an Agenda for this status conference. In addition, Counsel must specify which motions, if any, they would like to argue following the status conference. Counsel must submit proposed Agenda items via email to Case Manager, Ka Myra Doaks, at efile_battani@mied.uscourts.gov, by **5:00 p.m., August 26, 2015**. The Court will finalize the Agenda and file it electronically by September 2, 2015.

                                        s/Marianne O. Battani
                                        MARIANNE O. BATTANI
                                        UNITED STATES DISTRICT JUDGE

DATE:   August 19, 2015

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 19, 2015.

<u>s/Kim Grimes,</u>
Case Manager Supervisor Acting in the Absence of Case Manager Kay Doaks