UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master Case No. 2:12-md-02311<br><br>HONORABLE MARIANNE O. BATTANI |
| PRODUCT(S):<br><br>INSTRUMENT PANEL CLUSTERS | MAGISTRATE MONA K. MAJZOUB |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS<br>ALL DEALERSHIP ACTIONS<br>ALL END-PAYOR ACTIONS | 2:12-cv-00201-MOB-MKM<br>2:12-cv-00202-MOB-MKM<br>2:12-cv-00203-MOB-MKM |

## NOTICE OF APPEARANCE BY HERBERT C. DONOVAN

Please take notice that Herbert C. Donovan hereby enters his appearance in Master Case No. 2:12-cv-02311 on behalf of the following defendants by virtue of their appearance in the following Actions:

Continental Automotive Systems, Inc.
Case Nos. 2:12-cv-00201-MOB-MKM and 2:12-cv-00203-MOB-MKM

Continental Automotive Korea Ltd.
Case No. 2:12-cv-00201-MOB-MKM

The appearance shall not be deemed to be a waiver of any rights or defenses that may be available to the above defendants under applicable common law, statutes, or the Federal Rules of Civil Procedure.

Dated:  August 20, 2015

Respectfully submitted,

Brooks Wilkins Sharkey & Turco PLLC

By: /s/ Herbert C. Donovan
    Herbert C. Donovan (P51939)
    Brooks Wilkins Sharkey & Turco PLLC
    401 South Old Woodward, Suite 400
    Birmingham, MI  48009
    Tel: (248) 971-1720
    Fax: (248) 971-1801
    Email: donovan@bwst-law.com
    *Attorneys for Defendants Continental*
    *Automotive Systems, Inc. and*
    *Continental Automotive Korea, Ltd.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2015, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY HERBERT C. DONOVAN to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

      /s/ Herbert C. Donovan
Herbert C. Donovan (P51939)
401 South Old Woodward, Suite 400
Birmingham, MI  48009
Tel: (248) 971-1720
Fax: (248) 971-1801
Email: donovan@bwst-law.com
*Attorneys for Defendants Continental Automotive Systems, Inc. and Continental Automotive Korea, Ltd.*