**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION

12-md-02311
Honorable Marianne O. Battani

_____

ALL PARTS

_____

THIS RELATES TO: ALL CASES

_____

### ORDER

This matter came before the Court on Defendants' Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc. and Mitsubishi Electric Automotive America, Inc. (the "Mitsubishi Electric Defendants") Motion for Relief from Obligation to Specify Local Counsel, pursuant to Local Rule 83.20. Upon due consideration of the motion and all responses thereto, the Court orders that the Mitsubishi Electric Defendants may designate New York attorney David Wawro of Torys LLP as their special counsel of record without specifying additional local counsel.

Accordingly, Defendants' motion is GRANTED.

SO ORDERED

Date: August 24, 2015

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge