# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Brandon W. Halter of Gibson, Dunn & Crutcher LLP hereby enters his appearance as counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation.  Appearing counsel requests that all papers in this action be served upon the undersigned at the address below.

Dated: August 27, 2015  Respectfully submitted,

/s/ Brandon W. Halter
Brandon W. Halter
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94709
Telephone: (415) 393-8230
Facsimile: (415) 374-8471
BHalter@gibsondunn.com
SBN 194130

*Counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2015, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all CM/ECF registrants by operation of the Court's electronic filing systems.

          /s/ Brandon W. Halter
Brandon W. Halter
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393-8230
BHalter@gibsondunn.com
SBN 194130