UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-md-02311 |
| THIS DOCUMENT RELATES TO: | HON. MARIANNE O. BATTANI |
| ALL ACTIONS | |

## AGENDA FOR SEPTEMBER 9, 2015 STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the status conference:

**I.     ALL ACTIONS IN MDL 2311**

    A.    Status of Settlements (*See also* Status Report, § I).

    B.    Depositions of Incarcerated Non-US Citizens.

    C.    Appearances and Notifications

**II.    PENDING MATTERS REFERRED TO MASTER**

*See* Status Report § V.

**III.   DATE FOR NEXT STATUS CONFERENCE**

    A.    The next Status Conference is scheduled for January 20, 2016, at 10:00 a.m.

    B.    Scheduling of subsequent Status Conference.

**IV.    OTHER MATTERS**

Any party interested in any part should appear.

## V. MOTION HEARINGS

### A. MASTER CASE (2:12-md-02311)

1. Wire Harness Defendants' Objections to, and Motion to Modify Master Esshaki's June 18, 2015 Order *(regarding Auto Dealer and End-Payor Plaintiffs' depositions in All Parts).*

2. Certain Defendants' Objections to, and Motion to Modify, Master Esshaki's June 18, 2015 Order *(regarding Auto Dealer and End-Payor Plaintiffs' depositions in All Parts).*

### B. BEARINGS (2:12-cv-00500)

1. Defendants' Motion for Entry of a Scheduling Order filed July 6, 2015 *(Bearings).*

2. Notice of Interest by the Instrument Panel Clusters, Fuel Senders, Heater Control Panels, and Occupant Safety Systems Defendants in the Resolution of the Scheduling Order Dispute in the Bearings Cases.

### C. ANTI-VIBRATIONAL RUBBER PARTS (2:13-cv-00800)

1. Defendants' Motion for Entry of a Scheduling Order filed June 26, 2015.

2. Notice of Interest by the Instrument Panel Clusters, Fuel Senders, Heater Control Panels, and Occupant Safety Systems Defendants in the Resolution of the Scheduling Order Dispute in the Anti-Vibrational Rubber Parts Cases.

### D. FUEL INJECTION SYSTEMS (2:13-cv-02200)

>Keihin Corporation's Motion to Dismiss the End-Payors' Corrected Consolidated Amended Class Action Complaint filed July 29, 2015.

E. **WIRE HARNESS (2:13-cv-00100)**

1. End-Payor Plaintiffs' Motion for Preliminary Approval of Proposed Settlement with Fujikura and Provisional Certification of Settlement Classes. (Doc. No. 332 in 103).

2. Auto Dealer Plaintiffs' Motion for Preliminary Approval of Settlement with Fujikura (Doc. No. 336 in 13-302).

F. **RADIATORS (2:13-cv-01000)**

1. End-Payor Plaintiffs' Motion for Preliminary Approval of Proposed Settlement with T.RAD and Provisional Certification of Settlement Classes.

2. Auto Dealer Plaintiffs' Motion for Preliminary Approval of Settlement with T.RAD. (Doc. No. 81 in 13-1002).

G. **AUTOMATIC TRANSMISSION FLUID WARMERS (2:13-cv-02400)**

1. End-Payor Plaintiffs' Motion for Preliminary Approval of Proposed Settlement with T.RAD and Provisional Certification of Settlement Classes.

2. Auto Dealer Plaintiffs' Motion for Preliminary Approval of Settlement with T.RAD. (Doc. No. 13 in 13-2402).

Date: September 1, 2015            /s/ Marianne O. Battani
                         MARIANNE O. BATTANI
                          UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

<u>s/KaMyra Doaks</u>
Case Manager