UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-md-02311 |
| THIS DOCUMENT RELATES TO: | HON. MARIANNE O. BATTANI |
| Anti-Vibrational Rubber Parts:<br>    Dealership Actions<br>    End-Payor Actions | 13-cv-800<br>13-cv-802<br>13-cv-803 |

**ORDER GRANTING ANTI-VIBRATIONAL RUBBER PARTS DEFENDANTS'
MOTION FOR ENTRY OF A SCHEDULING ORDER**

Before the Court is Anti-Vibrational Rubber Parts Defendants' Motion for Entry of a Scheduling Order (Doc. No. 1015 in 12-2311). The Court heard oral argument on September 9, 2015, and for the reasons stated on the record, the motion is **GRANTED** as to Defendants' request to proceed with class certification briefing. Because the Court rejected the dates proposed by the parties, it will issue a scheduling order consistent with the dates announced at the hearing.

IT IS SO ORDERED.

Date: September 15, 2015

/s/ Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

<u>s/KaMyra Doaks</u>

Case Manager