# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: ALL AUTO PARTS CASES | |
| THIS RELATES TO:<br><br>All Dealership Actions | |

# DEFENDANTS' OPPOSITION TO
# AUTO DEALER PLAINTIFF BECK MOTORS INC.'S MOTION TO BE
# DROPPED AS A NAMED PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE

i

**CONCISE STATEMENT OF THE ISSUES PRESENTED**

1. Whether, contrary to the Special Master's August 3 Ruling, Auto Dealer Plaintiff Beck Motors Inc. ("Beck") should be permitted to withdraw without complying with this Court's Orders of January 7, 2015 and May 12, 2015?

**Answer:** No.

## STATEMENT OF CONTROLLING OR MOST APPROPRIATE AUTHORITIES

**Cases**

*In re Vitamins Antitrust Litigation*, 198 F.R.D. 296 (D.D.C. 2000).

*In re Wellbutrin XL Antitrust Litigation*, 268 F.R.D. 539 (E.D. Pa. 2010).

**Rulings**

Amended Ruling of Special Master on Defendants' Motion To Enforce the January 7 and May 12, 2015 Stipulated Discovery Orders Against Holzhauer Auto & Truck Sales, Inc. and To Strike its Purported Notice of Withdrawal (12-cv-00102, ECF No. 332) (August 3, 2015).

# **TABLE OF CONTENTS**

**Page**

CONCISE STATEMENT OF THE ISSUES PRESENTED……………………………………….i

STATEMENT OF CONTROLLING OR MOST APPROPRIATE AUTHORITIES...…………..ii

ARGUMENT………………………………………………………………………………….....1

CONCLUSION……………………………………………………………………………………2

**ARGUMENT**

Beck Motors, Inc. ("Beck") has identified nothing in its motion to distinguish its request from the prior motion by Plaintiff Holzhauer Auto Truck and Sales Inc ("Holzhauer"). Like Holzhauer, Beck has been a named plaintiff for more than three years. Like Holzhauer, Beck has produced nothing in response to the Court's Stipulated Orders of January 7 and May 12, 2015. Under identical circumstances, the Special Master granted Defendants' motion to require that Holzhauer must comply with its discovery obligations under the January 7 and May 12 Orders notwithstanding any motion to withdraw. *See* Amended Ruling of Special Master on Defs.' Mot. To Enforce the Jan. 7 and May 12, 2015 Stip. Disc. Orders Against Holzhauer Auto & Truck Sales, Inc. and to Strike Its Purported Notice of Withdrawal at 3 (12-cv-00102, ECF No. 332) ("Amended Ruling"). The same outcome should be obtained here.

Beck's arguments are identical to arguments Holzhauer made in attempting to avoid its discovery obligations,[1] all of which the Special Master rejected in the Amended Ruling. Beck cites to the same cases as Holzhauer and in some places even uses the exact same language from Holzhauer's brief. Like Holzhauer, Beck has not provided any suggestion of why it seeks to withdraw (other than to avoid its discovery obligations), nor provided any excuse for why it has failed to date to comply with its discovery obligations. In short, Beck has articulated nothing to distinguish its request from Holzhauer's, and has given the Special Master no reason why the outcome here should not be same as it was with respect to Holzhauer.

Beck's limited production of documents back in 2014 does not distinguish it from Holzhauer with respect to noncompliance with the January 7 and May 12 Orders. Beck Mem. at 2.

---

[1] *Compare* Beck Mem. at 2-4, *with* Automobile Dealer Plaintiff Holzhauer Auto and Truck Sales Inc,'s Opp. To Defs.' Mot. to Enforce the Jan. 7 and May 12, 2015 Stipulated Disc. Orders Against Holzhauer Auto & Truck Sales, Inc. and to Strike Its Purported Notice of Withdrawal at 5–6 (12-cv-00102, ECF No. 323).

1

These documents are primarily vehicle invoices identifying the manufacturer, quantity, model, and model year for vehicles it acquired. Beck has produced nothing related to its *sales* of these vehicles, and these invoices cannot substitute for the data and other documents Beck stipulated, and was ordered, to produce pursuant to the January 7 and May 12 Orders. Indeed, Auto Dealers themselves argued, with respect to their own subpoena to OEMs, that invoices were no substitute for "data that can be easily processed and analyzed by an expert." *See* Auto Dealership Pltfs.' Opp. to Direct Purchaser Pltfs.' Motion to Limit Uniform Subpoena to OEMs at 2 (12-cv-02311, ECF No. 980).

The Special Master also should not entertain Beck's attempts to re-litigate the need, relevance, and burden of Beck's production of data and documents. Beck Mem. at 4. These issues have been previously raised, briefed, and resolved by Beck' agreement to produce these data and documents under the January 7 and May 12 Orders. Likewise, they are the same arguments that Holzhauer made in its opposition to Defendants' Motion to Compel Holzhauer to comply with the January 7 and May 12 Orders, notwithstanding any motion to withdraw. The Court ruled that Holzhauer is required to comply with those orders, and Beck should be as well.[2]

## CONCLUSION

For the foregoing reasons, the Special Master should deny Beck's Motion to Withdraw to the extent that Beck seeks to withdraw without complying with its existing discovery obligations.

---

[2] In further response to Beck's motion, Defendants incorporate the arguments they made in their briefs pertaining to Holzhauer. *See* Defs.' Mot. To Enforce the Jan. 7 and May 12, 2015 Stip. Disc. Orders Against Holzhauer Auto & Truck Sales, Inc. and to Strike Its Purported Notice of Withdrawal (12-cv-00102, ECF No. 316); Defs.' Reply. in Supp. of Defs.' Mot. To Enforce the Jan. 7 and May 12, 2015 Stip. Disc. Orders Against Holzhauer Auto & Truck Sales, Inc. and to Strike Its Purported Notice of Withdrawal (12-cv-00102, ECF No. 329); Defs.' Opp to Plaintiff Holzhauer Auto and Truck Sales, Inc.'s Motion to Be Dropped As a Named Plaintiff and Proposed Class Representative (12-cv-00102; ECF No. 358).

Defendants do not object to Beck's withdrawal as long as Beck complies with its obligations under the January 7 and May 12 Stipulated Discovery Orders.

                                Respectfully submitted,

                                WILMER CUTLER PICKERING HALE AND DORR LLP

September 16, 2015            By:    */s/ Steven F. Cherry*
                                Steven F. Cherry
                                David P. Donovan
                                Patrick J. Carome
                                WILMER CUTLER PICKERING HALE AND DORR LLP
                                1875 Pennsylvania Avenue, NW
                                Washington, D.C. 20006
                                Tel.: (202) 663-6000
                                Fax: (202) 663-6363
                                steven.cherry@wilmerhale.com
                                david.donovan@wilmerhale.com
                                patrick.carome@wilmerhale.com

*Attorneys for Defendants DENSO Corporation and DENSO International America, Inc.*

Steven M. Zarowny (P33362)
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Tel.: (248) 372-8252
Fax: (248) 213-2551
steve_zarowny@denso-diam.com

*Attorney for Defendant DENSO International America, Inc.*

K&L GATES LLP

September 16, 2015            By:   /s/ *Michael E. Martinez* (w/consent)
Steven M. Kowal
Lauren N. Norris
Lauren B. Salins
K&L GATES LLP
70 W. Madison St.
Suite 3100
Chicago, IL 60602
Telephone: (312) 807-4404
Fax: (312) 827-8116

3

      michael.martinez@klgates.com
      steven.kowal@klgates.com
      lauren.norris@klgates.com
      lauren.salins@klgates.com

      William P. Jansen (P36688)
      Michael G. Brady (P57331)
      Amanda Fielder (P70180)
      WARNER NORCROSS & JUDD LLP
      2000 Town Center, Suite 2700
      Southfield, MI 48075-1318
      Telephone: (248) 784-5000
      wjansen@wnj.com
      mbrady@wnj.com
      afielder@wnj.com

*Attorneys for Defendants Chiyoda Manufacturing Corporation and Chiyoda USA Corporation*

  LANE POWELL PC

September 16, 2015      By:  */s/ Larry S. Gangnes* (w/consent)
  Larry S. Gangnes
  LANE POWELL PC
  U.S. Bank Centre
  1420 Fifth Ave., Suite 4200
  P.O. Box 91302
  Seattle, WA 98111-9402
  Tel.: (206) 223-7000
  Fax: (206) 223-7107
  gangnesl@lanepowell.com

  Craig D. Bachman
  Kenneth R. Davis II
  Darin M. Sands
  Masayuki Yamaguchi
  Peter D. Hawkes
  LANE POWELL PC
  MODA Tower
  601 SW Second Ave., Suite 2100
  Portland, OR 97204-3158
  Tel.: (503) 778-2100
  Fax: (503) 778-2200
  bachmanc@lanepowell.com
  davisk@lanepowell.com
  sandsd@lanepowell.com
  yamaguchim@lanepowell.com
  hawkesp@lanepowell.com

  Richard D. Bisio (P30246)
  Ronald S. Nixon (P57117)

|  |  |  |
|---|---|---|
|  |  | KEMP KLEIN LAW FIRM<br>201 W. Big Beaver, Suite 600<br>Troy, MI 48084<br>Tel.: (248) 528-1111<br>Fax: (248) 528-5129<br>richard.bisio@kkue.com<br>ron.nixon@kkue.com<br><br>*Attorneys for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.*<br><br>PORTER WRIGHT MORRIS & ARTHUR LLP |
| September 16, 2015 | By: | */s/ Donald M. Barnes* (w/consent)<br>Donald M. Barnes<br>Jay L. Levine<br>John C. Monica<br>Molly S. Crabtree<br>PORTER WRIGHT MORRIS & ARTHUR LLP<br>1919 Pennsylvania Ave., NW, Ste. 500<br>Washington, DC 20006<br>Tel.: (202) 778-3054<br>Fax: (202) 778-3063<br>dbarnes@porterwright.com<br>jlevine@porterwright.com<br>jmonica@porterwright.com<br>mcrabtree@porterwright.com<br><br>*Attorneys for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*<br><br>O'MELVENY & MYERS LLP |
| September 16, 2015 | By: | */s/ Michael F. Tubach* (w/consent)<br>Michael Tubach<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Tel.: (415) 984-8700<br>Fax: (415) 984-8701<br>Mtubach@omm.com<br><br>Michael R. Turco (P48705)<br>BROOKS WILKINS SHARKEY & TURCO PLLC<br>401 South Old Woodward, Suite 400<br>Birmingham, MI 48009<br>Tek.: (248) 971-1713<br>Fax: (248) 971-1801<br>turco@bwst-law.com |

5

*Attorneys for Defendants Leoni Wiring Systems, Inc. and Leonische Holding, Inc.*

JENNER & BLOCK LLP

September 16, 2015 By: /s/ *Terrence J. Truax* (with consent)
Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
ttruza@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
defenske@jenner.com

Gary K. August
Jamie J. Janisch
ZAUSMER, AUGUST & CALDWELL, P.C.
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334-2374
gaugust@zacfirm.com
jjasnisch@zacfirm.com

*Counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

BUTZEL LONG

September 16, 2015 By: */s/ David F. DuMouchel* (w/consent)
David F. DuMouchel (P25658)
George B. Donnini (P66793)
BUTZEL LONG
150 West Jefferson, Suite 100
Detroit, MI 48226
Tel.: (313) 225-7000
Fax: (313) 225-7080
dumouchd@butzel.com
donnini@butzel.com
W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037

6

        Tel.: (202) 663-7820
        Fax: (202) 663-7849
        TMiller@bakerandmiller.com

*Attorneys for Defendants Tokai Rika Co., Ltd. and TRAM, Inc. d/b/a Tokai Rika U.S.A. Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2015, I caused the foregoing **DEFENDANTS' OPPOSITION TO AUTO DEALER PLAINTIFF BECK MOTORS INC.'S MOTION TO BE DROPPED AS A NAMED PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Steven F. Cherry
Steven F. Cherry
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com

*Counsel for DENSO Corporation and DENSO International America, Inc.*

1