# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS**<br>**ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |

**ALL PARTS**

**THIS RELATES TO: ALL CASES**

## <u>ORDER GRANTING ATTORNEY WITHDRAWAL</u>

Notice has been filed regarding the withdrawal of Leslie A. Wulff of Gibson, Dunn & Crutcher LLP as counsel for defendants Mitsuba Corporation and American Mitsuba Corporation.  Other attorneys of the same firm have appeared as local counsel on behalf of these defendants and their representation continues.

IT IS ORDERED that

Ms. Wulff shall be removed as attorney of record in the following cases:

### <u>On Behalf of Mitsuba Corporation</u>

2:13-cv-00900-MOB-MKM

2:13-cv-00903-MOB-MKM

2:13-cv-01100-MOB-MKM

2:13-cv-01103-MOB-MKM

2:13-cv-01200-MOB-MKM

2:13-cv-01203-MOB-MKM

**On Behalf of Mitsuba Corporation and American Mitsuba Corporation**

2:12-md-02311-MOB-MKM

2:13-cv-00902-MOB-MKM

2:13-cv-01000-MOB-MKM

2:13-cv-01002-MOB-MKM

2:13-cv-01003-MOB-MKM

2:13-cv-01101-MOB-MKM

2:13-cv-01300-MOB-MKM

2:13-cv-01302-MOB-MKM

2:13-cv-01303-MOB-MKM

2:13-cv-01900-MOB-MKM

2:13-cv-01902-MOB-MKM

2:13-cv-01903-MOB-MKM

2:13-cv-02100-MOB-MKM

2:13-cv-02102-MOB-MKM

2:13-cv-02103-MOB-MKM

2:13-cv-02200-MOB-MKM

2:13-cv-02202-MOB-MKM

2:13-cv-02203-MOB-MKM

2:13-cv-02300-MOB-MKM

2:13-cv-02302-MOB-MKM

2:13-cv-02800-MOB-MKM

2:13-cv-02801-MOB-MKM

2:13-cv-02802-MOB-MKM

2:13-cv-14212-MOB-MKM

2:13-cv-14550-MOB-MKM

2:14-cv-10674-MOB-MKM


Date:  September 30, 2015                        s/Marianne O. Battani
                                                 MARIANNE O. BATTANI
                                                 United States District Judge