# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE OF SARA J. PAYNE

PLEASE TAKE NOTICE that Sara J. Payne of Gustafson Gluek PLLC hereby enters an appearance on behalf of End-Payor Plaintiffs in the above-captioned case.

Dated: October 16, 2015

Respectfully submitted,

/s/ Sara J. Payne
Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: spayne@gustafsongluek.com

39795

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2015, I filed Notice of Appearance via CM/ECF system, which will provide notice to all counsel of record.

/s/ Sara J. Payne
Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: spayne@gustafsongluek.com

39795