UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE AUTOMOTIVE PARTS ANTITRUST
LITIGATION

Master File No. 12-md-02311
Honorable Marianne O. Battani

In re: BEARINGS CASES

This Relates to: 12-md-02311

## APPEARANCE

TO:   Clerk of the Court

PLEASE ENTER OUR APPEARANCE on behalf of Defendant, Schaeffler Group USA Inc., in the above entitled United States District Court matter.

CONLIN, McKENNEY & PHILBRICK, P.C.
Attorneys for Defendant, Schaeffler Group USA, Inc.

Dated: October 30, 2015

By: /s/ Neil J. Juliar (P15625)
350 S. Main Street, Suite 400
Ann Arbor, MI 48104-2131
(734) 761-9000
Juliar@cmplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

CONLIN, McKENNEY & PHILBRICK, P.C.
Attorneys for Defendant, Schaeffler Group USA, Inc.

By: /s/ Neil J. Juliar (P15625)
350 S. Main Street, Ste. 400
Ann Arbor, MI 48104
(734) 761-9000