# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311 Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE

TO:    THE CLERK OF THE COURT

PLEASE enter the appearance of Bradley Justus of the law firm of Cleary Gottlieb Steen & Hamilton LLP as counsel on behalf of Defendant Aisin Automotive Casting, LLC, in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated: November 9, 2015                    Respectfully submitted,


CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:    /s/ Bradley Justus
       Bradley Justus
       2000 Pennsylvania Avenue, NW
       Washington, DC  20006
       Phone: (202) 974-1500
       Facsimile: (202) 974-1999
       Attorney Bar No. DC 1007988
       Email: bjustus@cgsh.com

       *Attorney for Aisin Automotive Casting, LLC*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## CERTIFICATE OF SERVICE

I, Bradley Justus, hereby certify that on November 9, 2015, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the court's CM/ECF system which will send notification of such filing to all counsel of record.

Dated: November 9, 2015

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:      /s/ Bradley Justus
Bradley Justus
2000 Pennsylvania Avenue, NW
Washington, DC  20006
Phone: (202) 974-1500
Facsimile: (202) 974-1999
Attorney Bar No. DC 1007988
Email: bjustus@cgsh.com

*Attorney for Aisin Automotive Casting, LLC*