# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: ALL AUTO PARTS CASES | |
| THIS RELATES TO: All Dealership Actions | |

## DEFENDANTS' OPPOSITION TO
## AUTOMOBILE DEALER PLAINTIFF SLT GROUP II, INC.'S MOTION TO BE
## <u>DROPPED AS A NAMED PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE</u>

## STATEMENT OF THE ISSUES PRESENTED

1.  Whether Automobile Dealer Plaintiff SLT Group II, Inc. should be permitted to withdraw as a named plaintiff and putative class representative without complying with this Court's Orders of January 7, 2015 and May 12, 2015?

**Answer:** No.

## STATEMENT OF CONTROLLING OR MOST APPROPRIATE AUTHORITIES

**Cases**

*In re Vitamins Antitrust Litig.*, 198 F.R.D. 296 (D.D.C. 2000).

*In re Wellbutrin XL Antitrust Litig.*, 268 F.R.D. 539 (E.D. Pa. 2010).

**Rulings**

Am. Ruling of Special Master on Defs.' Mot. To Enforce the Jan. 7 & May 12, 2015 Stipulated Discovery Orders Against Holzhauer Auto & Truck Sales, Inc. & To Strike its Purported Notice of Withdrawal (Aug. 3, 2015) (12-cv-00102, ECF No. 332).

Order Granting Automobile Dealer Pl. Holzhauer Auto & Truck Sales, Inc.'s Rule 21 Mot. To Be Dropped as a Named Pl. & Proposed Class Representative (Sept. 29, 2015) (12-md-02311, ECF No. 1113

**ARGUMENT**

SLT Group II, Inc. ("SLT") has identified nothing in its motion to distinguish its request from the motion filed by Plaintiff Beck Motors, Inc. ("Beck") seeking precisely the same relief, which currently is under consideration by the Special Master. *See* Automobile Dealer Pl. Beck Motors Inc.'s Mot. To Be Dropped as a Named Pl. & Proposed Class Representative ("Beck Motion") (12-md-02311, ECF No. 1094). Indeed, the substantive arguments included in SLT's brief are copied nearly verbatim from the Beck Motion. *Compare* Mot. at 2–8, *with* Beck Motion at 1–8. Defendants see no reason why the Special Master's disposition of both motions should not be the same. As such, Defendants hereby incorporate by reference the arguments set forth in Defendants' Opposition to the Beck Motion (12-md-02311, ECF No. 1101), which are equally applicable here.

There is a wealth of precedent for requiring withdrawing plaintiffs to comply with their discovery obligations, *see, e.g.*, *In re Wellbutrin XL Antitrust Litig.*, 268 F.R.D. 539, 543–44 (E.D. Pa. 2010); *In re Vitamins Antitrust Litig.*, 198 F.R.D. 296, 303–06 (D.D.C. 2000), and this Court has already aligned itself with that precedent in its decisions concerning former plaintiff Holzhauer Auto & Truck Sales, Inc., *see* Am. Ruling of Special Master on Defs.' Mot. To Enforce the Jan. 7 & May 12, 2015 Stipulated Disc. Orders Against Holzhauer Auto & Truck Sales, Inc. & To Strike Its Purported Notice of Withdrawal at 2–3 (Aug. 3, 2015) (12-cv-00102, ECF No. 332); Order Granting Automobile Dealer Pl. Holzhauer Auto & Truck Sales, Inc.'s Rule 21 Mot. To Be Dropped as a Named Pl. & Proposed Class Representative at 2–4 (Sept. 29, 2015) (12-md-02311, ECF No. 1113) (conditioning withdrawal on compliance with discovery obligations under the January 7 and May 12, 2015 Orders).

As evidenced by the authorities that SLT itself cites, in those cases in which courts have allowed plaintiffs to withdraw without complying with discovery obligations, plaintiffs have generally provided an explanation of the circumstances that justified their withdrawal and why compliance with outstanding discovery would be unfairly burdensome.  In *In re Urethane Antitrust Litigation*, No. 04-MD-1616 (JWL), 2006 WL 8096533, at *1–3 (D. Kan. June 9, 2006), the movants were struggling with significant financial difficulties, and in *Doe v. Arizona Hospital & Healthcare Association*, No. CV 07-1292 (PHX), 2009 WL 1423378, at *13–14 (D. Ariz. Mar. 19, 2009), they were dealing with a significant family medical issue that limited their ability to continue as named plaintiffs.  Here, SLT has provided no explanation *at all* for why it is seeking to withdraw.

The only case SLT cites for the proposition that a plaintiff may withdraw without complying with discovery obligations and without good cause is a twenty-eight-year-old, six-paragraph-long, unpublished decision of a magistrate judge in the Northern District of Illinois. *See Org. of Minority Vendors, Inc. v. Ill. Central-Gulf R.R.*, No. 79 C 1512, 1987 WL 8997, at *1 (N.D. Ill. Apr. 2, 1987).  This case should be afforded no precedential weight.  Indeed, the magistrate judge in that case noted that "[n]either side ha[d] suggested precedent or policy reasons to guide [its] determination."  *Id.*

For the foregoing reasons and the reasons set forth in Defendants' Opposition to Beck's Motion to Withdraw (12-md-02311, ECF No. 1101), the Special Master should deny SLT's Motion to Withdraw to the extent SLT seeks to do so without complying with its existing discovery obligations under the Stipulated Orders of January 7 and May 12, 2015 (12-cv-00102, ECF Nos. 252, 310).

Respectfully submitted,

WILMER CUTLER PICKERING
  HALE AND DORR LLP

November 9, 2015                    By:    */s/ Steven F. Cherry* _____
                                          Steven F. Cherry
                                          David P. Donovan
                                          Patrick J. Carome
                                          Brian C. Smith
                                          Dyanne Griffith
                                          WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                          1875 Pennsylvania Avenue, NW
                                          Washington, D.C. 20006
                                          Tel.: (202) 663-6000
                                          Fax: (202) 663-6363
                                          steven.cherry@wilmerhale.com
                                          david.donovan@wilmerhale.com
                                          patrick.carome@wilmerhale.com
                                          brian.smith@wilmerhale.com
                                          dyanne.griffith@wilmerhale.com

                                          *Attorneys for Defendants DENSO Corporation
                                          and DENSO International America, Inc.*

                                          Steven M. Zarowny (P33362)
                                          General Counsel
                                          DENSO International America, Inc.
                                          24777 Denso Drive
                                          Southfield, MI 48033
                                          Tel.: (248) 372-8252
                                          Fax: (248) 213-2551
                                          steve_zarowny@denso-diam.com

                                          *Attorney for Defendant DENSO International
                                          America, Inc.*

                                          WARNER NORCROSS & JUDD LLP

November 9, 2015                    By:    */s/ William R. Jansen* (w/consent) _____
                                          William R. Jansen (P36688)
                                          Michael G. Brady (P57331)
                                          Amanda M. Fielder (P70180)
                                          WARNER NORCROSS & JUDD LLP

2000 Town Center, Suite 2700
Southfield, MI 48075-1318
Phone:  248-784-5000
wjansen@wnj.com
mbrady@wnj.com
afielder@wnj.com

Michael Martinez
Steven Kowal
Lauren Norris
Lauren Salins
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Phone: 312-807-4404
Fax: 312-827-8116
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.norris@klgates.com
lauren.salins@klgates.com

*Counsel for Chiyoda Manufacturing
Corporation and Chiyoda USA Corporation*

LANE POWELL PC

November 9, 2015           By:     /s/ Larry S. Gangnes (w/consent)
                                   Larry S. Gangnes
                                   LANE POWELL PC
                                   1420 Fifth Ave., Suite 4200
                                   P.O. Box 91302
                                   Seattle, WA 98111-9402
                                   Tel.: (206) 223-7000
                                   Fax: (206) 223-7107
                                   gangnesl@lanepowell.com

                                   Craig D. Bachman
                                   Kenneth R. Davis II
                                   Darin M. Sands
                                   Masayuki Yamaguchi
                                   Peter D. Hawkes
                                   LANE POWELL PC
                                   601 SW Second Ave., Suite 2100
                                   Portland, OR 97204-3158
                                   Tel.: (503) 778-2100
                                   Fax: (503) 778-2200

bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com

Richard D. Visio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Tel.: (248) 528-1111
Fax: (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com
*Attorneys for Defendants Furukawa Electric*
*Co., Ltd. and American Furukawa, Inc.*

PORTER WRIGHT MORRIS & ARTHUR LLP

*/s/ Donald M. Barnes* (w/consent)
November 9, 2015                 By:   Donald M. Barnes
                                       Molly S. Crabtree
                                       Jay L. Levine
                                       PORTER WRIGHT MORRIS & ARTHUR LLP
                                       1900 K Street, NW, Ste. 1110
                                       Washington, DC 20006
                                       Tel.: (202) 778-3054
                                       Fax: (202) 778-3063
                                       dbarnes@porterwright.com
                                       mcrabtree@porterwright.com
                                       jlevine@porterwright.com

*Attorneys for Defendants G.S. Electech, Inc.,*
*G.S.W. Manufacturing, Inc., and G.S. Wiring*
*Systems, Inc.*

JENNER & BLOCK LLP

November 9, 2015                 By:   */s/ Terrance J. Truax* (w/consent)
                                       Terrence J. Truax
                                       Charles B. Sklarsky
                                       Michael T. Brody
                                       Gabriel A. Fuentes
                                       Daniel T. Fenske
                                       JENNER & BLOCK LLP

5

353 N. Clark Street
Chicago, IL 60654-3456
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

Gary K. August
Jamie J. Janisch
ZAUSMER, AUGUST & CALDWELL, P.C.
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334-2374
gaugust@zacfirm.com
jjanisch@zacfirm.com

*Counsel for Defendants Mitsubishi Electric
Corporation, Mitsubishi Electric US Holdings,
Inc., and Mitsubishi Electric Automotive
America, Inc.*

O'MELVENY & MYERS LLP

November 9, 2015                    By:    */s/ Michael F. Tubach* (w/consent)
                                          Michael F. Tubach
                                          O'MELVENY & MYERS LLP
                                          Two Embarcadero Center, 28th Floor
                                          San Francisco, CA 94111
                                          Tel.: (415) 984-8700
                                          Fax: (415) 984-8701
                                          Mtubach@omm.com

                                          Michael R. Turco (P48705)
                                          BROOKS WILKINS SHARKEY & TURCO
                                          PLLC
                                          401 South Old Woodward, Suite 400
                                          Birmingham, MI 48009
                                          Tel.: (248) 971-1713
                                          Fax: (248) 971-1801
                                          turco@bwst-law.com

                                          *Attorneys for Defendants Leoni Wiring Systems,
                                          Inc. and Leonische Holding, Inc.*

BUTZEL LONG

November 9, 2015          By:    */s/ Sheldon H. Klein* (w/consent)
Sheldon H. Klein (P41062)
David F. DuMouchel (P25658)
BUTZEL LONG
150 West Jefferson, Suite 100
Detroit, MI 48226
Tel.: (313) 225-7000
Fax: (313) 225-7080
sklein@butzel.com
dumouchd@butzel.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Tel.: (202) 663-7820
Fax: (202) 663-7849
TMiller@bakerandmiller.com

*Attorneys for Defendants TRAM, Inc. and
Tokai Rika Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2015, I caused the foregoing **DEFENDANTS'**
**OPPOSITION TO AUTOMOBILE DEALER PLAINTIFF SLT GROUP II, INC.'S**
**MOTION TO BE DROPPED AS A NAMED PLAINTIFF AND PROPOSED CLASS**
**REPRESENTATIVE** to be electronically filed with the Clerk of the Court using the CM/ECF
system, which will send notification of such filing to all counsel of record.

*/s/ Steven F. Cherry*
Steven F. Cherry
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com

*Counsel for DENSO Corporation and DENSO*
*International America, Inc.*