# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-md-02311<br>: Honorable Marianne O. Battani<br>: |
| In Re: All Auto Parts Cases | : 2:12-md-02311-MOB-MKM<br>:<br>:<br>:<br>:<br>:<br>: |
| THIS DOCUMENT RELATES TO:<br><br>All Auto Parts Cases | :<br>:<br>:<br>: |

## NOTICE OF WITHDRAWAL OF OBJECTION AND OF MOTION TO STAY

On August 24, 2015, Automobile Dealer Plaintiff Holzhauer Auto and Truck Sales, Inc. ("Holzhauer") filed its Objection To, And Motion To Modify, Master Esshaki's August 3, 2015 Amended Ruling. (2:12-cv-00102-MOB-MKM, ECF 340.) On September 21, 2015, Holzhauer filed its combined Motion To Stay And Reply In Support Of Its Objection To, And Motion To Modify, Master Esshaki's August 3, 2015 Amended Ruling. (ECF 1105.) On October 26, 2015, Holzhauer was dismissed with prejudice from these cases. (ECF 1123.) Therefore, Holzhauer hereby withdraws as moot its Objection, (ECF 340), and Motion to Stay, (ECF 1105).

This notice of withdrawal is specific to Holzhauer Auto and Truck Sales, Inc. and in no way affects the rights and claims of the other Auto Dealer Plaintiffs or putative class members who reserve all rights.

Dated: November 12, 2015.                    Respectfully submitted,

*/s/ Don Barrett*
John W. "Don" Barrett
Brian Herrington
David McMullan
DON BARRETT, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662)834.2628
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Jonathan W. Cuneo
Joel Davidow
Victoria Romanenko
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
jonc@cuneolaw.com
Joel@cuneolaw.com
Vicky@cuneolaw.com

Shawn M. Raiter
LARSON KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618
sraiter@larsonking.com

***Interim Co-Lead Counsel for the Automobile Dealer Plaintiffs***

Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.
1361 E. Big Beaver Road
Troy, MI 48083

Telephone: (248) 457-9200 Ext. 203
Facsimile: (248) 457-9201
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

***Interim Liaison Counsel for the Automobile
Dealer Plaintiffs***

## CERTIFICATE OF SERVICE

I, Don Barrett, hereby certify that on November 12, 2015, I filed this document via

CM/ECF, which will provide notice to all counsel of record.

*/s/ Don Barrett*
John W. "Don" Barrett