UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION

In Re: ALL AUTO PARTS CASES

THIS RELATES TO:
ALL AUTO PARTS CASES

Case No. **2:12-md-02311-MOB-MKM**

Judge **Marianne O. Battani**

Magistrate Judge **Mona K. Majzoub**

# STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **Diamond Electric Mfg. Corp.**
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☒   No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: **Diamond Electric Mfg. Co., Ltd.**
   Relationship with Named Party: **Parent corporation of Diamond Electric Mfg. Corp.**

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: **November 17, 2015**

**/s/ Matthew J. Reilly**
Signature

**457884 (DC Bar)**
Bar No.

**900 G Street, NW**
Street Address

**Washington, D.C. 20001**
City, State, Zip Code

**(202) 636-5500**
Telephone Number

**matt.reilly@stblaw.com**
Primary Email Address