MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION

In Re: ALL AUTO PARTS CASES

THIS RELATES TO:
ALL AUTO PARTS CASES

Case No. 2:12-md-02311-MOB-MKM

Judge Marianne O. Battani

Magistrate Judge Mona K. Majzoub

# STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Diamond Electric Mfg. Co., Ltd.
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ❏        No ☒

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: _____
    Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ❏        No ☒

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: _____
    Nature of Financial Interest: _____

Date: November 17, 2015

/s/ Matthew J. Reilly
Signature

457884 (DC Bar)
Bar No.

900 G Street, NW
Street Address

Washington, D.C. 20001
City, State, Zip Code

(202) 636-5500
Telephone Number

matt.reilly@stblaw.com
Primary Email Address

-4-

## CERTIFICATE OF SERVICE

I certify that on November 19, 2015, I electronically filed the foregoing Statement of Disclosure of Corporate Affiliations and Financial Interests with the Clerk of the Court via CM/ECF which will send notification of such filing to all counsel registered with CM/ECF.

/s/ Mahj w ey J. Reilly
Matthew J. Reilly
Simpson Thacher & Bartlett LLP
900 G Street, N.W.
Washington, DC 20001
Telephone: (202) 636-5522
Facsimile: (202) 636-5502
mreilly@stblaw.com

-4-