UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: All Cases | |

## APPEARANCE OF COUNSEL

TO THE CLERK OF THE COURT

Please enter my Appearance as attorney for and on behalf of Plaintiff, All European Auto Supply, Inc., in the above captioned matter.

/s/ Aubrey H. Tobin
Aubrey H. Tobin (P31256)
Attorney for Plaintiff
2140 Walnut Lake Road
W. Bloomfield, MI 48323
(248) 932-3070
aubrey@tobinpc.com

Dated: December 1, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2015, I electronically filed the foregoing paper using the CM/ECF system, which automatically transmitted a Notice of Electronic Filing to all ECF registrants in this matter.

Respectfully submitted,

Christine J. DeForest
Assistant to Aubrey H. Tobin (P31256)
Attorney for Plaintiff
2140 Walnut Lake Road
W. Bloomfield, MI  48323
(248) 932-3070
aubrey@tobinpc.com