# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Rachel S. Brass of Gibson, Dunn & Crutcher LLP hereby enters her appearance as counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation. Appearing counsel requests that all papers in this action be served upon the undersigned at the address below.

2

Dated: December 3, 2015		Respectfully submitted,


		/s/ Rachel S. Brass
		Rachel S. Brass
		**GIBSON, DUNN & CRUTCHER LLP**
		555 Mission Street, Suite 3000
		San Francisco, CA 94105
		Telephone: (415) 393-8293
		Facsimile: (415) 374-8429
		RBrass@gibsondunn.com
		SBN 219301

		*Counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation*

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2015, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all CM/ECF registrants by operation of the Court's electronic filing systems.

      /s/ Rachel S. Brass
Rachel S. Brass
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8293
RBrass@gibsondunn.com
SBN 219301

3