**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____
                                                              :
In Re: AUTOMOTIVE PARTS              :        Master File No.  12-md-02311
ANTITRUST LITIGATION                    :        Honorable Marianne O. Battani
_____ :
                                                              :
ALL PARTS                                       :
_____ :
                                                              :
THIS RELATES TO:                            :
ALL CASES                                       :
_____:

## <u>NOTICE OF APPEARANCE OF LARA E. VEBLEN TRAGER</u>

PLEASE TAKE NOTICE that Lara E. Veblen Trager, of the firm Weil, Gotshal &

Manges LLP has this day entered an appearance as counsel of record for Calsonic Kansei

Corporation and CalsonicKansei North America, Inc., in the above-captioned matter.


Dated: December 18, 2015              Respectfully submitted,

                                                     By: /s/ Lara E. Veblen Trager

                                                     Lara E. Veblen Trager
                                                     Weil, Gotshal & Manges LLP
                                                     767 Fifth Avenue
                                                     New York, New York 10153-0119
                                                     Telephone: (212) 310-8967
                                                     Facsimile: (212) 310-8007
                                                     lara.trager@weil.com

                                                     ***Attorney for Calsonic Kansei Corporation and***
                                                     ***CalsonicKansei North America, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 18, 2015, I electronically filed the foregoing

Appearance with the Clerk of the Court using the ECF system which will send notification of

such filing to the ECF participants.


Dated: December 18, 2015               By: /s/ Lara E. Veblen Trager_____
                                       Lara E. Veblen Trager
                                       Weil, Gotshal & Manges LLP
                                       767 Fifth Avenue
                                       New York, New York 10153-0119
                                       Telephone: (212) 310-8967
                                       Facsimile: (212) 310-8007
                                       lara.trager@weil.com

                                       ***Attorney for Calsonic Kansei Corporation and
                                       CalsonicKansei North America, Inc.***