UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  AUTOMOTIVE PARTS
ANTITRUST LITIGATION

ALL PARTS

THIS RELATES TO: ALL CASES

Case No. 12-md-02311
Honorable Marianne O. Battani

## APPEARANCE OF COUNSEL

TO THE CLERK OF THE COURT

    Please enter my Appearance as attorney for and on behalf of Plaintiffs, All European Auto Supply, Inc. and McGuire Bearing Co., in the above captioned matter.

*/s/ David A. Young*
David A. Young
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Phone: (202) 408-4600
Email: dyoung@cohenmilstein.com

Dated:  January 14, 2016

## CERTIFICATE OF SERVICE

      I hereby certify that on January 14, 2016, I electronically filed the foregoing document using the Court's CM/ECF system, which automatically transmitted a Notice of Electronic Filing to all ECF registrants in this matter.

                                                */s/ David A. Young*
                                                David A. Young