IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-MD-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

**NOTICE OF CHANGE OF ADDRESS OF ATTORNEY FOR DEFENDANTS JTEKT
CORPORATION AND JTEKT NORTH AMERICA CORPORATION**

TO ALL INTERESTED PARTIES:

Please take notice that as of February 1, 2016, the Washington, DC office of Shearman & Sterling LLP, counsel for JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a/ Koyo Corporation of U.S.A., Inc., in the above-captioned matter, has relocated.

| Prior Address | Current Address |
|---|---|
| SHEARMAN & STERLING LLP<br>801 Pennsylvania Ave NW, Suite 900<br>Washington, DC 20004 | SHEARMAN & STERLING LLP<br>401 9th Street, NW, Suite 800<br>Washington, DC 20004 |

This change affects the following attorneys:

Heather L. Kafele

Keith R. Palfin

Telephone numbers, fax numbers, and email addresses are unaffected. Please update your records to reflect our new physical address.

RESPECTFULLY SUBMITTED

Date: <u>February 1, 2016</u>

By: <u>*/s/ Heather L. Kafele*</u>
Heather L. Kafele
Keith R. Palfin
401 9th Street, NW, Suite 800
Washington, DC 20004
Phone: (202) 508-8097
Fax: (202) 508-8100
hkafele@shearman.com
keith.palfin@shearman.com

*Attorneys for JTEKT Corporation and*
*JTEKT North America Corporation,*
*formerly d/b/a Koyo Corporation of U.S.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2016, I electronically filed this Notice of Change of Address of Attorney for Defendants JTEKT Corporation and JTEKT North America Corporation with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

By: */s/ Heather L. Kafele*
Heather L. Kafele
Keith R. Palfin
401 9th Street, NW, Suite 800
Washington, DC 20004
Phone: (202) 508-8097
Fax: (202) 508-8100
hkafele@shearman.com
keith.palfin@shearman.com

*Attorneys for JTEKT Corporation and*
*JTEKT North America Corporation,*
*formerly d/b/a Koyo Corporation of U.S.A.*