UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-md-02311 |
| _____ | : Honorable Marianne O. Battani |
| | : |
| In Re: All Auto Parts Cases | : 2:12-MD-02311-MOB-MKM |
| _____ | : |
| THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES | : |
| | : |
| _____ | : |

## **APPEARANCE**

TO:   CLERK OF THE COURT

Please enter the Appearance of Thomas P. Branigan of Bowman and Brooke LLP as counsel on behalf of Defendants Toyota Motor North America, Inc.; Toyota Motor Sales, USA, Inc.; Toyota Motor Engineering & Manufacturing North America, Inc.; Toyota Motor Manufacturing Alabama, Inc.; Toyota Motor Manufacturing Indiana, Inc.; Toyota Motor Manufacturing Kentucky, Inc.; Toyota Motor Manufacturing Mississippi,

13106358v1

Inc.; Toyota Motor Manufacturing Texas, Inc.; Toyota Motor Manufacturing West Virginia, Inc.; Toyota Logistics Services, Inc.; and Calty Design Research, Inc.

          Respectfully submitted,

          Bowman and Brooke LLP

By:   /s/ Thomas P. Branigan
      Thomas P. Branigan (P41774)
      Carmen M. Bickerdt (P62874)
      Attorneys for Defendants Toyota Motor North America, Inc.; Toyota Motor Sales, USA, Inc. Toyota Motor Engineering & Manufacturing North America, Inc.; Toyota Motor Manufacturing Alabama, Inc.; Toyota Motor Manufacturing Indiana, Inc.; Toyota Motor Manufacturing Kentucky, Inc.; Toyota Motor Manufacturing Mississippi, Inc.; Toyota Motor Manufacturing Texas, Inc.; Toyota Motor Manufacturing West Virginia, Inc.; Toyota Logistics Services, Inc.; and Calty Design Research, Inc.
      41000 Woodward Ave., Ste. 200 East
      Bloomfield Hills, MI  48304
      248.205.3300 / 248.205.3399 fax
      tom.branigan@bowmanandbrooke.com
      carmen.bickerdt@bowmanandbrooke.com

## **CERTIFICATE OF SERVICE**

I certify that on February 2, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to attorneys of record.

        Bowman and Brooke LLP

By:  /s/ Thomas P. Branigan
      Thomas P. Branigan (P41774)
      Carmen M. Bickerdt (P62874)
      Attorneys for Defendants Toyota Motor North America, Inc.; Toyota Motor Sales, USA, Inc. Toyota Motor Engineering & Manufacturing North America, Inc.; Toyota Motor Manufacturing Alabama, Inc.; Toyota Motor Manufacturing Indiana, Inc.; Toyota Motor Manufacturing Kentucky, Inc.; Toyota Motor Manufacturing Mississippi, Inc.; Toyota Motor Manufacturing Texas, Inc.; Toyota Motor Manufacturing West Virginia, Inc.; Toyota Logistics Services, Inc.; and Calty Design Research, Inc.
41000 Woodward Ave., Ste. 200 East
Bloomfield Hills, MI  48304
248.205.3300 / 248.205.3399 fax
tom.branigan@bowmanandbrooke.com
carmen.bickerdt@bowmanandbrooke.com

13106358v1

3