# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No.: 12-MD-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF LIMITED APPEARANCE

Notice is hereby given that Elizabeth A. McNellie, of the firm Baker & Hostetler LLP, enter their appearance as counsel for Non-Parties Mitsubishi Motors North America, Inc., Mitsubishi Motors Credit of America, Inc., and Mitsubishi Motors R&D of America, Inc. for the sole purpose of the subpoenas served upon them in connection with this MDL action. This entry of appearance is without waiver of any rights or defenses of the Mitsubishi entities.

/s/ Elizabeth A. McNellie
Elizabeth A. McNellie
BAKER & HOSTETLER LLP
65 East State Street, Suite 2100
Columbus, OH 43215
(614) 228.1541
emcnellie@bakerlaw.com

*Attorneys for Non-Parties Mitsubishi Motors North America, Inc., Mitsubishi Motors Credit of America, Inc., and Mitsubishi Motors R&D of America, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that on February 19, 2016, I caused a copy of the foregoing Notice of Appearance to be electronically filed via the Court's ECF system, which will serve notification of such filing to all counsel of record for the Parties.

/s/ Elizabeth A. McNellie
Elizabeth A. McNellie
