# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) ) | Master File No.: 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ALL AUTO PARTS CASES ) ) | |

## NON-PARTY PORSCHE CARS NORTH AMERICA, INC.'S MOTION TO FILE UNDER SEAL

NOW COMES Non-Party Porsche Cars North America, Inc. ("Porsche"), by and through its undersigned counsel, and hereby makes and files this Motion to File Under Seal in connection with certain highly confidential exhibits that were inadvertently filed on the public record on February 19, 2016 in support of The Specified Subpoenaed Entities' Joint Opposition to the Parties' Motions to Compel (Dkt. 1227). Specifically, Porsche respectfully requests that the Court seal and remove from public viewing the following documents ("Porsche Declarations"):

| Dkt. No. | Exhibit No.[1] | Description |
|---|---|---|
| 1227-40 | 57 | Declaration of Crystal Khalil, Manager, Procurement North America at Porsche Cars North America, Inc. |
| 1227-41 | 58 | Declaration of Joseph S. Folz, Vice President, General Counsel and Secretary of Porsche Cars North America, Inc. |
| 1227-42 | 59 | Declaration of Meike Ludewig, Director, Sales Operations, at Porsche Cars North America, Inc. |
| 1227-43 | 60 | Declaration of Timothy L. Quinn, Vice President, After Sales, at Porsche Cars North America, Inc. |

---

[1] Exhibit numbers refer to the exhibits to the Declaration of Scott M. Abeles (Dkt. 1227-1).

The Porsche Declarations were designated and marked as "Highly Confidential – Outside Attorneys Only" pursuant to the Stipulation and Protective Order Governing the Production and Exchange of Confidential Information (the "Protective Order") (Dkt. 200) because they contain Porsche's confidential and proprietary business information.

Paragraph 7 of the Protective Order provides that "this Order shall serve as a stipulated order for purposes of Civil Local Rule 5.3(b)" and requires all materials containing "Confidential Information or Highly Confidential Information" (as defined in the Protective Order) to be filed under seal according to the procedures contained in the Protective Order. *See* Protective Order ¶7. The Protective Order also applies "to non-parties." *See* Protective Order ¶19.

Porsche has determined in good faith that the Porsche Declarations contain confidential and proprietary information that meets the Protective Order's definitions of "Confidential" or "Highly Confidential—Outside Attorneys Only" information. No means other than sealing will preserve the confidentiality of Porsche's confidential business information.

Respectfully submitted, this 22nd day of February, 2016.

*/s/ William D. Meyer*
Audra A. Dial
Georgia Bar No. 220298
William D. Meyer
Georgia Bar No. 950008
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
404.815.6500 (Office)
404.815.6555 (Fax)
adial@kilpatricktownsend.com
bmeyer@kilpatricktownsend.com

**Counsel for Non-Party Porsche Cars North America, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2016, I caused the foregoing **Non-Party Porsche Cars North America, Inc.'s Motion to File Under Seal** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

>                                     */s/ William D. Meyer*
> William D. Meyer
> Georgia Bar No. 950008
> Kilpatrick Townsend & Stockton LLP
> 1100 Peachtree Street, Suite 2800
> Atlanta, Georgia 30309
> 404.815.6500 (Office)
> 404.815.6555 (Fax)
> bmeyer@kilpatricktownsend.com