UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  AUTOMOTIVE PARTS
ANTITRUST LITIGATION

In re:  ALL PARTS CASES

Master File No. 12-md-02311
Honorable Marianne O. Battani

THIS RELATES TO: ALL CASES

## APPEARANCE

PLEASE TAKE NOTICE that Krista M. Hosmer of Mantese Honigman, P.C. hereby enters an Appearance on behalf of all Dealership Plaintiffs in the above-entitled action.

Respectfully submitted,

s/Krista M. Hosmer
(Michigan Bar No. P68939)
Mantese Honigman, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
Khosmer@manteselaw.com

Dated: February 23, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2016, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

s/Jennifer L. Brennan
Jennifer L. Brennan
Mantese Honigman, P.C.
1361 E. Big Beaver Rd.
Troy, Michigan 48083
Telephone: (248) 457-9200
jbrennan@manteselaw.com