**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-md-02311<br>: Honorable Marianne O. Battani<br>: |
| In Re: ANTI-VIBRATION RUBBER PARTS CASES | |
| THIS RELATES TO:<br><br>All Anti-Vibration Rubber Parts Cases | : 2:12-md-02311-MOB-MKM<br>: 2:13-cv-00800-MOB-MKM<br>: 2:13-cv-00802-MOB-MKM<br>: 2:13-cv-00803-MOB-MKM<br>: |

TO:    THE CLERK OF THE COURT

PLEASE enter the appearance of Matthew Oster, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendant Yamashita Rubber Co., Ltd. and Defendant YUSA Corp. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: March 2, 2016                    Respectfully submitted,

                                        ARNOLD & PORTER LLP

                                By:  /s/ Matthew Oster
                                     Matthew Oster
                                     ARNOLD & PORTER LLP
                                     601 Massachusetts Ave. NW
                                     Washington, DC 20001
                                     (202) 942-5699
                                     (202) 942-5999 - facsimile
                                     *email*:  Matthew.Oster@aporter.com

*Attorney for Defendants Yamashita Rubber Co. Ltd. and YUSA Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2016, I caused the foregoing Notice of Appearance of Michael A. Rubin to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.


Dated: March 2, 2016                    By:   /s/ Riley Berg
                                                   Riley Berg