UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Hon. Marianne O. Battani |
| IN RE: ALL AUTO PARTS CASES | |
| THIS DOCUMENT RELATES TO: ALL END-PAYOR ACTIONS | |

**END-PAYOR PLAINTIFFS'**
**EX PARTE MOTION FOR EXTENSION OF PAGES**

Pursuant to Local Rule 7.1(d)(3), End-Payor Plaintiffs, through their undersigned counsel, respectfully request that the Court grant them leave to file a Reply in Support of End-Payor Plaintiffs' Motion to Compel OEM Subpoenas of no more than 40 pages, excluding signatures.

In support of their ex parte motion, End-Payor Plaintiffs state that their single Reply responds to four oppositions of 74 pages total. The Opposition lengths, as filed, are as follows: Specified Subpoenaed Entities Joint Opposition, 40 pages; Non-Core Specified Subpoenaed Entities, 13 pages; Non-OEM Domestic Distributors, 9 pages; and Smaller Specified Subpoenaed Entities, 12 pages.

WHEREFORE, End-Payor Plaintiffs respectfully request that the Court grant them leave to file their Reply in Support of End-Payor Plaintiffs' Motion to Compel OEM Subpoenas, excluding signatures.

Dated: March 11, 2016

                    Respectfully submitted,

                    /s/ *E. Powell Miller*
                    E. Powell Miller (P39487)
                    Devon P. Allard (P71712)
                    **THE MILLER LAW FIRM, P.C.**
                    950 W. University Dr., Ste. 300
                    Rochester, Michigan 48307
                    Telephone: (248) 841-2200
                    Facsimile: (248) 652-2852
                    epm@millerlawpc.com
                    dpa@@millerlawpc.com

                    *Interim Liaison Counsel for the End-Payor Plaintiffs*

Steven N. Williams
Demetrious X. Lambrinos
Elizabeth Tran
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
8401 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swillimas@cpmlegal.com
dlamrinos@cpmlegal.com
etran@cpmlegal.com

Hollis Salzman
Bernard Persky
William V. Reiss
**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7499
Facsimile: (212) 980-7499
hsalzman@robinskaplan.com
bpersky@robinskaplan.com
wreiss@robinskaplan.com

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P**.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (3100 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Omar Ochoa
**SUSMAN GODFREY L.L.P**
901 Main Street, Suite 2100
Dallas, TX 77002
Telephone: (214) 754-1900
Facsimile: (214) 754-1933
toxford@susmangodfrey.com
oochoa@susmangodfrey.com

Chanler A. Langham
**SUSMAN GODFREY L.L.P**.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9666
Facsimile (713) 651-6666
clangham@susmangodfrey.com

*Interim Co-Lead Class Counsel for End-Payor Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2016, I electronically filed the foregoing documents with the Clerk of the Court using the ECF system, which will send electronic notification of such filings upon all registered counsel of record.

        THE MILLER LAW FIRM, P.C.

        By: /s/ *E. Powell Miller*
        E. Powell Miller (P39487)
        Devon P. Allard (P71712)
        THE MILLER LAW FIRM, P.C.
        950 W. University Drive
        Suite 300
        Rochester, MI 48307
        Telephone: (248) 841-2200
        Facsimile: (248) 652-2852
        epm@millerlawpc.com
        dpa@millerlawpc.com

        *Interim Liaison Counsel for End-Payor Plaintiffs*