# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION**

_____

Master Case No. 12-md-02311
Honorable Marianne O. Battani

**ALL PARTS**

_____

**THIS RELATES TO: ALL CASES**

_____/

## NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Michael R. Dezsi on behalf of DETTMER & DEZSI, PLLC enters his appearance as counsel for Defendants American Mitsuba Corporation and Mitsuba Corporation in the above-captioned matter.

Dated: March 15, 2016

Respectfully submitted,

/s/Michael R. Dezsi
DETTMER & DEZSI, PLLC
615 Griswold St., Suite 1600
Detroit, MI 48226
(313) 281-8090
mdezsi@dezsilaw.com
P64530

*Counsel for Defendants America Mitsuba Corporation and Mitsuba Corporation*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 15, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record, and I hereby certify that I have mailed by U.S. Mail to any non-ECF participants.

                                         */s/Michael R. Dezsi*
                                        DETTMER & DEZSI, PLLC
                                        615 Griswold St., Suite 1600
                                        Detroit, MI  48226
                                        (313) 281-8090
                                        mdezsi@dezsilaw.com
                                        P64530