# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION**
_____

Master Case No. 12-md-02311
Honorable Marianne O. Battani

**ALL PARTS**
_____

**THIS RELATES TO: ALL CASES**
_____/

## NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that attorney Dennis A. Dettmer on behalf of DETTMER & DEZSI, PLLC enters his appearance as counsel for Defendants American Mitsuba Corporation and Mitsuba Corporation in the above-captioned matter.

Dated: March 15, 2016

Respectfully submitted,

  /s/Dennis A. Dettmer
DETTMER & DEZSI, PLLC
615 Griswold St., Suite 1600
Detroit, MI 48226
(313) 281-8090
ddettmeresq@yahoo.com
P12708

*Counsel for Defendants America Mitsuba Corporation and Mitsuba Corporation*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on March 15, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record, and I hereby certify that I have mailed by U.S. Mail to any non-ECF participants.

         */s/Dennis A. Dettmer*
         DETTMER & DEZSI, PLLC
         615 Griswold St., Suite 1600
         Detroit, MI  48226
         (313) 281-8090
         ddettmeresq@yahoo.com
         P12708