**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | : 12-MD-02311 <br> : Honorable Marianne O. Battani <br> : |
| **In Re: All Auto Parts Cases** | : <br> : |
| **THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES** | : |

**NOTICE OF LIMITED APPEARANCE FOR JOSEPH R. ASHBY AS COUNSEL FOR NON-PARTIES HYUNDAI MOTOR AMERICA AND HYUNDAI AUTOEVER AMERICA, LLC**

TO: Clerk of the United States District Court for the Eastern District of Michigan

PLEASE TAKE NOTICE that Joseph R. Ashby of Quinn Emanuel Urquhart & Sullivan LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543, telephone number (213) 443-3000, josephashby@quinnemanuel.com, hereby appears as counsel on behalf of non-parties Hyundai Motor America and Hyundai AutoEver America, LLC related to the subpoena served upon Hyundai Motor America and Hyundai AutoEver America, LLC.

DATED: March 23, 2016             QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP

                                  By   */s/ Joseph R. Ashby*
                                  Joseph R. Ashby
                                  865 South Figueroa Street, 10th Floor
                                  Los Angeles, California 90017-2543
                                  Telephone: (213) 443-3000
                                  josephashby@quinnemanuel.com

                                  *Attorneys for Non-Parties Hyundai Motor*
                                  *America and Hyundai Autoever America, LLC*

1

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing **Notice Of Limited Appearance For Joseph R. Ashby As Counsel For Non-Parties Hyundai Motor America And Hyundai AutoEver America, LLC** with the Clerk of the Court for the Eastern District of Michigan by using the CM/ECF system on March 23, 2016.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                              */s/ Joseph R. Ashby*
                                              Joseph R. Ashby