UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANITRUST LITIGATION | 2:12-md-02311-MOB-MKM <br><br> Hon. Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: <br>     Air Conditioning Systems: Direct Purchaser, End Payor and Dealership Plaintiff Actions | |

## NOTICE OF SUBSTITUTION OF COUNSEL

To:    Clerk of the Court
        All counsel of record

PLEASE TAKE NOTICE that the Seabolt Law Firm, A Professional Corporation, by and through Scott T. Seabolt (P55890), hereby enters its appearance in the above-captioned matters and is substituted in the place and stead of Foley & Lardner LLP, as counsel for Defendants Mitsubishi Heavy Industries, Inc. and Mitsubishi Heavy Industries Climate Control, Inc.

Respectfully submitted,

SEABOLT LAW FIRM,
A Professional Corporation

By:/s/ Scott T. Seabolt
    Scott T. Seabolt (P55890)
17199 N. Laurel Park Dr., Suite 215
Livonia, Michgan 48152
(248) 717-1302
sseabolt@seaboltpc.com

Respectfully submitted,

FOLEY & LARDNER LLP

By:/s/ Philip B. Phillips (w/consent STS)
    Philip B. Phillips (P55885)
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
(313) 234 7100
pphillips@foley.com