# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Civil No. 2:12-md-2311-MOB-MKM<br>Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| **In Re: IGNITION COILS CASES** | Civil No. 2:13-cv-01400-MOB-MKM<br>Civil No. 2:13-cv-01402-MOB-MKM<br>Civil No. 2:13-cv-01403-MOB-MKM |
| **THIS RELATES TO:**<br>**AUTOMOBILE DEALER CASES**<br>**END-PAYOR CASES** | |

## APPEARANCE OF CODY D. ROCKEY

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Cody D. Rockey of the law firm Dykema Gossett PLLC, as counsel on behalf of Defendant Toyo Denso Co., Ltd.  and Weastec, Inc. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

1

Dated:  April 22, 2016                           DYKEMA GOSSETT PLLC

By: /s/  Cody D. Rockey
Cody D. Rockey (P78653)
2723 South State Street, Suite 400
Ann Arbor, Michigan 48104
Tel: (734) 214-7655
Fax: (888) 755-8924
crockey@dykema.com

*Attorneys for Defendants Toyo Denso Co., Ltd. and Weastec, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2016, I electronically filed my Appearance on behalf of Toyo Denso Co., Ltd. and Weastec, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

                DYKEMA GOSSETT PLLC

         By: /s/ Cody D. Rockey
             Cody D. Rockey (P78653)
             2723 South State Street, Suite 400
             Ann Arbor, Michigan 48104
             Tel: (734) 214-7655
             Fax: (888) 755-8924
             crockey@dykema.com

             *Attorneys for Defendant Toyo Denso*
             *Co., Ltd. and Weastec, Inc.*

4811-3483-0896.1
ID\ROCKEY, CODY - 112424\000001