UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: RADIATORS CASES | : : : : | |
| THIS RELATES TO: TRUCK AND EQUIPMENT DEALER CASES | : : : : | 2:15-cv-01007-MOB-MKM 2:15-cv-14097-MOB-MKM |

### NOTICE OF APPEARANCE OF STEVEN A. REISS

PLEASE TAKE NOTICE that Steven A. Reiss, of the firm Weil, Gotshal & Manges LLP, has this day entered an appearance as counsel of record for Calsonic Kansei Corporation and CalsonicKansei North America, Inc., in the above-captioned matter.

Dated: April 29, 2016

Respectfully submitted,

By: /s/ Steven A. Reiss_____

Steven A. Reiss
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com

*Attorney for Calsonic Kansei Corporation and CalsonicKansei North America, Inc.*

WEIL 95699402V.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2016, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: April 29, 2016  By: /s/ Steven A. Reiss
Steven A. Reiss
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com

*Attorney for Calsonic Kansei Corporation and CalsonicKansei North America, Inc.*

WEIL 95699402V.1