# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| In re: ALL ACTIONS | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| THIS RELATES TO:<br>ALL AUTOMOBILE DEALER ACTIONS | **ERRATA NOTICE** |

The Automobile Dealer Plaintiffs, through Interim Co-Lead Class Counsel and Interim Liaison Counsel, hereby give notice that the last line on page 9 of the unredacted brief relating to Dealership Plaintiffs' Opposition to Defendants' Motion to Lift the Provisional Sealing of a Portion of the Rule 30(b)(1) Deposition of George R. Nisbet, the Co-Owner of Auto Dealer Plaintiff Thornhill Superstore Only, which was filed under seal, erroneously states that: "But here, Thornhill and the class representatives are claiming lost profits." The sentence should read as follows: "But here, Thornhill and the class representatives are claiming damages from an overcharge." The error is corrected in the attached documents as Exhibit A (Sealed).

DATED:  May 4, 2016				Respectfully submitted,

  /s/  *Alexander E. Blum*
Gerard V. Mantese
(Michigan Bar No. P34424)
Alexander E. Blum
(Michigan Bar No. P74070)
Mantese Honigman P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com
ablum@manteselaw.com

Don Barrett
David McMullan
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
Larson • King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
sraiter@larsonking.com

Phillip Duncan
Richard Quintus
Duncan Firm, P.A.
900 S. Shackleford, Suite 725
Little Rock, AR 72211
Telephone: (501) 228-7600
phillip@duncanfirm.com
richard@duncanfirm.com

Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
Cuneo Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com

Michael J. Flannery
Cuneo Gilbert & LaDuca, LLP
7733 Forsyth Blvd., Ste. 1675
St. Louis, MO 63105
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Thomas P. Thrash
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net

| | |
|---|---|
| Dewitt Lovelace | Charles Barrett |
| Valerie Nettles | Neal and Harwell, PLC |
| Lovelace & Associates, P.A. | 150 4th Avenue North, Suite 2000 |
| Suite 200 | Nashville, TN 37219-2498 |
| 12870 US Hwy 98 West | Phone: (615) 244-1713 |
| Miramar Beach, FL 32550 | Fax: (615) 726-0573 |
| Telephone: (850) 837-6020 | cbarrett@nealharwell.com |
| dml@lovelacelaw.com | |
| alex@lovelacelaw.com | |

Gregory Johnson
G. Johnson Law, PLLC
6688 145th Street West,
Apple Valley, MN 55124
Telephone: (952) 930-2485
greg@gjohnsonlegal.com

*Attorneys for Dealership Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2016 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

Respectfully submitted,

/s/ *Alexander E. Blum*
Alexander E. Blum
(Michigan Bar No. P74070)

# Exhibit A

**HIGHLY CONFIDENTIAL**

**FILED UNDER SEAL**