# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION** | Master File No.: 12-md-02311<br>Honorable Marianne O. Battani<br><br>2:12-MD-02311-MOB-MKM |
| In Re: All Auto Parts Cases | |
| **THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES** | |

## NOTICE OF APPEARANCE OF STEPHEN R. NEUWIRTH

PLEASE TAKE NOTICE that Stephen R. Neuwirth of Quinn, Emanuel, Urquhart & Sullivan, LLP hereby enters his appearance on behalf of General Motors LLC, General Motors Company, General Motors Financial Company, Inc., and General Motors Holdings LLC in the above captioned case, in accordance with the March 22, 2016, Electronic Case Management Protocol Order (MDL Dkt. No. 1262).

DATED:  May 4, 2016

By: /s/ Stephen R. Neuwirth
Stephen R. Neuwirth
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY  10010
Tel:  212-849-7000
Fax:  212-849-7100
stephenneuwirth@quinnemanuel.com

*Attorney for General Motors LLC, General Motors Company, General Motors Financial Company, Inc., and General Motors Holdings LLC*

## **CERTIFICATE OF SERVICE**

I, Corey Worcester, hereby certify that on May 4, 2016, I caused a true and correct copy of the **NOTICE OF APPEARANCE OF STEPHEN R. NEUWIRTH**, to be served upon all registered counsel of record via the Court's CM/ECF system.

DATED:  May 4, 2016

By: /s/ Corey Worcester
Corey Worcester
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY  10010
Tel:  212-849-7000
Fax:  212-849-7100
coreyworcester@quinnemanuel.com

*Attorney for General Motors LLC, General Motors Company, General Motors Financial Company, Inc., and General Motors Holdings LLC*