**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION** | Master File No.: 12-md-02311 <br> Honorable Marianne O. Battani <br><br> 2:12-MD-02311-MOB-MKM |
| In Re: All Auto Parts Cases | |
| **THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES** | |

<u>**NOTICE OF APPEARANCE OF ADAM B. WOLFSON**</u>

PLEASE TAKE NOTICE that Adam B. Wolfson of Quinn, Emanuel, Urquhart &

Sullivan, LLP hereby enters his appearance on behalf of General Motors LLC, General Motors

Company, General Motors Financial Company, Inc., and General Motors Holdings LLC in the

above captioned case, in accordance with the March 22, 2016, Electronic Case Management

Protocol Order (MDL Dkt. No. 1262).

DATED: May 4, 2016

By: /s/ Adam B. Wolfson
Adam B. Wolfson
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100
adamwolfson@quinnemanuel.com

*Attorney for General Motors LLC, General Motors Company, General Motors Financial Company, Inc., and General Motors Holdings LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I, Corey Worcester, hereby certify that on May 4, 2016, I caused a true and correct copy

of the **NOTICE OF APPEARANCE OF ADAM B. WOLFSON**, to be served upon all

registered counsel of record via the Court's CM/ECF system.


DATED:  May 4, 2016

By:  /s/ Corey Worcester
Corey Worcester
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY  10010
Tel:  212-849-7000
Fax:  212-849-7100
coreyworcester@quinnemanuel.com


*Attorney for General Motors LLC, General Motors Company, General Motors Financial Company, Inc., and General Motors Holdings LLC*