UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File 12-md-02311<br>Honorable, Marianne O. Battani |
| IN RE: WIRE HARNESS. | Case No. 2:12-cv-00103-MOB-MKM |
| IN RE: INSTRUMENT PANEL CLUSTERS. | Case No. 2:12-cv-00203-MOB-MKM |
| IN RE: FUEL SENDERS. | Case No. 2:12-cv-00303-MOB-MKM |
| IN RE: HEATER CONTROL PANELS. | Case No. 2:12-cv-00403-MOB-MKM |
| IN RE: OCCUPANT SAFETY RESTRAINT SYSTEMS. | Case No.2:12-cv-00603-MOB-MKM |
| IN RE: ALTERNATORS. | Case No. 2:13-cv-00703-MOB-MKM |
| IN RE: RADIATORS. | Case No. 2:13-cv-01003-MOB-MKM |
| IN RE: STARTERS. | Case No. 2:13-cv-01103-MOB-MKM |
| IN RE: SWITCHES | Case No. 2:13-cv-01303-MOB-MKM |
| IN RE: IGNITION COILS. | Case No. 2:13-cv-01403-MOB-MKM |
| IN RE: MOTOR GENERATORS. | Case No. 2:13-cv-01503-MOB-MKM |
| IN RE: STEERING ANGLE SENSORS. | Case No. 2:13-cv-01603-MOB-MKM |
| IN RE: HID BALLASTS. | Case No. 2:13-cv-01703-MOB-MKM |
| IN RE: INVERTERS. | Case No. 2:13-cv-01803-MOB-MKM |
| IN RE: AIR FLOW METERS. | Case No. 2:13-cv-02003-MOB-MKM |
| IN RE: FUEL INJECTION SYSTEMS. | Case No. 2:13-cv-02203-MOB-MKM |
| IN RE: AUTOMATIC TRANSMISSION FLUID WARMERS. | Case No. 2:13-cv-02403-MOB-MKM |
| IN RE: VALVE TIMING CONTROL DEVICES. | Case No. 2:13-cv-02503-MOB-MKM |
| IN RE: ELECTRONIC THROTTLE BODIES. | Case No. 2:13-cv-02603-MOB-MKM |

_____
THIS DOCUMENT RELATES TO:
ALL END-PAYOR ACTIONS
_____

**NOTICE OF WITHDRAWAL OF PREVIOUS WITHDRAWAL (Doc 1308) OF OBJECTIONS (Doc 1287)**

Objectors, Carlene Cross and Albert Graham, Jr., by and through undersigned counsel, hereby give Notice of their withdrawal of their previous withdrawal (Doc 1308) of their objections (Doc 1287) and say:

Class Counsel served Objectors Cross and Graham, and their attorney N. Albert

Bacharach, Jr. (Bacharach) with subpoenas for depositions duces tecum. Subsequently, Bacharach, by counsel, moved to quash his subpoena in the USDC for the Northern District of Florida (USDCNDFL), pursuant to Rule 45. A true and correct copy of that motion is attached as exhibit "A".

Subsequently, U.S. Magistrate Judge Gary Jones enter an Order allowing Class Counsel to specifically question Bacharach with regard to the financial terms of other class action settlements Bacharach and his clients had been involved in; and requiring Bacharach to produce any such settlement agreements. A true and correct copy of Judge Jones's Order (USDCNDFL Doc 9) is attached hereto and incorporated herein as exhibit "B".

After the entry of magistrate Judge Jones' order denying Bacharach's motion to quash, class counsel, Bacharach's counsel and Bacharach (on behalf of objectors Cross and Graham) entered into an agreement. The agreement required: Bacharach and the objectors to withdraw their objection; and, class counsel to cancel the depositions of Bacharach and the objectors and for class counsel to join Bacharach's counsel in a stipulated motion to Magistrate Judge Jones requesting that he vacate the Order denying Bacharach's motion to quash (Doc 9).

However, after Bacharach and the objectors filed their "Notice of Withdrawal of Objections" (Doc 1308) class counsel reneged on the agreement and refused to stipulate or consent to a motion to vacate Magistrate Judge Jones' Order. And, subsequently used the magistrate judges Order (USDCNDFL Doc 9) I'm sorry but we arrogance to stop and store and get some pinkies little newborn mice are all pink there the hair yet does nothing makes you happy before this court in support of their position that they should be allowed to take the depositions of other objectors and their counsel.

2

Because of the open and obvious failure of consideration for objector Cross and a objector Graham withdrawing their objections, both objectors hereby give notice of their withdrawal of their previous withdrawal(Doc 1308) of their objections (Doc 1287)

Respectfully submitted,

/s/   N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr.
Florida Bar Number: 209783
N. ALBERT BACHARACH, JR., P.A.
Attorney for  Objectors Carlene Cross and
Albert Graham, Jr.
4128 NW 13th Street
Gainesville, Florida  32609-1807
Phone: 378-9859 FAX: (352) 338-1858
N.A.Bacharach@att.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2016, a PDF of the foregoing was filed with the Clerk of the Court and that all parties will be noticed and served by the Courts CM/ECF system.

/s/ N. Albert Bacharach, Jr.
N. Albert Bacharach,.