UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Hon. Marianne O. Battani<br>Magistrate Judge Mona K. Majzoub |
| In re:  EXHAUST SYSTEM CASES | |
| THIS RELATES TO: ALL EXHAUST SYSTEMS CASES | 2:16-cv-11082-MOB-MKM<br>2:16-cv-11087-MOB-MKM |

## **APPEARANCE**

Please enter the appearance of Larry J. Saylor of the law firm Miller, Canfield, Paddock and Stone, PLC, as attorney of record for Defendant Meritor, Inc.

                MILLER, CANFIELD, PADDOCK
                   & STONE, PLC

                s/ Larry J. Saylor
                Larry J. Saylor (P28165)
                A. Michael Palizzi  (P47262)
                Attorneys Meritor, Inc.
                150 West Jefferson Avenue, Ste. 2500
                Detroit, MI 48226
                Telephone:  (313) 963-6420
Dated:  May 11, 2016        saylor@millercanfield.com

## PROOF OF SERVICE

I hereby certify that on May 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

s/ Larry J. Saylor
Larry J. Saylor (P28165)
MILLER, CANFIELD, PADDOCK
   & STONE
Attorneys for Meritor, Inc.
150 West Jefferson Avenue, Ste. 2500
Detroit, MI 48226

26720337.1\110425-00537