UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Hon. Marianne O. Battani<br>Magistrate Judge Mona K. Majzoub |
| In re:  EXHAUST SYSTEM CASES | |
| THIS RELATES TO: ALL EXHAUST SYSTEMS CASES | 2:16-cv-11082-MOB-MKM<br>2:16-cv-11087-MOB-MKM |

## **APPEARANCE**

Please enter the appearance of A. Michael Palizzi of the law firm Miller, Canfield, Paddock and Stone, PLC, as attorney of record for Defendant Meritor, Inc.

          MILLER, CANFIELD, PADDOCK
             & STONE, PLC

          s/A. Michael Palizzi
          A. Michael Palizzi  (P47262)
          Larry J. Saylor (P28165)
          Attorneys Meritor, Inc.
          150 West Jefferson Avenue, Ste. 2500
          Detroit, MI 48226
          Telephone:  (313) 963-6420

Dated:  May 11, 2016          palizzi@millercanfield.com

**PROOF OF SERVICE**

I hereby certify that on May 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

> s/A. Michael Palizzi
> A. Michael Palizzi  (P47262)
> MILLER, CANFIELD, PADDOCK
>     & STONE
> Attorneys for Meritor, Inc.
> 150 West Jefferson Avenue, Ste. 2500
> Detroit, MI 48226
> palizzi@millercanfield.com

26720384.1\110425-00537