**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311 <br> Judge Marianne O. Battani <br> Special Master Gene J. Esshaki |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**END-PAYOR PLAINTIFFS' MOTION FOR EXTENSION OF PAGES**

Pursuant to Local Rule 7.1(d)(3), End-Payor Plaintiffs respectfully request that the Court grant them leave to file the Parties'[1] Response to Objections to the Special Master's Order Regarding the Parties' Motion to Compel Discovery From Non-Party OEMs and Ordering Non-Party Rule 30(b)(6) Depositions ("Response") of no more than 54 pages, including signatures.

In support of this motion for extension of pages, the Parties state that the Response collectively addresses the following sets of objections filed:

(1) Certain SSEs' Objections to the Special Master's Order Regarding the Parties' Motion to Compel Discovery From Non-Party OEMs and Ordering Non-Party Rule 30(b)(6) Depositions (ECF No. 1316);

(2) Nonparty Domestic Distributors and Non-Core SSE's Objections to and Motion to Modify Special Master's Order Regarding the Parties' Motion to Compel Discovery From Non-Party OEMs and Ordering Non-Party Rule 30(b)(6) Depositions (ECF No. 1328);

---

[1] "Parties" collectively refer to End-Payor Plaintiffs, Automobile Dealer Plaintiffs ("ADPs"), Truck and Equipment Dealer Plaintiffs, the State of Indiana, the State of Florida, and all Defendants in this multidistrict litigation. ADPs do not join the statements set forth in the Response to Objections to the Special Master's Order Regarding the Parties' Motion to Compel Discovery From Non-Party OEMs and Ordering Non-Party Rule 30(b)(6) Depositions but concur in the result sought.

1

(3)   Non-Party Daimler Entitles' Joinder (ECF No. 1329);

(4)   Non-Party Daimler Truck Entities' Objections to, and Motion to Modify, Special Master's April 20, 2016 Order (ECF No. 1318);

(5)   General Motors' Separate Statement Regarding Objections to the Special Master's Order Regarding the Parties' Motion to Compel Discovery From Non-Party OEMs and Ordering Non-Party Rule 30(b)(6) Depositions (ECF No. 1327);

(6)   Non-Party Hyundai Motor Manufacturing Alabama, LLC's Objections to, and Motion to Modify, the Special Master's Order Regarding Non-Party Rule 30(b)(6) Depositions and Failure to Recognize Hyundai Motor Manufacturing Alabama as a Smaller SSE (ECF No. 1320);

(7)   Non-Party Kia Motors Manufacturing Georgia, Inc.'s Separately Filed Objections to Special Master's Order Regarding the Parties' Motion to Compel Discovery From Non-Party OEMs and Ordering Non-Party OEM Rule 30(b)(6) Depositions (ECF No. 1321); and

(8)   Honda's Separate Statement Regarding Objections to the Special Master's Order Regarding the Parties' Motion to Compel Discovery From Non-Party OEMs and Ordering Non-Party Rule 30(b)(6) Depositions; and

(9)   Nissan Entities' Joinder in Objection Filed by Certain SSEs (ECF No. 1315).

WHEREFORE, the Parties respectfully request that the Court grant them leave to file the Parties' Response of no more than 54 pages, including signatures.

Date: May 16, 2016                    Respectfully submitted,

/s/ Steven N. Williams
Steven N. Williams
Demetrius X. Lambrinos
Elizabeth Tran
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
swilliams@cpmlegal.com
dlambrinos@cpmlegal.com
etran@cpmlegal.com

Hollis Salzman

Bernard Persky
William V. Reiss
**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Hsalzman@RobinsKaplan.com
Bpersky@RobinsKaplan.com
Wreiss@RobinsKaplan.com

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Omar Ochoa
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, TX 75202
Telephone: (214) 754-1900
toxford@susmangodfrey.com
oochoa@susmangodfrey.com

*Interim Co-Lead Class Counsel for the Proposed End-Payor Plaintiff Classes*

E. Powell Miller
Devon P. Allard
Mariell R. McLatcher
**THE MILLER LAW FIRM, P.C**.
The Miller Law Firm, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
dpa@millerlawpc.com
mrm@ millerlawpc.com

*Interim Liaison Class Counsel for the Proposed End-Payor Plaintiff Classes*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2016 I caused the foregoing END-PAYOR PLAINTIFFS' MOTION FOR EXTENSION OF PAGES to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Steven N. Williams*
Steven N. Williams