## UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | ) ) ) ) | Civil No. 2:12-md-2311-MOB  Honorable Marianne O. Battani |
| **In Re: ALL PARTS** | ) ) ) | 2:13-cv-02702-MOB  2:13-cv-02703-MOB  [Air Conditioning System Cases] |
| **THIS RELATES TO: ALL CASES** | ) | |

### NOTICE OF ENTRY OF APPEARANCE
### OF ANITA G. FOX

TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE enter the appearance of Anita G. Fox of the law firm of Fraser Trebilcock Davis & Dunlap, P.C., as local counsel on behalf of Defendants Showa Denko K.K. and Showa Aluminum Corporation of America in the above-captioned matter. The appearance shall not be deemed to be waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

**FRASER TREBILCOCK DAVIS & DUNLAP, P.C.**

Dated: May 17, 2016     By:     /s/ Anita G. Fox
Anita G. Fox
Attorneys for Defendants Showa Denko K.K.
and Showa Aluminum Corporation of America
124 W. Allegan Street, Suite 1000
Lansing, Michigan 489033
(517) 377-0837
Email: afox@fraserlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2016 I electronically filed my Appearance on behalf of Showa Denko K.K. and Showa Aluminum Corporation of America with the Clerk of the Court using the ECF system which will send notification of such filing to all of the ECF participants in this action.

    /s/ Anita G. Fox_____
Anita G. Fox
124 W. Allegan Street, Suite 1000
Lansing, Michigan  489033
(517) 377-0837
Email:  afox@fraserlawfirm.com