# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |

| | |
|---|---|
| In Re: Wire Harness Cases | Case No.: |
| In Re: Instrument Panel Clusters Cases | |
| In Re: Fuel Senders Cases | |
| In Re: Heater Control Panels Cases | 2:12-cv-00102-MOB-MKM |
| In Re: Bearings Cases | 2:12-cv-00202-MOB-MKM |
| In Re: Occupant Safety Systems Cases | 2:12-cv-00302-MOB-MKM |
| In Re: Alternators Cases | 2:12-cv-00402-MOB-MKM |
| In Re: Anti-Vibrational Rubber Parts Cases | 2:12-cv-00502-MOB-MKM |
| In Re: Windshield Wipers Cases | 2:12-cv-00602-MOB-MKM |
| In Re: Radiators Cases | 2:13-cv-00702-MOB-MKM |
| In Re: Starters Cases | 2:13-cv-00802-MOB-MKM |
| In Re: Automotive Lamps Cases | 2:13-cv-00902-MOB-MKM |
| In Re: Switches Cases | 2:13-cv-01002-MOB-MKM |
| In Re: Ignition Coils Cases | 2:13-cv-01102-MOB-MKM |
| In Re: Steering Angle Sensors Cases | 2:13-cv-01202-MOB-MKM |
| In Re: HIB Ballasts Cases | 2:13-cv-01302-MOB-MKM |
| In Re: Inverters Cases | 2:13-cv-01402-MOB-MKM |
| In Re: Electronic Powered Steering Assemblies Cases | 2:13-cv-01602-MOB-MKM |
| In Re: Air Flow Meters Cases | 2:13-cv-01702-MOB-MKM |
| In Re: Fan Motors Cases | 2:13-cv-01802-MOB-MKM |
| In Re: Fuel Injection Systems Cases | 2:13-cv-01902-MOB-MKM |
| In Re: Power Window Motors Cases | 2:13-cv-02002-MOB-MKM |
| In Re: Automatic Transmission Fluid Warmers Cases | 2:13-cv-02102-MOB-MKM |
| In Re: Valve Timing Control Devices Cases | 2:13-cv-02202-MOB-MKM |
| In Re: Electronic Throttle Bodies Cases | 2:13-cv-02302-MOB-MKM |
| In Re: Air Conditioning Systems Cases | 2:13-cv-02402-MOB-MKM |
| In Re: Windshield Washer Systems Cases | 2:13-cv-02502-MOB-MKM |
| In Re: Constant Velocity Joint Boot Products Cases | 2:13-cv-02602-MOB-MKM |
| In Re: Spark Plugs Cases | 2:13-cv-02702-MOB-MKM |
| In Re: Hoses Cases | 2:13-cv-02802-MOB-MKM |
| | 2:14-cv-02902-MOB-MKM |
| | 2:15-cv-03002-MOB-MKM |
| | 2:15-cv-03202-MOB-MKM |

THIS DOCUMENT RELATES TO:

Dealership Action Cases

## APPEARANCE OF COUNSEL

**TO THE CLERK OF THE COURT**

Please enter my Appearance as attorney for and on behalf of Auto Dealer Plaintiff

Hammett Motor Company, Inc. in the above captioned matters.

Dated:  May 24, 2016                    Respectfully submitted,

*/s/ Sterling Starns*
Sarah Sterling Starns
DON BARRETT, P.A.
404 Court Square North
P.O. Box 927
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
sstarns@barrettlawgroup.com

## CERTIFICATE OF SERVICE

I, Sterling Starns, hereby certify that on May 24, 2016, I filed this document via the

Court's CM/ECF system, which will  provide notice to all counsel of record.

/s/ Sterling Starns
Sarah Sterling Starns