UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lucha Bott, et al.,

                  Plaintiff(s),

v.                                                                          Case No. 2:12-md-02311-MOB-MKM
                                                                                           Hon. Marianne O. Battani

Furukawa Electric Company,
Limited, et al.,

                  Defendant(s).

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                  United States Court of Appeals for the Sixth Circuit
                  Potter Stewart U.S. Courthouse
                  100 East Fifth Street, Fifth Floor
                  Cincinnati, OH   45202-3988

and all interested parties, by electronic means or first class U.S. mail, on July 7, 2016.

                                                                   DAVID J. WEAVER, CLERK OF COURT

                                                                   By: s/ L. Granger
                                                                        Deputy Clerk

Dated:   July 7, 2016