# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 |
| | Honorable Marianne O. Battani |

ALL PARTS

THIS RELATES TO:  ALL CASES

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Randall B. Weill of the law firm of Preti Flaherty

Beliveau & Pachios, LLP hereby enters his appearance as counsel for Direct Purchaser Plaintiff

Irving Levine Automotive Distributors, Inc. in the above-captioned matter.


Dated: July 12, 2016          /s/ Randall B. Weill
                                Preti Flaherty Beliveau & Pachios, LLP
                                One City Center, PO Box 9546
                                Portland, ME 04112
                                Tel. 207-791-3000
                                Fax 207-791-3111
                                rweill@preti.com

                                One of the attorneys for Direct Purchaser Plaintiff
                                Irving Levine Automotive Distributors, Inc.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 12, 2016 I electronically filed the foregoing document with

the Clerk for the Court using the ECF system which will send notification of such filing to ECF-

registered counsel.

<u>/s/ Randall B. Weill</u>
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
rweill@preti.com

One of the attorneys for Direct Purchaser Plaintiff
Irvine Levine Automotive Distributors, Inc.

10730315.1