# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |

In Re: THIS DOCUMENT RELATES TO:

ALL PARTS

THIS DOCUMENT RELATES TO:

ALL ACTIONS

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, the Washington, DC office of Cuneo Gilbert & LaDuca, LLP has relocated. Attorneys associated with this office are Jonathan W. Cuneo, Joel Davidow, Victoria Romanenko, and Yifei Li, representing Automobile Dealership Plaintiffs. The new address is as follows:

Cuneo Gilbert & LaDuca, LLP
4725 Wisconsin Ave, NW
Suite 200
Washington, DC 20016

Please update your records accordingly.

Dated: September 15, 2016

                                                Respectfully submitted,

                                        /s/ Jonathan W. Cuneo
                                           Jonathan W. Cuneo

Joel Davidow
Victoria Romanenko
Yifei Li
**Cuneo Gilbert & LaDuca, LLP**
4725 Wisconsin Ave, NW
Suite 200
Washington, DC 20016
Tel: (202) 789-3960
Fax: (202) 789-1813
jonc@cuneolaw.com
joel@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com

*Counsel for Dealership Plaintiffs*