## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MICHIGAN

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS** | 12-md-02311 |
| **ANTITRUST LITIGATION** | Honorable Marianne O. Battani |

**ALL PARTS**

**THIS RELATES TO: ALL CASES**

### APPEARANCE OF JOHN M. TANSKI

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of John M. Tanski of the law firm Axinn, Veltrop & Harkrider LLP, as counsel on behalf of Defendants Nishikawa Rubber Company, Nishikawa of America, Inc., and Nishikawa Cooper LLC in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statute, or the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: October 3, 2016 | By: /s/ John M. Tanski |
| | John M. Tanski |
| | AXINN VELTROP & HARKRIDER LLP |
| | 90 State House Square |
| | Hartford, CT 06103 |
| | Telephone: (860) 275-8100 |
| | Fax: (860) 275-8101 |
| | jtanski@axinn.com |
| | |
| | *Attorneys for Nishikawa Rubber Co.,* |
| | *Nishikawa of America, Inc. and Nishikawa* |
| | *Cooper LLC* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2016, I electronically filed my Appearance on behalf of Defendants Nishikawa Rubber Co., Nishikawa of America, Inc. and Nishikawa Cooper LLC with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: October 3, 2016　　　　　　　　　　　　AXINN VELTROP & HARKRIDER LLP

　　　　　　　　　　　　　　　　　　　　　　　By: /s/  John M. Tanski