# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : No. 12-md-02311 |
| | : Hon. Marianne O. Battani |
| IN RE: WIRE HARNESS | : Case No. 2:12-cv-00103 |
| IN RE: INSTRUMENT PANEL CLUSTERS | : Case No. 2:12-cv-00203 |
| IN RE: FUEL SENDERS | : Case No. 2:12-cv-00303 |
| IN RE: HEATER CONTROL PANELS | : Case No. 2:12-cv-00403 |
| IN RE: BEARINGS | : Case No. 2:12-cv-00503 |
| IN RE: OCCUPANT SAFETY SYSTEMS | : Case No. 2:12-cv-00603 |
| IN RE: ALTERNATORS | : Case No. 2:13-cv-00703 |
| IN RE: WINDSHIELD WIPERS | : Case No. 2:13-cv-00903 |
| IN RE: RADIATORS | : Case No. 2:13-cv-01003 |
| IN RE: STARTERS | : Case No. 2:13-cv-01103 |
| IN RE: SWITCHES | : Case No. 2:13-cv-01303 |
| IN RE: IGNITION COILS | : Case No. 2:13-cv-01403 |
| IN RE: MOTOR GENERATORS | : Case No. 2:13-cv-01503 |
| IN RE: STEERING ANGLE SENSORS | : Case No. 2:13-cv-01603 |
| IN RE: HID BALLASTS | : Case No. 2:13-cv-01703 |
| IN RE: INVERTERS | : Case No. 2:13-cv-01803 |
| IN RE: ELECTRONIC POWERED STEERING ASSEMBLIES | : Case No. 2:13-cv-01903 |
| IN RE: AIR FLOW METERS | : Case No. 2:13-cv-02003 |
| IN RE: FAN MOTORS | : Case No. 2:13-cv-02103 |
| IN RE: FUEL INJECTION SYSTEMS | : Case No. 2:13-cv-02203 |
| IN RE: POWER WINDOW MOTORS | : Case No. 2:13-cv-02303 |
| IN RE: AUTOMATIC TRANSMISSION FLUID WARMERS | : Case No. 2:13-cv-02403 |
| IN RE: VALVE TIMING CONTROL DEVICES | : Case No. 2:13-cv-02503 |
| IN RE: ELECTRONIC THROTTLE BODIES | : Case No. 2:13-cv-02603 |
| IN RE: AIR CONDITIONING SYSTEMS | : Case No. 2:13-cv-02703 |
| IN RE: WINDSHIELD WASHER SYSTEMS | : Case No. 2:13-cv-02803 |
| IN RE: SPARK PLUGS | : Case No. 2:15-cv-03003 |
| IN RE: CERAMIC SUBSTRATES | : Case No. 2:16-cv-03803 |
| THIS DOCUMENT RELATES TO: | : |
| ALL END-PAYOR ACTIONS | : |

**ORDER GRANTING END-PAYOR PLAINTIFFS' AMENDED MOTION
FOR APPROVAL OF PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS**

End-Payor Plaintiffs' ("EPPs") previously settled ("Round 1 Settlements") with 11 Defendants and their affiliates ("Round 1 Settling Defendants"). The Court entered orders finally approving the Round 1 Settlements on August 9, 2016. *See, e.g.*, *Wire Harness*, 2:12-cv-00103, ECF No. 512. EPPs have now settled ("Round 2 Settlements") with an additional 12 Defendants and their affiliates ("Round 2 Settling Defendants").[1]

Now before the Court is EPPs Amended Motion for Approval of Plan of Allocation to distribute all settlement funds as to which the Court has granted final approval ("Plan of Allocation"). Upon consideration of the motion and memorandum in support, and following a duly noticed hearing on September 14, 2016, the Court hereby preliminarily approves the Plan of Allocation as fair, reasonable and adequate to the Settlement Classes, and directs the EPPs to

---

[1] The Round 2 Settling Defendants are: (1) Aisin Seiki Co., Ltd. and Aisin Automotive Casting, LLC (together, "Aisin Seiki") (*Valve Timing Control Devices*); (2) DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, DENSO Automotive Deutschland GmbH, ASMO Co., Ltd., ASMO North America, LLC, ASMO Greenville of North Carolina, Inc., and ASMO Manufacturing, Inc. (collectively, "DENSO") (*Wire Harness Systems*; *Instrument Panel Clusters*; *Fuel Senders*; *Heater Control Panels*; *Alternators*; *Windshield Wiper Systems*; *Radiators*; *Starters*; *Ignition Coils*; *Motor Generators*; *HID Ballasts*; *Inverters*; *Fan Motors*; *Fuel Injection Systems*; *Power Window Motors*; *Automatic Transmission Fluid Warmers*; *Valve Timing Control Devices*; *Air Conditioning Systems*; *Windshield Washer Systems*; *Spark Plugs*; *Ceramic Substrates*); (3) Furukawa Electric Co., Ltd. and American Furukawa, Inc. (together, "Furukawa") (*Wire Harness Systems*); (4) G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc. (collectively, "G.S. Electech") (*Wire Harness Systems*); (5) Leoni Wiring Systems, Inc. and Leonische Holding Inc. (together, "Leoni") (*Wire Harness Systems*); (6) Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc. (collectively, "MELCO") (*Wire Harness Systems*; *Alternators*; *Starters*; *Ignition Coils*; *Fuel Injection Systems*; *Valve Timing Control Devices*; *HID Ballasts*; *Electronic Powered Steering Assemblies*); (7) NSK Ltd., NSK Americas, Inc., NSK Steering Systems Co., Ltd. and NSK Steering Systems America, Inc. (collectively, "NSK") (*Bearings*; *Electronic Powered Steering Assemblies*); (8) Omron Automotive Electronics Co. Ltd. ("Omron") (*Power Window Switches*); (9) Schaeffler Group USA Inc. ("Schaeffler") (*Bearings*); (10) Sumitomo Riko Co. Ltd. and DTR Industries, Inc. (together, "Sumitomo Riko") (*Anti-vibrational Rubber Parts*; *Automotive Hoses*); (11) Tokai Rika Co., Ltd. and TRAM, Inc. d/b/a Tokai Rika U.S.A. Inc. (together, "Tokai Rika") (*Wire Harness Systems*); and (12) Valeo Japan Co., Ltd., on behalf of itself and Valeo Inc., Valeo Electrical Systems, Inc., and Valeo Climate Control Corp. (collectively, "Valeo") (*Air Conditioning Systems*).

give notice of the Plan of Allocation to the Settlement Classes in the manner set forth in the EPPs' motion for approval of notice to the Settlement Classes.

**IT IS SO ORDERED**.

Date:   October 11, 2016                              s/Marianne O. Battani
                                                      MARIANNE O. BATTANI
                                                      United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on October 11, 2016.

                                                      s/ Kay Doaks
                                                      Case Manager