# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: **AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: **BEARINGS CASES** | 2:12-cv-00500-MOB-MKM |
| **THIS RELATES TO:**<br>**ALL BEARINGS CASES** | 2:12-cv-00501-MOB-MKM<br>2:12-cv-00502-MOB-MKM<br>2:12-cv-00503-MOB-MKM<br>2:14-cv-00507-MOB-MKM |

## NOTICE OF APPEARANCE OF KRISTIN BENESKI

To the Clerk of the Court and all Counsel of Record:

Please enter the appearance of Kristin Beneski of the law firm Lane Powell PC on behalf of Defendants Nachi-Fujikoshi Corp. and Nachi America Inc. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

DATED: October 12, 2016

LANE POWELL PC

By  s/Kristin Beneski
Kristin Beneski
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
beneskik@lanepowell.com
WA Bar No. 45478

709760.0002/6786112.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2016, I caused to be electronically filed a copy of the foregoing NOTICE OF APPEARANCE OF KRISTIN BENESKI with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    s/Kristin Beneski
Kristin Beneski
Lane Powell PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
beneski@lanepowell.com
WA Bar No. 45478