## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |

In Re: AUTOMOTIVE EXHAUST SYSTEMS

THIS RELATES TO:

| | |
|---|---|
| MANNY'S AUTO SUPPLY, INC. and IRVING LEVINE AUTOMOTIVE DISTRIBUTORS, INC., on behalf of themselves and all others similarly situated, | Case No. 2:16-cv-13968 Case No. 2-16-cv-03701 |

    Plaintiffs,

v.

BOSAL NEDERLAND, B.V., *et al*,

    Defendants

---

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Gregory P. Hansel of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Plaintiffs Manny's Auto Supply, Inc. and Irving Levine Automotive Distributors, Inc. in the above-captioned matter.

Dated: November 10, 2016

/s/ Gregory P. Hansel
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
ghansel@preti.com

One of the attorneys for Plaintiffs Manny's Auto Supply, Inc. and Irving Levine Automotive Distributors, Inc.

11175210.1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 10, 2016 I electronically filed the foregoing document with the Clerk

for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Gregory P. Hansel
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
ghansel@preti.com

One of the attorneys for Plaintiffs Manny's Auto Supply, Inc.
and Irving Levine Automotive Distributors, Inc.

11175210.1