# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-MD-02311 |
| | : Honorable Marianne O. Battani |
| | : Special Master Gene J. Esshaki |
| | : |
| | : C.A. NO. 2:12-MD-02311-MOB-MKM |
| In Re: All Auto Parts Cases | : |
| | : |
| | : |
| | : |
| THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES | : |
| | : |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Neal Walters, Esq. from the law firm of Ballard Spahr LLP as counsel for non-party, Subaru of America, Inc.


Dated:  November 14, 2016

                                                                                              /s/ Neal Walters
                                                                                              Neal Walters
                                                                                              waltersn@ballardspahr.com
                                                                                             BALLARD SPAHR LLP
                                                                                             210 Lake Drive East, Suite 200
                                                                                             Cherry Hill, NJ  08002-1163
                                                                                             Telephone: 856.761.3400

*Attorneys for (non-party) Subaru of America, Inc.*

DMEAST #27525921 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that the within Notice of Appearance of Neal Walters has been served upon all counsel of record via electronic filing.

Dated: November 14, 2016

                                     */s/ Neal Walters*
                                     Neal Walters
                                     waltersn@ballardspahr.com
                                     BALLARD SPAHR LLP
                                     210 Lake Drive East, Suite 200
                                     Cherry Hill, NJ  08002-1163
                                     Telephone: 856.761.3400

                                     *Attorneys for (non-party) Subaru of America, Inc.*