# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | Master File 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | Case No. 12-cv-10676-MOB-MKM Case No. 12-cv-00100-MOB-MKM Case No. 12-cv-00102-MOB-MKM Case No. 12-md-02311-MOB-MKM |

## NOTICE OF WITHDRAWAL OF ALAN S. MILLER AS COUNSEL FOR DEFENDANT YAZAKI NORTH AMERICA, INC.

Defendant Yazaki North America, Inc. hereby provides notice of the withdrawal of Alan S. Miller of Jones Day as counsel for defendant Yazaki North America, Inc. ("YNA") in the following actions:

- Master File; E.D. Mich. No. 12-md-02311

- Wire Harness – Lead Case; E.D. Mich. No. 12-cv-00100

- Wire Harness – Auto Dealership Plaintiff Actions; E.D. Mich. No. 12-cv-00102

- *Landers Auto Group Number One Inc v. Delphi Automotive Systems LLC*; E.D. Mich. No. 12-cv-10676

No prejudice will result from the withdrawal as Jones Day continues to represent Yazaki Corporation in these actions.[1]

---

[1] Mr. Miller entered an appearance on behalf of YNA in *Landers Auto Group Number One Inc v. Delphi Automotive Systems LLC*, E.D. Ark. No. 11-cv-00757, and appears on the docket as counsel of record for YNA in the above captioned matters only by operation of the transfer of the *Landers* action in Arkansas to this Court by the Judicial Panel on Multidistrict Litigation. As indicated on the docket, Mr. Miller has not been admitted in the MDL. As a result, this notice is being filed by Ms. Fischer of Jones Day, with Mr. Miller's consent.

Dated:  November 29, 2016

Respectfully submitted,

JONES DAY

*/s/Michelle K. Fischer*
Michelle K. Fischer
Stephen J. Squeri
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Tel. (216) 586-3939
Fax (216) 579-0212
mfischer@jonesday.com
sjsqueri@jonesday.com

John M. Majoras
Michael R. Shumaker
Carmen G. McLean
JONES DAY
51 Louisiana Ave. N.W.
Washington, D.C. 20001-2113
Tel. (202) 879-3939
Fax (202) 626-1700
jmmajoras@jonesday.com
mrshumaker@jonesday.com
cgmclean@jonesday.com

Tiffany D. Lipscomb-Jackson
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215-2673
Mailing Address:  P.O. Box 165017
Columbus, OH 43216-5017
Tel. (614) 281-3939
Fax (614) 461-4198
tdlipscombjackson@jonesday.com

Alan S. Miller
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Tel. (214) 220-3939
Fax (214) 969-5100
asmiller@jonesday.com

*Attorneys for Defendant Yazaki North America,*
*Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 29, 2016, I electronically filed the foregoing Notice of

Withdrawal of Alan S. Miller as Counsel for Defendant Yazaki North America, Inc. with the

Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel

registered with CM/ECF.

/s/Michelle K. Fischer
Michelle K. Fischer
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Tel. (216) 586-3939
Fax (216) 579-0212
mfischer@jonesday.com

*Attorney for Defendant Yazaki North America, Inc.*