# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) Master File No. 12-md-02311 <br> Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) ) ) ) |
| THIS RELATES TO: ALL CASES | ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lisa A. Peterson of McDermott Will & Emery LLP hereby enters an appearance on behalf of Defendant NGK Automotive Ceramics USA, Inc. in the above-captioned cases.

DATED: December 1, 2016

**MCDERMOTT WILL & EMERY LLP**

   */s/ Lisa A. Peterson*
Lisa A. Peterson
500 N. Capitol St., NW
Washington, D.C. 20001
Telephone: (202) 756-8235
Fax: (202) 591-2780
lpeterson@mwe.com

*Attorneys for NGK Automotive Ceramics USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2016, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

**MCDERMOTT WILL & EMERY LLP**

<u>*/s/ Lisa A. Peterson*</u>
Lisa A. Peterson
500 N. Capitol St., NW
Washington, D.C. 20001
Telephone: (202) 756-8235
Fax: (202) 591-2780
lpeterson@mwe.com

*Attorneys for NGK Automotive Ceramics USA, Inc.*