**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

## CASE MANAGEMENT ORDER ON BRIEFING

Pursuant to Federal Rule of Civil Procedure 16, the Court conducted a case management conference ("Case Management Conference") in *In re: Automotive Parts Antitrust Litigation*, 12md-02311 ("MDL No. 2311") on June 15, 2012.  The Court established the following briefing limitations, **which shall apply to all cases**:

A.  Motion to Dismiss Briefing Page Limits:

   1. **Collective briefs** on collective issues

      a.  Opening briefs and opposition briefs shall be limited to a maximum of 40 pages.

      b.  Reply briefs shall be no more than 15 pages.

   2. **Briefs filed by individual defendants**

      a.  Opening briefs and opposition briefs shall be limited to a maximum of 20 pages.

      b.  Reply briefs shall be no more than 10 pages.

B.  Briefs shall be filed in 12 point font.

    IT IS SO ORDERED.

Date: December 2, 2016                              <u>s/Marianne O. Battani</u>
                                                                          MARIANNE O. BATTANI
                                                                          United States District Judge