# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311 Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:  ALL CASES** | |

## APPEARANCE

Please enter the appearance of Angela A. Smedley of Winston & Strawn LLP as counsel for Defendants Corning Incorporated and Corning International Kabushiki Kaisha.

Dated:  December 5, 2016

Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ Angela A. Smedley*
    Angela A. Smedley
    WINSTON & STRAWN LLP
    200 Park Avenue
    New York, NY  10166-4193
    Telephone: (212) 294-5348
    asmedley@winston.com

*Attorney for Defendants Corning Incorporated and Corning International Kabushiki Kaisha*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 5, 2016, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                          */s/ Angela A. Smedley*
                                          Angela A. Smedley
                                          WINSTON & STRAWN LLP
                                          200 Park Avenue
                                          New York, NY  10166-4193
                                          Telephone: (212) 294-5348
                                          asmedley@winston.com