**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITGATION** | **Master File No. 12-md-2311** <br> **Honorable Marianne O. Battani** |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## <u>NOTICE OF ATTORNEY APPEARANCE</u>

Please enter the appearance of E. Paul Cauley, Jr. of the law firm of Sedgwick LLP as co-counsel for Defendant Nissan North America, Inc.

Respectfully Submitted,

<u>/s/ *E. Paul Cauley, Jr.*</u>
E. PAUL CAULEY, JR.
State Bar No. 04018900

**SEDGWICK LLP**
1717 Main Street, Suite 5400
Dallas, Texas 75201-7367
Telephone: (469) 227-8200
Facsimile: (469) 227-8004
paul.cauley@sedgwicklaw.com

**ATTORNEY FOR DEFENDANT
NISSAN NORTH AMERICA, INC.**

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on December 8, 2016, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ <i>E. Paul Cauley, Jr.</i>
E. PAUL CAULEY, JR.
