Nos. 16-2058; 16-2081

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION (No. 16-2058).<br><br>In re: WIRE HARNESSES (No. 16-2081).<br>─────────────────────────────<br>END-PAYOR PLAINTIFFS,<br><br>    Plaintiffs-Appellees,<br><br>BENJAMIN FEURY; THOMAS SARRIS,<br><br>    Objectors-Appellants,<br><br>v.<br><br>NIPPON SEIKI COMPANY, LTD, et al.,<br><br>    Defendants-Appellees. | **FILED**<br>Nov 18, 2016<br>DEBORAH S. HUNT, Clerk<br><br><br><br><br>O R D E R |

Before: GUY and MOORE, Circuit Judges; HOOD, District Judge.[*]

In this multidistrict antitrust litigation, Objectors Benjamin Feury and Thomas Sarris appeal the June 20, 2016 order approving a class action settlement and the June 20, 2016 order awarding attorney fees to the End-Payor plaintiffs. They filed two notices of appeal. One was filed in the Master Docket, No. 12-md-2311, and is pending as No. 16-2058. A second notice of

---

[*] The Honorable Joseph M. Hood, United States Disrict Judge for the Eastern District of Kentucky, sitting by designation.

Case 2:12-md-02311-SFC-RSW ECF No. 1566, PageID.29187 Filed 11/18/16 Page 2 of 5
Case: 16-2058 Document: 58-1 Filed: 11/18/2016 Page: 2 (2 of 5)

Nos. 16-2058; 16-2081
-2-

appeal was filed in the End-Payor Automotive Wire Harness Systems docket, No. 12-cv-0103, and is pending as No. 16-2081.

The June 20 orders apply to nineteen individual cases, including No. 12-cv-0103. The June 20 orders were entered in all nineteen cases, but they were not entered on the Master Docket. The notice of appeal filed on the Master Docket purports to appeal the June 20 orders entered in each of the nineteen cases, including No. 12-cv-0103. However, the Objectors did not file a notice of appeal in eighteen of the cases to which the June 20 orders apply.

An appeal is perfected by filing a timely notice of appeal in the district court in accordance with Federal Rules of Appellate Procedure 3 and 4. In a civil action, the filing of a timely notice of appeal is a jurisdictional requirement. *Bowles v. Russell*, 551 U.S. 205, 214 (2007). The consolidation of cases for pretrial purposes by the MDL Panel under 28 U.S.C. § 1407 is to promote efficient judicial administration and does not merge the actions into a single case. *See Gelboim v. Bank of Am. Corp.*, 135 S. Ct. 897, 905 (2015). The nineteen cases that have been settled have not been consolidated for all purposes, but retain their individual identity. The notice of appeal filed in the Master Docket is ineffective to appeal the orders entered in the individual cases. The Objectors have perfected an appeal only in No. 12-cv-0103.

In response to a show cause, the Objectors argue that it would be a denial of due process to require them to file a notice of appeal in each of the nineteen cases and to pay approximately $10,000 in filing fees. They maintain that, as objectors, they have a due process right to appeal, and to require the payment of an excessive fee to appeal the orders is unreasonable. The Objectors have not presented any evidence that the payment of the required filing fees for an additional eighteen appeals would be an undue burden. And they did not seek leave to proceed

Nos. 16-2058; 16-2081
-3-

on appeal *in forma pauperis*. Requiring appellants to either pay the required filing fee or move for pauper status does not violate due process.

Case No. 16-2058 is **DISMISSED** for lack of jurisdiction. Case No. 16-2081 is limited to an appeal from the June 20 orders entered in No. 12-cv-0103.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 18, 2016

Ms. Marla Linderman
Linderman Julien
116 E. Washington Street
Suite 150
Ann Arbor, MI 48104-0000

Re: Case No. 16-2058, *End-Payor Plaintiffs, et al v. Nippon Seiki Company, Ltd., et al*
Originating Case No. : 2:12-md-02311 : 2:12-cv-00103 : 2:12-cv-00203 : 2:12-cv-00303 : 2:12-cv-00403 : 2:12-cv-00603 : 2:13-cv-00703 : 2:13-cv-01003 : 2:13-cv-01103 : 2:13-cv-01303 : 2:13-cv-01403 : 2:13-cv-01503 : 2:13-cv-01603 : 2:13-cv-01703 : 2:13-cv-01803 : 2:13-cv-02003 : 2:13-cv-02403 : 2:13-cv-02503 : 2:13-cv-02603 : 2:13-cv-02203

Dear Ms. Linderman,

   The Court issued the enclosed (Order/Opinion) today in this case.

                                        Sincerely yours,

                                        s/Robin Baker
                                        Case Manager
                                        Direct Dial No. 513-564-7027

cc: Mr. Alden L. Atkins
    Ms. Eva W. Cole
    Ms. Molly M. Donovan
    Mr. Peter M. Falkenstein
    Mr. James Powell Feeney
    Ms. Michelle Karen Fischer
    Mr. Brian K. Grube

    Mr. William H. Horton
    Mr. Howard B. Iwrey
    Mr. Jeffrey L. Kessler
    Ms. Meredith Jones Kingsley
    Mr. Peter Kontio
    Ms. Tiffany Danielle Lipscomb-Jackson
    Mr. John Michael Majoras
    Mr. Andrew S. Marovitz
    Mr. Terrell W. Oxford
    Mr. William Reiss
    Mr. Michael Adam Rubin
    Ms. Hollis L. Salzman
    Mr. William Parker Sanders
    Mr. Marc M. Seltzer
    Mr. Peter L. Simmons
    Ms. Marguerite Sullivan
    Ms. Joanne G. Swanson
    Mr. Thomas J. Tallerico
    Ms. Lindsey Robinson Vaala
    Mr. A. Paul Victor
    Mr. David J. Weaver
    Mr. Steven N. Williams

Enclosure

No mandate to issue