# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-md-02311<br>: Honorable Marianne O. Battani<br>: |
| In Re: ALL PARTS | |
| THIS RELATES TO:<br><br>All Actions | :<br>:<br>:<br>:<br>: |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that effective January 1, 2017 Arnold & Porter LLP has consummated its merger with Kaye Scholer LLP. The resulting firm is known as Arnold & Porter Kaye Scholer LLP. The firm's location, telephone number, and facsimile number remain unchanged. As a result of the firm name change, the e-mail domain for all attorneys has changed to @apks.com. E-mails sent to the previous @aporter.com email domain will be automatically forwarded for one year.

**On Behalf of Koito Manufacturing Co., Ltd. as defendant:**

- 12-md-02311
- 2:13-cv-01200
- 2:13-cv-01202
- 2:13-cv-01203
- 2:13-cv-01700
- 2:13-cv-01702
- 2:13-cv-01703

**On Behalf of North American Lighting, Inc. as defendant:**

- 12-md-02311
- 2:13-cv-01700
- 2:13-cv-01702
- 2:13-cv-01703

Dated: January 5, 2017    Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP


By: /s/ Emily Blackburn
Franklin Liss, Esq.
Matthew Tabas, Esq.
Emily Blackburn, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
(202) 942-5999 - facsimile
frank.liss@apks.com
matthew.tabas@apks.com
emily.blackburn@apks.com

Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Attorneys for Defendants Koito Manufacturing Co., Ltd., and North American Lighting, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 5, 2017, I caused the foregoing Notice of Firm Name Change to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.


Dated: January 5, 2017                                By: /s/ Riley Berg
                                                                  Riley Berg