# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-md-02311<br>: Honorable Marianne O. Battani<br>: |
| In Re: ALL PARTS | |
| THIS RELATES TO:<br><br>All Actions | :<br>:<br>:<br>:<br>: |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that Arnold & Porter LLP has changed its name to Arnold & Porter Kaye Scholer LLP. The firm's location, telephone number, and facsimile number remain unchanged. As a result of the firm name change, the email domain for all attorneys has changed to @apks.com. Emails sent to the previous @aporter.com email domain will be automatically forwarded for one year.

**On Behalf of Fujikura Automotive America LLC and Fujikura Ltd. as defendants:**

- 12-md-02311
- 2:12-cv-00100
- 2:12-cv-00101
- 2:12-cv-00102
- 2:12-cv-00103
- 2:13-cv-00104
- 2:14-cv-00107

Dated: January 5, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER KAYE SCHOLER LLP


　　　　　　　　　　　　　　　　　By: /s/ Michael A. Rubin
　　　　　　　　　　　　　　　　　　　James L. Cooper
　　　　　　　　　　　　　　　　　　　Michael A. Rubin
　　　　　　　　　　　　　　　　　　　Katherine Clemons
　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER KAYE SCHOLER LLP
　　　　　　　　　　　　　　　　　　　601 Massachusetts Ave. NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　(202) 942-5000
　　　　　　　　　　　　　　　　　　　(202) 942-5999 - facsimile
　　　　　　　　　　　　　　　　　　　James.Cooper@apks.com
　　　　　　　　　　　　　　　　　　　Michael.Rubin@apks.com
　　　　　　　　　　　　　　　　　　　Katherine.Clemons@apks.com

　　　　　　　　　　　　　　　　　　　Joanne Geha Swanson (P33594)
　　　　　　　　　　　　　　　　　　　Fred Herrmann (P49519)
　　　　　　　　　　　　　　　　　　　Matthew L. Powell (P69186)
　　　　　　　　　　　　　　　　　　　KERR, RUSSELL AND WEBER, PLC
　　　　　　　　　　　　　　　　　　　500 Woodward Avenue, Suite 2500
　　　　　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　　　　　(313) 961-0200
　　　　　　　　　　　　　　　　　　　(313) 961-0388 (facsimile)
　　　　　　　　　　　　　　　　　　　jswanson@kerr-russell.com
　　　　　　　　　　　　　　　　　　　fherrmann@kerr-russell.com
　　　　　　　　　　　　　　　　　　　mpowell@kerr-russell.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Fujikura Automotive America LLC and Fujikura Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 5, 2017, I caused the foregoing Notice of Firm Name Change to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.

Dated: January 5, 2017                                   By:   /s/ Riley C. Berg
                                                                                  Riley C. Berg