# EXHIBIT A

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: AUTOMOTIVE          :      2:12-md-02311
PARTS ANTITRUST            :
LITIGATION                 :
-----------------------:
ALL PARTS CASES            :
                           :
-----------------------:
THIS RELATES TO:           :
ALL ACTIONS:               :
-----------------------:

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
~~~~~~~~~~~~~~~~~~~~
30(b)(6) deposition of
MARK WILLOUGHBY
November 3, 2016 - 8:59 a.m.
Vorys Sater Seymour & Pease LLP
52 East Gay Street
Columbus, Ohio
~~~~~~~~~~~~~~~~~~~~
VERITEXT LEGAL SOLUTIONS
MID-ATLANTIC REGION
1801 Market Street - Suite 1800
Philadelphia, PA   19103

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 33

1  believe the associates themselves do that.
2      Q.   They have the ability to sit at
3  their desktop, stick in a DVD, and say, okay,
4  move the data to the DVD?
5      A.   Yes.
6      Q.   Do you know how much time it would
7  take to download all of the current data that
8  is live on the CSS to some sort of portable
9  media, such as a DVD?
10     A.   Not an exact time.  From a general
11 sense, CSS data in the system, it's not
12 difficult to extract.
13     Q.   Okay.  Now, talk to me about the
14 CMS, the cost management system.  Is that also
15 a mainframe database?
16     A.   Yes.  And it's used for mass
17 production parts.
18     Q.   What is a mass production part?
19     A.   It's a cost for a part that's in
20 production.  For contrast, CSS is cost
21 simulation system, it is working with new model
22 costs before a model goes into production.
23     Q.   And then the CMS is what is
24 actually in production?
25     A.   CMS is the database used from that

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 73

1   A.   Yes -- no.  We talked about CSS.
2   So to help clarify, there is CSS, which is used
3   for new models.  So throughout the new model
4   process, CSS is used to forecast what the cost
5   of our model would be.  Cost management system,
6   which is CMS, is the system that tracks mass
7   production of proof cost.
8   Q.   And the CMS database is the one
9   where the workers in your division can go to
10  the desktop and download data onto a DVD?
11  A.   When we talked about that
12  specifically, both CSS and CMS can do that.
13  Q.   Is all of the E-quote system data
14  transmitted into the cost management system
15  database?
16  A.   Yes.  And I would like to back up,
17  I'm sorry, very quickly.
18       The E-quote key data feeds into the
19  cost management system.  So for example, a
20  supplier name, a part number, a price and a
21  cost change would feed into CMS.  There could
22  be some other fields in the E-quote that don't,
23  but they are not key fields like that.
24  Q.   Would it be possible to get a list
25  of the fields that are in E-quote and then a

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 134

1  discussions with your outside counsel, that
2  there is a report called the Cost By Ship
3  Report. Can you tell me what a cost by ship
4  report is?
5       A.   Yes. A cost by ship is something
6  that we utilize with new models. So during the
7  new models, we use CSS, we calculate what the
8  cost is based on that time period, and finally,
9  we have -- we have to toss that so we can get a
10 total unit cost. So we use a cost by ship to
11 show what the characteristics are for different
12 types of models.
13          We show that cost -- I'm struggling
14 to explain a little bit, but we will break out
15 by the type or where a unit is shipping to, we
16 will break that out across various buckets, and
17 we will show what our outsource cost is, and we
18 use that as a -- also what the tooling cost is,
19 various financial pieces, and we use that to
20 cost to accounting, then there is other things
21 with that to establish a final cost.
22      Q.   And the cost is by what, by unit or
23 model?
24      A.   By model. The cost by ship shows
25 by model. It is generated by looking at the

Page 135

1    CSS entry that we have that will show what that
2    new cost status is at that time, and then that
3    will feed into the cost by ship, along with
4    some other factors.
5         Q.   So the cost by ship report is
6    generated from data that comes out of the CSS
7    database?
8         A.   Yes.
9         Q.   Plus what else?
10        A.   There could be some other countries
11   that are supplying parts.  So like a Japan
12   cost, so it is broke out by U.S. content parts,
13   Japan parts, meaning that Honda Motors supplies
14   the parts, things like that.
15        Q.   Because your CSS is only going to
16   track costs for component that North American
17   Honda acquired?
18        A.   Those are the main things that we
19   input into it.  We do sometimes get the Japan
20   cost and put it into CSS, we have a field we
21   can do that, but on the cost by ship we
22   separate and break those out, so it has a
23   series of different cost elements that build up
24   to our outsource cost, and we talked earlier
25   about how in CSS we had tooling and part costs

Page 137

1  characteristics is different model by model.
2  So there is different regulations for Europe,
3  which causes us to use some different parts, or
4  different in Asia.
5          So we track those, and also because
6  the export volume -- assuming, I'll say it this
7  way, assuming the export volume is smaller than
8  the U.S. volume, it means any exclusive tooling
9  for that model has a bigger impact on that
10 price.  So that's why we break it out like
11 that.
12         Q.   So the cost by ship is going to
13 show a different cost for every different
14 variation of the particular Accord model?
15         A.   Yes.
16         Q.   And that's not only by trim, trend,
17 but also where the car is going to be sold
18 ultimately?
19         A.   We identify the -- it is by all the
20 different exports and all the different trims,
21 two-wheel drive, four-wheel drive, we will
22 identify where that set of parts is shipping
23 to, but we don't, from the purchasing side, we
24 don't get involved in destination charge or
25 anything like that, if that makes sense.

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 162

1  wanted to know about?
2       A.   You know, I don't want to minimize
3  the work, because if you picture, we have four
4  or five new model cost events across every
5  model that is having a change, it's a lot of
6  work.  It is a system where we could look at
7  and run a report at whatever that current event
8  was and get a list of parts with a cost.
9       Q.   Well, I'm not trying to minimize
10 whatever work it might take for Honda to
11 generate the reports, I'm just trying to figure
12 out if you have already done that and you have
13 these reports in the can somewhere, or if it
14 was something that you would have to produce,
15 you know, in the future?
16      A.   Yeah.  If the event has already
17 been done, the data is out there, we just have
18 to go and pull it back out and the report is
19 run.
20      Q.   But you haven't run those reports
21 yet?
22      A.   Actually, the request that just
23 came in about going back ten years on FMCs, we
24 just ran a series of these reports, and just
25 forwarded those to legal counsel.

1     MR. PURCELL: Don't talk about
2  communication with legal counsel.
3     THE WITNESS: I'm sorry.
4     MR. PURCELL: Thanks.
5     Q.  So I think what you are telling me
6  is there might be a handful of these CSS
7  detailed reports that have already been
8  created, but for the most part, this is not a
9  report that is just sitting on somebody's
10 computer somewhere?
11    MR. PURCELL: Object to the form.
12    A.  This is a report we can run because
13 the data is there.
14    Q.  Okay. I understand. If the data
15 that Honda has in its CSS database was produced
16 to the requesting parties, then would the
17 requesting parties be able to, you know, run
18 those same reports, extract data however they
19 wanted?
20    A.  Could you say that again.
21    Q.  Sure. If we said, Mr. Willoughby,
22 don't worry about running the reports, just
23 give us a data dump from the CSS database and
24 we will run our own reports, would we, assuming
25 we got that data, would we be able to then turn

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 164

1   it around?
2        A.    I think it would be extremely
3   difficult for you.
4        Q.    Why is that?
5        A.    Because if it is in a format that
6   you wouldn't know how to use or how to read or
7   how to manipulate the data at all.  So we have
8   people who know how to manipulate the data, and
9   we could put into an Excel format which would
10  be tossed, but for you to be in the database
11  would not be efficient for you at all.
12       Q.    You could put it in an Excel format
13  that would be tossed, is that what you said?
14       A.    If it is appropriate to share that,
15  we could share that and you could manipulate an
16  Excel program.
17       Q.    Okay.  I understand.
18             I want go back a couple of steps.
19  You were telling me about the correlation
20  process.  Can you identify for me what
21  parameters Honda uses to identify which of the
22  parts that it wants to run through the
23  correlation process?
24       A.    We look at -- we will gather the
25  cost and share with design, design will look,

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 200

1  in a macro level than a micro level.
2      Q.   And do you know if individual
3  buyers keep the more detailed back-and-forth
4  between the suppliers?
5      A.   I'm not sure if they -- some
6  potentially do, some probably -- I don't know.
7           Finally, we consolidate by looking
8  at the final results.
9      Q.   Are there any other sources of
10 documents or data regarding cost down other
11 than the cost down system you told me about and
12 the paper files that the project managers
13 maintain?
14     A.   Any other sources?
15     Q.   Yeah.  If we were looking
16 for -- where else might we look for information
17 about cost down?
18     A.   The CMS, the cost management
19 system, would show cost down.
20     Q.   Anything else?
21     A.   Of course the E-quote would show a
22 cost down if there was a quote to quote cost
23 down.  Other than that, I can't think of any.
24     Q.   After a particular part is awarded
25 to a particular maker for a car, does it ever

Page 201

1  happen that in between major model changeovers,
2  that Honda decides we need to tweak the design
3  of a particular part?
4      A.   Yes.  There is design changes
5  throughout the life of a part.
6      Q.   And when the design changes are
7  made by Honda, do those get communicated to
8  their suppliers?
9      A.   Yes.  They would receive a drawing
10 and a prompt to requote that drawing.
11     Q.   And that transaction, Honda issuing
12 a new drawing and then the supplier issuing a
13 new quote, does that happen through the E-quote
14 system?
15     A.   Yes.
16     Q.   And is that data going to be saved
17 in E-quote?
18     A.   Yes.  For the ten years since the
19 existence of E-quote, basically, it is there.
20     Q.   This exchange that we just talked
21 about that's in E-quote for the past ten years
22 or so, does that also get transmitted to CMS?
23     A.   When there is cost changes to
24 E-quote, it transmits to CMS.
25     Q.   But just the new cost?

1  　　　　　I do further certify that I am not
2  a relative, counsel or attorney for either
3  party, or otherwise interested in the event of
4  this action.
5  　　　　　IN WITNESS WHEREOF, I have hereunto
6  set my hand and affixed my seal of office at
7  Cleveland, Ohio, on this 7th day of
8  November, 2016.

*Wendy L. Klauss* (signature)

Wendy L. Klauss, Notary Public
within and for the State of Ohio

My commission expires July 13, 2019.

Case 2:12-md-02311-SFC-RSW ECF No. 1639, PageID.30497 Filed 02/03/17 Page 14 of 14

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 278

1  AUTO PARTS LITIGATION-ALL CASES
2  Mark Willoughby , 30(b)(6)
3      INSTRUCTIONS TO THE WITNESS
4          Please read your deposition over
5  carefully and make any necessary corrections.
6  You should state the reason in the
7  appropriate space on the errata sheet for any
8  corrections that are made.
9          After doing so, please sign the errata
10 sheet and date it.
11         You are signing same subject to the
12 changes you have noted on the errata sheet,
13 which will be attached to your deposition.
14         It is imperative that you return the
15 original errata sheet to the deposing
16 attorney within thirty (30) days of receipt
17 of the deposition transcript by you.  If you
18 fail to do so, the deposition transcript may
19 be deemed to be accurate and may be used in
20 court.
21
22
23
24
25 2474582