UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master Case No. 2:12-md-2311<br>Honorable Marianne O. Battani<br>Magistrate Mona K. Majzoub |
| In Re: AUTOMOTIVE STEEL TUBE CASES | Case No. 2:16-cv-04000-MOB-MKM |
| THIS RELATES TO:<br><br>ALL AUTOMOTIVE STEEL TUBE CASES | |

## APPEARANCE OF MAX A. AIDENBAUM ON BEHALF OF AN INTERESTED PARTY

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Max A. Aidenbaum of the law firm Dickinson Wright PLLC as counsel on behalf of interested party Usui International Corporation in the above-captioned matter. This Appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure—including without limitation personal jurisdiction, subject matter jurisdiction, and adequacy or fact of service of process.

Dated: February 6, 2017

DICKINSON WRIGHT PLLC

/s/ Max A. Aidenbaum
Max A. Aidenbaum (P78793)
500 Woodward Avenue—Suite 4000
Detroit, Michigan 48226
313.223.3093
maidenbaum@dickinsonwright.com

*Attorneys for Usui International Corporation*

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2017, I caused my Appearance on behalf of interested party Usui International Corporation to be electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

DICKINSON WRIGHT PLLC

/s/ Max A. Aidenbaum
Max A. Aidenbaum (P78793)
500 Woodward Avenue—Suite 4000
Detroit, Michigan 48226
313.223.3093
maidenbaum@dickinsonwright.com

*Attorneys for Usui International Corporation*

DETROIT 59616-2 1412886v1