# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## ORDER GRANTING WITHDRAWAL OF ATTORNEY
## <u>ALATHEA PORTER</u>

Notice has been filed regarding the withdrawal of Alathea Porter of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, ASMO North America, LLC, ASMO North Carolina, Inc., ASMO Co. Ltd, and ASMO Manufacturing, Inc.  Other attorneys of the same firm have appeared as counsel on behalf of these defendants and their representation continues.

IT IS ORDERED that

Ms. Porter shall be removed as attorney of record in the following cases:

12-md-02311-MOB-MKM

13-cv-00900-MOB-MKM

13-cv-00901-MOB-MKM

13-cv-00902-MOB-MKM

13-cv-00903-MOB-MKM

13-cv-02300-MOB-MKM

ActiveUS 159676829v.2

13-cv-02302-MOB-MKM

13-cv-02303-MOB-MKM

13-cv-02800-MOB-MKM

13-cv-02801-MOB-MKM

13-cv-02802-MOB-MKM

13-cv-02803-MOB-MKM

**THE LAW OFFICE OF ATTORNEY ALATHEA PORTER IS DIRECTED TO DOCKET A DISCONTINUE OF NEF's AND REMOVE ATTORNEY PORTER FROM ALL CASES LISTED IN THE ORDER. (Discontinue of NEF's event is located under Other Filings/Other documents).**

Date:   February 13, 2017　　　　　　　　　　s/Marianne O. Battani
　　　　　　　　　　　　　　　　　　　　　　MARIANNE O. BATTANI
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on February 13, 2017.

　　　　　　　　　　　　　　　　　　　　　　s/ Kay Doaks
　　　　　　　　　　　　　　　　　　　　　　Case Manager