# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No.: 12-MD-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | 2:12-MD-02311-MOB-MKM |
| THIS RELATES TO: ALL CASES | |

## ORDER GRANTING NON-PARTY SUBARU OF INDIANA, AUTOMOTIVE, INC.'S MOTION TO STRIKE FILING OF DOCUMENT NO.1644 UNDER INCORRECT NON-PARTY NAME

This matter having come before the Court on Non-Party Subaru of Indiana Automotive, Inc.'s Motion to Strike Filing of Document No. 1644 Under Incorrect Party Name, and the Court being duly advised, now **GRANTS** the Motion.

IT IS THEREFORE ORDERED that Document No. 1644 filed under the wrong party name is hereby stricken.

Date:   February 14, 2017              s/Marianne O. Battani
                                       MARIANNE O. BATTANI
                                       United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on February 14, 2017.

                                       s/ Kay Doaks
                                       Case Manager