

J. David Rowe
(512) 381-8020
drowe@dbcllp.com
303 Colorado, Suite 2300
Austin, TX 78701
www.dbcllp.com

February 14, 2017

*Via Electronic Filing and*
*Via Federal Express*

The Honorable Marianne O. Battani
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 277
Detroit, MI 28226

    Re:    Master File No. 12-md-02311 in the United States District Court for the Eastern District of Michigan, Southern Division; *In re Automotive Parts Antitrust Litigation*

Dear Judge Battani:

    On behalf of the Requesting Parties (excluding the Auto Dealer Plaintiffs), I write to address an issue related to the Special Master's Order Regarding Motion to Compel Against Honda ("Order") [Doc #1577]. That Order requires Honda to produce its Dealer DMS data, subject to any objections that its Dealers may have raised after having been given notice. A handful of Dealers have raised objections, with the last submission having been filed on February 7, 2017. Because the Dealer objections are by and large identical, the Requesting Parties intend to submit a single, consolidated Response on or before February 21, 2017.

                                    Respectfully submitted,

                                      */s/ J. David Rowe*

                                    J. David Rowe
                                    Attorney for
                                    Sanden International (USA), Inc.

JDR/jat

    Copies:        Special Master Esshaki
                          All counsel of record

2455456.2