# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## STIPULATED ORDER REGARDING SEALED FILINGS

WHEREFORE, the Court discussed at the September 14, 2016 status conference the Sixth Circuit's holdings in *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299 (6th Cir. 2016);

WHEREFORE, the parties in some cases in this litigation have entered into protective orders, *see, e.g.*, Stipulation and Protective Order Governing the Production and Exchange of Confidential Information, No. 12-md-02311-MOB-MKM, ECF No. 200 (July 10, 2012), which provide that all documents filed with the Court that contain "Highly Confidential" or "Confidential" information are to be filed under seal;

WHEREFORE, other parties in cases for which a protective order has not yet been entered have filed confidential or highly confidential information under seal; and

WHEREFORE, the Court has determined to adopt a process to comply with the instructions of the Sixth Circuit in *Shane Group* regarding the sealing of documents filed with the Court.

Accordingly, the undersigned parties hereby agree and stipulate as follows regarding a protocol for filing documents, including the filing of transcripts of testimony as attachments to filings, under seal in this litigation:

1.  If a filing contains information or exhibits designated "Highly Confidential" or

"Confidential" under an applicable protective order or that the party making the filing believes to be, or has been advised is, subject to a non-disclosure agreement, the party making the filing shall file it under seal. The party making the filing shall not be deemed to have necessarily agreed that sealing of the document is required under the standard articulated in *Shane Group* or other applicable law. The party making the filing need not itself file any motion concerning the sealing, but shall file a notice with the Court indicating that the document has been filed under seal.

   2. After making the filing under seal, the filing party promptly shall provide written notice of the filing to any party or non-party who provided the information or materials to the party making the filing under seal. The filing party shall also make reasonable efforts to provide written notice to any other party or non-party who the filing party believes or has been advised may have an interest in the confidentiality of the information in the sealed filing, because the information belongs to, was obtained from (by the party or non-party who provided the information to the filing party), or is otherwise about the other party or non-party. At the request of the filing party, any party who provided the information in question to the filing party shall, at the choice of the party who provided the information, make reasonable efforts either to provide written notice to any other party or non-party with such an interest in the confidentiality of the information or to identify such other party or non-party so the filing party may provide such notice.

   3. Within 30 days after the initial filing of the document under seal, (a) any party or non-party who provided the information or materials filed under seal to the party making the filing, or (b) any party or non-party who otherwise claims to have an interest in the confidentiality of the information contained in the sealed filing may file a motion with the Court seeking the continued sealing of the document, or certain parts of the document, originally filed under seal. The party or non-party filing the motion must demonstrate that sealing is appropriate

to the satisfaction of the Court.

    4.     The document shall remain sealed pending ruling by the Court on any timely-filed motion to maintain the filing under seal.

    5.     If no motion seeking continued protection for the document under seal is timely filed in accordance with Paragraph 3, the Court shall unseal the document.

    6.     As to any filing made prior to this stipulated order, any party or non-party who provided the information or materials filed under seal or any party or non-party who otherwise claims to have an interest in the confidentiality of the information in the sealed filing may file a motion with the Court seeking the continued sealing of the document, or certain parts of the document, originally filed under seal within 30 days of the entry of this Order. The party or non-party filing the motion must demonstrate that sealing is appropriate to the satisfaction of the Court.

    7.     If no motion is timely filed seeking continued protection for the filing under seal in accordance with Paragraph 6, the parties will submit a stipulated order in each applicable case identifying the specific document number(s) of the document(s) to be unsealed.

    8.     To avoid unnecessary burden on the Court and the parties, all parties shall make a good faith effort not to include any information, or portions of documents, deposition testimony, or interrogatories designated as "Confidential" or "Highly Confidential" by another party or non-party in any filing unless submission of such is believed by the filing party to be reasonably necessary.

    9.     The process set forth above shall take effect on the date the Court signs and enters this Order.

    10.     At least one of the parties to this stipulation anticipates filing a motion to exclude discovery-related filings from the requirements of this stipulation, allowing such filings to be made under seal pursuant to any applicable protective order, without further motion. In the event

that such a motion is granted, this stipulation shall not apply to such discovery-related filings. Until such motion is ruled on, discovery-related filings will not be subject to the requirements of this stipulation.

**IT IS SO ORDERED**.

Date:  February 27, 2017              s/Marianne O. Battani
                                      MARIANNE O. BATTANI
                                      United States District Judge

**IT IS SO STIPULATED.**

                                      Respectfully submitted,

Dated: February 10, 2017

*/s/ David H. Fink (w/consent)*
David H. Fink (P28235)
Darryl Bressack (P67820)
**FINK + ASSOCIATES LAW**
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI 48304
(248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

*Direct Purchaser Interim Liaison Counsel*

| | |
|---|---|
| Joseph C. Kohn | Gregory P. Hansel |
| William E. Hoese | Randall B. Weill |
| Douglas A. Abrahams | Michael S. Smith |
| **KOHN, SWIFT & GRAF, P.C.** | **PRETI, FLAHERTY, BELIVEAU** |
| One South Broad Street, Suite 2100 | **& PACHIOS LLP** |
| Philadelphia, PA 19107 | One City Center |
| (215) 238-1700 | P.O. Box 9546 |
| jkohn@kohnswift.com | Portland, ME 04112-9546 |
| whoese@kohnswift.com | (207) 791-3000 |
| dabrahams@kohnswift.com | ghansel@preti.com |
| | rweill@preti.com |
| | jcarver@preti.com |

Steven A. Kanner
William H. London
Michael E. Moskovitz
**FREED KANNER LONDON
& MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
(224) 632-4500
skanner@fklmlaw.com
blondon@fklmlaw.com
mmoskovitz@fklmlaw.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
**SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs and Proposed Class*

Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
**MANTESE HONIGMAN
ROSSMAN AND
WILLIAMSON, P.C.**
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200 Ext. 203
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

*Automobile Dealer Interim Liaison
Counsel*

Don Barrett
David McMullan
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
(662) 834-2488
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Jonathan W. Cuneo
Victoria Romanenko
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, N.E.
Washington, DC 20002
(202) 789-3960
jonc@cuneolaw.com
Vicky@cuneolaw.com

Shawn M. Raiter
Paul A. Sand
Larson ● King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6500
sraiter@larsonking.com
psand@larsonking.com

*Interim Lead Counsel for Automobile Dealer Plaintiffs and Proposed Class*

E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Suite 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com

*Interim Liaison Counsel for End-Payor Plaintiffs and Proposed Class*

*/s/ Steven N. Williams (w/consent)*
Steven N. Williams
Demetrius X. Lambrinos
Elizabeth Tran
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com
dlambrinos@cpmlegal.com
etran@cpmlegal.com

*/s/ Hollis Salzman (w/consent)*
Hollis Salzman
Bernard Persky
William V. Reiss
David Kurlander
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
HSalzman@RobinsKaplan.com
BPersky@RobinsKaplan.com
WReiss@RobinsKaplan.com
DKurlander@RobinsKaplan.com

*/s/ Marc M. Seltzer (w/consent)*  
Marc M. Seltzer  
Steven G. Sklaver  
SUSMAN GODFREY L.L.P.  
1901 Avenue of the Stars, Suite 950  
Los Angeles, CA 90067-6029  
Telephone: (310) 789-3100  
Facsimile: (310) 789-3150  
mseltzer@susmangodfrey.com  
ssklaver@susmangodfrey.com  

Terrell W. Oxford  
Omar Ochoa  
SUSMAN GODFREY L.L.P.  
901 Main Street, Suite 5100  
Dallas, Texas 75202  
Telephone: (214) 754-1900  
Facsimile: (214)754-1933  
toxford@susmangodfrey.com  
oochoa@susmangodfrey.com  

Chanler A. Langham  
SUSMAN GODFREY L.L.P.  
1000 Louisiana St.  
Suite 5100  
Houston, TX 77002  
Telephone: (713) 651-9366  
Facsimile: (713) 654-6666  
clangham@susmangodfrey.com  

*Interim Co-Lead Counsel for End-Payor Plaintiffs*

J. Manly Parks  
William Shotzbarger  
**DUANE MORRIS LLP**  
30 S. 17th Street  
Philadelphia, PA 19103  
(215) 979-1000  
jmparks@duanemorris.com  
wshotzbarger@duanemorris.com  

*Interim Lead Counsel for Truck and Equipment Dealer Plaintiffs and Proposed Class*

*/s/ Barry A. Pupkin (w/consent)*
Barry A. Pupkin
Iain R. McPhie
**SQUIRE PATTON BOGGS (US) LLP**
2550 M Street, NW
Washington, DC 20037
Tel: (202) 457-6000
Fax: (202) 457-6315
Barry.Pupkin@squirepb.com
Iain.McPhie@squirepb.com

*Counsel for Aisan Industry Co., Ltd., Aisan Corporation of America, Franklin Precision Industry, Inc., and Hyundam Industrial Co., Ltd.*

*/s/Anita F. Stork (w/consent)*
Anita F. Stork
Gretchen Hoff Varner
Cortlin H. Lannin
**COVINGTON & BURLING LLP**
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Fax: (415) 955-6550
astork@cov.com

Michael J. Fanelli
Ashley E. Bass
**COVINGTON & BURLING LLP**
One CityCenter
850 10th St., NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Fax: (202) 662-6291
Mfanelli@cov.com

*Attorneys for Defendants Alps Electric Co., Ltd.; Alps Electric (North America), Inc.; and Alps Automotive, Inc.*

*/s/Maureen T. Taylor (w/consent)*
Herbert C. Donovan (P51939)
Maureen T. Taylor (P63547)
**BROOKS WILKINS SHARKEY & TURCO PLLC**
401 Old South Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1721
Fax: (248) 971-1801
taylor@bwst-law.com
donovan@bwst-law.com

*Attorneys for Defendants Alps Electric Co., Ltd.; Alps Electric (North America), Inc.; and Alps Automotive, Inc.*

*/s/ Steven A. Reiss (w/consent)*
Steven A. Reiss
Adam C. Hemlock
Lara E. Veblen Trager
Kajetan Rozga
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com
lara.trager@weil.com
kajetan.rozga@weil.com

Frederick R. Juckniess
**SCHIFF HARDIN LLP**
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1504
Facsimile: (734) 222-1501
fjuckniess@schiffhardin.com

*Attorneys for Defendants Bridgestone Corporation and Bridgestone APM Company*

*/s/ Steven A. Reiss (w/consent)*
Steven A. Reiss
Adam C. Hemlock
Lara E. Veblen Trager
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com
lara.trager@weil.com

Fred K. Herrmann
Joanne G. Swanson
Matthew L. Powell
**KERR, RUSSELL AND WEBER PLC**
500 Woodward Avenue
Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388
fherrmann@kerr-russell.com
jswanson@kerr-russell.com
mpowell@kerr-russell.com

*Counsel for Defendants Calsonic Kansei Corporation and Calsonic Kansei North America, Inc.*

*/s/ Ronald M. McMillan (w/consent)*
John J. Eklund (OH 0010895)
Maura L. Hughes (OH 0061929)
Ronald M. Mcmillan (OH 0072437)
Alexander B. Reich (OH 0084869)
**CALFEE, HALTER & GRISWOLD LLP**
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607
(216) 622-8200 (Phone)
(216) 241-0816 (Fax)
jeklund@calfee.com
mhughes@calfee.com
rmcmillan@calfee.com
areich@calfee.com

-and-

Maureen T. Taylor
Herbert C. Donovan
**BROOKS, WILKINS, SHARKEY & TURCO PLLC**
401 South Old Woodward, Suite 400
Birmingham, MI 48009
(248) 971-1800 (Phone)
(248) 971-1801 (Fax)
taylor@bwst-law.com
donovan@bwst-law.com

*Attorneys for Defendants Continental Automotive Systems, Inc., Continental Automotive Electronics, LLC and Continental Automotive Korea Ltd.*

9

*/s/ Jeffrey L. Kessler (w/consent)*
Jeffrey L. Kessler
Dan K. Webb
William C. O'Neil
Jeffrey J. Amato
Gretchen Vetter Scavo
Angela A. Smedley
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
dwebb@winston.com
woneil@winston.com
jamato@winston.com
gscavo@winston.com
asmedley@winston.com

Steven C. Sunshine
Paul M. Eckles
Tiffany R. Rohrbaugh
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 661-9139
steve.sunshine@skadden.com
paul.eckles@skadden.com
tiffany.rider@skadden.com

Robert S. Harrison
James J. Hunter
**ROBERT HARRISON & ASSOCIATES, PLC**
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
Telephone: (248) 283-1600
Facsimile: (248) 283-1609
rsh@harrisonplc.com
jhunter@harrisonplc.com

*Counsel for Corning Incorporated and Corning International Kabushiki Kaisha*

*/s/ Steven F. Cherry*
Steven F. Cherry
David P. Donovan
Brian C. Smith
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
brian.smith@wilmerhale.com

*Counsel for Defendants DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, DENSO Products & Services Americas, ASMO Co., Ltd., ASMO North America, LLC, ASMO Greenville of North Carolina, Inc., ASMO Manufacturing, Inc., and ASMO North Carolina Inc.*

Steven M. Zarowny
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Telephone: (248) 372-8252
Fax: (248) 213-2551
steve_zarowny@denso-diam.com

*Counsel for Defendant DENSO International America, Inc.*

10

*/s/Larry S. Gangnes (w/consent)*
Larry S. Gangnes
Heidi B. Bradley
**LANE POWELL PC**
U.S. Bank Centre
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com
bradleyh@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
Peter D. Hawkes
**LANE POWELL PC**
MODA Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
**KEMP KLEIN LAW FIRM**
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone:  (248) 528-1111
Facsimile:  (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.*

*/s/ Bradley Love (w/consent)*
Kendall Millard
Bradley Love
**BARNES & THORNBURG, LLP**
11 South Meridian Street
Indianapolis, IN 46204-3535
Tel: 317-231-7461
Fax: 317-231-7433
Kendall.Millard@btlaw.com
Bradley.Love@btlaw.com

Valerie Mullican (# P74045)
**BARNES & THORNBURG, LLP**
171 Monroe Avenue N.W., Suite 1000
Grand Rapids, Michigan 49503
Tel: 616-742-3930
Fax: 616-742-3999
Valerie.Mullican@btlaw.com

*Counsel for Defendants Green Tokai Co., Ltd, KYB Corporation, f/k/a Kayaba Industry Co., Ltd., and KYB Americas Corporation.*

11

*/s/ Heather L. Kafele (w/consent)*
Heather L. Kafele
Keith R. Palfin
Kyle M. Noonan
**SHEARMAN & STERLING LLP**
401 9th Street, NW
Washington, DC 20004
Phone: (202) 508-8000
Fax: (202) 508-8100
hkafele@shearman.com
keith.palfin@shearman.com
kyle.noonan@shearman.com

Edward T. Decker
Arjun Chandran
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Phone: (212) 848-4000
Fax: (212) 848-7179
edward.decker@shearman.com
arjun.chandran@shearman.com

Brian M. Akkashian
**PAESANO AKKASHIAN & APKARIAN P.C.**
7457 Franklin Road, Suite 200
Bloomfield Hills, MI 48301
Phone: (248) 792-6886
Fax: (248) 792-6885
bakkashian@paalawfirm.com

*Counsel for Defendants JTEKT Corporation and JTEKT North America Corporation*

*/s/ Bruce A. Baird (w/consent)*
Bruce A. Baird
Sarah L. Wilson
Michael A. Fanelli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Fax: (202) 662-6291
bbaird@cov.com
swilson@cov.com
mfanelli@cov.com

Anita F. Stork
**COVINGTON & BURLING LLP**
One Front Street
35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Fax: (415) 955-6550
astork@cov.com

*/s/ Maureen T. Taylor (w/consent)*
Maureen T. Taylor
**BROOKS WILKINS SHARKEY & TURCO PLLC**
401 Old South Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1721
Fax: (248) 971-1801
taylor@bwst-law.com

*Counsel for Defendants Keihin Corporation and Keihin North America, Inc.*

*/s/ George A. Nicoud III (w/consent)*
George A. Nicoud III (SBN 160111)
Rachel S. Brass (SBN 319301)
Austin Schwing (SBN 211696)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
tnicoud@gibsondunn.com
rbrass@gibsondunn.com
aschwing@gibsondunn.com

*Counsel for Defendants American Mitsuba Corporation and Mitsuba Corporation*

*/s/Kenneth R. Davis II (w/consent)*
Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
Peter D. Hawkes
Hans N. Huggler
**LANE POWELL PC**
MODA Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com
hugglerh@lanepowell.com

Larry S. Gangnes
Heidi B. Bradley
**LANE POWELL PC**
U.S. Bank Centre
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com
bradleyh@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
**KEMP KLEIN LAW FIRM**
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone:  (248) 528-1111
Facsimile:  (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Nachi-Fujikoshi Corp. and Nachi America, Inc.*

13

*/s/ Howard B. Iwrey (w/consent)*
Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com

*/s/ Rachel J. Adcox (w/consent)*
Rachel J. Adcox
**AXINN VELTROP & HARKRIDER LLP**
950 F Street NW
Washington, DC 20004
Tel: 202-912-4700
Fax: 202-912-4701
radcox@axinn.com

John M. Tanski
**AXINN VELTROP & HARKRIDER LLP**
90 State House Square
Hartford, CT 06103
Tel: 860-275-8100
Fax: 860-275-8101
jtanski@axinn.com

Nicholas E.O. Gaglio
**AXINN, VELTROP & HARKRIDER LLP**
114 West 47th Street
New York, NY 10036
Tel: 212-728-2200
Fax: 212-728-2201
ngaglio@axinn.com

*Attorneys for Defendants Nishikawa Rubber Company, Nishikawa of America, Inc. and Nishikawa Cooper LLC*

*/s/ A. Paul Victor (w/consent)*
A. Paul Victor
Jeffrey L. Kessler
Jeffrey J. Amato
Molly M. Donovan
Elizabeth A. Cate
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel.: (212) 294-6700
Fax: (212) 294-4700
pvictor@winston.com
jkessler@winston.com
mmdonovan@winston.com
jamato@winston.com
ecate@winston.com

Fred K. Herrmann (P49519)
**KERR, RUSSELL AND WEBER, PLC**
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Tel. (313) 961-0200
fkh@krwlaw.com

*Counsel for Defendants NTN Corporation and NTN USA Corporation*

*/s/ Jeffrey L. Kessler (w/consent)*
Jeffrey L. Kessler
A. Paul Victor
Eva W. Cole
Jeffrey J. Amato
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700 (t)
(212) 294-4700 (f)
jkessler@winston.com
pvictor@winston.com
ewcole@winston.com
jamato@winston.com

Brandon Duke
**WINSTON & STRAWN LLP**
1111 Louisiana Street, 25th Floor
Houston, TX 77002
(713) 651-2636 (t)
(713) 651-2700 (f)
bduke@winston.com

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America*

*/s/ John Roberti (w/consent)*
John Roberti
Matthew R. Boucher
**ALLEN & OVERY LLP**
1101 New York Avenue NW
Washington, D.C. 20005
202-683-3800
john.roberti@allenovery.com
matthew.boucher@allenovery.com

Michael S. Feldberg
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
212-610-6360
michael.feldberg@allenovery.com

William R. Jansen (P36688)
Michael G. Brady (P57331)
**WARNER NORCROSS & JUDD LLP**
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
248-784-5000
wjansen@wnj.com
mbrady@wnj.com

*Counsel for Robert Bosch LLC and Robert Bosch GmbH*

*/s/ Marguerite M. Sullivan (w/consent)*
Marguerite M. Sullivan
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
Marguerite.Sullivan@lw.com

Daniel M. Wall
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-0600
Fax: (415) 395-8095
dan.wall@lw.com

William H. Horton (P31567)
**GIARMARCO, MULLINS & HORTON, P.C.**
101 West Big Beaver Road, Tenth Floor
Troy, MI 48084-5280
Telephone: 248-457-7060
bhorton@gmhlaw.com

*Attorneys for Defendants Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc.*

*/s/ Marguerite M. Sullivan (w/consent)*
Marguerite M. Sullivan
Allyson M. Maltas
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Maggy.Sullivan@lw.com
Allyson.Maltas@lw.com

Howard B. Iwrey (P39635)
Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com
crockey@dykema.com

*Counsel for Toyo Denso Co., Ltd. and Weastec, Inc.*

16

*/s/ David C. Giardina (w/consent)*
David C. Giardina
Kevin M. Fee
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
dgiardina@sidley.com
kfee@sidley.com

Bradley J. Schram
MI Bar # P26337
**HERTZ SCHRAM PC**
1760 S. Telegraph Road
Suite 3000
Bloomfield Hills, MI 48302
Tel.: (248) 335-5000
Fax: (248) 335-3346
bschram@hertzschram.com

*Counsel for Toyo Tire & Rubber Co., Ltd., Toyo Tire North America Manufacturing, Inc., Toyo Automotive Parts (USA), Inc., and Toyo Tire North America OE Sales LLC*

*/s/ Sheldon H. Klein (w/consent)*
Sheldon H. Klein
David F. DuMouchel
**BUTZEL LONG**
150 West Jefferson, Suite 100
Detroit, MI 48226
Tel.: (313) 225-7000
Fax: (313) 225-7080
sklein@butzel.com
dumouchd@butzel.com

W. Todd Miller
**BAKER & MILLER PLLC**
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Tel.: (202) 663-7820
Fax: (202) 663-7849
TMiller@bakerandmiller.com

*Counsel for Defendants TRAM, Inc. and Tokai Rika Co., Ltd.*

17

*/s/ John M. Majoras (w/ consent)*
John M. Majoras
Carmen G. McLean
Michael R. Shumaker
**JONES DAY**
51 Louisiana Ave. N.W.
Washington, D.C. 20001-2113
(202) 879-3939
(202) 626-1700 (facsimile)
jmmajoras@jonesday.com
cgmclean@jonesday.com
mrshumaker@jonesday.com

Michelle K. Fischer
Stephen J. Squeri
**JONES DAY**
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
(216) 579-0212 (facsimile)
mfischer@jonesday.com
sjsqueri@jonesday.com

*Attorneys for Defendants Yazaki Corporation and Yazaki North America, Inc.*