# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| | Master File No. 12-md-02311 |
| In re: Anti-Vibrational Rubber Parts | |
| | Hon. Marianne O. Battani |
| THIS DOCUMENT RELATES TO: | |
| Jerry A. Anderson, et al. | |
| vs. | |
| | 2:13-cv-00801-MOB-MKM |
| Bridgestone Corporation, et al. | 2:16-cv-14057-MOB-MKM |

**NOTICE OF APPEARANCE OF KEVIN M. FEE**

PLEASE enter the appearance of Kevin M. Fee of Sidley Austin LLP as counsel for Toyo Automotive Parts (USA), Inc., and Toyo Tire North America OE Sales LLC in the above-captioned matter. The appearance shall not be deemed a waiver of any rights or defenses that may be available under common law, statues, or the Federal Rules of Civil Procedure.

February 28, 2017

s/ Kevin M. Fee
Kevin M. Fee
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: kfee@sidley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2017, I electronically filed this Notice of Appearance of Kevin M. Fee with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

February 28, 2017

<u>s/ Kevin M. Fee</u>
Kevin M. Fee
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: kfee@sidley.com