UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE AUTOMOTIVE PARTS
ANTITRUST LITIGATION

Master File No. 12-md-02311
Honorable Marianne O. Battani

2:13-cv-00802

In Re: Anti-Vibrational Rubber Parts
This document relates to:
All Dealership Actions

2:12-cv-00100

In Re: Wire Harness Cases
This document relates to:
All Actions

2:13-cv-00803

In Re:
This document related to:
Anti-Vibrational Rubber Parts

## SECOND AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing shall be conducted before Gene J. Esshaki, Master, on Thursday, March 23, 2017, at 9:30 a.m. at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 272, Detroit, Michigan on the following matters and in the following order:

1. Defendants' Motion to Compel Auto Dealer Plaintiffs to Respond to Interrogatories No. 49 and 50 Regarding Preservation of their Transactional Data (2:13-cv-00802; ECF No. 196);

2. Auto Dealers' Motion to Strike (2:13-cv-00802; ECF No. 200);

3. Delphi's Transactional Data Production (2:12-cv-00100; ECF No. 365);

4.  Order Regarding Honda Discovery (12-md-02311; ECF No. 1607); and

5.  End-Payor Plaintiffs' Motion to Compel the Bridgestone Defendants to Produce Documents Responsive to RFP Set Three (2:13-cv-00803; ECF No. 189).

Date: March 16, 2017                /s/ Gene J. Esshaki
                                    GENE J. ESSHAKI, MASTER

4837-6954-2725, v. 1