# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION

Master File No. 12-md-02311
Honorable Marianne O. Battani

In Re: All Cases

THIS DOCUMENT RELATES TO:

All Actions

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing shall be conducted before Gene J. Esshaki, Master, on Thursday, May 8, 2017, at 9:30 a.m. at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 272, Detroit, Michigan on the following matter:

Certain Parties Statement Regarding Objections by Honda Dealerships Regarding Honda's Production of DMS Data
(case # 12-md-02311; ECF No. 1709)

Date: April 3, 2017

/s/ Gene J. Esshaki
GENE J. ESSHAKI, MASTER

4835-7867-9366, V. 1