Case 2:12-md-02311-SFC-RSW   ECF No. 1725, PageID.31791   Filed 04/03/17   Page 1 of 32
Status Conference • Wednesday, March 22, 2017

1

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2                         SOUTHERN DIVISION

 3                           —   —   —

 4    IN RE:  AUTOMOTIVE WIRE HARNESS
      SYSTEMS ANTITRUST                    Case No. 12-md-02311
 5
            MDL NO. 2311
 6    _____/

 7
                         STATUS CONFERENCE
 8
            BEFORE THE HONORABLE MARIANNE O. BATTANI
 9              United States District Judge
            Theodore Levin United States Courthouse
10              231 West Lafayette Boulevard
                  Detroit, Michigan  48226
11                Wednesday, March 22, 2017

12    APPEARANCES:

13    Direct Purchaser Plaintiffs:

14    THOMAS C. BRIGHT
      GOLD, BENNET, CERA & SIDENER, L.L.P.
15    595 Market Street, Suite 2300
      San Francisco, CA  94105
16    (415) 777-2230

17    WILLIAM G. CALDES
      SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
18    1818 Market Street, Suite 2500
      Philadelphia, PA  19103
19    (215) 496-0300

20    MANUEL J. DOMINGUEZ
      Cohen Milstein
21    3507 Kyoto Gardens Drive, Suite 200
      Palm Beach Gardens, FL  33410
22    (561) 578-6850

23    DAVID H. FINK
      FINK & ASSOCIATES LAW
24    100 West Long Lake Road, Suite 111
      Bloomfield Hills, MI  48304
25    (248) 971-2500
```

```
 1    APPEARANCES:   (Continued)

 2    Direct Purchaser Plaintiffs (Continued):

 3    NATHAN FINK
      FINK & ASSOCIATES LAW
 4    100 West Long Lake Road, Suite 111
      Bloomfield Hills, MI  48304
 5    (248) 971-2500

 6    GREGORY P. HANSEL
      PRETI, FLAHERTY, BELIVEAU & PACHIOS, L.L.P.
 7    One City Center
      Portland, ME  04112
 8    (207) 791-3000

 9    STEVEN A. KANNER
      FREED, KANNER, LONDON & MILLEN, L.L.C.
10    2201 Waukegan Road, Suite 130
      Bannockburn, IL  60015
11    (224) 632-4502

12    JOSEPH C. KOHN
      KOHN, SWIFT & GRAF, P.C.
13    One South Broad Street, Suite 2100
      Philadelphia, PA  19107
14    (215) 238-1700

15    AUBREY H. TOBIN
      AUBREY H. TOBIN ATTORNEY AT LAW, P.C.
16    2140 Walnut Lake Rd
      West Bloomfield Township, MI 48323
17    (248) 932-3070

18

19

20

21

22

23

24

25
```

```
 1   APPEARANCES:   (Continued)

 2   End-Payor Plaintiffs:

 3   E. LINSDAY CALKINS
     SUSMAN GODFREY, L.L.P.
 4   1201 Third Avenue
     Suite 3800
 5   Seattle, WA  98101
     (206)505-3841
 6
     JOYCE CHANG
 7   COTCHETT, PITRE & McCARTHY, L.L.P.
     840 Malcolm Road
 8   Burlingame, CA  94010
     (650) 697-6000
 9
     MARIELL R. LEHMAN
10   THE MILLER LAW FIRM, P.C.
     950 West University Drive
11   Suite 300
     Rochester, MI  48307
12   (248) 841-2200

13   OMAR OCHOA
     SUSMAN GODFREY, L.L.P.
14   1000 Louisiana
     Suite 5100
15   Houston, TX  77002
     (713) 651-9366
16
     WILLIAM V. REISS
17   ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
     601 Lexington Avenue, Suite 3400
18   New York, NY  10022
     (212) 980-7405
19
     ELIZABETH T. TRAN
20   COTCHETT, PITRE & McCARTHY, L.L.P.
     840 Malcolm Road
21   Burlingame, CA  94010
     (650) 697-6000
22
     STEVEN N. WILLIAMS
23   COTCHETT, PITRE & McCARTHY, L.L.P.
     840 Malcolm Road
24   Burlingame, CA  94010
     (650) 697-6000
25
```

```
 1   APPEARANCES:  (Continued)

 2   Dealership Plaintiffs:

 3   DON BARRETT
     BARRETT LAW OFFICES
 4   P.O. Drawer 927
     Lexington, MS  39095
 5   (601) 834-2376

 6   ALEXANDER E. BLUM
     MANTESE, HONIGMAN, ROSSMAN & WILLIAMSON, P.C.
 7   1361 East Big Beaver Road
     Troy, MI  48083
 8   (248) 457-9200

 9   KATHRYN ERSENSTEIN
     MANTESE, HONIGMAN, ROSSMAN & WILLIAMSON, P.C.
10   1361 Big Beaver Road
     Troy, Michigan  48083
11   (248) 457-9200

12   EVELYN LI
     CUNEO, GILBERT & LaDUCA, L.L.P.
13   507 C Street NE
     Washington, D.C.  20002
14   (202) 789-3960

15   SEAN P. McCONNELL
     DUANE MORRIS, L.L.P.
16   30 South 17th Street
     Philadelphia, PA  19103
17   (215) 979-1342

18   J. MANLY PARKS
     DUANE MORRIS, L.L.P.
19   30 South 17th Street
     Philadelphia, PA  19103
20   (215) 979-1342

21   VICTORIA ROMANENKO
     CUNEO, GILBERT & LaDUCA, L.L.P.
22   507 C Street NE
     Washington, D.C.  20002
23   (202) 789-3960

24

25
```

```
 1    APPEARANCES:   (Continued)

 2    For the Defendants:

 3    JEFFREY J. AMATO
      WINSTON & STRAWN, L.L.P.
 4    200 Park Avenue
      New York, NY  10166
 5    (212) 294-4685

 6    KRISTA ANDERSON
      WILLIAMS & CONNOLLY, L.L.P.
 7    725 Twelfth Street NW
      Washington, D.C.  2005
 8    (202) 434-5648

 9    DAN V. ARTAEV
      THE MIKE COX LAW FIRM, P.L.L.C.
10    17430 Laurel Park Drive North, Suite 120E
      Livonia, MI 48152
11    (734) 591-4002

12    ALDEN L. ATKINS
      VINSON & ELKINS, L.L.P.
13    2200 Pennsylvania Avenue NW, Suite 500 West
      Washington, D.C.  20037
14    (202) 639-6613

15    ADYA BAKER
      PILLSBURY, WINTHROP SHAW PITTMAN
16    1200 Seventeenth St. NW
      Washington, D.C.  20036
17    (202) 663-8230

18    DONALD M. BARNES
      PORTER, WRIGHT, MORRIS & ARTHUR, L.L.P.
19    1919 Pennsylvania Avenue, NW, Suite 500
      Washington, DC 20006
20    (202) 778-3056

21    MATT BOUCHER
      ALLEN & OVERY, L.L.P.
22    1221 Avenue of the Americas
      New York, NY  10020
23    (212) 610-6360

24

25
```

Status Conference • Wednesday, March 22, 2017

```
 1   APPEARANCES:   (Continued)

 2   For the Defendants (Continued):

 3   HEIDI BROOKS BRADLEY
     LANE POWELL
 4   1420 Fifth Avenue
     Suite 4200
 5   P.O. Box 91302
     Seattle, WA  98111
 6   (206) 223-7979

 7   JEREMY CALSYN
     CLEARY, GOTTLIEB, STEEN & HAMILTON, L.L.P.
 8   2000 Pennsylvania Avenue NW
     Washington, D.C.  20006
 9   (202) 974-1500

10   STEVEN F. CHERRY
     WILMER HALE
11   1875 Pennsylvania Avenue NW
     Washington, D.C.  20006
12   (202) 663-6321

13   MOLLY CRABTREE
     PORTER, WRIGHT, MORRIS & ARTHUR
14   41 South High Street, Suite 2900
     Columbus, OH  43215
15   (614) 227-2015

16   DEBRA H. DERMODY
     REED SMITH, L.L.P.
17   225 Fifth Avenue, Suite 1200
     Pittsburgh, PA  15222
18   (412) 288-3302

19   MICHAEL R. DEZSI
     DETTMER & DEZSI, P.L.L.C.
20   615 Griswold Street, Suite 1600
     Detroit, Michigan 48226
21   (313) 879-1206

22   CAROLINE DYE
     BAKER BOTTS
23   1299 Pennsylvania Ave., NW
     Washington, D.C.  20004
24   (202) 639-13305

25
```

```
1    APPEARANCES:   (Continued)

2    For the Defendants (Continued):

3    MICHAEL FELDBERG
     ALLEN & OVERY, L.L.P.
4    1221 Avenue of the Americas
     New York, NY  10020
5    (212) 610-6360

6    DANIEL T. FENSKE
     JENNER & BLOCK
7    353 N. Clark Street
     Chicago, IL 60654-3456
8    (312) 222-9350

9    MATTHEW FORNSHELL
     ICE MILLER
10   600 Superior Avenue East
     Suite 1701
11   Cleveland, OH  44114
     (614) 462-2335
12
     LARRY S. GANGNES
13   LANE POWELL, P.C.
     1420 Fifth Avenue, Suite 4100
14   Seattle, Washington  98101
     (206) 223-7000
15
     ADAM C. HEMLOCK
16   WEIL, GOTSHAL & MANGES, L.L.P.
     767 Fifth Avenue
17   New York, NY  10153
     (212) 310-8281
18
     FRED K. HERRMANN
19   KERR, RUSSELL & WEBER, P.L.C.
     500 Woodward Avenue, Suite 2500
20   Detroit, MI  48226
     (313) 961-0200
21
     ELLEN MAXWELL-HOFFMAN
22   BOWLES RICE
     600 Quarrier Street
23   Charleston, WV 25325
     (304) 343-2867
24

25
```

```
1    APPEARANCES:  Continued

2    For the Defendants (Continued):

3    COURTNEY A. HOFFMAN
     Sidley Austin
4    One South Dearborn
     Chicago, IL  60603
5    (312) 853-7669

6    HEATHER LAMBERG KAFELE
     SHEARMAN & STERLING, L.L.P.
7    801 Pennsylvania Avenue, NW
     Washington, D.C.  20004
8    (202) 508-8097

9    JEFFREY L. KESSLER
     WINSTON & STRAWN, L.L.P.
10   200 Park Avenue
     New York, NY  10166
11   (212) 294-4655

12   SHELDON H. KLEIN
     BUTZEL LONG, P.C.
13   41000 Woodward Avenue
     Bloomfield Hills, MI  48304
14   (248) 258-1414

15   FRANK LISS
     ARNOLD & PORTER, L.L.P.
16   555 Twelfth Street NW
     Washington, D.C. 20004
17   (202) 942-5969

18   MICHELLE A. MANTINE
     REED SMITH, L.L.P.
19   225 Fifth Avenue, Suite 1200
     Pittsburgh, PA  15222
20   (412) 288-4268

21   ALLYSON M. MALTAS
     LATHAM & WATKINS, L.L.P.
22   555 Eleventh Street NW, Suite 1000
     Washington, D.C.  20004
23   (202) 637-2200

24

25
```

```
1   APPEARANCES:   (Continued)

2   For the Defendants (Continued):

3   RONALD M. McMILLAN
    CALFEE, HALTER & GRISWOLD, L.L.P.
4   1405 East Sixth Street
    Cleveland, OH  44114
5   (216) 622-8621

6   STEFAN M. MEISNER
    McDERMOTT WILL & EMERY
7   500 North Capitol Street, NW
    Washington, D.C. 20001
8   (202) 756-8000

9   RONALD NIXON
    KEMP KLEIN LAW FIRM
10  201 West Big Beaver Road, Suite 600
    Troy, MI  48084
11  (248) 528-1111

12  J. DAVID ROWE
    DUBOIS, BRYANT & CAMPBELL
13  303 Colorado, Suite 2300
    Austin, TX 78701
14  (512) 457-8000

15  KAJETAN ROZGA
    WEIL, GOTSHAL & MANGES L.L.P.
16  767 Fifth Ave,  STE. 3360
    New York, NY 10153
17  (212) 310-8518

18  MICHAEL RUBIN
    ARNOLD & PORTER, L.L.P.
19  601 Massachusetts Ave., NW
    Washington, D.C.  20001
20  (202) 942-5000

21  LARRY J. SAYLOR
    MILLER, CANFIELD, PADDOCK & STONE, P.L.C.
22  150 West Jefferson Avenue, Suite 2500
    Detroit, MI  48226
23  (313) 496-7986

24

25
```

Status Conference • Wednesday, March 22, 2017

10

```
1    APPEARANCES:  Continued

2    For the Defendants (Continued):

3    SCOTT T. SEABOLT
     SEABOLT LAW FIRM
4    17199 N. Laurel Park Drive, Suite 215
     Livonia, MI  48152
5    (248) 717-1302

6    CRAIG SEEBALD
     VINSON & ELKINS, L.L.P.
7    Pennsylvania Avenue NW, Suite 500 West
     Washington, D.C.  20037
8    (202) 639-6585

9    STEPHEN J. SQUERI
     JONES DAY
10   901 Lakeside Avenue
     Cleveland, OH  44114
11   (216) 586-3939

12   ANITA STORK
     COVINGTON & BURLING, L.L.P.
13   One Front Street
     San Francisco, CA  94111
14   (415) 591-7050

15   JOANNE GEHA SWANSON
     KERR, RUSSELL & WEBER, P.L.C.
16   500 Woodward Avenue, Suite 2500
     Detroit, MI  48226
17   (313) 961-0200

18   JOHN TANSKI
     AXINN, VELTROP & HARKRIDER
19   950 F Street, NW
     Washington, D.C. 20004
20   (202) 912-4700

21   MICHAEL F. TUBACH
     O'MELVENY & MYERS, L.L.P.
22   Two Embarcadero Center, 28th Floor
     San Francisco, CA  94111
23   (415) 984-8700

24


25
```

Case 2:12-md-02311-SFC-RSW   ECF No. 1725, PageID.31801   Filed 04/03/17   Page 11 of 32
Status Conference • Wednesday, March 22, 2017

11

```
1    APPEARANCES:   (Continued)

2    For the Defendants (Continued):

3    LINDSEY ROBINSON VAALA
     VINSON & ELKINS, L.L.P.
4    2200 Pennsylvania Avenue NW, Suite 500 West
     Washington, D.C.  20037
5    (202) 639-6585

6    A. PAUL VICTOR
     WINSTON & STRAWN, L.L.P.
7    200 Park Avenue
     New York, NY  10166
8    (212) 294-4655

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Status Conference • Wednesday, March 22, 2017

12

```
1    APPEARANCES:  (Continued)

2    Non-Party Original Equipment Manufacturers:

3    ELLIOT H. SCHERKER
     GREENBERG TRAURIG, L.L.P
4    3333 Piedmont Road NE, 25th Floor
     Atlanta, GA  30305
5    (678) 553-2100

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1 <u>TABLE OF CONTENTS</u>

2 <u>Page</u>

3 STATUS CONFERENCE.................................14

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Status Conference • Wednesday, March 22, 2017

14

```
1              Detroit, Michigan

2              Wednesday, March 22, 2017

3                          —  —  —

4              (Proceedings commenced at 10:06 a.m., all parties

5              present)

6              THE COURT:  Good morning, Counsel.

7              THE ATTORNEYS:  (Collectively) Good morning.

8              THE COURT:  I always like that formal opening which

9      we save for you.  Okay.

10             Mr. Esshaki, sorry we didn't --

11             MASTER ESSHAKI:  Thank you, Your Honor.

12             THE COURT:  -- notify you.

13             The first item on the agenda, the -- do you need

14     places to sit?  Are we too full?  Okay.  Mr. Esshaki.

15             MASTER ESSHAKI:  Yes, Your Honor.  Thank you very

16     much.

17             I can report to the Court that we are continuing with

18     our discovery motions.  I believe things are moving relatively

19     smoothly.  We had five matters set for hearing tomorrow.  Two

20     of them have been removed from the docket.  I think the other

21     three are still scheduled to go.  But I don't see any hiccups

22     whatsoever in the procedures and the processes that we are

23     following.

24             THE COURT:  Good.  Good.  Does anybody have any

25     questions or comments on process or procedure with the Master?
```

Status Conference • Wednesday, March 22, 2017

1    No.

2            MASTER ESSHAKI:  Somebody stand up and saying he's

3    doing not a bad job?

4            MR. FINK:  He's the best, Your Honor.

5            THE COURT:  Okay.  All right.  Thank you, Mr.

6    Esshaki.

7            MASTER ESSHAKI:  Thank you.

8            THE COURT:  All right.  The next one, the status of

9    the settlements.  First of all, I -- let me say that today Rob,

10   the reporter who is usually here, unfortunately is -- or

11   fortunately because it's to fix a problem with his leg, he's

12   having surgery, so Linda is covering, and I'm going to ask you

13   to make an extra effort to give your name first because she

14   will not know anybody.

15           I want to ask again, who did this today for this

16   time, the status report?  Would you please come up and identify

17   yourself for the record.

18           MR. HANSEL:  May it please the Court, good morning,

19   Your Honor.  Greg Hansel for the direct purchasers.

20           I did not do the status report.  My partner Randall

21   Weill did it with everyone in this room all collaborating very,

22   very well.

23           THE COURT:  Well, I want to tell you, every time I

24   see it, I'm just amazed.  It's -- it's just you've got the

25   format down perfectly, it works really well.

1          I know last time -- this is what I want to really

2    say -- last time I said I couldn't read the headings.  Well,

3    it's really totally our fault here because we didn't print it

4    on a colored printer, and when you print it on a colored

5    printer, it is very clear, but when you print it on a black and

6    white printer, it just comes out all black.  So I apologize for

7    any comments I said last time criticizing these headings.  It's

8    beautiful; just never thought about it.

9          MR. HANSEL:  No problem, Your Honor.  Thank you.

10         THE COURT:  Thank you very much.

11         All right.  The status of settlements?

12         MR. BARRETT:  May it please the Court, I'm Don

13   Barrett for the auto dealers.

14         MR. WILLIAMS:  And good morning, Your Honor.  Steve

15   Williams for the end payors.

16         MR. BARRETT:  Your Honor, this is the -- the report

17   for the auto dealers and the end payors.  We know of 68

18   defendant families.  The end payors and the auto dealers have

19   settled fully with 39 of them.  There were ten in the first

20   round for the notice round for the auto dealers, ten in the

21   second round, and we have 19 in this current round that we

22   are -- that we're working on now.

23         Of the remaining 29 defendants, we are negotiating

24   with 20 of them.  We've gotten nowhere with nine of them.

25         Also, there may be up to four unknown co-conspirators

1    that we are still chasing.

2           As Your Honor knows, the cases are divided by the

3    part involved.  There are 39 parts that are being sued on by

4    both the auto dealers and the end payors from the original wire

5    harness case up through the recent access mechanisms cases.  Of

6    those 39 cases, the auto dealers and the end payors have

7    settled with all of the defendants in 13 of them.  They -- that

8    includes wire harness, fuel senders, bearings, alternators and

9    starters, windshield wipers, motor generators, steering angle

10   sensors, inverters, airflow meters, electric throttle bodies,

11   fan motors, windshield washer systems, and interior trim

12   products.  Three of those just within the last -- within the

13   last month with the help of Judge Weinstein.  May we add he --

14   he -- we are -- he's done a wonderful job, he's -- he's off to

15   the races.

16          There are an additional 17 parts cases where the auto

17   dealers and the end payors have settled with all but one of the

18   defendants in each of those particular cases.  This situation

19   creates a -- a settlement motivation for both sides, and we're

20   currently negotiating with 15 of those 17 defendant holdouts

21   and we are quite hopeful there.

22          There are three cases with two remaining defendants,

23   four cases with three remaining defendants, one case with four

24   remaining defendants, and one case with six defendants.  We are

25   talking with at least one defendant in each of those cases.  We

```
 1    have three mediations that are currently set and one that's
 2    sort of set.
 3            And that really is the report.  We're looking forward
 4    to the help of the facilitator and -- but we're making good
 5    progress.
 6            THE COURT:  Let me, through all those numbers, focus
 7    in a little more on the facilitator because I'm interested in
 8    how this works.
 9            MR. BARRETT:  Yes, ma'am.
10            THE COURT:  How many mediations for auto dealers and
11    end payors are set now, or facilitations; I don't know what
12    you're calling them.
13            MR. BARRETT:  Well, none have been set by Judge
14    Weinstein.  We had -- we have three or four that are -- that
15    we've set voluntarily before -- it's in progress -- before
16    Judge Weinstein has done it, but -- so we've got -- that's all.
17            MR. WILLIAMS:  And -- and I'm -- I apologize.  Steve
18    Williams for the end payors.
19            We -- we -- to add, we do have one set with the
20    facilitator now.
21            THE COURT:  Okay.
22            MR. WILLIAMS:  So that is upcoming.
23            And in addition, I think all the parties have had
24    separate meetings with the facilitator, have had an opportunity
25    to put their thoughts in with him, and he's putting together a
```

Status Conference • Wednesday, March 22, 2017

19

1    comprehensive plan for all the cases that I understand he'll be

2    reporting to the Court in the next two or three weeks.

3              THE COURT:  I don't exactly know how to ask this

4    question but I'll just be blunt.  Is this -- I mean I selected

5    that facilitator because both sides had his name and I didn't

6    want to spend any more time so -- but I don't know him

7    personally.  I have no -- obviously I looked at a resumé to try

8    and see.  But do you feel that this is appropriate or it's

9    going along all right, that he is or does have a grasp on this

10   case?

11             MR. WILLIAMS:  Very much so, Your Honor.

12             MR. BARRETT:  We -- I agree with that, very much so.

13             THE COURT:  Okay.  I didn't mean to put you on the

14   spot.  It's just that I have -- there's no other way for me to

15   know this except if I just --

16             MR. WILLIAMS:  I would say, Your Honor, not only does

17   he have a grasp on the case, he's now done mediations in the

18   case, but he has a team, an administrative team, that's --

19   that's taking care of all the coordination, scheduling, making

20   sure all the parties are getting onto the calendar with his

21   team.  So I think both from the substantive side and from the

22   administrative side he's bringing the tools that we all need to

23   hear.

24             THE COURT:  Good, glad to hear that.  Okay.  Thank

25   you very much.

20

```
1        MR. WILLIAMS:  Thank you, Your Honor.
2        THE COURT:  All right.  Let's deal with the direct --
3        MR. KANNER:  Your Honor, if I may.
4        THE COURT:  Yes.
5        MR. KANNER:  Good morning, Your Honor.  Steve Kanner
6   on behalf of direct purchaser plaintiffs.
7        We do have some more news.  We're pleased to advise
8   the Court that we have a couple of additional settlements.  At
9   this point they are not papered yet, but we're in the process
10  of working out the language of the settlement agreements.
11       One is with MELCO, and that covers wire harness,
12  alternators, HID ballast, fuel injection systems, ignition
13  coils, starters, and EPSA, which is electronic power steering
14  assemblies.
15       The next settlement I'm pleased to advise the Court
16  of is in the EPSA case, and that is with Yamada, and Yamada's
17  counsel is here today, Mr. Barnes, and we're also in the
18  position of papering that agreement.  We hope by -- certainly
19  by the next hearing we should have motions for preliminary
20  approval before Your Honor.
21       With respect to motions for preliminary approval, we
22  appreciate the fact, greatly appreciate the fact that the order
23  has -- that the Court has entered a number of those on our
24  pending cases in the last -- really the last week or so.  We
25  are still hoping to find the ruling approving the preliminary
```

Status Conference • Wednesday, March 22, 2017

1    motion for settlement in Yazaki for the fuel senders case.  You

2    granted it in wire harness and IPC, instrument panel clusters,

3    but not yet in fuel senders and LEONI, which was just filed

4    last week.

5         THE COURT:  Okay.  And -- and I do most of those now

6    just on the pleadings.  Does anybody have any problem with

7    that?  As I read them and they become repetitive, it's like --

8         MR. KANNER:  No, I agree, they are fairly standard in

9    that sense.  I have no problem with ruling on the pleadings.  I

10   don't -- I wouldn't imagine the defense would, but -- since it

11   is a settlement and they're aware of the papers that are filed.

12   So certainly from the direct purchasers' standpoint, we have no

13   issue with that.

14        THE COURT:  Okay.  I -- I would say to anybody if

15   there's a settlement, any party, and they want to come in to

16   put it on the record formally as opposed to the pleadings, you

17   just need to ask.  I'm just doing this.  Most of these we have

18   had requests not to do -- you know, to do it on the submission

19   as opposed to a hearing.  So -- but just to make it clear, it

20   could go either way.

21        MR. KANNER:  Very well, Your Honor.

22        There is one other matter I'd like to bring to the

23   Court's attention.

24        THE COURT:  Okay.

25        MR. KANNER:  I believe we've had on file for quite

Status Conference • Wednesday, March 22, 2017

22

```
 1    some time now our motion for distribution in the occupant
 2    safety system case, and that -- if I'm not mistaken, that would
 3    be the first of the auto parts cases that actually distributes
 4    funds to the class members.  We've had that on file for a while
 5    and --
 6              THE COURT:  Wait a minute.  When was that filed, do
 7    you have any idea?
 8              MR. KANNER:  I don't -- months ago.
 9              THE COURT:  Molly, do we have that?
10              MR. KANNER:  And -- and I know actually some of the
11    larger class members, the OEMs, are asking us when they can see
12    their funds.  So we -- we would love to distribute --
13              THE COURT:  I -- I -- there is some problem there.  I
14    don't know that I have that.  Hold on, we will check the docket
15    for that because I thought we had --
16              MR. KANNER:  I believe it is on -- and -- and
17    certainly, Your Honor, as soon as we leave, I can have someone
18    in my office or one of my colleagues send you the copies
19    that -- on the date it was filed.
20              THE COURT:  Yes, if you would do that, send it to
21    Molly, and we will check that out right away.  I mean we're
22    always looking for the easy motions, so -- so you know that we
23    would have been looking at that one and I don't -- I don't have
24    it down.
25              MR. KANNER:  I -- I -- I believe you.  That's
```

1    low-hanging fruit, and -- and -- and as I said, it's nice -- we

2    want to distribute the money.

3            THE COURT:  So -- so you are -- you are actually

4    going to start distributing, and this is the first time that we

5    have distributed any money?

6            MR. KANNER:  It is, Your Honor.

7            THE COURT:  Interesting.  Okay.

8            MR. KANNER:  Okay.  As I understand, it was filed not

9    months ago; about a -- about a month ago, February 14th.

10           THE COURT:  Okay.  Thank you.  I -- I tell you I

11   haven't seen it so I -- we'll make sure to look for that.

12           MR. KANNER:  We'll make sure you have a copy of that

13   shortly after.

14           THE COURT:  Okay.  And -- all right.  So for the

15   directs with the distribution, it's easier because you know

16   who -- who they are as opposed to --

17           MR. KANNER:  We do.

18           THE COURT:  -- our -- I guess the end payors are the

19   most unknown but -- all right.  Thank you very much.

20           MR. KANNER:  Thank you, Your Honor.

21           THE COURT:  And thank you for bringing that to my

22   attention.

23           MR. KANNER:  Thank you.

24           THE COURT:  I -- before we go on with the directs, I

25   just have one other question.  Mr. Fink, I just heard, was

Status Conference • Wednesday, March 22, 2017

```
1    there another part filed recently?  I don't have it that I
2    know.
3              MR. FINK:  We -- we just filed on small bearings.  In
4    fact, Mr. Kohn was just going to speak to that.
5              THE COURT:  Okay.  Thank you.
6              MR. KOHN:  Good morning, Your Honor.  Joseph Kohn,
7    K-O-H-N, Kohn, Swift and Graf for the direct purchasers.
8              Two additional settlements to report, including the
9    most recent case that Your Honor just -- just mentioned.  In
10   the bearings, principal bearings case, direct purchasers have
11   reached a settlement, executed a settlement agreement with the
12   Schaeffler defendants, and we anticipate the motion for
13   preliminary approval, which will be in the standard form,
14   should be filed within the next week to ten days.
15             Secondly, we have reached a settlement with Minebea
16   Mitsuma, which is a -- was named in a bearings case.  A motion
17   was filed by that defendant.  At that point we voluntarily
18   withdrew the case against that defendant and pursuant to a
19   tolling agreement have been involved in negotiations.  We have
20   now reached and executed a settlement agreement and filed a new
21   Complaint.  That is Case No. -- a February 17 case -- 10853.
22   It was assigned to Judge O'Meara, and we have filed a motion
23   with -- with that Court to have the matter transferred to this
24   Court where it would be related to the Case No. 15-cv-13945,
25   which was a matter, Bearing Services, Inc. versus NSK.  So that
```

Status Conference • Wednesday, March 22, 2017

25

1    is what we've --

2         THE COURT:  Why do I have a case that's been settled?

3         MR. KOHN:  We have to have a Complaint on file to --

4    to settle it.  We had a Complaint, we were in a negotiation.

5    Whether it's viewed as an Amended Complaint --

6         THE COURT:  That's a really nice way to file them, I

7    like that.

8         MR. KOHN:  That's my favorite way.

9         THE COURT:  Okay.

10        MR. KOHN:  We'd like a few more of those but...

11        THE COURT:  Okay.

12        MR. KOHN:  So that those two -- two matters, and I

13   believe that was all I had.

14        And simply echo what our colleagues in the indirect

15   purchaser cases have said with respect to the settlement

16   mediator.  We have had a meeting, we believe those matters are

17   getting scheduled, and we're very satisfied with the way that

18   process is moving.

19        THE COURT:  Thank you.  I appreciate that comment.

20        MR. KOHN:  Thank you.

21        THE COURT:  Oh, just one minute, Mr. Kohn.  Molly

22   reminds me you don't need to file a motion; in fact, you

23   probably shouldn't.

24        MR. KOHN:  I think I may have said it with a little

25   more formality.  A request has been made.

```
1            THE COURT:  Yeah.  And we'll actually call them and
2   say give us the case.  Okay.
3            MR. KOHN:  Thank you.
4            THE COURT:  Although when they see these cases, they
5   want to get rid of them right away, so we can handle that.  He
6   must have been on vacation, I don't know.  Okay.
7            MR. MC CONNELL:  Good morning, Your Honor.  Sean
8   McDonnell from Duane Morris on behalf of truck and equipment
9   dealer plaintiffs.
10           We're happy to report that in the bearings case we've
11  reached a settlement with the NSK defendants.  We'll be
12  finalizing that agreement and getting the preliminary approval
13  motion on file hopefully before the next status conference.
14           THE COURT:  Okay.
15           MR. MC CONNELL:  Thank you.
16           THE COURT:  And this afternoon we have that hearing,
17  final approval for TED and --
18           MR. MC CONNELL:  Yes, at 2:30 this afternoon, Your
19  Honor.
20           THE COURT:  Yeah, okay.  Okay.  Does anybody else
21  have any comments or questions on settlements and/or the
22  Special Settlement Master?  All right.
23           There are -- the next thing are these two motions,
24  which I know at least as to one, you were hoping to get it on
25  today, but we are getting backed up with motions and we need
```

Status Conference • Wednesday, March 22, 2017

27

```
1    to -- I don't like that.  We need to get these things all out.
2    So I don't want to start doing these.  I don't think it's going
3    to hold up anything too much to put them off just a little bit
4    so that we can work on other motions that we have.
5              For the Furukawa, that's A for the second amended
6    motion, who's here on that one?  Could you come down?
7              MR. GANGNES:  Good morning, Your Honor.  Larry
8    Gangnes from Lane Powell for the Furukawa defendants.
9              MR. CALDES:  Yes, good morning, Your Honor.  William
10   Caldes for the direct purchasers.
11             MR. GANGNES:  And we've agreed with the direct
12   purchasers the motion should be ready for hearing before the
13   Court at the next status conference on June 7th.
14             THE COURT:  June?
15             MR. GANGNES:  June 7 I believe is the next --
16             THE COURT:  No, I think the next one is May.  Wait a
17   minute, let me just get my other calendar out here.
18             (Brief pause)
19             Let's see.  You're right, it is June the 7th.  Okay.
20   All right.  I think then that we can do that on June the 7th.
21   I think that would be a good date.
22             MR. GANGNES:  Great.  Thank you, Your Honor.
23             MR. CALDES:  Okay.  Thank you, Your Honor.
24             THE COURT:  And then for ceramic substrates?
25             MR. KESSLER:  Good morning, Your Honor.  Jeffrey
```

1  Kessler from Winston and Strawn representing the Corning

2  defendants in this motion.

3          MR. OCHOA:  Omar Ochoa with Susman Godfrey for the

4  end payor plaintiffs, Your Honor.

5          MR. MEISNER:  And Stephan Meisner from McDermott,

6  Will and Emery for the NGK Insulators defendants.

7          THE COURT:  Okay.  We were looking at this one, and I

8  think we could do this, rather than waiting til June, sometime

9  in April, is that -- is that a --

10          MR. KESSLER:  That would be very satisfactory to us,

11  Your Honor.

12          THE COURT:  Okay.

13          MR. KESSLER:  We can just pick a date.

14          THE COURT:  Let's pick a date right now, yeah.  I

15  would like to look at some date after the 12th if that's

16  possible.

17          MR. KESSLER:  The week of the 17th, Your Honor, so

18  one day that week would be convenient for the Court?

19          MR. MEISNER:  That would be after Easter?

20          MR. KESSLER:  Yes, that is after Easter.

21          MR. MEISNER:  Yeah.

22          MR. KESSLER:  So the -- perhaps the 18th or the 19th?

23  I don't know what the Court's calendar looks like.

24          MR. OCHOA:  Your Honor, we --

25          THE COURT:  We have a fairness hearing in the

Status Conference • Wednesday, March 22, 2017

29

```
1    afternoon.  Is that what you were going to say?

2            MR. OCHOA:  Yes, Your Honor.

3            THE COURT:  I'm sorry.

4            MR. KESSLER:  On which -- which day?

5            MR. OCHOA:  On the 19th.

6            THE COURT:  On the 19th, yeah.

7            MR. KESSLER:  So should we do it either before or

8    after that?

9            THE COURT:  So why don't -- yes, why don't we just do

10   it then.  I -- I don't know if there's any objections to that;

11   there may be, I don't know.

12           MR. OCHOA:  There are, there are objections, Judge.

13           THE COURT:  That's what I thought, that was the one.

14   Okay.  So that might take a little time.  So let's do it --

15   that's at 2:00.  You want to do it like at 1:00 or you want to

16   do it in the morning?  I'm free, so the morning would

17   probably --

18           MR. KESSLER:  The morning would be preferable, at

19   least for my schedule, Your Honor, but it's up to the Court.

20           THE COURT:  Why don't we do it in the morning, say

21   10:00 o'clock?

22           MR. KESSLER:  Very good.  Thank you.

23           THE COURT:  So that would be April 19th?

24           MR. KESSLER:  Yes.

25           THE COURT:  At 10:00 o'clock.  Okay.
```

Status Conference • Wednesday, March 22, 2017

```
1            MR. KESSLER:  Okay.  Thank you very much.

2            MR. MEISNER:  Thank you very much.

3            MR. OCHOA:  Thank you very much.

4            THE COURT:  Okay.  Then our next two status

5    conferences, we've got June 7th and September 13th.  We should

6    probably go on and pick the December one then.

7            MASTER ESSHAKI:  Your Honor, could we set June 6th

8    and September 12th for the motion hearings for the Master?

9            THE COURT:  Okay.  Let me just look here.  June 6th.

10   Okay.  June 6th is fine for the Master's motions.  And

11   September 13th, September 12th would be fine.  Okay.  So we

12   have June 6th and June 7th and September 12th and

13   September 13th.

14           And then going on to set December, I will say

15   December 6th.  Anybody have any -- is there anything going on

16   that we know of now for December 6th?  Okay.  We'll do that

17   December 6th.

18           MASTER ESSHAKI:  And a motion on December 5, Your

19   Honor?

20           THE COURT:  And motions December 5.

21           MASTER ESSHAKI:  Thank you, Your Honor.

22           THE COURT:  Okay.  Is that it?  Anything else

23   that any -- any other matters anyone wants to bring up?  Is

24   this the shortest in history meeting that we have ever had?

25           Okay.  I will just say to you thank you all for
```

Case 2:12-md-02311-SFC-RSW   ECF No. 1725, PageID.31821   Filed 04/03/17   Page 31 of 32
Status Conference • Wednesday, March 22, 2017

31

1    coming in.  We do have the fairness hearing coming up this

2    afternoon.  We can't change the time of that so we'll have to

3    wait on that.

4           And I do want to reiterate that I appreciate the

5    professionalism with which you are handling this case, and the

6    reports I get back from the Masters are very positive in your

7    professionalism, and I really think that that is something that

8    needs to be applauded, particularly in today's day and age.

9           So I thank you and we'll see you then at whatever

10   hearings you have for the next meeting.  Thank you.

11          THE ATTORNEYS:  (Collectively) Thank you.

12          THE LAW CLERK:  All rise.  Court is adjourned.

13          (Court in recess at 10:31 a.m.)

14                               —  —  —

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T I O N

1
2          I, Linda M. Cavanagh, Official Court Reporter of the
3    United States District Court, Eastern District of Michigan,
4    appointed pursuant to the provisions of Title 28, United States
5    Code, Section 753, do hereby certify that the foregoing pages 1
6    through 31 comprise a full, true and correct transcript of the
7    proceedings held in the matter of Automotive Parts Antitrust
8    Litigation, Case No. 12-2311, on Wednesday, March 22, 2017.
9
10
11                          s/Linda M. Cavanagh
                            Linda M. Cavanagh, CRR, RMR, RDR
12                          Federal Official Court Reporter
                            United States District Court
13                          Eastern District of Michigan
14
15
16   Date: April 3, 2017
     Detroit, Michigan
17
18
19
20
21
22
23
24
25