**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE THAT Kasowitz, Benson, Torres & Friedman LLP has changed its name to Kasowitz Benson Torres LLP.  The attorneys associated with this firm who have appeared in this matter are Hector Torres and Sarah Gibbs Leivick.  The firm and its attorneys' addresses, e-mail addresses, phone numbers and fax numbers have not been affected by this change.  Please update your records accordingly.

Dated: April 6, 2017

Respectfully submitted,

/s/ Sarah Gibbs Leivick
Sarah Gibbs Leivick
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
sleivick@kasowitz.com

*Attorney for Non-Party Ford Motor Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th of April, 2017, a true and correct copy of the foregoing

Notice of Change of Firm Name was electronically filed with the Clerk of the Court using the

ECF system, which sends electronic notice to all counsel of record.

Dated: April 6, 2017

/s/ Sarah Gibbs Leivick
Sarah Gibbs Leivick
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
sleivick@kasowitz.com

*Attorney for Non-Party Ford Motor Company*