# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 <br> Honorable Marianne O. Battani |
| IN RE: ALL CASES | |
| THIS DOCUMENT RELATES TO: <br> All Actions | |

## THIRD AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing shall be conducted before Gene J. Esshaki, Master, on Monday, May 8, 2017, at 9:30 a.m. at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 272, Detroit, Michigan on the following matter:

> Certain Parties Statement Regarding Objections by Honda Dealerships Regarding Honda's Production of DMS Data
> (case # 12-md-02311; ECF No. 1709)

Date: April 11, 2017

/s/ Gene J. Esshaki
GENE J. ESSHAKI, MASTER

4830-6961-6966, V. 1