**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-02311 <br> Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

<u>**NOTICE OF APPEARANCE OF MATTHEW L. POWELL**</u>

PLEASE enter the appearance of Matthew L. Powell of the law firm Kerr, Russell and Weber, PLC, as counsel on behalf of NTN Corporation and NTN USA Corporation in the above captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.  This is in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated:  April 28, 2017

KERR, RUSSELL AND WEBER, PLC

By: */s/ Matthew L. Powell*
        Matthew L. Powell (P69186)
500 Woodward Avenue, Suite 2500
Detroit, MI 48226-3427
Tel:  (313) 961-0200
Fax:  (313) 961-0388
mpowell@kerr-russell.com

*Attorneys for NTN Corporation and NTN USA Corporation*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 28, 2017 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

By: <u>*/s/ Matthew L. Powell*</u>
Matthew L. Powell (P69186)