## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO: END-PAYOR ACTIONS | : : : : : : : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kevin F. O'Shea of The Miller Law Firm, P.C. hereby enters his appearance as counsel of record on behalf of End-Payor Plaintiffs in the above captioned matter.

Dated: May 5, 2017

Respectfully submitted,

By: /s/ *Kevin F. O'Shea*
Kevin F. O'Shea (P40586)
THE MILLER LAW FIRM, PC
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
kfo@millerlawpc.com

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : Master File No. 12-md-02311 : Honorable Marianne O. Battani : : THIS DOCUMENT RELATES TO: : END-PAYOR ACTIONS : : : : |

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2017, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

By: /s/ *Kevin F. O'Shea*
Kevin F. O'Shea (P40586)
THE MILLER LAW FIRM, PC
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
kfo@millerlawpc.com