# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | Master File 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| | Case No. 12-cv-10676-MOB-MKM |
| | Case No. 12-cv-00100-MOB-MKM |
| THIS RELATES TO: ALL CASES | Case No. 12-cv-00102-MOB-MKM |
| | Case No. 12-md-02311-MOB-MKM |

## ORDER ALLOWING WITHDRAWAL OF ATTORNEY

Upon consideration of the Notice of Withdrawal of Alan S. Miller as Counsel for Defendant Yazaki North America, Inc., filed on November 29, 2016, it is hereby

ORDERED that Alan S. Miller is allowed to withdraw from the representation of Yazaki North America in all cases listed below:

- Master File; E.D. Mich. No. 12-md-02311
- Wire Harness – Lead Case; E.D. Mich. No. 12-cv-00100
- Wire Harness – Auto Dealership Plaintiff Actions; E.D. Mich. No. 12-cv-00102
- Landers Auto Group Number One Inc v. Delphi Automotive Systems LLC; E.D. Mich. No. 12-cv-10676
- Landers Auto Group Number One Inc v. Delphi Automotive Systems LLC; E.D. Ark. No. 11-cv-00757

IT IS SO ORDERED.

Date: June 7, 2017

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge