UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## ORDER ALLOWING WITHDRAWAL OF ATTORNEY

Upon consideration of the Notice of Withdrawal of Attorney Sara J. Payne filed on the 5th day of January, 2017, it is hereby Ordered that Sara J. Payne is allowed to withdraw as counsel of record in the cases listed below:

| | |
|---|---|
| In re: Automotive Parts Antitrust Litigation | 12-md-02311 |
| In re: Wire Harness – Lead Case | 2:12-cv-00100-MOB-MKM |
| In re: Wire Harness – End-Payor Actions | 2:12-cv-00103-MOB-MKM |

IT IS SO ORDERED.

Date:  June 6, 2017

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge