**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) 12-md-02311 <br> ) Honorable Marianne O. Battani <br> ) Magistrate Judge Mona K. Majzoub |
| In Re: EXHAUST SYSTEM CASES | ) <br> ) 2:16-cv-03702 <br> ) 2:16-cv-03703 |
| THIS RELATES TO: ALL EXHAUST SYSTEM CASES | ) <br> ) <br> ) 2:16-cv-11082-MOB-MKM <br> ) 2:16-cv-11087- MOB-MKM |

**ORDER FOR WITHDRAWAL OF APPEARANCE PURSUANT TO LOCAL RULE 83.25**

**AND NOW,** this 13th day of June, 2017, upon consideration of the Notice of Withdrawal of Appearance as counsel of record for Defendant Meritor, Inc. in all Exhaust System cases filed on January 6, 2017 by Gretchen L. Jankowski, Wendelynne J. Newton and Cindy Dunlap Hinkle of the law firm of Buchanan Ingersoll & Rooney PC, in each of the above captioned matters, it is hereby ORDERED, ADJUDGED and DECREED that said Withdrawals are GRANTED and Gretchen L. Jankowski, Wendelynne J. Newton and Cindy Dunlap Hinkle and the law firm of Buchanan Ingersoll & Rooney PC will be removed from the service lists for the above captioned matters.

Date: June 13, 2017

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge