UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Automotive Parts Antitrust Litigation | 2:12-md-02311 |
| In Re: Wire Harnesses | 2:12-cv-00100<br>2:12-cv-00101 |
| In Re: Instrument Panel Clusters | 2:12-cv-00102<br>2:12-cv-00103 |
| In Re: Fuel Senders | 2:12-cv-00200<br>2:12-cv-00201 |
| In Re: Heater Control Panels | 2:12-cv-00202<br>2:12-cv-00203 |
| In Re: Alternators | 2:12-cv-00300<br>2:12-cv-00301 |
| In Re: Windshield Wipers | 2:12-cv-00302<br>2:12-cv-00303 |
| In Re: Radiators | 2:12-cv-00400 |
| In Re: Starters | 2:12-cv-00401<br>2:12-cv-00402 |
| In Re: Ignition Coils | 2:12-cv-00403<br>2:13-cv-00700 |
| In Re: Motor Generators | 2:13-cv-00702 |
| In Re: HID Ballasts | 2:13-cv-00703 |
| In Re: Inverters | 2:13-cv-00900 |
| In Re: Air Flow Meters | 2:13-cv-00901 |
| In Re: Fuel Injection Systems | 2:13-cv-00902<br>2:13-cv-00903 |
| In Re: Power Window Motors | 2:13-cv-01000<br>2:13-cv-01001 |
| In Re: Valve Timing Control Devices | 2:13-cv-01002 |
| In Re: Air Conditioning Systems | 2:13-cv-01003<br>2:13-cv-01100 |
| In Re: Windshield Washer Systems | 2:13-cv-01102<br>2:13-cv-01103 |
| In Re: Spark Plugs | 2:13-cv-01400<br>2:13-cv-01401 |
| In Re: Oxygen Sensors | 2:13-cv-01402<br>2:13-cv-01403 |

|  | |
|---|---|
|  | 2:13-cv-01500 |
|  | 2:13-cv-01502 |
|  | 2:13-cv-01503 |
|  | 2:13-cv-01700 |
|  | 2:13-cv-01702 |
|  | 2:13-cv-01703 |
|  | 2:13-cv-01800 |
|  | 2:13-cv-01802 |
|  | 2:13-cv-01803 |
|  | 2:13-cv-02000 |
|  | 2:13-cv-02002 |
|  | 2:13-cv-02003 |
|  | 2:13-cv-02200 |
|  | 2:13-cv-02202 |
|  | 2:13-cv-02203 |
|  | 2:13-cv-02300 |
|  | 2:13-cv-02302 |
|  | 2:13-cv-02303 |
|  | 2:13-cv-02500 |
|  | 2:13-cv-02502 |
|  | 2:13-cv-02503 |
|  | 2:13-cv-02700 |
|  | 2:13-cv-02701 |
|  | 2:13-cv-02702 |
|  | 2:13-cv-02703 |
|  | 2:13-cv-02800 |
|  | 2:13-cv-02801 |
|  | 2:13-cv-02802 |
|  | 2:13-cv-02803 |
|  | 2:15-cv-03001 |
|  | 2:15-cv-03101 |

## **NOTICE OF WITHDRAWAL OF ATTORNEY KURT G. KASTORF**

PLEASE TAKE NOTICE of the withdrawal of Kurt G. Kastorf of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, DENSO Products & Services Americas, ASMO Co., Ltd., ASMO Greenville of North Carolina, Inc., ASMO Manufacturing, Inc., and ASMO North America,

LLC, (collectively "DENSO entities"). His appearance should be withdrawn from the following cases:

        12-md-02311-MOB-MKM

        12-cv-100-MOB-MKM

        12-cv-101-MOB-MKM

        12-cv-102-MOB-MKM

        12-cv-103-MOB-MKM

        12-cv-200-MOB-MKM

        12-cv-201-MOB-MKM

        12-cv-202-MOB-MKM

        12-cv-203-MOB-MKM

        12-cv-300-MOB-MKM

        12-cv-301-MOB-MKM

        12-cv-302-MOB-MKM

        12-cv-303-MOB-MKM

        12-cv-400-MOB-MKM

        12-cv-401-MOB-MKM

        12-cv-402-MOB-MKM

        12-cv-403-MOB-MKM

        13-cv-700-MOB-MKM

        13-cv-702-MOB-MKM

        13-cv-703-MOB-MKM

        13-cv-900-MOB-MKM

13-cv-901-MOB-MKM

13-cv-902-MOB-MKM

13-cv-903-MOB-MKM

13-cv-1000-MOB-MKM

13-cv-1001-MOB-MKM

13-cv-1002-MOB-MKM

13-cv-1003-MOB-MKM

13-cv-1100-MOB-MKM

13-cv-1102-MOB-MKM

13-cv-1103-MOB-MKM

13-cv-1400-MOB-MKM

13-cv-1401-MOB-MKM

13-cv-1402-MOB-MKM

13-cv-1403-MOB-MKM

13-cv-1500-MOB-MKM

13-cv-1502-MOB-MKM

13-cv-1503-MOB-MKM

13-cv-1700-MOB-MKM

13-cv-1702-MOB-MKM

13-cv-1703-MOB-MKM

13-cv-1800-MOB-MKM

13-cv-1802-MOB-MKM

13-cv-1803-MOB-MKM

13-cv-2000-MOB-MKM

13-cv-2002-MOB-MKM

13-cv-2003-MOB-MKM

13-cv-2200-MOB-MKM

13-cv-2202-MOB-MKM

13-cv-2203-MOB-MKM

13-cv-2300-MOB-MKM

13-cv-2302-MOB-MKM

13-cv-2303-MOB-MKM

13-cv-2500-MOB-MKM

13-cv-2502-MOB-MKM

13-cv-2503-MOB-MKM

13-cv-2700-MOB-MKM

13-cv-2701-MOB-MKM

13-cv-2702-MOB-MKM

13-cv-2703-MOB-MKM

13-cv-2800-MOB-MKM

13-cv-2801-MOB-MKM

13-cv-2802-MOB-MKM

13-cv-2803-MOB-MKM

15-cv-3001-MOB-MKM

15-cv-3101-MOB-MKM

      This notice is not intended to affect the appearances of any other attorneys of the same firm already on record as counsel on behalf of the DENSO entities.

|  |  |
|---|---|
|  | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Dated: June 22, 2017 | By: */s/ Kurt G. Kastorf*<br>Kurt G. Kastorf<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Tel.: (202) 663-6000<br>Fax: (202) 663-6363<br>kurt.kastorf@wilmerhale.com |

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2017, I caused the foregoing Notice of Withdrawal of Attorney Kurt G. Kastorf to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    /s/ Kurt G. Kastorf
Kurt G. Kastorf
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
kurt.kastorf@wilmerhale.com