**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | : | 12-MD-02311 |
| | : | Honorable Marianne O. Battani |
| | : | |
| **In Re:  All Auto Parts Cases** | : | 2:12-md-02311-MOB-MKM |
| | : | |
| **THIS DOCUMENT RELATES TO:** **ALL AUTO PARTS CASES** | : | |

**NOTICE OF COUNSEL'S CHANGE OF ADDRESS**

Robert J. Tucker, counsel for Mitsubishi Motors North America, Inc., Mitsubishi Motors

Credit of America, Inc. and Mitsubishi Motors R&D of America, Inc., hereby notifies the Court

and the parties that he has relocated to the following address:

BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215.

Telephone and fax numbers remain the same.

DATED:  July 25, 2017

/s/ Robert J. Tucker
Robert J. Tucker(0082205)
Baker & Hostetler LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 462-2651
(614) 462-2616 (FAX)
E-mail: rtucker@bakerlaw.com

*Attorney for Mitsubishi Motors North America*
*Inc., Mitsubishi Motors Credit of America, Inc.*
*and Mitsubishi Motors R&D of America, In*c.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Notice of Change of Address was served upon counsel of record via the Court's ECF System to their respective email addresses, or First Class U.S. Mail to the non-ECF participants, on July 25, 2017.

/s/ Robert J. Tucker