**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

**STATEMENT OF DISCLOSURE**
**OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E.D. Mich. LR 83.4, Friedrich Boysen GmbH & Co. KG makes the following disclosure.

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   **No**

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation / Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   **No**

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation / Affiliate Name:
   Nature of Financial Interest:

Dated: September 6, 2017

By: /s/ John M. Tanski
John M. Tanski
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(Tel.) 860-275-8100
(Fax) 860-275-8101
jtanski@axinn.com

*Attorney for Friedrich Boysen GmbH & Co. KG*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2017, I electronically filed the Statement of Disclosure of Corporate Affiliations and Financial Interest of Friedrich Boysen GmbH & Co. KG with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: September 6, 2017

AXINN, VELTROP & HARKRIDER LLP

By: /s/ John M. Tanski