# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311 <br> Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: <br><br> ALL CASES | |

## APPEARANCE OF MATTHEW J. TURCHYN

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Matthew J. Turchyn of the law firm Hertz Schram PC as counsel on behalf of Friedrich Boysen GmbH & Co. KG in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

    Respectfully submitted,

    HERTZ SCHRAM PC

By:    */s/ Matthew J. Turchyn*
    Bradley J. Schram (P26337)
    Matthew J. Turchyn (P76482)
    Attorneys for Friedrich Boysen
    GmbH & Co. KG
    1760 S. Telegraph Road, Suite 300
    Bloomfield Hills, MI 48302
    (248) 335-5000
    bschram@hertzschram.com
    mturchyn@hertzschram.com

Dated: September 6, 2017

{H0480670.1}

2

## PROOF OF SERVICE

I hereby certify that on September 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF Electronic Filing System, which will send notification of such filing to counsel of record.

*/s/ Matthew J. Turchyn*