# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re:<br>*ALTERNATORS* CASES | **Jury Trial Demanded** |
| THIS RELATES TO: | Case No. 2:17-cv-11995 |
| GROUP 1 AUTOMOTIVE, INC. AS ASSIGNEE ON BEHALF OF GROUP 1 AUTOMOTIVE WHOLLY-OWNED SUBSIDIARY DEALERSHIPS, ASBURY AUTOMOTIVE GROUP, INC. AS ASSIGNEE ON BEHALF OF ASBURY AUTOMOTIVE WHOLLY-OWNED SUBSIDIARY DEALERSHIPS, VAN TUYL GROUP, LLC AS ASSIGNEE ON BEHALF OF ASSIGNOR DEALERSHIPS, AND MAJOR AUTOMOTIVE COMPANIES, INC. AS ASSIGNEE ON BEHALF OF MAJOR AUTOMOTIVE WHOLLY-OWNED SUBSIDIARY DEALERSHIPS, BRONX FORD, INC., AND CITY WORLD MOTORS, LLC,<br><br>                    Plaintiffs.<br><br>v.<br><br>DENSO CORP.,<br>DENSO INTERNATIONAL AMERICA, INC.,<br>MITSUBISHI ELECTRIC CORPORATION, | |

1

| | |
|---|---|
| MITSUBISHI ELECTRIC US HOLDINGS, INC., <br> MITSUBISHI ELECTRIC AUTOMOTIVE AMERICA, INC., <br> MITSUBA CORPORATION, <br> AMERICAN MITSUBA CORPORATION, <br> ROBERT BOSCH GMBH, AND <br> ROBERT BOSCH LLC, <br><br>           Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF APPEARANCE OF MICHAEL B. ANGELOVICH

PLEASE TAKE NOTICE that Michael B. Angelovich of Nix, Patterson & Roach, LLP hereby enters his appearance on behalf of Plaintiffs in the above-titled matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

DATED:  September 14, 2017

Respectfully submitted,

*/s/ Michael B. Angelovich*
Michael B. Angelovich
Texas Bar No. 00785666
**NIX, PATTERSON & ROACH, LLP**
3600 N. Capital of Texas Hwy.
Bldg. B, Suite 350
Austin, TX  78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
Email:  mangelovich@nixlaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 14, 2017, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

                                        */s/ Michael B. Angelovich*
                                        Michael B. Angelovich