# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE:  AUTOMOTIVE PARTS
ANTITRUST LITIGATION

Case No. 12-md-02311
Hon. Marianne O. Battani

## NOTICE OF APPEARANCE OF JOHN H. CHUNG FOR DEFENDANTS FURUKAWA ELECTRIC CO., LTD. AND AMERICAN FURUKAWA, INC.

To the Clerk of the Court and Each Party in Interest:

Please enter the appearance of John H. Chung of the law firm of White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, telephone: (212) 819-8200, facsimile: (212) 354-8113 on behalf of Defendants Furukawa Electric Co. Ltd. and American Furukawa, Inc.  The appearance shall not be deemed to be a waiver of any rights of defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: October 19, 2017

Respectfully submitted,

WHITE & CASE LLP

By: */s/ John H. Chung*
John H. Chung
White & Case LLP
1221 Avenue of the Americas
New York, NY 10022
Tel: (212) 819-8200
Fax: (212) 354-8113
jchung@whitecase.com

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on October 19, 2017, I caused a true and correct copy of the foregoing Notice of Appearance of John H. Chung for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc. to be filed and served electronically via the ECF system.

    Respectfully submitted,

By: */s/ John H. Chung*
John H. Chung
White & Case LLP
1221 Avenue of the Americas
New York, NY 10022
Tel: (212) 819-8200
Fax: (212) 354-8113
jchung@whitecase.com