# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |

| | |
|---|---|
| In Re: Automotive Parts Antitrust Litigation | 2:12-md-02311 |
| In Re: Wire Harnesses | 2:12-cv-00100 |
| | 2:12-cv-00101 |
| In Re: Instrument Panel Clusters | 2:12-cv-00102 |
| | 2:12-cv-00103 |
| In Re: Fuel Senders | 2:12-cv-00200 |
| | 2:12-cv-00201 |
| In Re: Heater Control Panels | 2:12-cv-00202 |
| | 2:12-cv-00203 |
| In Re: Alternators | 2:12-cv-00300 |
| | 2:12-cv-00301 |
| In Re: Windshield Wipers | 2:12-cv-00302 |
| | 2:12-cv-00303 |
| In Re: Radiators | 2:12-cv-00400 |
| In Re: Starters | 2:12-cv-00401 |
| | 2:12-cv-00402 |
| In Re: Ignition Coils | 2:12-cv-00403 |
| | 2:13-cv-00700 |
| In Re: Motor Generators | 2:13-cv-00702 |
| In Re: HID Ballasts | 2:13-cv-00703 |
| In Re: Inverters | 2:13-cv-00900 |
| In Re: Air Flow Meters | 2:13-cv-00901 |
| In Re: Fuel Injection Systems | 2:13-cv-00902 |
| | 2:13-cv-00903 |
| In Re: Power Window Motors | 2:13-cv-01000 |
| | 2:13-cv-01001 |
| In Re: Valve Timing Control Devices | 2:13-cv-01002 |
| In Re: Air Conditioning Systems | 2:13-cv-01003 |
| | 2:13-cv-01100 |
| In Re: Windshield Washer Systems | 2:13-cv-01102 |
| | 2:13-cv-01103 |
| In Re: Spark Plugs | 2:13-cv-01400 |
| | 2:13-cv-01401 |
| In Re: Oxygen Sensors | 2:13-cv-01402 |
| | 2:13-cv-01403 |
| | 2:13-cv-01500 |
| | 2:13-cv-01502 |
| | 2:13-cv-01503 |
| | 2:13-cv-01700 |
| | 2:13-cv-01702 |

|  |
|---|
| 2:13-cv-01703 |
| 2:13-cv-01800 |
| 2:13-cv-01802 |
| 2:13-cv-01803 |
| 2:13-cv-02000 |
| 2:13-cv-02002 |
| 2:13-cv-02003 |
| 2:13-cv-02200 |
| 2:13-cv-02202 |
| 2:13-cv-02203 |
| 2:13-cv-02300 |
| 2:13-cv-02302 |
| 2:13-cv-02303 |
| 2:13-cv-02500 |
| 2:13-cv-02502 |
| 2:13-cv-02503 |
| 2:13-cv-02700 |
| 2:13-cv-02701 |
| 2:13-cv-02702 |
| 2:13-cv-02703 |
| 2:13-cv-02800 |
| 2:13-cv-02801 |
| 2:13-cv-02802 |
| 2:13-cv-02803 |
| 2:15-cv-03001 |
| 2:15-cv-03101 |

## ORDER GRANTING
## <u>WITHDRAWAL OF ATTORNEY KURT G. KASTORF</u>

Notice has been filed regarding the withdrawal of Kurt G. Kastorf of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, DENSO Products & Services Americas, ASMO Co. Ltd, ASMO Greenville of North Carolina, Inc., ASMO Manufacturing, Inc., and ASMO North America, LLC.  Other attorneys of the same firm have appeared as counsel on behalf of these defendants and their representation continues.

      IT IS ORDERED that

Mr. Kastorf shall be removed as attorney of record in the following cases:

12-md-02311-MOB-MKM

12-cv-100-MOB-MKM

12-cv-101-MOB-MKM

12-cv-102-MOB-MKM

12-cv-103-MOB-MKM

12-cv-200-MOB-MKM

12-cv-201-MOB-MKM

12-cv-202-MOB-MKM

12-cv-203-MOB-MKM

12-cv-300-MOB-MKM

12-cv-301-MOB-MKM

12-cv-302-MOB-MKM

12-cv-303-MOB-MKM

12-cv-400-MOB-MKM

12-cv-401-MOB-MKM

12-cv-402-MOB-MKM

12-cv-403-MOB-MKM

13-cv-700-MOB-MKM

13-cv-702-MOB-MKM

13-cv-703-MOB-MKM

13-cv-900-MOB-MKM

13-cv-901-MOB-MKM

13-cv-902-MOB-MKM

13-cv-903-MOB-MKM

13-cv-1000-MOB-MKM

13-cv-1001-MOB-MKM

13-cv-1002-MOB-MKM

13-cv-1003-MOB-MKM

13-cv-1100-MOB-MKM

13-cv-1102-MOB-MKM

13-cv-1103-MOB-MKM

13-cv-1400-MOB-MKM

13-cv-1401-MOB-MKM

13-cv-1402-MOB-MKM

13-cv-1403-MOB-MKM

13-cv-1500-MOB-MKM

13-cv-1502-MOB-MKM

13-cv-1503-MOB-MKM

13-cv-1700-MOB-MKM

13-cv-1702-MOB-MKM

13-cv-1703-MOB-MKM

13-cv-1800-MOB-MKM

13-cv-1802-MOB-MKM

13-cv-1803-MOB-MKM

13-cv-2000-MOB-MKM

13-cv-2002-MOB-MKM

13-cv-2003-MOB-MKM

13-cv-2200-MOB-MKM

13-cv-2202-MOB-MKM

13-cv-2203-MOB-MKM

13-cv-2300-MOB-MKM

13-cv-2302-MOB-MKM

13-cv-2303-MOB-MKM

13-cv-2500-MOB-MKM

13-cv-2502-MOB-MKM

13-cv-2503-MOB-MKM

13-cv-2700-MOB-MKM

13-cv-2701-MOB-MKM

13-cv-2702-MOB-MKM

13-cv-2703-MOB-MKM

13-cv-2800-MOB-MKM

13-cv-2801-MOB-MKM

13-cv-2802-MOB-MKM

13-cv-2803-MOB-MKM

15-cv-3001-MOB-MKM

15-cv-3101-MOB-MKM

SO ORDERED.

Date:        October 25, 2017                       s/Marianne O. Battani
                                                        MARIANNE O. BATTANI
                                                        United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on October 25, 2017.

                                                                              s/ Kay Doaks
                                                                              Case Manager