**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Hon. Marianne O. Battani |

### NOTICE OF APPEARANCE OF DAVID H. SUGGS FOR DEFENDANTS FURUKAWA ELECTRIC CO., LTD. AND AMERICAN FURUKAWA, INC.

To the Clerk of the Court and Each Party in Interest:

Please enter the appearance of David H. Suggs of the law firm of White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, telephone: (212) 819-8200, facsimile: (212) 354-8113 on behalf of Defendants Furukawa Electric Co. Ltd. and American Furukawa, Inc. The appearance shall not be deemed to be a waiver of any rights of defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: October 30, 2017

Respectfully submitted,

WHITE & CASE LLP

By: */s/ David H. Suggs*
David H. Suggs
White & Case LLP
1221 Avenue of the Americas
New York, NY 10022
Tel: (212) 819-8200
Fax: (212) 354-8113
dsuggs@whitecase.com

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on October 30, 2017, I caused a true and correct copy of the foregoing Notice of Appearance of David H. Suggs for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc. to be filed and served electronically via the ECF system.

      Respectfully submitted,

      By: */s/ David H. Suggs*
David H. Suggs
White & Case LLP
1221 Avenue of the Americas
New York, NY 10022
Tel: (212) 819-8200
Fax: (212) 354-8113
dsuggs@whitecase.com