# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Hon. Marianne O. Battani |

## NOTICE OF APPEARANCE OF DEMETRA V. FRAWLEY FOR DEFENDANTS FURUKAWA ELECTRIC CO., LTD. AND AMERICAN FURUKAWA, INC.

To the Clerk of the Court and Each Party in Interest:

Please enter the appearance of Demetra V. Frawley of the law firm of White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, telephone: (212) 819-8200, facsimile: (212) 354-8113 on behalf of Defendants Furukawa Electric Co. Ltd. and American Furukawa, Inc.  The appearance shall not be deemed to be a waiver of any rights of defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: October 31, 2017                              Respectfully submitted,

                                                    WHITE & CASE LLP

                                           By: */s/ Demetra V. Frawley*
                                           Demetra V. Frawley
                                           White & Case LLP
                                           1221 Avenue of the Americas
                                           New York, NY 10022
                                           Tel: (212) 819-8200
                                           Fax: (212) 354-8113
                                           <u>demetra.frawley@whitecase.com</u>

## CERTIFICATION OF SERVICE

  The undersigned hereby certifies that on October 31, 2017, I caused a true and correct copy of the foregoing Notice of Appearance of Demetra V. Frawley for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc. to be filed and served electronically via the ECF system.

                Respectfully submitted,

               By: */s/ Demetra V. Frawley*
               Demetra V. Frawley
               White & Case LLP
               1221 Avenue of the Americas
               New York, NY 10022
               Tel: (212) 819-8200
               Fax: (212) 354-8113
               demetra.frawley@whitecase.com