**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re: Automotive Parts Antitrust Litigation

ALL PARTS

THIS RELATES TO:

ALL CASES

Master File No. 12-md-02311
Honorable Marianne O. Battani

**MOTION AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

Defendants Robert Bosch GmbH and Robert Bosch LLC, by and through their undersigned counsel, hereby move the Court for an order withdrawing the appearance of Matthew Robert Boucher as counsel in the following actions:

- Master File No. 12-md-02311

- Windshield Wipers Case Nos. 2:13-cv-900

    o 2:13-cv-00902

    o 2:13-cv-00903

- Starters Case Nos. 2:13-cv-01100

    o 2:13-cv-01102

    o 2:13-cv-01103

- Fuel Injection Systems Case Nos. 2:13-cv-02200

    o 2:13-cv-02202

    o 2:13-cv-02203

- Power Window Motors Case Nos. 2:13-cv-2300

    o 2:13-cv-002301

- Spark Plugs Case Nos. 2:15-cv-03000

    o 2:15-cv-03002

    o 2:15-cv-03003

- Oxygen Sensors Case Nos. 2:15-cv-03100

- 2:15-cv-11829

This motion is precipitated by Matthew Robert Boucher's departure from the law firm of Allen & Overy LLP. Defendants Robert Bosch GmbH and Robert Bosch LLC will continue to be represented in the referenced actions by other counsel of record.

WHEREFORE, Defendants Robert Bosch GmbH and Robert Bosch LLC respectfully request that the Court enter an order granting the motion to withdraw the appearance of Matthew Robert Boucher as counsel for Defendants Robert Bosch GmbH and Robert Bosch LLC in the cases referenced above.

Date: February 12, 2018                          Respectfully submitted,


                                                 /s/ John Roberti               _
                                                 John Roberti
                                                 **ALLEN & OVERY LLP**
                                                 1101 New York Avenue NW
                                                 Washington, DC 20005
                                                 Telephone: (202) 683-3878
                                                 John.Roberti@AllenOvery.com

                                                 *Attorneys for Defendants Robert Bosch GmbH and Robert Bosch LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2018, I caused a true and correct copy of the foregoing MOTION

FOR WITHDRAWAL OF COUNSEL to be filed electronically through the CM/ECF system which

will send notification of such filing to all counsel of record.

Date: February 12, 2018                          Respectfully submitted,


                                                 /s/ John Roberti
                                                 John Roberti
                                                 **ALLEN & OVERY LLP**
                                                 1101 New York Avenue NW
                                                 Washington, DC 20005
                                                 Telephone: (202) 683-3878
                                                 John.Roberti@AllenOvery.com

                                                 *Attorneys for Defendants Robert Bosch GmbH and*
                                                 *Robert Bosch LLC*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In Re: Automotive Parts Antitrust Litigation

|  |  |
|---|---|
| ALL PARTS | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| THIS RELATES TO:<br><br>ALL CASES |  |

## [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

Upon consideration of Defendant's Notice of Withdrawal of Counsel, it is HEREBY ORDERED that

Matthew Robert Boucher is withdrawn as counsel of record for Defendants Robert Bosch GmbH and

Robert Bosch LLC.

      The Clerk of Court is directed to remove Matthew Robert Boucher from the record and from the

Court's ECF system for this case.


Date: _____          _____
                                Hon. Marianne O. Battani
                                United States District Judge