UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| In Re: SHOCK ABSORBERS CASES | |
| THIS RELATES TO: | |
| V.I.P., INC. and PERFORMANCE INTERNET PARTS, LLC, on behalf of themselves and all others similarly situated, | Case No. 2:16-cv-13616<br>Case No. 2:15-cv-03301 |
| Plaintiffs, | |
| v. | |
| KAYABA INDUSTRY CO. LTD., d/b/a KYB CORPORATION, *et al*, | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas C. Bright of Cera LLP hereby enters his appearance as counsel for Plaintiffs V.I.P., Inc. and Performance Internet Parts, LLC in the above-captioned matter.

Dated: March 9, 2018

Respectfully submitted,

CERA LLP

By: /s/Thomas C. Bright
Thomas C. Bright
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
tbright@cerallp.com

*One of the Attorneys for Plaintiffs V.I.P., Inc. and Performance Internet Parts, LLC*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

                                            /s/Thomas C. Bright
                                            Thomas C. Bright