# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File Case No. 12-md-02311 <br><br> Honorable Marianne O. Battani |
| **IN RE: ALL CASES** | |
| **THIS RELATES TO: DEALERSHIP ACTIONS END-PAYOR ACTIONS TRUCK AND EQUIPMENT DEALER ACTIONS** | |

## NOTICE OF FILING UNDER SEAL

On May 4, 2018, Defendants filed their Memorandum in Opposition to Plaintiffs' Motion to Set an Expedited Briefing and Hearing Schedule on Indirect Purchaser Plaintiffs' Motion for an Order Directing Defendants to Pay Half of The Parties' Costs Relating to OEM Discovery ("Memorandum in Opposition"). Defendants hereby provide notice that Exhibit A to their Memorandum in Opposition is filed under seal pursuant to the Stipulation and Order Regarding Sealed Filings, Master Docket No. 2:12-cv-02311, ECF No. 1690.

Defendants believe this document contains information designated "Confidential" or "Highly Confidential" under the protective orders in these cases but take no position as to whether sealing is required under the applicable law.

DATED: May 4, 2018

By:                                */s/ Sterling A. Marchand*
Sterling A. Marchand
John Taladay
Mark Miller
Heather Souder Choi
**Baker Botts L.L.P.**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
202-639-7700
Fax: 202-639-7890
sterling.marchand@bakerbotts.com
john.taladay@bakerbotts.com
mark.miller@bakerbotts.com
heather.choi@bakerbotts.com

*Counsel for Defendants Toyoda Gosei Co. Ltd., Toyoda Gosei North America Corp. and TG Missouri Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2018, I caused the foregoing Notice of Filing Under Seal to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

DATED:   May 4, 2018

/s/ Sterling A. Marchand
Sterling A. Marchand
**Baker Botts L.L.P.**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
202-639-7700
Fax: 202-639-7890
sterling.marchand@bakerbotts.com

*Counsel for Defendants Toyoda Gosei Co. LTD, Toyoda Gosei North America Corp. and TG Missouri Corp.*