**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS<br>     ANTITRUST LITIGATION<br>———————————————————————<br><br>In Re: SHOCK ABSORBERS<br>———————————————————————<br><br>THIS DOCUMENT RELATES TO:<br>     End-Payor Actions | Case No. 12-md-02311<br>Honorable Marianne O. Battani<br><br><br><br><br><br>2:15-cv-03300-MOB-MKM<br>2:15-cv-03303-MOB-MKM |

## <u>APPEARANCE OF JENNA G. FARLEIGH</u>

PLEASE TAKE NOTICE that Jenna G. Farleigh of Susman Godfrey L.L.P. hereby enters an appearance on behalf of all End-Payor Plaintiffs in the above-captioned Master Case and Class Cases in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated:  May 8, 2018                    Respectfully submitted,


                         By  */s/  Jenna G. Farleigh*
                         Jenna G. Farleigh
                         SUSMAN GODFREY L.L.P.
                         1201 Third Avenue, Suite 3800
                         Seattle, Washington 98101
                         Telephone:  (206) 516-3880
                         Facsimile:  (206) 516-3883
                         jfarleigh@susmangodfrey.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ *Jenna G. Farleigh*
Jenna G. Farleigh