UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| In Re: All Cases | |
| THIS DOCUMENT RELATES TO: | |
| END-PAYOR ACTIONS DEALERSHIP ACTIONS | |

## NOTICE OF FILING UNDER SEAL

Pursuant to the Stipulation and Order Regarding Sealed Filings, Master Docket No. 2:12-cv-02311, ECF No. 1690, Automobile Dealer Plaintiffs, End-Payor Plaintiffs, and Truck and Equipment Dealer Plaintiffs ("Plaintiffs") hereby give notice that **Exhibits B and C** to the Supplemental Declaration of William V. Reiss in Support of Plaintiffs' Omnibus Reply in Further Support of Motion for an Order Directing Defendants to Pay Half of the Parties' Costs Relating to OEM Discovery will be filed under seal because these documents contain information designated "Confidential" or "Highly Confidential" under the governing protective orders in these cases. *See, e.g.*, Stipulation and Protective Order Governing the Production and Exchange of Confidential Information, *Occupant Safety Systems*, No. 2:12-cv-00300, ECF No. 77. Plaintiffs take no position on the appropriateness of the sealing of these documents.

Date: May 22, 2018                    Respectfully submitted,


                                      /s/ Hollis Salzman
                                      Hollis Salzman
                                      Bernard Persky
                                      William V. Reiss
                                      Noelle Feigenbaum
                                      **ROBINS KAPLAN LLP**
                                      399 Park Avenue, Suite 3600
                                      New York, NY 10022
                                      Telephone: (212) 980-7400
                                      Facsimile: (212) 980-7499
                                      HSalzman@RobinsKaplan.com
                                      BPersky@RobinsKaplan.com
                                      WReiss@RobinsKaplan.com
                                      NFeigenbaum@RobinsKaplan.com

                                      Adam J. Zapala
                                      Elizabeth T. Castillo
                                      **COTCHETT, PITRE & McCARTHY, LLP**
                                      San Francisco Airport Office Center
                                      840 Malcolm Road, Suite 200
                                      Burlingame, CA 94010
                                      Telephone: (650) 697-6000
                                      Facsimile: (650) 697-0577
                                      azapala@cpmlegal.com
                                      ecastillo@cpmlegal.com

                                      Marc M. Seltzer
                                      Steven G. Sklaver
                                      **SUSMAN GODFREY L.L.P.**
                                      1900 Avenue of the Stars, Suite 1400
                                      Los Angeles, CA 90067-6029
                                      Telephone: (310) 789-3100
                                      Facsimile: (310) 789-3150
                                      mseltzer@susmangodfrey.com
                                      ssklaver@susmangodfrey.com

Terrell W. Oxford
Chanler A. Langham
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
toxford@susmangodfrey.com
clangham@susmangodfrey.com

Floyd G. Short
**SUSMAN GODFREY L.L.P.**
1201 3rd Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 373-7381
Facsimile: (206) 516-3883
fshort@susmangodfrey.com

*Interim Co-Lead Class Counsel for the Proposed End-Payor Plaintiffs Classes*


/s/ E. Powell Miller
E. Powell Miller (P39487)
Devon P. Allard (P71712)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com
dpa@millerlawpc.com

*Interim Liaison Class Counsel for the Proposed End-Payor Plaintiffs Classes*

/s/ Jonathan W. Cuneo
Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
Evelyn Li
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com

Don Barrett
David McMullan
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square,
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662)834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
**LARSON · KING, LLP**
30 East Seventh Street
Suite 2800
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618
sraiter@larsonking.com

*Interim Co-Lead Class Counsel for Dealership Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2018 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ E. Powell Miller
E. Powell Miller