# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311<br>Hon. Marianne O. Battani |
| ALL CASES | |
| THIS DOCUMENT RELATED TO:<br>ALL ACTIONS | |

## REQUEST TO BE REMOVED FROM CM/ECF SERVICE LIST

**PLEASE TAKE NOTICE** that the following attorneys previously involved in this litigation should be removed from the list of persons receiving CM/ECF notices:

ROBERT S. GREEN

JAMES ROBERT NOBLIN

DATED: May 31, 2018          **GREEN & NOBLIN, P.C.**

By:   /s/ Robert S. Green
         Robert S. Green (SBN 136183)

2200 Larkspur Landing Circle
Suite 101
Larkspur, CA  94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2018, I caused the foregoing NOTICE OF CHANGE OF ADDRESS to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<i>/s/ Robert S. Green</i><br>
Robert S. Green