UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In re: Heater Control Panel Cases | |
| THIS DOCUMENT RELATES TO:<br>Direct Purchaser Actions | 2:12-cv-00401-MOB-MKM |

**NOTICE OF CHANGE OF LAW FIRM AFFILIATION**

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that JASON HARTLEY, counsel for Plaintiffs in the above captioned matter, is no longer affiliated with the law firm Stueve Siegel Hanson LLP. Mr. Hartley is now affiliated with the law firm Hartley LLP, located at 550 West C Street, Suite 1750, San Diego, California, 92101.

All pleadings and other papers should be served on Jason Hartley at:

Hartley LLP
550 West C St., Ste. 1750
San Diego, California 92101

DATED: June 18, 2018

Respectfully submitted,

*/s/ Jason Hartley*
Jason Hartley
HARTLEY LLP
550 West C St., Ste. 1750
San Diego, California 92101
Telephone: 619-400-5822
hartley@hartleyllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2018, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and the ECF will send a notice of the electronic filing to all attorneys presently enrolled in the matter.

Dated: June18, 2018 HARTLEY LLP

By:   s/Jason S. Hartley
      Jason S. Hartley
      550 W. C Street, Suite 1750
      San Diego, CA 92101
      Tel: 619-400-5822
      Fax: 619-400-5832
      *hartley@hartleyllp.com*