# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Automotive Parts Antitrust Litigation<br>In Re: Wire Harnesses | 2:12-md-02311<br>2:12-cv-00100 |

## NOTICE OF WITHDRAWAL OF ATTORNEY CAITLYN HUFFSTUTTER

PLEASE TAKE NOTICE of the withdrawal of Caitlyn Huffstutter of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Automotive Deutschland GmbH, DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, DENSO Products & Services Americas, ASMO Co., Ltd., ASMO Greenville of North Carolina, Inc., ASMO Manufacturing, Inc., ASMO North America, LLC, and ASMO North Carolina, Inc. (collectively "DENSO entities"). Her appearance should be withdrawn from the following cases:

12-md-02311-MOB-MKM

12-cv-00100-MOB-MKM

This notice is not intended to affect the appearances of any other attorneys of the same firm already on record as counsel on behalf of the DENSO entities.

Dated: July 27, 2018

By: WILMER CUTLER PICKERING HALE AND DORR LLP

*/s/* Caitlyn Huffstutter
Caitlyn Huffstutter
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006

Tel.: (202) 663-6000
Fax: (202) 663-6363
caitlyn.huffstutter@wilmerhale.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 27, 2018, I caused the foregoing Notice of Withdrawal of Attorney Caitlyn Huffstutter to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        */s/* Caitlyn Huffstutter
Caitlyn Huffstutter
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
caitlyn.huffstutter@wilmerhale.com