# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311<br><br>Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| IN RE AIR CONDITIONING SYSTEMS<br><br>IN RE ACCESS MECHANISMS | |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | 2:13-cv-02700-MOB-MKM<br>2:13-cv-02701-MOB-MKM<br>2:13-cv-02702-MOB-MKM<br>2:13-cv-02703-MOB-MKM<br>2:13-cv-14289-MOB-MKM<br>2:13-cv-14655-MOB-MKM<br>2:13-cv-15126-MOB-MKM<br>2:14-cv-10796-MOB-MKM<br>2:16-cv-04100-MOB-MKM<br>2:16-cv-04103-MOB-MKM |

## MOTION TO WITHDRAW RYAN DAVIS AS COUNSEL

PLEASE TAKE NOTICE that the undersigned, Brian Byrne, an attorney at Cleary Gottlieb Steen & Hamilton LLP ("Cleary"), which firm represents Defendants Valeo S.A., Valeo Japan Co., Ltd., Valeo Inc., Valeo Electrical Systems, Inc., and Valeo Climate Control Corp., respectfully requests that the Court enter an order allowing Ryan Davis to withdraw as counsel in the following actions:

    2:12-md-02311-MOB-MKM

    2:13-cv-02700-MOB-MKM

    2:13-cv-02701-MOB-MKM

    2:13-cv-02702-MOB-MKM

    2:13-cv-02703-MOB-MKM

2:13-cv-14289-MOB-MKM

2:13-cv-14655-MOB-MKM

2:13-cv-15126-MOB-MKM

2:14-cv-10796-MOB-MKM

2:16-cv-04100-MOB-MKM

2:16-cv-04103-MOB-MKM

As of July 6, 2018, Mr. Davis is no longer an attorney at Cleary. Other counsel of record at Cleary will continue to appear as counsel on behalf of Valeo S.A., and there will be no delay in the progress of the above actions by virtue of his withdrawal.

Dated: July 27, 2018

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Brian Byrne
Brian Byrne
2000 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
Attorney Bar No. DC 449881
Email: bbyrne@cgsh.com

*Counsel for Valeo S.A., Valeo Japan Co., Ltd., Valeo Inc., Valeo Electrical Systems, Inc., and Valeo Climate Control Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Dated:  July 27, 2018

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  */s/ Brian Byrne*
Brian Byrne
2000 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
Attorney Bar No. DC 449881
Email: bbyrne@cgsh.com

*Counsel for Valeo S.A., Valeo Japan Co., Ltd., Valeo Inc., Valeo Electrical Systems, Inc., and Valeo Climate Control Corp.*