# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION <br><br>———————————————— <br><br>**ALL PARTS** <br><br>———————————————— <br><br>**THIS RELATES TO:** <br><br>**ALL CASES** | Master File No. 12-md-02311 <br><br>Honorable Marianne O. Battani |

## APPEARANCE

Please enter the appearance of James F. Lerner of Winston & Strawn LLP as counsel for Defendants NTN Corporation and NTN USA Corporation.

Dated:  July 30, 2018                              Respectfully submitted,

WINSTON & STRAWN LLP


*/s/ James F. Lerner*
James F. Lerner
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jlerner@winston.com

*Attorney for Defendants*
*NTN Corporation and*
*NTN USA Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2018, I electronically filed the foregoing APPEARANCE with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ James F. Lerner*
James F. Lerner
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jlerner@winston.com