UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| In re: ALL PARTS CASES | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES | |

**MOTION TO WITHDRAW AS COUNSEL**

Automobile Dealership Plaintiffs move the Court for leave to withdraw the appearance of Krista M. Hosmer as counsel in all actions. This motion is precipitated by Mrs. Hosmer's anticipated departure from the law firm Mantese Honigman, P.C., as she desires to return to the State of Texas to practice near her family. Automobile Dealership Plaintiffs will continue to be represented by other counsel of record and no delay in the progress of this action will result from Mrs. Hosmer's withdrawal.

WHEREFORE, Automobile Dealership Plaintiffs request that the Court enter an order granting the motion to withdraw the appearance of Mrs. Hosmer as counsel.

DATED: August 6, 2018                  Respectfully submitted,

**MANTESE HONIGMAN, P.C.**

/s/ *Krista M. Hosmer*
Krista M. Hosmer (Michigan Bar No. P68939)
Mantese Honigman, P.C
1361 E. Big Beaver Rd.
Troy, MI 48083
(248) 457-9200
khosmer@manteselaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 6, 2018, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

      /s/*Sherri Sikorski*
Sherri Sikorski
Mantese Honigman, P.C.
1361 E. Big Beaver Rd.
Troy, MI 48083
(248) 457-9200
Ssikorski@manteselaw.com