# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Automotive Parts Antitrust Litigation<br>In Re: Instrument Panel Clusters | 2:12-md-02311<br>2:12-cv-00200<br>2:12-cv-00201<br>2:12-cv-00202<br>2:12-cv-00203 |

### NOTICE OF WITHDRAWAL OF ATTORNEY JACQUELYN L. STANLEY

PLEASE TAKE NOTICE of the withdrawal of Jacquelyn L. Stanley of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Corporation and DENSO International America, Inc. (collectively "DENSO entities"). Her appearance should be withdrawn from the following cases:

12-md-02311-MOB-MKM

12-cv-00200-MOB-MKM

12-cv-00201-MOB-MKM

12-cv-00202-MOB-MKM

12-cv-00203-MOB-MKM

This notice is not intended to affect the appearances of any other attorneys of the same firm already on record as counsel on behalf of the DENSO entities.

|  |  |  |
|---|---|---|
|  |  | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Dated: August 28, 2018 | By: | */s/ Jacquelyn L. Stanley* <br> Jacquelyn L. Stanley <br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 1875 Pennsylvania Avenue, NW <br> Washington, D.C. 20006 <br> Tel.: (202) 663-6000 <br> Fax: (202) 663-6363 <br> jackie.stanley@wilmerhale.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2018, I caused the foregoing Notice of Withdrawal of Attorney Jacquelyn L. Stanley to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      */s/ Jacquelyn L. Stanley*
Jacquelyn L. Stanley
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
jackie.stanley@wilmerhale.com