UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| In Re: All Cases | |
| THIS DOCUMENTS RELATES TO: | |
| All Actions | |

### NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that, effective September 17, 2018, the Seattle office of the firm Hagens Berman Sobol Shapiro LLP has changed its address to the following:

Hagens Berman Sobol Shapiro LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101

The telephone and facsimile numbers will remain the same. Telephone: (206) 623-7292; Facsimile: (206) 623-0594.

1060054 V1

Dated: September 17, 2018

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Steve W. Berman*
   Steve W. Berman
1301 2nd Ave., Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2018, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. The Clerk of the Court will transmit a Notice of Electronic Filing to all ECF registrants.

                                          */s/ Steve W. Berman*
                                          STEVE W. BERMAN