# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------- x
:
IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION      :      Master File No. 12-md-02311

Hon. Marianne O. Battani
:

| | |
|---|---|
| Automotive Parts Antitrust Litigation | 2:12-md-02311-MOB |
| Automotive Lamps | 2:13-cv-01200-MOB |
| Automotive Lamps - Dealership Actions | 2:13-cv-01202-MOB |
| Automotive Lamps - End-Payor Actions | 2:13-cv-01203-MOB |
| Ignition Coils | 2:13-cv-01400-MOB |
| Ignition Coils - Direct Purchaser Actions | 2:13-cv-01401-MOB |
| Ignition Coils - Dealership Actions | 2:13-cv-01402-MOB |
| Ignition Coils - End-Payor Actions | 2:13-cv-01403-MOB |
| HID Ballasts | 2:13-cv-01700-MOB |
| HIB Ballasts - Dealership Actions | 2:13-cv-01702-MOB |
| HID Ballasts - End-Payor Actions | 2:13-cv-01703-MOB |
| Barron et al v. Koito Manufacturing Co., Ltd. et al | 2:13-cv-12483-MOB |
| Martens Cars of Washington, Inc. et al v. Koito Manufacturing Co., Ltd. et al | 2:13-cv-12964-MOB |
| Adams et al v. Diamond Electric Mfg. Co., Ltd. et al | 2:13-cv-14173-MOB |
| Martens Cars of Washington, Inc. et al v. Diamond Electric Mfg. Co., Ltd. et al | 2:13-cv-14202-MOB |
| McDaniel et al v. Denso Corporation et al | 2:13-cv-14660-MOB |
| All European Auto Supply, Inc. v. Denso Corporation et al | 2:15-cv-11830-MOB |

------------------------------------- x
:
THIS DOCUMENT RELATES TO:
:
All Cases

------------------------------------- x

**MOTION TO WITHDRAW MATTHEW J. REILLY**

ABRAM J. ELLIS, counsel for Defendants Diamond Electric Mfg. Corporation, Diamond Electric Mfg. Co., Ltd. (collectively "Diamond"), Stanley Electric Co. Ltd., II Stanley Co., Inc., and Stanley Electric U.S. Co., Inc. (collectively "Stanley") from the law firm of SIMPSON THACHER & BARTLETT LLP respectfully requests that the Court enter an order allowing MATTHEW J. REILLY, a former attorney with SIMPSON THACHER & BARTLETT LLP, to withdraw as counsel for Defendants Diamond and Stanley in the above captioned matter. Mr. Reilly is no longer with the firm of SIMPSON THACHER & BARTLETT LLP and consents to this motion. Defendants Diamond and Stanley will continue to be represented by the law firm of SIMPSON THACHER & BARTLETT LLP.

Matthew J. Reilly's appearance should be withdrawn from the following cases:

| | | |
|---|---|---|
| 2:12-md-02311-MOB | 2:13-cv-01402-MOB | 2:13-cv-12964-MOB |
| 2:13-cv-01200-MOB | 2:13-cv-01403-MOB | 2:13-cv-14173-MOB |
| 2:13-cv-01202-MOB | 2:13-cv-01700-MOB | 2:13-cv-14202-MOB |
| 2:13-cv-01203-MOB | 2:13-cv-01702-MOB | 2:13-cv-14660-MOB |
| 2:13-cv-01400-MOB | 2:13-cv-01703-MOB | 2:15-cv-11830-MOB |
| 2:13-cv-01401-MOB | 2:13-cv-12483-MOB | |

Dated: October 24, 2018

Respectfully Submitted,

*/s/ Abram J. Ellis*_____
ABRAM J. ELLIS
SIMPSON THACHER & BARTLETT LLP
900 G Street NW
Washington, DC 20001
(212) 636-5579
aellis@stblaw.com

*Counsel for Diamond Electric Mfg. Co., Ltd.; Diamond Electric Mfg. Corporation; Stanley Electric Co. Ltd.; II Stanley Co., Inc.; and Stanley Electric U.S. Co., Inc.*

## **CERTIFICATE OF SERVICE**

     I, Abram J. Ellis, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: October 24, 2018            */s/ Abram J. Ellis*  
                                                                    Abram J. Ellis