# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Honorable Marianne O. Battani |
| In re: | ) ) ) |
| BEARINGS CASES | ) 2:12-cv-00500<br>) 2:12-cv-00501<br>) 2:12-cv-12932<br>) 2:15-cv-12068<br>) |
| IGNITION COILS CASES | ) 2:13-cv-01400<br>) 2:13-cv-01401<br>) 2:15-cv-11830<br>) |
| POWER WINDOW MOTORS CASES | ) 2:13-cv-02300<br>) 2:13-cv-02301<br>) 2:15-cv-11829<br>) |
| VALVE TIMING CONTROL DEVICES CASES | ) 2:17-cv-13158<br>)<br>) |

## APPEARANCE OF COUNSEL

Please enter my appearance as an attorney for and on behalf of all Direct Purchaser Plaintiffs in the above-captioned cases.

Dated: November 14, 2018

*/s/ Robert A. Braun*
Robert A. Braun
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Phone: (202) 408-4600
Email: rbraun@cohenmilstein.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2018, I electronically filed the foregoing document using the Court's CM/ECF system, which automatically transmitted a Notice of Electronic Filing to all ECF registrants in this matter.

                                              */s/ Robert A. Braun*
                                              Robert. A Braun