**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In Re: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

In re: ALL PARTS CASES

Master File No. 12-md-02311
Honorable Marianne O. Battani

THIS RELATES TO: ALL CASES

**ORDER GRANTING ATTORNEY WITHDRAWAL
OF ALEXANDER E. BLUM IN ALL ACTIONS**

A motion has been filed regarding the withdrawal of Alexander E. Blum as counsel in the following actions:

Master File No. 12-md-02311;

Wire Harness Cases on behalf of Automobile Dealership Plaintiffs;

Access Mechanisms Cases on behalf of Automobile Dealership Plaintiffs;

Air Conditioning Systems Cases on behalf of Automobile Dealership Plaintiffs;

Air Flow Meters Cases on behalf of Automobile Dealership Plaintiffs;

Alternators Cases on behalf of Automobile Dealership Plaintiffs;

Anti-Vibration Rubber Parts Cases on behalf of Automobile Dealership Plaintiffs;

ATF Warmers Cases on behalf of Automobile Dealership Plaintiffs;

Automotive Constant Velocity Joint Boot Products Cases on behalf of Automobile Dealership Plaintiffs;

Automotive Hoses/Oxygen Sensor Cases on behalf of Automobile Dealership Plaintiffs;

Automotive Lamps Cases on behalf of Automobile Dealership Plaintiffs;

Bearings Cases on behalf of Automobile Dealership Plaintiffs;

Body Sealings Cases on behalf of Automobile Dealership Plaintiffs;

Brake Hoses Cases on behalf of Automobile Dealership Plaintiffs;

Ceramic Substrates Cases on behalf of Automobile Dealership Plaintiffs;

Electronic Powered Steering Assemblies Cases on behalf of Automobile Dealership Plaintiffs;

Electronic Throttle Bodies Cases on behalf of Automobile Dealership Plaintiffs;

Exhaust Systems Cases on behalf of Automobile Dealership Plaintiffs;

Fan Motors Cases on behalf of Automobile Dealership Plaintiffs;

Fuel Injection Systems Cases on behalf of Automobile Dealership Plaintiffs;

Fuel Senders Cases on behalf of Automobile Dealership Plaintiffs;

Heater Control Panel Cases on behalf of Automobile Dealership Plaintiffs;

HID Ballasts Cases on behalf of Automobile Dealership Plaintiffs;

Ignition Coils Cases on behalf of Automobile Dealership Plaintiffs;

Instrument Panel Clusters Cases on behalf of Automobile Dealership Plaintiffs;

Interior Trim Cases on behalf of Automobile Dealership Plaintiffs;

Inverters Cases on behalf of Automobile Dealership Plaintiffs;

Motor Generator Cases on behalf of Automobile Dealership Plaintiffs;

Occupant Safety Systems Cases on behalf of Automobile Dealership Plaintiffs;

Power Window Motors Cases on behalf of Automobile Dealership Plaintiffs;

Power Window Switches Cases on behalf of Automobile Dealership Plaintiffs;

Radiators Cases on behalf of Automobile Dealership Plaintiffs;

Shock Absorbers Cases on behalf of Automobile Dealership Plaintiffs;

Side Door Latches Cases on behalf of Automobile Dealership Plaintiffs;

Spark Plug Cases Cases on behalf of Automobile Dealership Plaintiffs;

Starters Cases on behalf of Automobile Dealership Plaintiffs;

Steering Angle Sensors Cases on behalf of Automobile Dealership Plaintiffs;

Switches Cases on behalf of Automobile Dealership Plaintiffs;

Valve Timing Control Cases on behalf of Automobile Dealership Plaintiffs;

Windshield Washer Cases on behalf of Automobile Dealership Plaintiffs; and

Windshield Wiper Cases on behalf of Automobile Dealership Plaintiffs.

Other attorneys have appeared as counsel for these Plaintiffs and their representation continues.

IT IS ORDERED that Mr. Blum shall be removed as an attorney of record in the following cases and the **Attorney's office is directed to remove the attorney (event in CM/ECF other documents menu; discontinue NEF's) from each case listed below:**

*Master File*
12-md-02311

*Wire Harness Cases*
2:12-cv-00100
2:12-cv-00101
2:12-cv-00102
2:12-cv-00103
2:13-cv-00104
2:12-cv-12526

*Access Mechanisms Cases*
2:16-cv-14149
2:16-cv-14163

*Air Conditioning Cases*
2:13-cv-02700
2:13-cv-02701
2:13-cv-02702
2:13-cv-02703

2:14-cv-10796

*Air Flow Cases*
2:13-cv-02000
2:13-cv-02002
2:13-cv-02003
2:14-cv-10588

*Alternators Cases*
2:13-cv-00700
2:13-cv-00701
2:13-cv-00702
2:13-cv-00703
2:13-cv-11596

*Anti-Vibration Rubber Parts Cases*
2:13-cv-00800
2:13-cv-00801
2:13-cv-00802
2:13-cv-00803
2:13-cv-11593
2:14-cv-12549

*ATF Warmers Cases*
2:13-cv-02400
2:13-cv-02402
2:13-cv-02403
2:14-cv-10593

*Automotive Constant Velocity Joint Boot Products Cases*
2:14-cv-02900
2:14-cv-02902
2:14-vb-02903
2:14-cv-14719
2:15-cv-10011

*Automotive Hoses/Oygen Sensors Cases*
4:15-cv-13451
2:15-cv-03100

*Automotive Lamps Cases*
2:13-cv-01200
2:13-cv-01201
2:13-cv-01202
2:13-cv-01203
2:13-cv-12964

*Bearings Cases*
2:12-cv-00500
2:12-cv-00501
2:12-cv-00502
2:12-cv-00503
2:12-cv-12614
2:13-cv-14948

*Body Sealing Cases*
2:16-cv-03400
2:16-cv-03403
2:16-cv-11260
2:16-cv-13260

*Brake Hoses Cases*
2:15-cv-03200
2:15-cv-03202
2:16-cv-12046

*Ceramic Substrates Cases*
2:16-cv-03800
2:16-cv-12194

*Electronic Powered Steering Assemblies (EPSA) Cases*
2:13-cv-01900
2:13-cv-01902
2:13-cv-01903
2:14-cv-10596
2:14-cv-12551

*Electronic Throttle Cases*
2:13-cv-02600
2:13-cv-02602
2:13-cv-02603
2:14-cv-10594

*Exhaust Systems Cases*
2:16-cv-03700
2:16-cv-03702
2:16-cv-11087

*Fan Motors Cases*
2:13-cv-02100
2:13-cv-02102

5

2:14-cv-10773
2:14-cv-12553

*Fuel Injection Systems Cases*
2:13-cv-02200
2:13-cv-02202
2:14-cv-10598
2:15-cv-10012

*Fuel Senders Cases*
2:12-cv-00300
2:12-cv-00302
2:12-cv-11156
2:13-cv-13556
2:13-cv-13564

*Heater Control Panels Cases*
2:12-cv-00400
2:12-cv-00402
2:12-cv-11161
2:13-cv-11784
2:13-cv-11639

*HID Cases*
2:13-cv-01700
2:13-cv-01702
2:14-cv-10600
2:14-cv-12554

*Ignition Coils Cases*
2:13-cv-01400
2:13-cv-01402
2:13-cv-14202

*Instrument Panel Clusters Cases*
2:12-cv-00200
2:12-cv-00202
2:12-cv-11156
2:13-cv-10161
2:13-cv-12063
2:13-cv-11262

*Interior Trim Cases*
2:16-cv-03500
2:16-cv-03502
2:16-cv-03503
2:16-cv-11257

*Inverters Cases*
2:13-cv-01800
2:13-cv-01802
2:14-cv-14721
2:15-cv-10013

*Motor Generator Cases*
2:13-cv-01500
2:13-cv-01502
2:14-cv-12309
2:14-cv-12556

*Occupant Safety Systems Cases*
2:12-cv-00600
2:12-cv-00602
2:12-cv-12795
2:12-cv-14887
2:13-cv-12921
2:13-cv-14454

*Power Window Motors Cases*
2:13-cv-02300
2:13-cv-02302
2:14-cv-10599
2:14-cv-12558

*Power Window Switches Cases*
2:16-cv-03902
2:16-cv-12960
2:16-cv-12849

*Radiators Cases*
2:13-cv-01000
2:13-cv-01002
2:13-cv-11590
2:14-cv-12559

*Shock Absorbers Cases*
2:15-cv-03300
2:16-cv-03302
2:16-cv-11256

*Side Door Latches Cases*
5:17-cv-13005

*Spark Plugs Cases*
2:15-cv-03000
2:15-cv-03002
2:15-cv-13465

*Starters Cases*
2:13-cv-01100
2:13-cv-01102
2:13-cv-11603

*Steering Angle Sensors Cases*
2:13-cv-01600
2:13-cv-01602
2:14-cv-10597
2:14-cv-12560

*Switches Cases*
2:13-cv-01300
2:13-cv-01302
2:14-cv-10884
2:14-cv-12552

*Valve Timing Control Cases*
2:13-cv-02500
2:13-cv-02502
2:14-cv-10777
2:15-cv-10014

*Windshield Washer Cases*
2:13-cv-02800
2:13-cv-02802
2:14-cv-10776
2:14-cv-12555

*Windshield Wiper Cases*
2:13-cv-00900
2:13-cv-00902
2:13-cv-11595
2:15-cv-10015

Date:   December 3, 2018                          s/Marianne O. Battani
                                                  MARIANNE O. BATTANI
                                                  United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 3, 2018.

s/ Kay Doaks<br>
Case Manager