UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: | |
| BEARINGS CASES | 2:12-cv-00500<br>2:12-cv-00501<br>2:12-cv-12932<br>2:15-cv-12068 |
| ALTERNATORS CASES | 2:13-cv-00700<br>2:13-cv-00701<br>2:15-cv-11828 |
| IGNITION COILS CASES | 2:13-cv-01400<br>2:13-cv-01401<br>2:15-cv-11830 |
| FUEL INJECTION SYSTEMS CASES | 2:13-cv-02200<br>2:13-cv-02201<br>2:15-cv-11827 |
| POWER WINDOW MOTORS CASES | 2:13-cv-02300<br>2:13-cv-02301<br>2:15-cv-11829 |
| VALVE TIMING CONTROL DEVICES CASES | 2:17-cv-13158 |
| SPARK PLUGS CASES | 2:16-cv-13506 |
| OXYGEN SENSORS CASES | 2:15-cv-03100<br>2:15-cv-03101<br>2:15-cv-11831 |
| SHOCK ABSORBERS CASES | 2:15-cv-03301<br>2:16-cv-13616 |
| THIS RELATES TO: ALL ACTIONS | |

## ORDER GRANTING MOTION
## TO WITHDRAW DAVID A. YOUNG AS COUNSEL

WHEREAS, David A. Young will no longer be associated with the law firm of Cohen Milstein Sellers & Toll PLLC after July 27, 2018;

WHEREAS, Mr. Young therefore requests that the Court enter an order allowing him to withdraw as counsel for Direct Purchasers Plaintiffs, including All European Auto Supply, Inc., McGuire Bearing Company, KMB/CT, Inc., Thrifty Auto Supply, Irving Levine Automotive Distributors, Inc., V.I.P., Inc., and Performance Internet Parts, LLC, in the following actions:

| Case Number | Case Name |
| --- | --- |
| 2:12-md-02311 | Master Case |
| 2:12-cv-00500 | Bearings – Lead Case |
| 2:12-cv-00501 | Bearings – Direct Purchaser Actions |
| 2:12-cv-12932 | *McGuire Bearing Co. v. JTEKT Corp.* |
| 2:15-cv-12068 | *DALC Gear & Bearing Supply Corp. v. Koyo France SA* |
| 2:13-cv-00700 | Alternators – Lead Case |
| 2:13-cv-00701 | Alternators – Direct Purchaser Actions |
| 2:15-cv-11828 | *All European Auto Supply, Inc. v. Denso Corp.* |
| 2:13-cv-01400 | Ignition Coils – Lead Case |
| 2:13-cv-01401 | Ignition Coils – Direct Purchaser Actions |
| 2:15-cv-11830 | *All European Auto Supply, Inc. v. Denso Corp.* |
| 2:13-cv-02200 | Fuel Injection Systems – Lead Case |
| 2:13-cv-02201 | Fuel Injection Systems – Direct Purchaser Actions |
| 2:15-cv-11827 | *All European Auto Supply, Inc. v. Aisin Industry Co., Ltd.* |
| 2:13-cv-02300 | Power Window Motors – Lead Case |
| 2:13-cv-02301 | Power Window Motors – Direct Purchaser Actions |
| 2:15-cv-11829 | *All European Auto Supply, Inc. v. Denso Corp.* |
| 2:17-cv-13158 | *All European Auto Supply, Inc. v. Aisin Seiki Co., Ltd.* |
| 2:16-cv-13506 | *KMB/CT, Inc. v. Denso Corp.* |
| 2:15-cv-03100 | Oxygen Sensors – Lead Case |
| 2:15-cv-03101 | Oxygen Sensors – Direct Purchaser Actions |
| 2:15-cv-11831 | *All European Auto Supply, Inc. v. Denso Corp.* |
| 2:15-cv-03301 | Shock Absorbers – Direct Purchaser Actions |
| 2:16-cv-13616 | *V.I.P., Inc. v. Kayaba Industry Co., Ltd.* |

WHEREAS, other counsel of record will continue to appear as counsel on behalf of Direct Purchaser Plaintiffs;

WHEREAS, Mr. Young's withdrawal will not affect any deadlines or cause any delay in this matter;

IT IS HEREBY ORDERED that Mr. Young be permitted to withdraw as counsel for Direct Purchaser Plaintiffs in the above actions. **Attorney's office is directed to remove the above listed attorney (event in CM/ECF other documents menu; discontinue NEF's) from each case listed on the order.**

Date: December 3, 2018
s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 3, 2018.

s/ Kay Doaks
Case Manager

3