# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: AUTOMOTIVE LAMPS HID BALLASTS | |
| THIS RELATES TO:<br><br>All Automotive Lamps Cases<br>All HID Ballasts Cases | Case No. 2:13-cv-01200<br>Case No. 2:13-cv-01202<br>Case No. 2:13-cv-01203<br>Case No. 2:13-cv-01700<br>Case No. 2:13-cv-01702<br>Case No. 2:13-cv-01703 |

### NOTICE OF APPEARANCE OF SONIA KUESTER PFAFFENROTH

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Sonia Kuester Pfaffenroth, of the law firm of Arnold & Porter Kaye Scholer LLP, as counsel on behalf of Defendants Koito Manufacturing Co., Ltd. and North American Lighting, Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: January 29, 2019    Respectfully submitted,

By: /s Sonia Kuester Pfaffenroth
Sonia Kuester Pfaffenroth
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-6831
(202) 942-5999 - facsimile
Sonia.Pfaffenroth@arnoldporter.com

*Attorney for Defendant Koito Manufacturing Co., Ltd. and North American Lighting, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2019, I caused to be electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court via the ECF system, which will send notification of such filing to the ECF participants.

Dated: January 29, 2019

                          By: /s Sonia Kuester Pfaffenroth
                               Sonia Kuester Pfaffenroth
                               ARNOLD & PORTER KAYE SCHOLER LLP
                               601 Massachusetts Ave. NW
                               Washington, DC 20001
                               (202) 942-6831
                               (202) 942-5999 - facsimile
                               Sonia.Pfaffenroth@arnoldporter.com

*Attorney for Defendant Koito Manufacturing Co., Ltd. and North American Lighting, Inc.*