UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311<br>HON. MARIANNE O. BATTANI |
| In Re: ALL PARTS | |
| THIS RELATES TO:<br>All Actions | |

**NOTICE OF FIRM NAME CHANGE**

PLEASE TAKE NOTICE that Fink + Associates Law has changed its name to Fink Bressack. The firm's location, telephone number, and fax number remain the same. As a result of the firm name change, the email domain for all attorneys has changed to @finkbressack.com.

DATED: February 1, 2019                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 /s/David H. Fink
　　　　　　　　　　　　　　　　　　　　　David H. Fink (P28235)
　　　　　　　　　　　　　　　　　　　　　Darryl Bressack (P67820)
　　　　　　　　　　　　　　　　　　　　　Nathan J. Fink (P75185)
　　　　　　　　　　　　　　　　　　　　　FINK BRESSACK
　　　　　　　　　　　　　　　　　　　　　38500 Woodward Ave; Suite 350
　　　　　　　　　　　　　　　　　　　　　Bloomfield Hills, MI 48304
　　　　　　　　　　　　　　　　　　　　　(248) 971-2500

　　　　　　　　　　　　　　　　　　　　　*Interim Liaison Counsel for the Direct*
　　　　　　　　　　　　　　　　　　　　　*Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2019, I electronically filed the foregoing paper with the Clerk of the court using the ECF system, which will send notification of such filing to all counsel of record registered for electronic filing.

/s/ Nathan J. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
FINK BRESSACK
38500 Woodward Ave; Suite 350
Bloomfield Hills, MI 48304
(248) 971-2500