**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) | 12-md-02311 Honorable Marianne O. Battani |
| In re:  FUEL INJECTION SYSTEMS | ) ) ) | 2:13-cv-02200-MOB-MKM |
| THIS RELATES TO: | ) ) ) | |
| DEALERSHIP ACTIONS END-PAYOR ACTIONS | ) ) ) | 2:13-cv-02202-MOB-MKM 2:13-cv-02203-MOB-MKM |

**NOTICE OF CHANGE OF ADDRESS BY ANITA F. STORK**

PLEASE TAKE NOTICE that Anita F. Stork, counsel for Defendants Keihin Corporation and Keihin North America, Inc. in the above-captioned matters, hereby notifies the Court and the parties that she has relocated to the following address:

COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Dated:   April 19, 2019

Respectfully submitted,

*/s/ Anita F. Stork*
Anita F. Stork
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
Fascimile: (415) 591-6091
Email: astork@cov.com

*Attorney for Defendant Keihin Corporation and Keihin North America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19 2019, I caused a true and correct copy of the foregoing NOTICE OF CHANGE OF ADDRESS BY ANITA F. STORK to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Anita F. Stork*