# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION

ALL PARTS

THIS DOCUMENT RELATES TO:
ALL CASES

No. 12-md-02311
Hon. Marianne O. Battani

## MOTION TO WITHDRAW AS COUNSEL

I, Lucas Issacharoff, an attorney at Susman Godfrey LLP who will soon depart the firm, respectfully requests that the Court enter an order allowing me to withdraw as Interim Counsel for the End-Payor Plaintiff Classes, in the above captioned matter. Other counsel of record will continue to appear as counsel on behalf of the above-named Plaintiffs, and there will be no delay in the progress of the above-named action as a result of this withdrawal.

Dated:  July 12, 2019.

Respectfully submitted,

*/s/ Lucas Issacharoff*
Lucas Issacharoff
SUSMAN GODFREY LLP
1301 Ave. of the Americas, Fl. 32
New York, NY 10019
Telephone: (212) 729-2010
Facsimile: (212) 336‑8340
LIssacharoff@susmangodfrey.com

*Interim Counsel for End-Payor Plaintiff Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2019, I electronically filed the foregoing document with

the Clerk of the Court using the ECF system, which will send notification to each attorney of

record herein by electronic means.

*/s/ Lucas Issacharoff*
Lucas Issacharoff
SUSMAN GODFREY LLP
1301 Ave. of the Americas, Fl. 32
New York, NY 10019
Telephone: (212) 729-2010
Facsimile: (212) 336‑8340
LIssacharoff@susmangodfrey.com

*Interim Counsel for End-Payor Plaintiff
Classes*
