# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>ALL CASES | 2:13-cv-00104-MOB-MKM<br>2:13-cv-13055-MOB-MKM<br>2:12-cv-00100-MOB-MKM<br>2:12-cv-00101-MOB-MKM |

## ORDER GRANTING MOTION TO WITHDRAW
## CHRISTINA BRENHA AS COUNSEL

Upon consideration of the motion to withdraw the appearance of Christina Brenha as counsel for Defendants Fujikura Automotive America LLC and Defendant Fujikura Ltd. in the following actions:

  Master File No. 12-md-02311

  2:13-cv-00104-MOB-MKM

  2:13-cv-13055-MOB-MKM

  2:12-cv-00100-MOB-MKM

  2:12-cv-00101-MOB-MKM

   ORDERED that the motion is GRANTED.


Date:  July 12, 2019

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge