**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: | |
| ALL CASES | |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Emre N. Ilter, an attorney at McDermott Will & Emery LLP who will soon depart that firm, respectfully requests that the Court enter an order allowing him to withdraw as counsel for Defendants NGK Insulators, Ltd. and NGK Automotive Ceramics USA, Inc. in the above captioned matter and the following associated cases:

- 16-cv-3800
- 16-cv-3801
- 16-cv-3802
- 16-cv-3803
- 16-cv-11804
- 16-cv-12194
- 17-cv-13785

Other counsel of record will continue to appear on behalf of the aforementioned Defendants in the above-referenced matters, and this withdrawal will not result in any delay in the progress of those actions.

Dated:  September 25, 2019.

Respectfully submitted,

*/s/Emre N. Ilter*
Emre N. Ilter (DC Bar No. 984479)
MCDERMOTT WILL & EMERY, LLP
500 North Capitol Street, N.W.
Washington, DC  20001
(202) 756-8000
eilter@mwe.com

*Attorney for NGK Insulators, Ltd.*
*and NGK Automotive Ceramics USA, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on September 25, 2019, the foregoing **Motion to Withdraw as Counsel**

was served on all parties or their counsel of record through the Court's CM/ECF system.

*/s/Emre N. Ilter*
Emre N. Ilter
MCDERMOTT WILL & EMERY, LLP
500 North Capitol Street, N.W.
Washington, DC  20001
(202) 756-8000
eilter@mwe.com

*Attorney for NGK Insulators, Ltd.*
*and NGK Automotive Ceramics USA, Inc.*