**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## MOTION TO WITHDRAW AS COUNSEL

Robert D. McCabe, an attorney at Shearman & Sterling LLP who will soon depart that firm, respectfully requests that the Court enter an order allowing him to withdraw as counsel for Defendants JTEKT Corporation, JTEKT Automotive North America Corporation, and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., in the above-captioned matter.  Other counsel of record will continue to appear as counsel on behalf of the above-named Defendants, and there will be no delay in the progress of the above-named action as a result of this withdrawal.

Respectfully Submitted,

Dated:  September 30, 2019

*/s/ Robert D. McCabe*
Robert D. McCabe
Shearman & Sterling LLP
401 9th Street NW, Suite 800
Washington, DC 20004-2128
Phone: (202) 508-8000
Fax: (202) 661-7319
Email: Robert.mccabe@shearman.com

*Attorney for Defendants JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification to each attorney of record by electronic means.

                                            */s/ Robert D. McCabe*
Robert D. McCabe
Shearman & Sterling LLP
401 9th Street NW, Suite 800
Washington, DC 20004-2128
Phone: (202) 508-8000
Fax: (202) 661-7319
Email: Robert.mccabe@shearman.com

*Attorney for Defendants JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., Inc.*