# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311 <br><br> Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:** <br> **ALL CASES** | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Richard B. Brosnick of Akerman LLP hereby enters his Appearance as counsel for Defendants Mikuni Corporation and Mikuni American Corporation in this matter.

Dated:  October 22, 2019

/s/Richard B. Brosnick

Richard B. Brosnick
AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, New York  10103
(212) 880-3800
Fax:  (212) 905-6432
richard.brosnick@akerman.com

49485703;3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants in this matter. I hereby certify that there are no non-ECF participants.

      /s/Richard B. Brosnick
Richard B. Brosnick
AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, New York  10103
(212) 880-3800
Fax:  (212) 905-6432
richard.brosnick@akerman.com

49485703;3