UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | Master File 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | 2:12-cv-00100<br>2:12-cv-00101<br>2:17-cv-00104<br>1:17-cv-14138 |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF ZACHARY D. TROTTER AS COUNSEL FOR DEFENDANTS YAZAKI CORPORATION AND YAZAKI NORTH AMERICA, INC.**

PLEASE TAKE NOTICE of the withdrawal of Zachary D. Trotter of Jones Day as counsel for defendants Yazaki Corporation and Yazaki North America, Inc., due to his leaving the firm of Jones Day effective November 22, 2019. This notice is not intended to affect the appearances of any other attorneys from the law firm of Jones Day already on record as counsel in the above-captioned matter, who will continue to serve as counsel for the aforementioned defendants.

Mr. Trotter's appearance should be withdrawn from the following cases:

<u>For Yazaki North America, Inc.:</u>

Master File No. 2:12-md-02311

2:12-cv-00100

2:12-cv-00101

2:17-cv-00104

2:17-cv-14138

<u>For Yazaki Corporation:</u>

Master File No. 2:12-md-02311

2:12-cv-00100

2:12-cv-00101

2:17-cv-00104

2:17-cv-14138

No prejudice will result from the withdrawal of Mr. Trotter, as Jones Day continues to represent Yazaki Corporation and Yazaki North America, Inc. in these actions.

Dated: November 20, 2019  Respectfully submitted,

*/s/ Zachary D. Trotter*
Zachary D. Trotter
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Tel. (216) 586-3939
Fax (216) 579-0212
ztrotter@jonesday.com

## **CERTIFICATE OF SERVICE**

I certify that on November 20, 2019, I electronically filed the foregoing Notice of Withdrawal of Zachary D. Trotter as Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc., with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

*/s/ Zachary D. Trotter*
Zachary D. Trotter