**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

**MOTION TO WITHDRAW AS COUNSEL**

Louise-Astrid Aberg, an attorney at McDermott Will & Emery LLP who will soon depart that firm, respectfully requests that the Court enter an order allowing her to withdraw as counsel for Defendants NGK Insulators, Ltd. and NGK Automotive Ceramics USA, Inc. in the above captioned matter and the following associated case: 16-cv-3800.

Other counsel of record will continue to appear on behalf of the aforementioned Defendants in the above-referenced matters, and this withdrawal will not result in any delay in the progress of those actions.

Dated: June 8, 2020.

                                                   Respectfully submitted,

*/s/ Louise-Astrid Aberg*
Louise-Astrid Aberg
MCDERMOTT WILL & EMERY, LLP
500 N. Capitol St., NW
Washington, D.C. 20001
(202) 756-8000
laberg@mwe.com

*Attorney for NGK Insulators, Ltd. and NGK Automotive Ceramics USA, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 8, 2020, the foregoing **Motion to Withdraw as Counsel** was served on all parties or their counsel of record through the Court's CM/ECF system.

      */s/ Louise-Astrid Aberg*
Louise-Astrid Aberg
MCDERMOTT WILL & EMERY, LLP
500 N. Capitol St., NW
Washington, D.C. 20001
(202) 756-8000
laberg@mwe.com

*Attorney for NGK Insulators, Ltd. and NGK Automotive Ceramics USA, Inc.*