# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |

## APPEARANCE

PLEASE TAKE NOTICE that Laura S. Faussié and the law firm of Fraser Trebilcock Davis & Dunlap, P.C. hereby appear in this action on behalf of Intervening Party Financial Recovery Services, LLC d/b/a/ Financial Recovery Strategies.

Respectfully submitted,

FRASER TREBILCOCK
DAVIS & DUNLAP, P.C.

Dated:   June 18, 2020    By:  */s/ Laura S. Faussié*
Laura S. Faussié (P48933)
One Woodward Ave., Suite 1550
Detroit, Michigan 48226
Telephone:  (313) 237-7300 / Fax:  (313) 961-1651
lfaussie@fraserlawfirm.com
Attorneys for Intervening Party Financial Recovery Services, LLC, d/b/a Financial Recovery Strategies

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | |

## CERTIFICATE OF SERVICE

I certify that on June 18, 2020, I electronically filed copies of the following documents: (1) Appearance of Laura S. Faussié; and (2) this Certificate of Service; using the ECF system, which sent notice of filing in this matter.

        Respectfully submitted,

        FRASER TREBILCOCK
        DAVIS & DUNLAP, P.C.

Dated:    June 18, 2020    By:  /s/ Laura S. Faussié
        Laura S. Faussié (P48933)
        One Woodward Ave., Suite 1550
        Detroit, Michigan 48226
        Telephone:  (313) 237-7300 / Fax:  (313) 961-1651
        lfaussie@fraserlawfirm.com
        Attorneys for Intervening Party Financial Recovery Services, LLC, d/b/a Financial Recovery Strategies