**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: AUTOMOTIVE PARTS | ) | Master File No. 12-md-02311 |
| ANTITRUST LITIGATION | ) | Honorable Sean F. Cox |
| | ) | Magistrate Judge R. Steven Whalen |
| | ) | |
| ALL PARTS | ) | |
| | ) | |
| | ) | |
| THIS RELATES TO: | ) | |
| ALL CASES | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Ronald G. DeWaard, of the law firm VARNUM LLP, hereby enters

an appearance on behalf of Bosal Industries-Georgia, Inc. in the above-captioned case.

Dated: June 18, 2020

Respectfully submitted,

VARNUM LLP

By: ___*/s/ Ronald G. DeWaard*___
      Ronald G. DeWaard
      333 Bridge Street NW
      P.O. Box 352
      Grand Rapids, MI 49501-0352
      Telephone: (616) 336-6000
      Facsimile: (616) 336-7000
      rgdewaard@varnumlaw.com

*Counsel for Bosal Industries-Georgia, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2020, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Ronald G. DeWaard
Ronald G. DeWaard
333 Bridge Street NW
P.O. Box 352
Grand Rapids, MI 49501-0352
Telephone: (616) 336-6000
Facsimile: (616) 336-7000
rgdewaard@varnumlaw.com

*Counsel for Bosal Industries-Georgia, Inc.*