UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| In Re: Automotive Parts Antitrust Litigation | 2:12-md-02311 |
| In Re: Wire Harnesses | 2:12-cv-00100 |
| | 2:12-cv-00101 |
| | 2:12-cv-00102 |
| | 2:12-cv-00103 |
| | 2:14-cv-00106 |
| | 2:14-cv-00107 |
| | 2:14-cv-14451 |
| In Re: Instrument Panel Clusters | 2:12-cv-00200 |
| | 2:12-cv-00201 |
| | 2:12-cv-00202 |
| | 2:12-cv-00203 |
| In Re: Fuel Senders | 2:12-cv-00300 |
| | 2:12-cv-00301 |
| | 2:12-cv-00302 |
| | 2:12-cv-00303 |
| In Re: Heater Control Panels | 2:12-cv-00400 |
| | 2:12-cv-00401 |
| | 2:12-cv-00402 |
| | 2:12-cv-00403 |
| In Re: Windshield Wipers | 2:13-cv-00900 |
| | 2:13-cv-00902 |
| | 2:13-cv-00903 |
| In Re: Radiators | 2:13-cv-01000 |
| | 2:13-cv-01002 |
| | 2:13-cv-01003 |
| In Re: Starters | 2:13-cv-01400 |
| | 2:13-cv-01401 |
| | 2:13-cv-01402 |
| In Re: Motor Generators | 2:13-cv-01500 |
| | 2:13-cv-01502 |
| | 2:13-cv-01503 |
| In Re: HID Ballasts | 2:13-cv-01700 |
| | 2:13-cv-01702 |
| | 2:13-cv-01703 |
| In Re: Inverters | 2:13-cv-01800 |

| | |
|---|---|
| In Re: Air Flow Meters | 2:13-cv-01802<br>2:13-cv-01803<br>2:13-cv-02000<br>2:13-cv-02002 |
| In Re: Fuel Injection Systems | 2:13-cv-02200<br>2:13-cv-02202 |
| In Re: Power Window Motors | 2:13-cv-02300<br>2:13-cv-02302<br>2:13-cv-02303 |
| In Re: Valve Timing Control Devices | 2:13-cv-02500<br>2:13-cv-02502<br>2:13-cv-02503 |
| In Re: Air Conditioning Systems | 2:13-cv-02700<br>2:13-cv-02701<br>2:13-cv-02702 |
| In Re: Windshield Washer Systems | 2:13-cv-02800<br>2:13-cv-02801<br>2:13-cv-02802<br>2:13-cv-02803 |
| In Re: Spark Plugs | 2:15-cv-03000<br>2:15-cv-03001 |
| In Re: Oxygen Sensors | 2:15-cv-03100<br>2:15-cv-03101 |

## ORDER GRANTING
## MOTION TO WITHDRAW STEVEN M. ZAROWNY AS COUNSEL

A motion has been filed regarding the withdrawal of Steven M. Zarowny of DENSO International America, Inc. as counsel for defendant DENSO International America, Inc. Other attorneys have appeared as counsel on behalf of DENSO International America, Inc. and their representation continues.

IT IS ORDERED that

Mr. Zarowny shall be removed as attorney of record in the following cases:

    12-md-02311-SFC-RSW

    12-cv-00100-SFC-RSW

12-cv-00101-SFC-RSW

12-cv-00102- SFC-RSW

12-cv-00103-SFC-RSW

14-cv-00106-SFC-RSW

14-cv-00107-SFC-RSW

14-cv-14451-MOB-MKM

12-cv-00200-SFC-RSW

12-cv-00201-SFC-RSW

12-cv-00202-SFC-RSW

12-cv-00203-SFC-RSW

12-cv-00300-SFC-RSW

12-cv-00301-SFC-RSW

12-cv-00303-SFC-RSW

12-cv-00400-SFC-RSW

12-cv-00401-SFC-RSW

12-cv-00403-SFC-RSW

13-cv-00900-SFC-RSW

13-cv-00902-SFC-RSW

13-cv-00903-SFC-RSW

13-cv-01000-SFC-RSW

13-cv-01002-SFC-RSW

13-cv-01003-SFC-RSW

13-cv-01400-SFC-RSW

13-cv-01401-SFC-RSW

13-cv-01402-SFC-RSW

13-cv-01500-SFC-RSW

13-cv-01502-SFC-RSW

13-cv-01503-SFC-RSW

13-cv-01700-SFC-RSW

13-cv-01702-SFC-RSW

13-cv-01703-SFC-RSW

13-cv-01800-SFC-RSW

13-cv-01802-SFC-RSW

13-cv-01803-SFC-RSW

13-cv-02000-SFC-RSW

13-cv-02002-SFC-RSW

13-cv-02200-SFC-RSW

13-cv-02202-SFC-RSW

13-cv-02300-SFC-RSW

13-cv-02302-SFC-RSW

13-cv-02500-SFC-RSW

13-cv-02502-SFC-RSW

13-cv-02503-SFC-RSW

13-cv-02700-SFC-RSW

13-cv-02701-SFC-RSW

13-cv-02702-SFC-RSW

13-cv-02800-SFC-RSW

13-cv-02801-SFC-RSW

13-cv-02802-SFC-RSW

13-cv-02803-SFC-RSW

15-cv-03000-SFC-RSW

15-cv-03001-SFC-RSW

15-cv-03100-SFC-RSW

15-cv-03101-SFC-RSW

SO ORDERED.

Dated: July 10, 2020

s/Sean F. Cox
Sean F. Cox
U. S. District Judge