UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Sean F. Cox |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### NOTICE OF APPEARANCE OF KEVIN GALLAGHER

PLEASE TAKE NOTICE that Kevin Gallagher of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of DENSO Corporation, DENSO International America, Inc., DENSO Korea Automotive Corporation, DENSO International Korea Corporation, ASMO Co., Ltd., ASMO North America, LLC and ASMO Greenville of North Carolina, Inc. **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: August 3, 2020

WILMER CUTLER PICKERING
HALE AND DORR LLP

By:   /s/ Kevin Gallagher
Kevin Gallagher
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
kevin.gallagher@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2020, I caused the foregoing Notice of Appearance of Kevin Gallagher to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

By: /s/ Kevin Gallagher
Kevin Gallagher
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
kevin.gallagher@wilmerhale.com