# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master Case No. 2:12-md-2311<br>Honorable Sean F. Cox<br>Magistrate R. Steven Whalen |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | |

## MOTION TO WITHDRAW CALE A. JOHNSON AS COUNSEL

Cale A. Johnson of the law firm Dykema Gossett PLLC, who will soon depart that firm, respectfully requests that the Court enter an order allowing him to withdraw as counsel for Nishikawa Rubber Company, Nishikawa of America, Inc., and Nishikawa Cooper LLC, KYB Americas Corporation, Aisin Seiki Co., Ltd., Aisin Automotive Casting, LLC,. and ZF TRW Automotive Holdings Corp., in the following cases:

| | |
|---|---|
| *In re: Automotive Parts Antitrust Litigation* Master File No. | 12-md-02311 |
| *In re: Valve Timing Control Devices* | 2:13-cv-02500 |
| | 2:13-cv-02502 |
| | 2:13-cv-02503 |
| *In re: Shock Absorbers* | 2:15-cv-03300 |
| | 2:15-cv-03303 |
| *Ifeoma Adams, et al v Kayaba Industry Co., Ltd.* | 2:15-cv-14080 |
| *In re: Body Sealing Products* | 2:16-cv-03400- |
| | 2:16-cv-03402 |
| | 2:16-cv-03403 |
| *In re: Interior Trim Products* | 2:16-cv-03500 |
| | 2:16-cv-03503 |
| *In re: Exhaust Systems* | 2:16-cv-03700 |
| | 2:16-cv-03701 |
| | 2:16-cv-03702 |
| | 2:16-cv-03703 |
| *Ascher, et al v. Nishikawa Rubber Company, et al* | 2:16-cv-10456 |
| | 2:16-cv-10461 |
| *Ascher, et al v. Tenneco Gmbh* | 2:16-cv-11082 |

| | |
|---|---|
| *Dealership Plaintiffs v. Tenneco Inc., et al* | 2:16-cv-11087 |
| *Landers Auto Group No. 1, Inc. et al v.* | |
| *Nishikawa Rubber Company, et al* | 2:16-cv-11260 |

Other counsel of record will continue to appear on behalf of the aforementioned Defendants in the above-referenced actions, and this withdrawal will not result in any delay in the progress of those actions.

A proposed form of Order is filed concurrently with this Motion.

Dated:  August 28, 2020  DYKEMA GOSSETT PLLC

By: /s/ Cale A. Johnson
Cale A. Johnson (P78032)
39577 Woodward Avenue, Ste. 300
Bloomfield Hills, Michigan 48304
248.203.0700 – Telephone
248.203.0763 – Facsimile
cjohnson@dykema.com

*Attorneys for Nishikawa Rubber Company, Nishikawa of America, Inc., and Nishikawa Cooper LLC, KYB Americas Corporation, Aisin Seiki Co., Ltd., Aisin Automotive Casting, LLC,. ZF TRW Automotive Holdings Corp.*

### **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2020, the foregoing Motion to Withdraw Cale A. Johnson as Counsel was served on all parties or their counsel of record through the Court's CM/ECF system.

/s/ Cale A. Johnson

097535.000004 4829-8939-9241.1