UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master Case No. 2:12-md-2311<br>Honorable Sean F. Cox |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER GRANTING
## MOTION TO WITHDRAW CALE A. JOHNSON AS COUNSEL

A motion has been filed regarding the withdrawal of Cale A. Johnson of the law firm Dykema Gossett PLLC. Other attorneys have appeared as counsel for Defendants Nishikawa Rubber Company, Nishikawa of America, Inc., and Nishikawa Cooper LLC, KYB Americas Corporation, Aisin Seiki Co., Ltd., Aisin Automotive Casting, LLC,. ZF TRW Automotive Holdings Corp., Faurecia, S.A., Faurecia Emission Control Technologies, USA, Inc. and Faurecia Exhaust Systems, Inc. and their representation continues.

IT IS ORDERED THAT:

Mr. Johnson shall be removed as attorney of record in the following cases:

| | |
|---|---|
| *In re: Automotive Parts Antitrust Litigation* Master File No. | 12-md-02311 |
| *In re: Valve Timing Control Devices* | 2:13-cv-02500 |
| | 2:13-cv-02503 |
| *In re: Shock Absorbers* | 2:15-cv-03300 |
| | 2:15-cv-03303 |
| *Ifeoma Adams, et al v Kayaba Industry Co., Ltd.* | 2:15-cv-14080 |
| *In re: Body Sealing Products* | 2:16-cv-03400- |
| | 2:16-cv-03402 |
| | 2:16-cv-03403 |
| *In re: Interior Trim Products* | 2:16-cv-03500 |

2

| | |
|---|---|
| | 2:16-cv-03503 |
| *In re: Exhaust Systems* | 2:16-cv-03700 |
| | 2:16-cv-03701 |
| | 2:16-cv-03703 |
| *Ascher, et al v. Nishikawa Rubber Company, et al* | 2:16-cv-10456 |
| | 2:16-cv-10461 |
| *Ascher, et al v. Tenneco Gmbh* | 2:16-cv-11082 |
| *Dealership Plaintiffs v. Tenneco Inc., et al* | 2:16-cv-11087 |
| *Landers Auto Group No. 1, Inc. et al v. Kayaba Industry Co., Ltd. et al* | 2:16-cv-11256 |
| *Landers Auto Group No. 1, Inc. et al v. Nishikawa Rubber Company, et al* | 2:16-cv-11260 |

SO ORDERED.

Dated:  September 8, 2020

s/Sean F. Cox
Sean F. Cox
U.S. District Judge

097535.000004  4816-0980-1161.1