# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |

## **APPEARANCE**

PLEASE TAKE NOTICE that Matthew R. Huppert and the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. hereby appear in this action on behalf of Intervening Party Financial Recovery Services, LLC d/b/a/ Financial Recovery Strategies.  *See* Mot. to Intervene, *In re Automotive Parts Antitrust Litig.*, No. 12-md-02311 (June 18, 2020), ECF No. 2060.

    Respectfully submitted,

    KELLOGG, HANSEN, TODD,
    FIGEL & FREDERICK, P.L.L.C.

Dated: September 16, 2020    By:  */s/ Matthew R. Huppert*

    Matthew R. Huppert (D.C. Bar # 1010997)
    1615 M Street, N.W., Suite 400
    Washington, D.C. 20036
    (202) 326-7958 – mhuppert@kellogghansen.com

    *Attorneys for Financial Recovery Services, LLC,*
    *d/b/a Financial Recovery Strategies*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |

## CERTIFICATE OF SERVICE

I certify that on September 16, 2020, I electronically filed copies of: (1) Appearance of Matthew R. Huppert; and (2) this Certificate of Service; using the ECF system, which sent notice of filing in this matter.

Respectfully submitted,

KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.

Dated: September 16, 2020      By:   */s/ Matthew R. Huppert*

Matthew R. Huppert (D.C. Bar # 1010997)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7958 – mhuppert@kellogghansen.com

*Attorneys for Financial Recovery Services, LLC,
d/b/a Financial Recovery Strategies*