# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311-SFC-RSW<br><br>Honorable Sean F. Cox |
| In Re: CERAMIC SUBSTRATES CASES | Case No. 16-cv-03800<br><br>Closed Related Matters:<br>Case No. 16-cv-3801<br>Case No. 16-cv-3802<br>Case No. 16-cv-3803<br>Case No. 17-cv-13785 |
| THIS RELATES TO: ALL CERAMIC SUBSTRATES CASES | |

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that STEFAN MEISNER, counsel for NGK Insulators, Ltd. and NGK Automotive Ceramics USA, Inc. in the above captioned matter, is no longer affiliated with the law firm McDermott, Will & Emery. Mr. Meisner is now affiliated with the law firm Crowell & Moring LLP, 1001 Pennsylvania Avenue, N.W., Washington, DC 20004.

DCACTIVE-56482159.1

-2-

Counsel have already updated relevant contact information in the Court's CM/ECF system.

<table>
<tr><td>DATED: October 16, 2020</td><td>Respectfully submitted,<br><br>/s/ <u>*Stefan Meisner*</u><br>CROWELL & MORING LLC<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel: (202) 624-2937<br>Fax: (202) 628-5116<br>Email: SMeisner@crowell.com<br><br>*Counsel for NGK Insulators, Ltd. and NGK Automotive Ceramics USA, Inc.*</td></tr>
</table>

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Change of Firm Affiliation was filed on October 16, 2020. Notice of this filing will be sent to all parties of record via the Court's CM/ECF system.

/s/ *Stefan Meisner*
CROWELL & MORING LLC
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 624-2937
Fax: (202) 628-5116
Email: SMeisner@crowell.com

*Counsel for NGK Insulators Ltd and NGK Automotive Ceramics USA, Inc.*

DCACTIVE-56482159.1