**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-md-02311 <br> : Honorable Sean F. Cox <br> : |
| In Re: ALL PARTS | |
| THIS RELATES TO: <br><br> All Actions | : <br> : <br> : <br> : <br> : <br> : |

### MOTION TO WITHDRAW EMILY J. BLACKBURN AS COUNSEL

Emily J. Blackburn of the law firm Arnold & Porter Kaye Scholer LLP, who will soon depart that firm, respectfully requests that the Court enter an order allowing her to withdraw as counsel for Koito Manufacturing Co., Ltd. and North American Lighting, Inc., in the following cases:

**On Behalf of Koito Manufacturing Co., Ltd. as defendant:**

- 12-md-02311
- 2:13-cv-01200
- 2:13-cv-01202
- 2:13-cv-01203
- 2:13-cv-01700
- 2:13-cv-01702
- 2:13-cv-01703

**On Behalf of North American Lighting, Inc. as defendant:**

- 12-md-02311
- 2:13-cv-01700
- 2:13-cv-01702
- 2:13-cv-01703

Other counsel of record will continue to appear on behalf of the aforementioned Defendants in the above-referenced actions, and this withdrawal will not result in any delay in the progress of those actions.

A proposed form of Order is filed concurrently with this Motion.

Dated: October 21, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER KAYE SCHOLER LLP

　　　　　　　　　　　　　　　　　　　By: /s/ Emily J. Blackburn
　　　　　　　　　　　　　　　　　　　　　Emily J. Blackburn
　　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER KAYE SCHOLER LLP
　　　　　　　　　　　　　　　　　　　　　601 Massachusetts Ave. NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　(202) 942-6630
　　　　　　　　　　　　　　　　　　　　　(202) 942-5999 - facsimile
　　　　　　　　　　　　　　　　　　　　　*email*:  Emily.Blackburn@arnoldporter.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Koito Manufacturing Co., Ltd., and North American Lighting, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 21, 2020, I caused the foregoing Notice of Withdrawal of Attorney Emily J Blackburn to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.

Dated: October 21, 2020                             By: /s/ Emily J. Blackburn
                                                                Emily J. Blackburn