## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-md-02311 <br> : Honorable Sean F. Cox |
| In Re: ALL PARTS | : <br> : <br> : <br> : <br> : |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : <br> : <br> : <br> : |

### NOTICE

The undersigned counsel regretfully advises that Hollis Salzman, of the law firm Robins Kaplan LLP, has passed away.  The undersigned counsel respectfully requests that the Court remove her as counsel for the following cases in which she appeared:

- 12-md-02311
- 2:12-cv-00100
- 2:12-cv-00101
- 2:12-cv-00102
- 2:12-cv-00103
- 2:12-cv-00200
- 2:12-cv-00201
- 2:12-cv-00202
- 2:12-cv-00203
- 2:12-cv-00300
- 2:12-cv-00301
- 2:12-cv-00302
- 2:12-cv-00303
- 2:12-cv-00400
- 2:12-cv-00401
- 2:12-cv-00402
- 2:12-cv-00403
- 2:12-cv-00500
- 2:12-cv-00501
- 2:12-cv-00502

- 2:12-cv-00503
- 2:12-cv-00600
- 2:12-cv-00601
- 2:12-cv-00602
- 2:12-cv-00603
- 2:13-cv-00700
- 2:13-cv-00701
- 2:13-cv-00702
- 2:13-cv-00703
- 2:13-cv-00800
- 2:13-cv-00801
- 2:13-cv-00802
- 2:13-cv-00803
- 2:13-cv-00900
- 2:13-cv-00901
- 2:13-cv-00902
- 2:13-cv-00903
- 2:13-cv-01000
- 2:13-cv-01001
- 2:13-cv-01002
- 2:13-cv-01003
- 2:13-cv-01100
- 2:13-cv-01101
- 2:13-cv-01102
- 2:13-cv-01103
- 2:13-cv-01200
- 2:13-cv-01201
- 2:13-cv-01202
- 2:13-cv-01203
- 2:13-cv-01300
- 2:13-cv-01302
- 2:13-cv-01303
- 2:13-cv-01400
- 2:13-cv-01401
- 2:13-cv-01402
- 2:13-cv-01403
- 2:13-cv-01500
- 2:13-cv-01502
- 2:13-cv-01503
- 2:13-cv-01600
- 2:13-cv-01602

- 2:13-cv-01603
- 2:13-cv-01700
- 2:13-cv-01702
- 2:13-cv-01703
- 2:13-cv-01800
- 2:13-cv-01802
- 2:13-cv-01803
- 2:13-cv-01900
- 2:13-cv-01901
- 2:13-cv-01902
- 2:13-cv-01903
- 2:13-cv-02000
- 2:13-cv-02002
- 2:13-cv-02003
- 2:13-cv-02100
- 2:13-cv-02102
- 2:13-cv-02103
- 2:13-cv-02200
- 2:13-cv-02201
- 2:13-cv-02202
- 2:13-cv-02203
- 2:13-cv-02300
- 2:13-cv-02301
- 2:13-cv-02302
- 2:13-cv-02303
- 2:13-cv-02400
- 2:13-cv-02402
- 2:13-cv-02403
- 2:13-cv-02500
- 2:13-cv-02502
- 2:13-cv-02503
- 2:13-cv-02600
- 2:13-cv-02602
- 2:13-cv-02603
- 2:13-cv-02700
- 2:13-cv-02701
- 2:13-cv-02702
- 2:13-cv-02703
- 2:13-cv-02800
- 2:13-cv-02801
- 2:13-cv-02802

- 2:13-cv-02803
- 2:13-cv-14289
- 2:14-cv-02900
- 2:14-cv-02903
- 2:15-cv-03000
- 2:15-cv-03001
- 2:15-cv-03002
- 2:15-cv-03003
- 2:15-cv-03100
- 2:15-cv-03101
- 2:15-cv-03200
- 2:15-cv-03202
- 2:15-cv-03203
- 2:15-cv-03300
- 2:15-cv-03303
- 2:15-cv-12893
- 2:15-cv-13000
- 2:15-cv-14080
- 2:16-cv-03302
- 2:16-cv-03400
- 2:16-cv-03403
- 2:16-cv-03500
- 2:16-cv-03502
- 2:16-cv-03503
- 2:16-cv-03600
- 2:16-cv-03602
- 2:16-cv-03603
- 2:16-cv-03700
- 2:16-cv-03702
- 2:16-cv-03703
- 2:16-cv-03800
- 2:16-cv-03803
- 2:16-cv-03900
- 2:16-cv-03903
- 2:16-cv-04000
- 2:16-cv-04003
- 2:16-cv-04100
- 2:16-cv-04103
- 2:16-cv-10456
- 2:16-cv-10461
- 2:16-cv-11082

- 2:16-cv-11804
- 2:16-cv-12949
- 2:16-cv-13997
- 2:17-cv-04300
- 2:17-cv-04303
- 2:17-cv-11637

Please be advised that other counsel of record from Robins Kaplan LLP, along with the remaining Co-Lead Counsel firms, will continue to appear on behalf of End-Payor Plaintiffs in the above-referenced actions and no delay will result in the progress of these actions.

Dated: October 29, 2020                    Respectfully submitted,

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
Devon P. Allard (P71712)
**THE MILLER LAW FIRM, P.C.**
The Miller Law Firm, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 841-2200
epm@millerlawpc.com
dpa@millerlawpc.com

*Interim Liaison Class Counsel for the Proposed
End-Payor Plaintiff Classes*

*/s/ William V. Reiss*
William V. Reiss
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
WReiss@RobinsKaplan.com

*/s/ Adam J. Zapala* _____

Adam J. Zapala
Elizabeth T. Castillo
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

*/s/ Marc M. Seltzer* _____

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Chanler A. Langham
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, TX 75202
Telephone: (214) 754-1900
Facsimile: (214)754-1933
toxford@susmangodfrey.com
clangham@susmangodfrey.com

Floyd G. Short
Jenna G. Farleigh
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3800
Facsimile: (310) 789-3150
fshort@susmangodfrey.com
jfarleigh@susmangodfrey.com

Steven M. Shepard
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, Floor 32
New York, New York 10019
Telephone: (212) 729-2010
sshepard@susmangodfrey.com

*Interim Co-Lead Class Counsel for the Proposed
End-Payor Plaintiffs Classes*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-md-02311<br>: Honorable Sean F. Cox<br>: |
| In Re: ALL PARTS | :<br>:<br>:<br>:<br>: |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | :<br>:<br>:<br>: |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 29, 2020, I electronically filed the foregoing documents with the Clerk of the Court using the ECF system, which will send electronic notification of such filings upon all registered counsel of record.

Respectfully submitted,

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
Devon P. Allard (P71712)
**THE MILLER LAW FIRM, P.C**.
The Miller Law Firm, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 841-2200
epm@millerlawpc.com
dpa@millerlawpc.com