UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311-SFC-RSW<br>Honorable Sean F. Cox |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that as of November 2, 2020, the Palm Beach Gardens office of the firm Cohen Milstein Sellers & Toll PLLC has changed its address to the following:

**Cohen Milstein Sellers & Toll PLLC**
**11780 U.S. Highway One, Suite N500**
**Palm Beach Gardens, FL 33408**

The firm's telephone number, fax number and email addresses remain the same.

Direct Purchaser Plaintiffs and their undersigned counsel hereby request that the Court and all parties deliver all documents filed/and or transmitted in the above-captioned cases to the new address. Counsel have already updated relevant contact information in the Court's CM/ECF system.

1

Dated: November 12, 2020

Respectfully submitted,

By: /s/ *Manuel J. Dominguez*
Manuel J. Dominguez
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
jdominguez@cohenmilstein.com

*Additional Counsel for Direct Purchaser Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2020, a copy of the foregoing was filed with the Court using the ECF system which will send notification of such filing to all attorneys of record.

By: /s/ *Manuel J. Dominguez*
Manuel J. Dominguez