

# SM FINANCIAL SERVICES CORPORATION

Jane W. Mitnick, President
P.O. Box 530 • 49 Old Turnpike Road • Oldwick, NJ 08858
P: 908.572.7275 • F: 908.572.7271 • mail@smfinancialservicescorp.com
*smfinancialservicescorp.com*

November 5, 2020

United States District Court
Eastern District of Michigan
Theodore Levin US Courthouse
231 W. Lafayette Blvd., Room 599
Detroit, MI 48226

RE:  Automotive Parts Antitrust Litigation
     Case No. 2:12-MD- 02311 SFC-RSW

Dear Sir or Madam:

I am enclosing herewith an original and one copy of the fully executed Assignment of Claim with regard to the above entitled matter and I would ask that same be filed with the Court. Kindly provide me with a filed copy of same in the envelope provided at your earliest convenience.

Please do not hesitate to contact me should you have any questions or require anything further in this regard.

With best wishes,

STEVEN MITNICK, ESQ.

SM/sb
Enclosure

STEVEN MITNICK, ESQ.
SM Law, PC
P.O. Box 530
Oldwick, New Jersey 08858
(908) 572-7275
Counsel to SM Financial Services Corporation

|  |  |
|---|---|
| In Re:<br><br>THE KANE COMPANY, et al<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF MARYLAND<br><br>Case No. 16-2665-RAG<br><br>ASSIGNMENT OF CLAIM |

I, Monique D. Almy, Trustee in the above entitled proceeding, do hereby assign all my right, title and interest to assert a recovery claim in litigation entitled *In Re Automotive Pars, Antitrust Litig.*, MDL No. 2311 (E.D. Mich), to SM FINANCIAL SERVICES CORPORATION, P. O. Box 530, Oldwick, New Jersey 08858.

By: _____
Monique D. Almy, Trustee

Subscribed and sworn to
before me on this 25th day
of July, 2020

_____
Notary Public





SM Law, PC
Post Office Box 530
Oldwick, New Jersey 08858

RECEIVED
NOV 19 2020
CLERK'S OFFICE
DETROIT

4822632794 C019