UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lucha Bott, et al.,

            Plaintiff(s),

v.                                                                              Case No. 2:12–md–02311–SFC–RSW
                                                                                Hon. Sean F. Cox

Furukawa Electric Company,
Limited, et al.,

            Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on December 16, 2020.

DAVID J. WEAVER, CLERK OF COURT

By: s/ L. Granger
Deputy Clerk

Dated:   December 16, 2020