MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION

In Re: FUEL INJECTION SYSTEMS CASES

THIS RELATES TO: DIRECT PURCHASER ACTION

12-md-02311

Case No. 2:13-CV-02201-SFC-RSW

Judge Sean F. Cox

Magistrate Judge R. Steven Whalen

/

AMENDED
STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Keihin North America, Incorporated ("KNA")
[Name of Party]

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑ No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Honda Motor Co., Ltd. ("HM"); Hitachi, Ltd. ("HL")

2. Relationship with Named Party: HM and HL each own 50% of KNA as noted below.*

3. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐ No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____

   Nature of Financial Interest: _____

Date: January 15, 2021

/s/ Maureen T. Taylor
Signature

P63547
Bar No.

401 S. Old Woodward Avenue, Suite 400
Street Address

Birmingham, MI 48009
City, State, Zip Code

(248) 971-1800
Telephone Number

taylor@bwst-law.com
Primary Email Address

* -- HM owns 25% of KNA via its wholly owned subsidiaries, and an additional 25% of KNA via its 33.4% ownership interest in Hitachi Astemo, Ltd.("HA"), which owns directly 75.1% of KNA. HL owns the other 50% of KNA via its 66.6% ownership of HA.