# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** <br><br> **ALL PARTS** <br><br> **THIS RELATES TO:** <br><br> **ALL CASES** | Master File No. 12-md-02311 <br><br> Honorable Sean F. Cox <br><br> 2:12-md-02311-SFC-RSW <br> 2:12-cv-00500-SFC-RSW <br> 2:12-cv-00501-SFC-RSW <br> 2:12-cv-00504-SFC-RSW <br> 2:14-cv-00507-SFC-RSW <br> 2:14-cv-12095-SFC-RSW <br> 2:14-cv-13356-SFC-RSW <br> 2:15-cv-12068-SFC-RSW <br> 2:19-cv-13302-SFC-RSW <br> 2:12-cv-00100-SFC-RSW <br> 2:13-cv-00105-SFC-RSW <br> 2:13-cv-01300-SFC-RSW <br> 2:13-cv-01600-SFC-RSW <br> 2:13-cv-01700-SFC-RSW <br> 2:12-cv-00200-SFC-RSW <br> 2:13-cv-00205-SFC-RSW |

## MOTION TO WITHDRAW AS COUNSEL

A. Paul Victor, an attorney at Winston & Strawn, LLP who has retired from that firm, respectfully requests that the Court enter an order allowing him to withdraw as counsel for Defendants Nippon Seiki Co., Ltd., N.S. International, Ltd., New Sabina Industries, Inc., NTN Corporation, NTN USA Corporation, NTN-SNR Roulements SA, NTN Wälzlager (Europa) GmbH, Panasonic Corp. and Panasonic Corp. of North America in the above-captioned matters. Other counsel of record will continue to appear as counsel on behalf of the above-named Defendants, and there will be no delay in the progress of the above-named actions as a result of this withdrawal.

2

Dated:  February 1, 2021						Respectfully submitted,

									WINSTON & STRAWN LLP


									/s/ *A. Paul Victor*
									A. Paul Victor
									WINSTON & STRAWN LLP
									200 Park Avenue
									New York, NY 10166
									Tel: (212) 294-6700
									Fax: (212) 294-4700
									apvictor01@gmail.com

									*Counsel for Nippon Seiki Co., Ltd., N.S. International, Ltd., and New Sabina Industries, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2021, I electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ A. Paul Victor
A. Paul Victor
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
apvictor01@gmail.com

*Counsel for Defendants Nippon Seiki Co., Ltd., N.S. International, Ltd., and New Sabina Industries, Inc.*