# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | No. 12-md-02311<br>Hon. Sean F. Cox |

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESSES | CASE NO. 2:12-CV-00102 |
| IN RE: INSTRUMENT PANEL CLUSTERS | CASE NO. 2:12-CV-00202 |
| IN RE: FUEL SENDERS | CASE NO. 2:12-CV-00302 |
| IN RE: HEATER CONTROL PANELS | CASE NO. 2:12-CV-00402 |
| IN RE: BEARINGS | CASE NO. 2:12-CV-00502 |
| IN RE: OCCUPANT SAFETY SYSTEMS | CASE NO. 2:12-CV-00602 |
| IN RE: ALTERNATORS | CASE NO. 2:13-CV-00702 |
| IN RE: ANTI-VIBRATION RUBBER PARTS | CASE NO. 2:13-CV-00802 |
| IN RE: WINDSHIELD WIPERS | CASE NO. 2:13-CV-00902 |
| IN RE: RADIATORS | CASE NO. 2:13-CV-01002 |
| IN RE: STARTERS | CASE NO. 2:13-CV-01102 |
| IN RE: AUTOMOTIVE LAMPS | CASE NO. 2:13-CV-01202 |
| IN RE: SWITCHES | CASE NO. 2:13-CV-01302 |
| IN RE: IGNITION COILS | CASE NO. 2:13-CV-01402 |
| IN RE: MOTOR GENERATORS | CASE NO. 2:13-CV-01502 |
| IN RE: STEERING ANGLE SENSORS | CASE NO. 2:13-CV-01602 |
| IN RE: HID BALLASTS | CASE NO. 2:13-CV-01702 |
| IN RE: INVERTERS | CASE NO. 2:13-CV-01802 |
| IN RE: ELECTRONIC POWERED STEERING ASSEMBLIES | CASE NO. 2:13-CV-01902 |
| IN RE: AIR FLOW METERS | CASE NO. 2:13-CV-02002 |
| IN RE: FAN MOTORS | CASE NO. 2:13-CV-02102 |
| IN RE: FUEL INJECTION SYSTEMS | CASE NO. 2:13-CV-02202 |
| IN RE: POWER WINDOW MOTORS | CASE NO. 2:13-CV-02302 |
| IN RE: AUTOMATIC TRANSMISSION FLUID WARMERS | CASE NO. 2:13-CV-02402 |
| IN RE: VALVE TIMING CONTROL DEVICES | CASE NO. 2:13-CV-02502 |
| IN RE: ELECTRONIC THROTTLE BODIES | CASE NO. 2:13-CV-02602 |
| IN RE: AIR CONDITIONING SYSTEMS | CASE NO. 2:13-CV-02702 |
| IN RE: WINDSHIELD WASHERS | CASE NO. 2:13-CV-02802 |
| IN RE: CONSTANT VELOCITY JOINT BOOTS | CASE NO. 2:14-CV-02902 |
| IN RE: SPARK PLUGS | CASE NO. 2:15-CV-03002 |
| IN RE: AUTOMOTIVE HOSES | CASE NO. 2:15-CV-03202 |
| IN RE: SHOCK ABSORBERS | CASE NO. 2:16-CV-03302 |
| IN RE: BODY SEALING PRODUCTS | CASE NO. 2:16-CV-03402 |

| | |
|---|---|
| IN RE: INTERIOR TRIM PRODUCTS | CASE NO. 2:16-CV-03502 |
| IN RE: BRAKE HOSES | CASE NO. 2:16-CV-03602 |
| IN RE: EXHAUST SYSTEMS | CASE NO. 2:16-CV-03702 |
| IN RE: CERAMIC SUBSTRATES | CASE NO. 2:16-CV-03802 |
| IN RE: POWER WINDOW SWITCHES | CASE NO. 2:16-CV-03902 |
| IN RE: AUTOMOTIVE STEEL TUBES | CASE NO. 2:16-CV-04002 |
| IN RE: ACCESS MECHANISMS | CASE NO. 2:16-CV-04102 |
| IN RE: MINIMODULES | CASE NO. 2:17-CV-04302 |
| IN RE: SIDE DOOR LATCHES | CASE NO. 2:17-CV-13005 |

THIS DOCUMENT RELATES TO:
Automobile Dealership Actions

## NOTICE OF APPEARANCE OF JARED A. LEVINE

To the Clerk of the Court:

Please enter the appearance of Jared A. Levine of the law firm of Crowell & Moring LLP

as counsel on behalf of Dealership Members in *In Re:  Automotive Parts Antitrust Litigation*,

Case No. 12-md-02311.

February 4, 2021                                    Respectfully submitted,

                                                   By: */s/ Jared A. Levine*
                                                   Jared A. Levine
                                                   Crowell & Moring LLP
                                                   590 Madison Avenue
                                                   New York, NY 10022
                                                   Telephone: (212) 803-4000
                                                   Facsimile:  (212) 223-4134
                                                   Email: jalevine@crowell.com

Deborah E. Arbabi                                  Emma K. Burton
Daniel A. Sasse                                    Ann L. Rives
Crowell & Moring LLP                               Crowell & Moring LLP
3 Park Plaza, 20th Floor                           1001 Pennsylvania Avenue, NW
Irvine, CA 92614-8505                              Washington, DC 20004
Telephone: (949) 263-8400                          Telephone: (202) 624-2500
Facsimile:  (949) 263-8414                         Facsimile:  (202) 628-5116
Email: darbabi@crowell.com                         Email: eburton@crowell.com
    dsasse@crowell.com                                 arives@crowell.com

                                                   *Attorneys for Dealership Members*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send electronic notification of such filings upon all registered counsel of record.

/s/ Jared A. Levine
Jared A. Levine
Crowell & Moring LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 803-4000
Facsimile:  (212) 223-4134
Email: jalevine@crowell.com