# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : : | MASTER FILE CASE NO. 12-md-02311 |
| THIS RELATES TO: ALL END-PAYOR ACTIONS | : : | HON. SEAN F. COX MAG. JUDGE R. STEVEN WHALEN |

# ORDER DENYING FINANCIAL RECOVERY SERVICES, LLC'S REQUEST TO HEAR ITS MOTION TO COMPEL ACCEPTANCE AND PROCESSING OF VEHICLE DATA <u>ON AN EMERGENCY BASIS</u>

Non-party Financial Recovery Services, LLC's request to hear its Emergency Motion to Compel Acceptance and Processing of Vehicle Data (ECF No. 2114) on an Expedited Schedule is DENIED. The standard briefing schedule articulated in Local Rule 7.1(e)(2) shall apply.

**IT IS SO ORDERED**.

Dated: February 19, 2021

s/Sean F. Cox
Sean F. Cox
U. S. District Judge