**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | : | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : | MASTER FILE CASE NO. 12-md-02311 |
| | : | |
| | : | |
| THIS RELATES TO: | : | HON. SEAN F. COX |
| | : | MAG. JUDGE R. STEVEN WHALEN |
| ALL END-PAYOR ACTIONS | | |

## ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF PAGES

EPP Class Counsel's request for an extension of pages on the response to Financial Recovery Services, LLC's Motion to Compel Acceptance and Processing of Vehicle Data (ECF No. 2114) is GRANTED.

**IT IS SO ORDERED**.

Dated:  March 4, 2021            s/Sean F. Cox
                                 Sean F. Cox
                                 U. S. District Judge