**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION**

**Master File No. 12-md-02311**
**Honorable Sean F. Cox**

THIS DOCUMENT RELATES TO:
ALL END-PAYOR ACTIONS

**NOTICE OF APPEARANCE OF LAWRENCE J. LINES III**

To the Clerk of the Court:

Please enter the appearance of Lawrence J. Lines III of the law firm of Crowell & Moring LLP as counsel on behalf of Certain End-Payor Settlement Class Members in *In Re: Automotive Parts Antitrust Litigation*, Case No. 12-md-02311.

March 10, 2021

Respectfully submitted,

By: */s/ Lawrence J. Lines III*

Lawrence J. Lines III
Crowell & Moring LLP
3454 Shakespeare Drive
Troy, MI 48084
Telephone: (313) 920-2935
Email: jlines@crowell.com

Daniel A. Sasse
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Email: dsasse@crowell.com

Emma K. Burton
Ann L. Rives
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Email: eburton@crowell.com
arives@crowell.com

Attorneys for Claimants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2021, a copy of the foregoing was filed electronically using the Court's ECF system, which will send notification to each attorney of record by electronic means. Parties may access this filing through the Court's system.

Dated: March 10, 2021

By: */s/ Lawrence J. Lines III*
Lawrence J. Lines III