# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| THIS DOCUMENT RELATES TO: ALL RELATED ACTIONS | |

## MOTION TO WITHDRAW DAVID WAWRO AS COUNSEL

PLEASE TAKE NOTICE that Christopher M. Caparelli, on behalf of David Wawro, now deceased, formerly of Torys LLP, counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc., moves the Court for leave to withdraw the appearance of David Wawro as counsel and to remove his name from the ECF service lists in the following actions:

- 12-md-02311
- 2:12-cv-00102
- 2:12-cv-00202
- 2:12-cv-00302
- 2:12-cv-00402
- 2:12-cv-00502
- 2:12-cv-00602
- 2:13-cv-00702
- 2:13-cv-00802

- 2:13-cv-01002
- 2:13-cv-01102
- 2:13-cv-01202
- 2:13-cv-01302
- 2:13-cv-01402
- 2:13-cv-01502
- 2:13-cv-01602
- 2:13-cv-01702
- 2:13-cv-01802
- 2:13-cv-01902
- 2:13-cv-02002
- 2:13-cv-02102
- 2:13-cv-02202
- 2:13-cv-02302
- 2:13-cv-02402
- 2:13-cv-02502
- 2:13-cv-02602
- 2:13-cv-02702
- 2:13-cv-02802
- 2:14-cv-02902
- 2:15-cv-03002
- 2:15-cv-03202
- 2:16-cv-03302
- 2:16-cv-03402
- 2:16-cv-03502
- 2:16-cv-03602
- 2:16-cv-03702
- 2:16-cv-03802
- 2:16-cv-03902
- 2:16-cv-04002
- 2:16-cv-04102
- 2:17-cv-04302
- 2:17-cv-13005

A proposed form of Order is filed concurrently with this Motion.

WHEREFORE, I respectfully request that the Court grant the motion to withdraw the appearance of David Wawro as counsel.

March 24, 2021

Respectfully submitted,

TORYS LLP

By: */s/ Christopher M. Caparelli*

Christopher A. Caparelli
1114 Avenue of the Americas
23rd Floor
New York, New York 10036
Telephone: (212) 880-6268
Fax: (212) 682-0200
Email: ccaparelli@torys.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on March 24, 2021, a copy of the foregoing was filed electronically using the Court's ECF system, which will send notification to each attorney of record by electronic means.

Dated: March 24, 2021        By: */s/ Christopher M. Caparelli*
                 Christopher M. Caparelli

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | : : : : | **Master File No. 12-md-02311** **Honorable Sean F. Cox** |
| THIS DOCUMENT RELATES TO: ALL END-PAYOR ACTIONS | : : : : : : : : | |

## ORDER GRANTING MOTION TO WITHDRAW DAVID WAWRO AS COUNSEL

Upon consideration of the motion to withdraw the appearance of David Wawro, now deceased, formerly of Torys LLP, as counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc., and to remove his name from the ECF service lists in the following actions:

- 12-md-02311
- 2:12-cv-00102
- 2:12-cv-00202
- 2:12-cv-00302
- 2:12-cv-00402
- 2:12-cv-00502
- 2:12-cv-00602
- 2:13-cv-00702
- 2:13-cv-00802
- 2:13-cv-00902
- 2:13-cv-01002
- 2:13-cv-01102
- 2:13-cv-01202

- 2:13-cv-01402
- 2:13-cv-01502
- 2:13-cv-01602
- 2:13-cv-01702
- 2:13-cv-01802
- 2:13-cv-01902
- 2:13-cv-02002
- 2:13-cv-02102
- 2:13-cv-02202
- 2:13-cv-02302
- 2:13-cv-02402
- 2:13-cv-02502
- 2:13-cv-02602
- 2:13-cv-02702
- 2:13-cv-02802
- 2:14-cv-02902
- 2:15-cv-03002
- 2:15-cv-03202
- 2:16-cv-03302
- 2:16-cv-03402
- 2:16-cv-03502
- 2:16-cv-03602
- 2:16-cv-03702
- 2:16-cv-03802
- 2:16-cv-03902
- 2:16-cv-04002
- 2:16-cv-04102
- 2:17-cv-04302
- 2:17-cv-13005

IT IS HEREBY ORDERED that the motion is GRANTED.


Dated:

Sean F. Cox, U.S. District Judge