# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 07, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re: Case No. 20-1599, *In re: Anti-Vib Rub Pts-End Payor Act*
         Originating Case No. : 2:13-cv-00803 : 2:12-md-02311

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

                 Sincerely yours,

                 s/Patricia J. Elder, Senior Case Manager
                  for Anthony Milton, Case Manager

cc: Mr. John Clayton Everett Jr.
   Mr. David H. Fink
   Mr. Nathan Joshua Fink
   Adam C. Hemlock
   Mr. Robert N. Hochman
   Mr. Frederick R. Juckniess
   Mr. Larry J. Saylor
   Ms. Joanne G. Swanson
   Mr. Zachary D. Tripp
   Mr. Matthew J. Turchyn
   Mr. David Yolkut

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-1599

_____

Filed: June 07, 2021

In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION

-------------------------------
In re: ANTI-VIBRATIONAL RUBBER PARTS CASES

-------------------------------
This Relates To: End-Payor Actions

-------------------------------
DIRECT PURCHASER PLAINTIFFS

  Interested Party - Appellee

v.

YAMASHITA RUBBER COMPANY, LTD.; YUSA CORPORATION; TOKAI RUBBER INDUSTRIES, LTD.; DTR INDUSTRIES, INC.; BRIDGESTONE CORPORATION; BRIDGESTONE APM COMPANY; TOYO TIRE & RUBBER COMPANY, LTD.; TOYO TIRE NORTH AMERICA OE SALES, LLC; TOYO AUTOMOTIVE PARTS (USA), INC.

  Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 05/14/2021 the mandate for this case hereby issues today.

COSTS: None