**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| In Re: Automotive Parts Antitrust Litigation<br>In Re: Instrument Panel Clusters | 2:12-md-02311<br>2:12-cv-00200<br>2:12-cv-00201 |

**NOTICE OF WITHDRAWAL OF ATTORNEY SETH BASTIANELLI**

PLEASE TAKE NOTICE of the withdrawal of Seth Bastianelli of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, ASMO Co., Ltd., ASMO Greenville of North Carolina, Inc., and ASMO North America, LLC (collectively "DENSO entities").  His appearance should be withdrawn from the following cases:

        2:12-md-02311-SFC-RSW

        2:12-cv-00200-SFC-RSW

        2:12-cv-00201-SFC-RSW

This notice is not intended to affect the appearances of any other attorneys of the same firm already on record as counsel on behalf of the DENSO entities.

|  |  |  |
|---|---|---|
|  |  | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Dated: June 23, 2021 | By: | /s/ Seth Bastianelli<br>Seth Bastianelli<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Tel.: (202) 663-6000<br>Fax: (202) 663-6363<br>seth.bastianelli@wilmerhale.com |

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2021, I caused the foregoing Notice of Withdrawal of Attorney Seth Bastianelli to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      */s/ Seth Bastianelli*
Seth Bastianelli
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
seth.bastianelli@wilmerhale.com