# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| **In re: ANTI-VIBRATIONAL RUBBER PARTS** | |
| **THIS RELATES TO:**<br><br>**End-Payor Actions**<br>**Dealership Actions** | 2:13-cv-00800<br>2:13-cv-00802<br>2:13-cv-00803 |

## MOTION FOR WITHDRAWAL OF MATTHEW J. OSTER AS COUNSEL

Defendants Yamashita Rubber Co., Ltd. and YUSA Corporation ("Yamashita Defendants"), by and through their undersigned counsel, hereby move the Court for an order withdrawing the appearance of Matthew J. Oster, Esq. as counsel in the following actions:

- 2:12-md-02311
- 2:13-cv-00800
- 2:13-cv-00802
- 2:13-cv-00803

This motion is precipitated by Mr. Oster's departure from the law firm of Arnold & Porter Kaye Scholer LLP.  Yamashita Defendants will continue to be represented in the referenced actions by other counsel of record.

WHEREFORE, Yamashita Defendants respectfully request that the Court enter an order granting the motion to withdraw the appearance of Matthew J. Oster as counsel of record.

2

Dated: July 23, 2021                                Respectfully Submitted,

                                                  */s/ Matthew J. Oster*
Matthew J. Oster
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
matthew.oster@arnoldporter.com

*Attorney for Yamashita Rubber Co., Ltd. and YUSA Corporation.*

2

**CERTIFICATE OF SERVICE**

On this 23rd day of July 2021, counsel for the Yamashita Defendants caused a copy of the foregoing Motion for Withdrawal of Matthew J. Oster as Counsel to be served on all ECF participants via the Court's ECF system.

                                        */s/ Matthew J. Oster*
                                        Matthew J. Oster
                                        **ARNOLD & PORTER KAYE SCHOLER LLP**
                                        601 Massachusetts Ave., NW
                                        Washington, DC 20001
                                        Telephone: (202) 942-5000
                                        matthew.oster@arnoldporter.com

                                        *Attorney for Yamashita Rubber Co., Ltd. and YUSA Corporation*